# 2023 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P21000063866

**Entity Name:** MS LEISURE COMPANY

**FILED**
**Jul 13, 2023**
**Secretary of State**
**3710494551CC**

**Current Principal Place of Business:**

4400 RICKENBACKER CAUSEWAY
MIAMI, FL 33149

**Current Mailing Address:**

4400 RICKENBACKER CAUSEWAY
MIAMI, FL 33149 US

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BURKE, TRAVIS
4400 RICKENBACKER CAUSEWAY
MIAMI, FL 33149 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                                       Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | PRESIDENT | Title | VP |
| Name | ALBOR , EDUARDO | Name | ALBOR , VALERIA |
| Address | 4400 RICKENBACKER CAUSEWAY | Address | 4400 RICKENBACKER CAUSEWAY |
| City-State-Zip: | MIAMI FL 33149 | City-State-Zip: | MIAMI FL 33149 |
| Title | SECRETARY | Title | TREASURER |
| Name | ESTEBAN , CONCEPCION | Name | GONZALEZ, EDWIN |
| Address | 4400 RICKENBACKER CAUSEWAY | Address | 4400 RICKENBACKER CAUSEWAY |
| City-State-Zip: | MIAMI FL 33149 | City-State-Zip: | MIAMI FL 33149 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ALBOR , EDUARDO                              PRESIDENT                              07/13/2023

Electronic Signature of Signing Officer/Director Detail                                                                                       Date