UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

_____/

Case No.

## DECLARATION OF PHILIP DEMERS

I, Philip Demers, declare as follows:

1. My name is Philip Demers. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

2. I am a former professional marine mammal trainer and animal-rights activist based in Ontario, Canada, and I am the defendant in the above-styled case.

3. I am a citizen of Canada, where I have domiciled since 1978 with exception of seven months spent in South Korea in 2004.

4. I have continuously resided and maintained a home in Niagara Falls, Ontario, Canada, since 2000. Prior to that I resided in Welland, Ontario, Canada since birth.

5. I have been a registered voter in Ontario, Canada since around 1996.

6. I have had a Canada driver's license since around 1994.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 28, 2023 at Niagara Falls, Canada.

_____
Philip Demers