UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MS LEISURE COMPANY,

    Plaintiff,

v.

                                                  Case No.

PHILIP DEMERS,

    Defendant.

_____/

## DECLARATION OF JAMES M. SLATER

I, James M. Slater, declare as follows:

1.    My name is James M. Slater, and I am counsel for Defendant Philip Demers. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

2.    On July 19, 2023, I filed a notice of limited appearance on Mr. Demers's behalf in the state court action styled *MS Leisure Company v. Philip Demers*, Case No. 2023-017214-CA-01 pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County. Concurrently with that limited notice of appearance, I filed a verified motion to quash service under Florida law and the Hague Convention.

3.    Promptly after filing those documents in the state-court action, I emailed Plaintiff's counsel regarding the amount of controversy sought in this suit to confirm whether the civil cover sheet—which stated that Plaintiff sought more than $100,000 in damages—accurately reflected the amount of damages sought in this case.

4.    Shortly after my email, Plaintiff's counsel Matthew Jones responded that the civil cover sheet filed in state court accurately reflected the amount of damages sought in this case.

5.    A true and correct copy of that email exchange is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2023 at Tallahassee, Florida.

_____
James M. Slater

# Exhibit 1

| | |
|---|---|
| **From:** | Matthew Jones <matthew@jones-adams.com> |
| **Sent:** | Wednesday, July 19, 2023 2:03 PM |
| **To:** | James M. Slater |
| **Cc:** | Carraway, Chris; Josh Tarjan; c.moghadam@jones-adams.com; steven@jones-adams.com |
| **Subject:** | Demers - Re: SERVICE OF COURT DOCUMENT CASE NUMBER 132023CA017214000001 MS Leisure Company vs Philip Demers |

Thank you for your email. The civil cover sheet accurately reflects the amount of damages sought.

MLJ.

On Wed, Jul 19, 2023 at 1:48 PM James M. Slater <james@slater.legal> wrote:
> All,
>
> As you will have noted, along with Messrs. Carraway and Tarjan, I am counsel for Mr. Demers, who is contesting service based on the failure to comply with the Florida and Ontario law (pursuant to the Hague Convention).
>
> Without waiver to any other defects in service, jurisdictional defects, or substantive issues with the claims asserted in the complaint, I wanted to address whether this claim is appropriately filed in Circuit Court. I ask because your civil cover sheet states that you seek greater than $100,000 but your complaint is unclear as to whether you have satisfied the increased $50,000 jurisdictional threshold for Circuit Court as of January 2023. I would appreciate if you could confirm that your civil cover sheet accurately reflects the amount of damages you seek so that we don't waste time trying to transfer this case to County Court.
>
> Thank you,
> James
>
>
> **James Slater**
>
> Slater Legal PLLC
>
> 113 S. Monroe Street
>
> Tallahassee, FL 32301
>
> Tel. 305-523-9023
>
> [slater.legal](slater.legal)
>
>
> ---------- Forwarded message ---------
> From: <eservice@myflcourtaccess.com>

1

Date: Wed, Jul 19, 2023 at 1:24 PM
Subject: SERVICE OF COURT DOCUMENT CASE NUMBER 132023CA017214000001 MS Leisure Company vs Philip Demers
To:

Notice of Service of Court Documents

Filing Information

| | |
|---|---|
| Filing #: | 177763913 |
| Filing Time: | 07/19/2023 01:23:56 PM ET |
| Filer: | James M Slater 305-523-9023 |
| Court: | Eleventh Judicial Circuit in and for Miami-Dade County, Florida |
| Case #: | 132023CA017214000001 |
| Court Case #: | 2023-017214-CA-01 |
| Case Style: | MS Leisure Company vs Philip Demers |

Documents

| Title | File |
|---|---|
| Notice Of Limited Appearance | 2023-07-19 Notice of Limited Appearance.pdf |
| Motion To Quash | 2023-07-19 Verified Motion for Quash Service.pdf |

E-service recipients selected for service:

| Name | Email Address |
|---|---|
| Cheyenne Moghadam | c.moghadam@jones-adams.com |
| Matthew L. Jones | matthew@jones-adams.com |
| Steven Adams | steven@jones-adams.com |
| James M Slater | james@slater.legal |
| | andrew@slater.legal |
| | eservice@slaterlegal.com |

E-service recipients not selected for service:

| Name | Email Address |
|---|---|
| No Matching Entries | |

This is an automatic email message generated by the Florida Courts E-Filing Portal. This email address does not receive email.

**Document Access Link(s) will be active for 14 days (excluding weekends) after the Clerk accepts the submission or it is abandoned. In addition to access to the link for 14 days (excluding weekends), the documents will also be available, after acceptance by the Clerk, to counsel of record in the portal on the My Cases page, by clicking on the case number and then the document name, or by accessing the Clerk's website.**

If you are not associated with this case and wish to be removed, please click here to request to be removed from the E-service list.

Thank you,
The Florida Courts E-Filing Portal

The following identifier(s) are associated with this transaction:

request_id#:177763913;Audit#:607371835;UCN#:132023CA017214000001;
--


Regards,
Matthew L. Jones, Esq.
JONES & ADAMS, P.A.
o: 305.270.8858
(dictated – pardon typos)