IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| | |
|---|---|
| MS LEISURE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>PHILIP DEMERS,<br><br>    Defendant. | Case No. 2023-017214-CA-01 |

**DEFENDANT'S NOTICE TO THE CIRCUIT COURT**
**OF FILING NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446(d), Defendant Philip Demers hereby gives notice of having filed in the District Court of the United States District for the Southern District of Florida, his notice of removal of this action, Case No. 2023-017214-CA-01, pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. A copy of Defendant's notice of removal, without exhibits, is attached.

Dated: July 28, 2023.

                                                      Respectfully submitted,

                                                      */s/ James M. Slater*
                                                      James M. Slater (FBN 111779)
                                                      SLATER LEGAL PLLC
                                                      113 S. Monroe Street
                                                      Tallahassee, Florida 32301
                                                      Tel. (305) 523-9023
                                                      james@slater.legal

                                                      *Attorneys for Defendant Philip Demers*
                                                     *for the limited purpose of his Verified*
                                                     *Motion to Quash Service*

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing notice is being served this 19th day of July 2023, pursuant to Fla. R. Jud. Admin. 2.516(b) via the Florida Courts electronic portal to the names and addresses provided by the parties.

By: /s/ James M. Slater
James M. Slater