UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MS LEISURE COMPANY, a Florida Corporation,

    Plaintiff,                                               CASE NO. 1:23-cv-22834-KMM

v.

PHILIP DEMERS, individually,

    Defendant.

_____/

## DEFENDANT MS LEISURE COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, the MS LEISURE COMPANY, a Florida Limited Liability Company ("MS Leisure") hereby states that: MS Leisure is a wholly-owned subsidiary of Triton Investments Holdings LLC, a Delaware Limited Liability Company.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 31, 2023 a true and correct copy of the foregoing document was filed Electronically which will provide electronic copies on all counsel of record.

                                                        **JONES & ADAMS, P.A.**
                                                        *Attorney for Plaintiff*
                                                        999 Ponce de Leon Blvd., Suite 925
                                                        Coral Gables, FL 33134
                                                        Tel: (305) 270-8858
                                                        Fax: (305) 270-6778
                                                        matthew@jones-adams.com

                                    By:    */s/ Matthew L. Jones*
                                                           Matthew L. Jones, Esq
                                                          Florida Bar No.: 909335

                                                        *Attorney for MS Leisure Company*