UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**MS LEISURE COMPANY, a Florida Corporation,**

    **Plaintiff,**                                       CASE NO. 1:23-cv-22834-KMM

v.

**PHILIP DEMERS, individually,**

    **Defendant.**

_____/

## NOTICE OF STRIKING ECF NO. 4 AND ECF NO. 7

Plaintiff, MS LEISURE COMPANY ("Plaintiff"), a Florida Corporation, by and through undersigned counsel, hereby file this Notice of Striking ECF. No. 4 and ECF No. 7, following Clerk's Notice to Filer [ECF No. 8].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of August, 2023, a true and correct copy of the foregoing document was sent via electronic mail from the eservice portal to all counsel/parties of record.

**Date Submitted**: August 1, 2023

                                             Respectfully submitted,

                               By:   */s/ Matthew L. Jones*
                                           **Matthew L. Jones, Esq.**
                                           **(**Florida Bar No. 909335)
                                           **JONES & ADAMS, P.A.**
                                           999 Ponce de Leon Blvd., Ste. 925
                                           Coral Gables, FL 33134
                                           Office: (305) 270-8858
                                           *Attorney for Plaintiff MS Leisure Company*