UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MS LEISURE COMPANY, a Florida
Corporation,

      Plaintiff,                          CASE NO. 1:23-cv-22834-KMM

v.

PHILIP DEMERS, individually,

      Defendant.

_____/

## CORRECTED DEFENDANT MS LEISURE COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, MS LEISURE COMPANY, a Florida Corporation ("MS Leisure") hereby states that: MS Leisure is a wholly-owned subsidiary of Triton Investments Holdings LLC, a Delaware Limited Liability Company.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 1, 2023 a true and correct copy of the foregoing document was filed Electronically which will provide electronic copies on all counsel of record.

Respectfully submitted,

By:    */s/ Matthew L. Jones*
      **Matthew L. Jones, Esq.**
      **(**Florida Bar No. 909335)
      **JONES & ADAMS, P.A.**
      999 Ponce de Leon Blvd., Ste. 925
      Coral Gables, FL 33134
      Office: (305) 270-8858
      *Attorney for Plaintiff MS Leisure Company*