UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS Leisure Company,

    Plaintiff,

v.

Philip Demers,

    Defendant.

_____/

**CERTIFICATION OF BENJAMIN CHRISTOPHER CARRAWAY**

Benjamin Christopher Carraway, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

1. I have studied the Local Rules of the United States District Court for the Southern District of Florida;

2. I am an attorney in good standing admitted to practice by the Colorado Supreme Court; and

3. I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

_____
Benjamin Christopher Carraway