UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA
Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

**ORDER GRANTING PLAINTIFF'S <u>UNOPPOSED</u> MOTION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**

**THIS CAUSE** came before the Court upon Plaintiff, MS Leisure's ("**Plaintiff**"), Unopposed Motion to Extend Deadline for Plaintiff to Respond to Defendant's Motion to Dismiss (ECF No. __).

**UPON CONSIDERATION** of the Motion and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion (ECF No. ____) is GRANTED. Plaintiff's response to Defendant's Motion to Dismiss (ECF No. 12) shall be due on August 28th, 2023.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____, 2023.

                                                   _____
                                                   K. MICHAEL MOORE
                                                   UNITED STATES DISTRICT JUDGE

cc: All counsel of record