UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

      Plaintiff,

v.

PHILIP DEMERS,

      Defendant.

_____

## JOINT SCHEDULING REPORT

Plaintiff, MS Leisure Company, Defendant, Philip Demers, (collectively, the "Parties"), pursuant to Rule 16.1 of the Local Rules for the Southern District of Florida ("S.D. Fla. L.R.") and the Court's July 31st, 2023, Order, met via telephone, through counsel, on August 18th, 2023, and hereby submit this Joint Scheduling Report:

## SCHEDULING REPORT

The Parties believe this case should be assigned to the standard Case Management Track.

A. **Likelihood of Settlement.** At this time, the Parties are unable to assess the likelihood of settlement but agree to keep settlement discussions open.

B. **Likelihood of Appearance in the Action of Additional Parties.** Unknown at this time.

C. **Discovery Schedule.** The Parties propose the following pretrial discovery schedule, which is based on the standard case management track pursuant to S.D. Fla. L.R. 16.1.A.2

## PRE-TRIAL SCHEDULE

| | |
|---|---|
| 1) Joinder of Additional Parties by: | September 15th, 2023 |
| 2) Filing of Motions to Amend the Complaint by: | September 15th, 2023 |
| 3) Initial Rule 26(a)(1) disclosures by: | October 16th, 2023 |
| 4) Plaintiff(s) Shall Disclose Experts, Expert Witness Summaries, and Reports as Required by Fed. R. Civ. P. 26(a)(2) by: | February 1st, 2024 |
| 5) Defendant(s) Shall Disclose Experts, Expert Witness Summaries, and Reports as Required by Fed. R. Civ. P. 26(a)(2) by: | February 15th, 2024 |
| 6) Exchange of Rebuttal Expert Witness Summaries and Reports as Required by Fed R. Civ. P. 26(a)(2) by: | March 1st, 2024 |
| 7) Selection of Mediator Due by: | October 15th, 2023 |
| 8) Fact Discovery Shall be Completed by: | April 15th, 2024 |
| 9) Expert Discovery Shall be Completed by: | April 15th, 2024 |

| | |
|---|---|
| **10) Dispositive Motions, Including those Regarding Summary Judgment and *Daubert*, Must be Filed by:** | **May 31st, 2024** |
| **11) Mediation shall be Completed by:** | **June 14th, 2024** |
| **12) All Pretrial Motions and Memoranda of Law Must be Filed by:** | **July 29th, 2024** |
| **13) Motions in Limine Must be Filed by:** | **July 29th, 2024** |
| **14) Joint Pretrial Stipulation, Proposed Jury Instructions, Proposed Joint Verdict Form, and/or Proposed Findings of Fact and Conclusions of Law Must be Filed by:** | **August 12th, 2024** |
| **Commencement of Two-Week Trial Period** | **September 2024** |

D. **Proposals for the Formulation and Simplification of Issues.** At this time, the Parties do not have any proposals for the formulation and simplification of any issues. As the case progresses, the Parties will, if appropriate, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case.

E. **Necessity of Amendments to Pleadings.** At this time, Defendant has filed a Motion to Dismiss Plaintiff's Complaint. Based on recent developments and other evidentiary issues, Plaintiff anticipates amending its Complaint shortly.

F. **Admissions and Stipulations Which Will Avoid Unnecessary Proof.** The Parties will work together to obtain admissions and stipulations that will avoid unnecessary proof at trial.

G. **Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence.** The Parties will work together to obtain admissions and stipulations that will avoid the unnecessary proof and presentation of cumulative evidence at trial.

H. **Referral of Matters to Magistrate Judge.** The Parties do no consent to trial by the Magistrate Judge, nor to the disposition of dispositive pre-trial motions by a Magistrate Judge.

I. **Preliminary Estimate of the Time Required for Trial.** The Parties' preliminary estimate of the time required for trial is 3 to 5 days.

J. **Pretrial Conference and Trial Dates.** The Parties request that the pretrial conference be scheduled for August 2024, and that the trial be scheduled to commence on or after September 2024. Plaintiff has requested a jury trial in its Complaint.

K. **Issues:**

   a. Disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced. There are pending Requests for Production by the Defendant and Defendant has requested that the Plaintiff preserve Lolita's habitat at the Miami Seaquarium pending a request for inspection. The Parties request that all relevant discovery and documents

responsive to the allegations in the Complaint and any defenses to the Complaint

be preserved.

b. At this time the Parties are not raising any privileges but do not waive their rights

to do in the future.

c. **Use of ESI Checklist.** At this time, the Parties agree to review and discuss the use

of the ESI Checklist.

L. **Other Information Helpful to the Court in Setting the Case for Status or Pretrial**

**Conference.** At this time, the Parties are unaware of any other information that might be

helpful to the Court in setting the case for status or pretrial conference.

Date: August 28, 2023

Respectfully submitted,

            **JONES & ADAMS, P.A.**        James M. Slater

                                     James M. Slater (FBN 111779)

            *Attorney for Plaintiff*         Slater Legal PLLC

                                     113 S. Monroe Street

            999 Ponce de Leon Blvd., Suite 925    Tallahassee, FL 32301

            Coral Gables, FL 33134             Tel.: (305) 523-9023

            Tel: (305) 270-8858                james@slater.legal

            Fax: (305) 270-6778

            matthew@jones-adams.com       Joshua Tarjan (FBN 107092)

                                       The Tarjan Law Firm P.A.

  By:    */s/ Matthew L. Jones*        12372 SW 82 Avenue

            Matthew L. Jones, Esq          Pinecrest, FL 33156

            Florida Bar No.: 909335         Tel. (305) 423-8747

                                       josh@tarjanlawfirm.com

                                     Benjamin Christopher Carraway

                                     The Animal Activist Legal Defense Project

                                     2255 E. Evans Avenue

                                     Denver, CO 80210

                                     Tel. (423) 797-6084

                                     ccarraway@law.du.edu

                                     *Attorneys for Defendant Philip Demers*