UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

### JOINT PROPOSED SCHEDULING ORDER

The Court, after considering the matters discussed in the Parties' Joint Scheduling Report, finds that good cause exists for the entry of this Joint Scheduling Report.

  A. **Case Management Track**

This matter is assigned to the standard case management track pursuant to Local Rule 16.1.A.2.

  B. **Discovery Schedule Agreed to by the Parties**

The Parties shall comply with the deadlines set forth below:

| | |
|---|---|
| 1) Joinder of Additional Parties by: | September 15th, 2023 |
| 2) Filing of Motions to Amend the Complaint by: | September 15th, 2023 |
| 3) Initial Rule 26(a)(1) disclosures by: | October 16th, 2023 |

| | |
|---|---|
| **4) Plaintiff(s) Shall Disclose Experts, Expert Witness Summaries, and Reports as Required by Fed. R. Civ. P. 26(a)(2) by:** | **February 1st, 2024** |
| **5) Defendant(s) Shall Disclose Experts, Expert Witness Summaries, and Reports as Required by Fed. R. Civ. P. 26(a)(2) by:** | **February 15th, 2024** |
| **6) Exchange of Rebuttal Expert Witness Summaries and Reports as Required by Fed R. Civ. P. 26(a)(2) by:** | **March 1st, 2024** |
| **7) Selection of Mediator Due by:** | **October 15th, 2023** |
| **8) Fact Discovery Shall be Completed by:** | **April 15th, 2024** |
| **9) Expert Discovery Shall be Completed by:** | **April 15th, 2024** |
| **10) Dispositive Motions, Including those Regarding Summary Judgment and *Daubert*, Must be Filed by:** | **May 31st, 2024** |
| **11) Mediation shall be Completed by:** | **June 14th, 2024** |
| **12) All Pretrial Motions and Memoranda of Law Must be Filed by:** | **July 29th, 2024** |
| **13) Motions in Limine Must be Filed by:** | **July 29th, 2024** |

| | |
|---|---|
| **14) Joint Pretrial Stipulation, Proposed Jury Instructions, Proposed Joint Verdict Form, and/or Proposed Findings of Fact and Conclusions of Law Must be Filed by:** | **August 12th, 2024** |
| **Commencement of Two-Week Trial Period** | **September 2024** |

DONE AND ORDERED in Chambers at Miami, Florida, this __ day _____ 2023.

_____

Honorable Judge K. Michael Moore