UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

## DEFENDANT'S NOTICE OF MEDIATOR SELECTION

Pursuant to the Court's Order of Referral to Mediation [ECF No. 19], Defendant Philip Demers, through his counsel, hereby gives notice that the parties have conferred and agreed to mediate this case before Pamela Perry of Upchurch Watson White & Max, 2 South Biscayne Boulevard, Suite 2030, Miami, FL 33131, who is on the list mediators certified by this Court.

Dated: September 12, 2023.

    Respectfully submitted,

    **James M. Slater**
    James M. Slater (FBN 111779)
    Slater Legal PLLC
    113 S. Monroe Street
    Tallahassee, FL 32301
    Tel.: (305) 523-9023
    james@slater.legal

    -and-

    Joshua Tarjan (FBN 107092)
    The Tarjan Law Firm P.A.
    12372 SW 82 Avenue
    Pinecrest, FL 33156
    Tel. (305) 423-8747
    josh@tarjanlawfirm.com

-and-

Benjamin Christopher Carraway*
The Animal Activist Legal Defense Project
2255 E. Evans Avenue
Denver, CO 80210
Tel. (423) 797-6084
ccarraway@law.du.edu
*Admitted *pro hac vice*

*Attorneys for Defendant Philip Demers*