UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

      Plaintiff,

v.

PHILIP DEMERS,

      Defendant.

_____

**DEFENDANT PHILIP DEMERS' *UNOPPOSED* MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) and Local Rule 7.1(a)(1)(J), Defendant Philip Demers respectfully requests a 14-day extension of time to respond to Plaintiff's Motion for Leave to Amend Complaint to Join Necessary Party and for Remand. [ECF No. 22]. As grounds, Mr. Demers states:

1.      This is an action for defamation and various state-law torts involving alleged nuisance and trespass at the Miami Seaquarium. In essence, Plaintiff asserts that Mr. Demers committed trespass and nuisance and defamed the Seaquarium related to his public advocacy for the now-deceased orca named Lolita, who was held captive at the Seaquarium.

2.      Plaintiff originally filed this lawsuit in state court, and Mr. Demers timely removed it to federal court asserting diversity jurisdiction. [ECF No. 1].

3.      Mr. Demers then moved to dismiss the complaint on several bases, including that the lawsuit was an unlawful strategic lawsuit against public participation. [ECF No. 12]. Mr. Demers' motion is fully briefed. [ECF Nos. 17, 20].

4.      Now, Plaintiff has filed a motion seeking to add another party and ask the Court to remand the lawsuit to state court. [ECF No. 22]. Plaintiff asserts that its actions do not constitute fraudulent joinder. [*Id.*]. Mr. Demers disagrees and will oppose Plaintiff's request.

5.      However, two of Mr. Demers' attorneys are beginning trial on October 30, 2023 before the Honorable Judge T. Kent Wetherell in the Northern District of Florida in the matter of *Hamze v. Settlemyers*, Case No. 3:22-cv-04978-TKW-ZCB. For that reason, Mr. Demers requests that the Court enlarge his time to respond to the pending motion for leave to amend and remand the case, so that his attorneys may have an opportunity after trial to fully brief these issues.

6.      Plaintiff does not oppose this request.

### Memorandum of Law[1]

Rule 6(b) governs extensions of time in which to file motions and responsive documents. Under Rule 6(b)(1)(A), when an act is required or allowed to be done within a specified time period, a court "may, for good cause, extend the time" before the original time to file or respond expires. Fed. R. Civ P. 6(b)(1)(A). The Eleventh Circuit has held that to establish good cause under Rule 6(b), "the party seeking the extension must establish that the schedule could not be met despite the party's diligence." *Davis v. Post Univ., Inc.*, 497 F. Supp. 3d 1252, 1268 (S.D. Fla. 2019) (citing A*shmore v. Sec'y, Dep't of Transp.*, 503 F. App'x 683, 685 (11th Cir. 2013)).

Here, Mr. Demers seeks a 14-day extension of time so that he has an opportunity to fully brief an issue which may resolve whether this case remains before the Court. The extension in responding to the motion will not prejudice Plaintiff, who does not oppose this motion. Absent

---

[1] Although Local Rule 7.1(a)(1)(J) does not require supporting memoranda of law for this type of motion where good cause is outlined in the motion, Mr. Demers provides brief argument supporting his position.

this request, Mr. Demers would not have the ability to fully brief the issues at hand given his counsel's upcoming trial.

## <u>Conclusion</u>

For these reasons, Defendant Philip Demers respectfully requests that the Court grant this motion and permit him an additional fourteen days, through November 20, 2023, to respond to Plaintiff's motion [ECF No. 22].

Dated: October 23, 2023.

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Tel.: (305) 523-9023
james@slater.legal

-and-

Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
Tel. (305) 423-8747
josh@tarjanlawfirm.com

-and-

Chris Carraway (admitted *pro hac vice*)
The Animal Activist Legal Defense Project
2255 E. Evans Avenue
Denver, CO 80210
Tel. (423) 797-6084
ccarraway@law.du.edu

*Attorneys for Defendant Philip Demers*

## **<u>Certificate of Good Faith Conference</u>**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that the undersigned has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion. Specifically, the undersigned conferred with Plaintiff's counsel on October 23, 2023 by email. Plaintiff's counsel does not oppose this request.

**James M. Slater**
James M. Slater