UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

**[PROPOSED] ORDER GRANTING DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

THIS MATTER is before the Court on Defendant Philip Demers' unopposed motion [ECF No. 23] for a 14-day extension of time to respond to Plaintiff's motion for leave to amend its complaint and for remand [ECF No. 22]. This Court has reviewed Defendant's unopposed motion and, being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that, for good cause shown,

Defendant Philip Demers' unopposed motion for a 14-day extension of time to respond to Plaintiff's motion for leave to amend and for remand is GRANTED. Defendant Philip Demers shall file a response to Plaintiff's motion on or before November 20, 2023.

DONE AND ORDERED in Chambers this _____ day of _____, 2023, at Miami, Florida.

                                                                  K. MICHAEL MOORE
                                                                  United States District Judge