# EXHIBIT 7

EXHIBIT 7 IS A VIDEO THAT WILL BE SENT TO COUNSEL VIA FILE SHARE SEVICE