UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

**DECLARATION OF FRANCOIS FAVART**

I, Francois Favart, declare as follows:

1. My name is Francois Favart. I am over 18 years old, and I have personal knowledge of the facts set forth in this declaration.

2. I am the owner of Airman Helicopters Inc., located in Lauderdale by the Sea, Florida.

3. Airman Helicopters Inc.'s main activity involves leasing helicopters.

4. I understand that MS Leisure Company has identified Airman Helicopters, Inc. as the company that provided a helicopter tour to Mr. Demers on or about July 14, 2023, in Miami, Florida.

5. Airman Helicopters Inc. does not directly provide helicopter tours in Miami, Florida and did not provide any helicopter tours in Miami, Florida on or about July 14, 2023.

6. As owner of Airman Helicopters Inc., I have complete access to the company's business records. I have reviewed those records and affirmatively state that Airman Helicopters Inc. has never flown Phil Demers on a helicopter ride, nor has it otherwise engaged in any business or other activities with Mr. Demers.

      I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 11/16, 2023 at Kathmandu Nepal.

*[signature]*

_____
Francois Favart