# EXHIBIT 1



**Eduardo Albor**
@eduardoalbor

I wish I say yes, we were but, unfortunately not. After we announced our agreement to work with Friends of Toki, no one with true interest in Toki came back. Just the bastard crook of Phil Daemer whose interest is take money from his lies. I will have his ass in jail crook.

9:46 AM · Aug 24, 2023 · **663** Views

https://twitter.com/eduardoalbor/status/1694737942445502739



**Eduardo Albor** ✓
@eduardoalbor

Forget it. This crook is cheating people and taking money of naive fellows who are deceived by this crook and taking their money to pay his drugs and his felonies. he will continue lying and cheating. He was born a crook and will go to Jail. Laws shall prevail

12:45 PM · Jul 28, 2023 · **312** Views

https://twitter.com/eduardoalbor/status/1684998547828031488

**SkitSkat** @Skibbles70 · Jun 28

Look Phil, Eduardo has done more for Toki (Lolita) in the last 6mos than ANYONE has in the last 50yrs. He approved her release to a seaside sanctuary! Where is she supposed to be housed while they clean it?! SeaWorld is too far to transport her. Be part of the solution man.

💬 18   🔁 5   ♡ 11   📊 3.5K

**Eduardo Albor** ✓ @eduardoalbor · Jun 30

Great answer lady. Clown the crook is only misleading on purpose, people with good intentions, who do not know the road to get all the approvals to relocate Lolita from @MiamiSeaquarium. Clown the crook knows what s lying and illegally taking money out of this people. CROOK!

💬 36   🔁 5   ♡ 7   📊 20K

https://twitter.com/eduardoalbor/status/1674968383349981194



https://twitter.com/eduardoalbor/status/1674716330363060227



**Eduardo Albor** ✓
@eduardoalbor

I was missing your jokes. You make me laugh!!!. Come back to planet Earth. And also, I have to tell you I am straight. Look for another man who loves also trips to Venus and Mars. I see you need a lover clown. An astronaut!

1:01 PM · Jul 29, 2023 · **320** Views

https://twitter.com/eduardoalbor/status/1685364982857289728



https://twitter.com/eduardoalbor/status/1685369343280873473



https://twitter.com/eduardoalbor/status/1660802998291898371



https://twitter.com/eduardoalbor/status/1660808470831017984



https://twitter.com/eduardoalbor/status/1657159153368825856