# **EXHIBIT 2**



https://twitter.com/MiamiSeaquarium/status/1678817237703041024