UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

**DEFENDANT PHILIP DEMERS'** *UNOPPOSED* **MOTION TO WITHDRAW REQUEST FOR ORAL ARGUMENT OR ALTERNATIVELY TO RESCHEDULE OR PERMIT TELEPHONIC APPEARANCE**

Defendant Philip Demers respectfully requests that the Court permit him to either withdraw his request for oral argument in connection with Plaintiff's motion for protective order [ECF No. 25] or, to the extent the Court believes that oral argument would remain beneficial, to seek either a postponement of the in-person hearing or to allow defense counsel to appear telephonically for the scheduled hearing on December 12, 2023. As grounds, Mr. Demers states:

1. This is an action for defamation and various state-law torts involving alleged nuisance and trespass at the Miami Seaquarium. In essence, Plaintiff MS Leisure Company asserts that Mr. Demers committed trespass and nuisance and defamed the Seaquarium related to his public advocacy for the now-deceased orca named Lolita, who was held captive at the Seaquarium.

2. On November 6, 2023, Plaintiff filed a motion for protective order, seeking to limit Mr. Demers' public statements and advocacy surrounding the marine mammal conditions at

the Miami Seaquarium. [ECF No. 25]. That motion was referred to Judge Louis for a Report and Recommendation. [ECF No. 26].

3. On November 20, 2023, Mr. Demers responded to the motion [ECF No. 28] and asked the Court to permit oral argument on the issues raised in the papers under Local Rule 7.1(b)(2).

4. The Court set Plaintiff's motion for protective order for an in-person hearing on December 12, 2023. [ECF No. 29].

5. Given that Plaintiff has decided not to file a reply and having considered the issues raised in the motion and Mr. Demers' response, Mr. Demers believes that, although helpful to the Court, oral argument is no longer necessary to resolve the issues raised by Plaintiff and would withdraw its request. Plaintiff stated that it had no opposition to this request.

6. To the extent the Court denies Mr. Demers' request to withdraw his request for oral argument, then Mr. Demers would alternatively request that the Court either reset the in-person hearing for December 18, 2023 (which the parties are both available on) or some other date as may be preferrable to the Court, or alternatively permit defense counsel to appear by telephone at the currently scheduled hearing on December 12. Plaintiff does not oppose this alternative request either.

7. In the event the Court believes that the hearing is appropriate in this circumstance, Mr. Demers requests permission for his counsel to appear by telephone or for a continuance as set forth below and in the attached affidavit[1] of Chris Carraway, Mr. Demers' lead counsel, which is filed pursuant to Local Rule 7.6. Specifically, Mr. Demers' lead counsel, Chris

---

[1] Local Rule 7.1(a)(1)(G) does not require supporting memoranda of law for this type of motion where good cause is outlined by affidavit under Local Rule 7.6.

Carraway, is located in Denver, Colorado, and is traveling on December 12, 2023, the date of the current setting, to New York for a hearing the next day. Mr. Carraway would be available to appear in person the following week and would alternatively be available by phone for oral argument at the currently scheduled hearing, which is several hours prior to his flight to New York.

## Conclusion

For these reasons, Defendant Philip Demers respectfully requests that the Court grant this motion to withdraw his request for oral argument and cancel the hearing scheduled for December 12, 2023 [ECF No. 29], or alternatively either permit his counsel to appear telephonically on that date or reschedule the hearing for another date for in-person argument.

Dated: December 6, 2023.

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Tel.: (305) 523-9023
james@slater.legal

Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
Tel. (305) 423-8747
josh@tarjanlawfirm.com

Chris Carraway (admitted *pro hac vice*)
The Animal Activist Legal Defense Project
2255 E. Evans Avenue
Denver, CO 80210
Tel. (423) 797-6084
ccarraway@law.du.edu

*Attorneys for Defendant Philip Demers*

## Certificate of Good Faith Conference

Pursuant to Local Rule 7.1(a)(3), I hereby certify that the undersigned has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion. Specifically, the undersigned conferred with Plaintiff's counsel on December 5, 2023 by email. Plaintiff's counsel does not oppose this request.

**James M. Slater**
James M. Slater