UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

## DECLARATION OF BENJAMIN CHRISTOPHER CARRAWAY

I, Benjamin Christopher Carraway, declare as follows:

1. My name is Chris Carraway, and I am lead counsel for Defendant Philip Demers. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

2. I am a staff attorney with the Animal Activist Legal Defense Project at the University of Denver Sturm College of Law and I currently reside in Denver, Colorado.

3. As part of my work with the Project, I represent animal rights activists around the country in criminal and civil legal matters.

4. One of those representations is the matter of *People v. Tracy Murphy*, a criminal case pending in Newfane, New York. In connection with that criminal matter, I have an in-person motions hearing scheduled in Newfane on December 13, 2023, the day after the scheduled in-person hearing on Plaintiff's motion for protective order [ECF No. 25] in this case. [*See* ECF No. 29]. To attend that earlier scheduled hearing, the university purchased airline tickets from Denver to New York for December 12, 2023, the date of the hearing in this matter.

That flight is scheduled to depart Denver at 5:30 p.m., meaning that I would be able to attend the December 12, 2023 hearing in this case by telephone prior to my flight to New York, but I would not be able to appear in Miami in person on that date.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2023, at Denver, Colorado.

_____
Benjamin Christopher Carraway