United States Department of Transportation

# Exhibit 1

About DOT   Our Activities   Areas of Focus

# FAA REGISTRY

## N-Number Inquiry Results

**N-NUMBER ENTERED: 644BB**

**AIRCRAFT DESCRIPTION**

| | | | |
|---|---|---|---|
| Serial Number | 13647 | Status | Valid |
| Manufacturer Name | ROBINSON HELICOPTER COMPANY | Certificate Issue Date | 01/29/2021 |
| Model | R44 II | Expiration Date | 01/31/2028 |
| Type Aircraft | Rotorcraft | Type Engine | Reciprocating |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 52072062 |
| MFR Year | 2014 | Mode S Code (Base 16 / Hex) | A87432 |
| Type Registration | Non Citizen Corporation | Fractional Owner | NO |

**REGISTERED OWNER**

| | |
|---|---|
| Name | AIRMAN HELICOPTER INC |
| Street | 284 IMPERIAL LN |
| City | LAUD BY SEA |
| State | FLORIDA |
| County | BROWARD |
| Zip Code | 33308-5925 |

| Country | UNITED STATES |
|---|---|

### AIRWORTHINESS

| Type Certificate Data Sheet | H11NM | Type Certificate Holder | ROBINSON HELICOPTER CO |
|---|---|---|---|
| Engine Manufacturer | LYCOMING | Classification | Standard |
| Engine Model | IO-540-AE1A5 | Category | Normal |
| A/W Date | 02/11/2014 | Exception Code | Yes |

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the

airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

https://aircraft.faa.gov/e.gov/ND/

### OTHER OWNER NAMES

None

### TEMPORARY CERTIFICATES

None

### FUEL MODIFICATIONS

None

### DEREGISTERED AIRCRAFT

None

**The duration of aircraft registration certificates has been extended up to 7 years. The Registry will be issuing revised certificates in batches based on the former expiration date. For verification purposes, even though the expiration date on the registration certificate may not match the expiration date in the FAA Aircraft Registration database, any registration certificate displaying an expiration date of January 31, 2023 or later is still valid. This applies to all foreign Civil Aviation Authorities or anyone else with a verification need.**