UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

       Plaintiff,

v.

PHILIP DEMERS,

       Defendant.

**PLAINTIFF'S MOTION TO EXTEND TIME PURSUANT TO FRCP 6(b)(1)(B) and 60(b)**

       Plaintiff, MS Leisure Company ("MS Leisure"), by and through undersigned counsel, hereby files this Motion to Extend Plaintiff's Deadline to Reply to both Defendant's Response to Plaintiff's Motion for Leave to Amend [DE #32] and Response to Plaintiff's Motion for Protective Order [DE #33], pursuant to this Court's discretionary powers under Federal Rules of Civil Procedure 6(b)(1)(B) and 60(b), and in support thereof states as follows:

       1.     On November 20th, 2023, Defendant filed both his Response to Plaintiff's Motion for Leave to File Amended Complaint and Remand Case to State Court [DE #27] and Response to Plaintiff's Motion for Protective Order [DE # 28] (the "Responses").

       2.     Pursuant to S.D. Fla. L.R. 7.1(c)(1) Plaintiff's Replies to the Responses were due on November 27th, 2023.

1

3.	On November 20th, 2023, Counsel for Defendant, via email, agreed to extend the deadline for Plaintiff to file its Replies till December 7th, 2023, due to the original deadline falling directly after the Thanksgiving Holiday.

4.	Due to a clerical error on the part of Plaintiff's Counsel, Plaintiff did not properly file its Unopposed Motion to Extend Time and accompanying proposed order, notifying this Court of Counsels' agreement.

5.	On December 7th, 2023, within the agreed deadline of the Parties, Plaintiff filed its Reply in Further Support of its Motion for Leave to Amend Complaint and Remand [DE #32] and Reply in Further Support of its Motion for Protective Order [DE #33].

6.	On December 8th, 2023, Magistrate Judge Lauren Fleischer, entered an Order striking Plaintiff's Reply in Further Support of its Motion for Protective Order [DE #34], rightfully pointing out that the Reply was filed after the November 20th deadline since Plaintiff did not notify this Court of the agreement of the Parties.

7.	Pursuant to both Federal Rules of Civil Procedure 6(b)(1)(B) and 60(b) Plaintiff requests that this Court grant Plaintiff's extension to file its Replies on December 7th, 2023, and rescind this Court's Order striking Plaintiff's Reply in Further Support of its Motion for Protective Order [DE #34], based on Plaintiff's excusable neglect in not notifying this Court of the Parties agreement to extend time.

8.	Although Defendant did not oppose the original extension request in November, they have informed the Plaintiff that he now opposes it. The Defendant contends he has suffered some type of prejudice in withdrawing his request for oral argument as to Plaintiff's Motion for Protective Order, premised upon the mistaken belief that Plaintiff no longer intended to file a reply brief. The Plaintiff respectfully submits to the Court that no prejudice has been suffered and

Defendant's position in this regard makes no sense because of the Plaintiff's explicit request for an extension to file the subject reply.

9. The Defendant does not oppose the relief sought as to the extension of time in connection with Plaintiff's Reply in Further Support of Plaintiff's Motion for Leave to Amend Complaint and Remand [DE #32].

10. Under Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, a court may extend the time in which a party may act "on a motion made after the time has expired if the party failed to act because of excusable neglect."

11. "Whether neglect is excusable is an equitable determination 'taking account of all relevant circumstances surrounding the party's omission.'" Fisher v. Office of the State Atty. 13th Judicial Circuit Fla., 162 F. App'x 937, 940 (11th Cir. 2006) (quoting Pioneer Inv. Servs. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380, 395, 113 S. Ct. 1489, 1498, 123 L.Ed.2d 74 (1993)).

12. Such relevant circumstances include the danger of prejudice to the opposing party, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith. *Ayala v. Dermaforce Partners*, LLC, 22-23000-CIV, 2023 WL 3674127, at *1 (S.D. Fla. May 26, 2023).

13. District courts are afforded discretion under Rule 60(b) to accept untimely filings. *Id.*

14. The decision to grant a Rule 60(b) motion is within the discretion of the court. *Whitaker v. Associated Credit Services, Inc.*, 946 F.2d 1222, 1224 (6th Cir.1991).

15. In exercising its discretion this Court should consider the applicable principles of equity. *In re McKenzie*, 449 B.R. 306 (Bankr. E.D. Tenn. 2011).

16. In the present case, Defendant will not be prejudiced should this Court grant Plaintiff's Motion as Defendant's Counsel had already agreed to the extension and was put on notice that Plaintiff's Replies would be filed on December 7th, 2023.

17. Plaintiff's original request for an extension of time from Defendant's Counsel as well as this present Motion are filed in good faith and in an attempt to remediate the excusable neglect on the part of Plaintiff's Counsel.

18. This Court should find that Plaintiff's omission in not notifying this Court of the Parties agreed to extension constitutes excusable neglect.

**WHEREFORE,** for the foregoing reasons Plaintiff respectfully requests that this Court enter an Order granting Plaintiff's extension to file its Replies on December 7th, 2023, and rescind its Order [DE #34] striking Plaintiff's Reply in Further Support of its Motion for Protective Order as untimely.

**LOCAL RULE 7.1(a)(3) CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that he conferred by email on December 8th, 2023, with Defendants' counsels, James M. Slater, Esq., Joshua Tarjan, Esq., and Benjamin Christoper Caraway, Esq. who agreed to the relief set out herein as it regards Plaintiff's Reply in Further Support of Plaintiff's Motion for Leave to Amend [DE #32] and opposes the relief sought out herein as it regards Plaintiff's Reply in Further Support of Plaintiff's Motion for Protective Order [DE #33]

Date: December 8, 2023                          Respectfully submitted,
                                                **JONES & ADAMS, P.A.**
                                                *Attorney for Plaintiff*
                                                999 Ponce de Leon Blvd., Suite 925
                                                Coral Gables, FL 33134
                                                Tel: (305) 270-8858
                                                Fax: (305) 270-6778

matthew@jones-adams.com

By:    */s/ Matthew L. Jones*
       Matthew L. Jones, Esq
       Florida Bar No.: 909335