UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND MOTION TO EXTEND TIME PURSUANT TO FRCP 6(b)(1)(B) and 60(b)**

**THIS CAUSE** came before the Court upon Plaintiff, MS Leisure's ("**Plaintiff**"), Motion to Extend Plaintiff's Deadline to Reply to both Defendant's Response to Plaintiff's Motion for Leave to Amend [DE #32] and Response to Plaintiff's Motion for Protective Order [DE #33], pursuant to this Court's discretionary powers under Federal Rules of Civil Procedure 6(b)(1)(B) and 60(b) (the "Motion") (ECF No. __).

**UPON CONSIDERATION** of the Motion and being otherwise fully advised in the premises and Defendant not opposing the relief sought as to the Reply in Further Support of Plaintiff's Motion for Leave to Amend [DE #32] and Defendant's opposition as the to relief sought regarding the Reply in Further Support of Plaintiff's Motion for Protective Order [DE #32], it is hereby ORDERED AND ADJUDGED that the Motion (ECF No. ____) is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____, 2023.

 

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All counsel of record