# Exhibit 1

| | |
|---|---|
| **From:** | James M. Slater |
| **To:** | Matthew Jones; Cheyenne Moghadam |
| **Cc:** | Josh Tarjan; Carraway, Chris |
| **Subject:** | Fwd: Activity in Case 1:23-cv-22834-KMM MS Leisure Company v. Demers Order Setting Hearing on Motion |
| **Date:** | Tuesday, December 5, 2023 9:54:13 AM |

Matt,

Could you please advise your position on the following:

(1) Mr. Demers withdrawing his request for oral argument on this motion; and

(2) To the extent a hearing were to occur, rescheduling it for 12/18 or 12/19; or

(3) Permitting defense counsel to appear telephonically if the hearing occurs but is not rescheduled.

Thanks,
James


**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal



---------- Forwarded message ---------
From: <cmecfautosender@flsd.uscourts.gov>
Date: Mon, Dec 4, 2023 at 9:50 AM
Subject: Activity in Case 1:23-cv-22834-KMM MS Leisure Company v. Demers Order Setting Hearing on Motion
To: <flsd_cmecf_notice@flsd.uscourts.gov>


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States**

**policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 12/4/2023 at 9:49 AM EST and filed on 12/4/2023
**Case Name:**         MS Leisure Company v. Demers
**Case Number:**       1:23-cv-22834-KMM
**Filer:**
**Document Number:** 29(No document attached)

**Docket Text:**
**PAPERLESS ORDER setting Motion Hearing on Plaintiff's [25] Motion for Protective Order. A Hearing on Plaintiff's [25] Motion is now set for December 12, 2023 at 2:30 P.M. in Miami Division before Magistrate Judge Lauren Fleischer Louis at United States Courthouse, Clyde Atkins Bldg., 11th Floor, 301 North Miami Avenue, Miami, Florida. Signed by Magistrate Judge Lauren Fleischer Louis on 12/4/2023. (as06)**

**1:23-cv-22834-KMM Notice has been electronically mailed to:**

Benjamin Christopher Carraway &nbsp &nbsp ccarraway@law.du.edu

Eric Santiago Rojo Dotel &nbsp &nbsp e.rojodotel@jones-adams.com

James Murray Slater &nbsp &nbsp james@slater.legal, andrew@slater.legal, eservice@slaterlegal.com, jslater@recap.email

Joshua Moross Tarjan &nbsp &nbsp josh@tarjanlawfirm.com

Matthew Leonard Jones &nbsp &nbsp matthew@jones-adams.com, e.rojodotel@jones-adams.com, j.porro@jones-adams.com, steven@jones-adams.com

**1:23-cv-22834-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

Chris Carraway
The Animal Activist Legal Defense Project
2255 E. Evans Avenue
Denver, CO 80210