UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

Case No. 1:23-cv-22834-KMM-LFL

## **DEFENDANT'S MOTION FOR RELIEF FROM MEDIATION REQUIREMENT**

Defendant Philip Demers files this opposed motion for relief from the Court's mediation requirement. As grounds, Mr. Demers states:

1. On August 29, 2023, the Court ordered the parties to engage in mediation in this case, to be completed 80 days before trial (March 1, 2024). A notice of scheduling mediation is also due 110 days before trial (January 31, 2024). [ECF No. 19].

2. Although counsel for the parties worked together to coordinate a mediator selection [ECF No. 21], given the posture of this case, Mr. Demers does not believe mediation is appropriate at this time and asks for relief from the mediation requirement.

3. Specifically, Mr. Demers believes that mediation at this time is highly unlikely to be meaningful or fruitful and would only serve to increase the costs of litigation for both sides and potentially engender further resentment amongst the parties. [*See, e.g.*, ECF Nos. 25 & 28]. Mr. Demers—an animal rights activist—is disinterested in Plaintiff's efforts to silence his activism and will not agree to refrain from engaging in protected speech about the conditions at the Miami Seaquarium, which are a matter of great public concern. *See, e.g.*, Christina Vasquez, *County*

*investigating 'several' unsafe structures at Miami Seaquarium*, LOCAL 10 NEWS (Jan. 5, 2024), https://www.local10.com/news/local/2024/01/05/county-investigating-several-unsafe-structures-at-miami-seaquarium/.  As such, Mr. Demers does not believe mediation is appropriate now.

4. However, Mr. Demers believes mediation might be beneficial and considered by the parties after resolution of dispositive motions but before trial.

5. Plaintiff opposes this request.

WHEREFORE, Defendant Philip Demers respectfully moves this Court for an order relieving the parties from the requirement to mediate this action at this time.

Dated: January 10, 2024

                                                Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Tel.: (305) 523-9023
james@slater.legal

Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
Tel. (305) 423-8747
josh@tarjanlawfirm.com

Benjamin Christopher Carraway*
The Animal Activist Legal Defense Project
2255 E. Evans Avenue
Denver, CO 80210
Tel. (423) 797-6084
ccarraway@law.du.edu
*Admitted *pro hac vice*

*Attorneys for Defendant Philip Demers*

**Certificate of Good Faith Conference**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that the undersigned has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion. Specifically, the defense counsel conferred with Plaintiff's counsel on December 29, 2023 and January 9, 2024 by email on whether Plaintiff would join this request. On January 10, 2024, Plaintiff noted that it believed mediation was appropriate at this time.

**James M. Slater**
James M. Slater
