UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

Case No. 1:23-cv-22834-KMM-LFL

**<u>ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF FROM MEDIATION</u>**

THIS MATTER is before the Court on Defendant Philip Demers's motion for relief from mediation requirement (the "Motion"). [ECF No. 39]. Having considered the motion and otherwise being advised in the premises, the Motion is GRANTED. The parties need not mediate.

DONE AND ORDERED in Miami, Florida this ___ day of _____ 2024.

K. MICHAEL MOORE
United States District Judge

Copies to counsel via cm/ecf