# EXHIBIT A

# WRITTEN ASSURANCE

_____ declares that:

I reside at _____ in the City of _____, County of _____, State of _____ . My telephone number is _____.

I am currently employed by _____, located at _____, and my current job title is _____.

I have read and I understand the terms of the Agreed Confidentiality Order dated _____, filed in Case No. _____, pending before the U.S. District Court for the Southern District of Florida. I agree to comply with and be bound by the provisions of the Agreed Confidentiality Order. I understand that any violation of the Agreed Confidentiality Order may subject me to sanctions by the Court.

I shall not divulge any documents, or copies of documents, designated "Confidential" obtained pursuant to such Agreed Confidentiality Order, or the contents of such documents, to any person other than those specifically authorized by the Agreed Confidentiality Order. I shall not copy or use such documents except for the purposes of this action and pursuant to the terms of the Agreed Confidentiality Order.

As soon as practical, but no later than \_\_\_\_ days after the final judgment in this action, I shall return to the attorney from whom I have received them, any documents in my

possession designated "Confidential", and all copies, excerpts, summaries, notes, digests, abstracts, and indices relating to such documents.

I submit myself to the jurisdiction of the Court for the purpose of enforcing or otherwise providing relief relating to the Agreed Order.

Executed on _____       _____
               (Date)                                  (Signature)