UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

Case No. 1:23-cv-22834-KMM-LFL

## **JOINT MOTION TO PERMIT VIRTUAL MEDIATION**

The parties jointly request that the Court permit them to conduct mediation by Zoom or other videoconference means. As grounds, the parties state:

1. On August 29, 2023, the Court ordered the parties to engage in mediation in this case, to be completed 80 days before trial (March 1, 2024). A notice of scheduling mediation is also due 110 days before trial (January 31, 2024). [ECF No. 19].

2. The parties selected Pamela Perry as their mediator. [ECF No. 21].

3. Previously, Defendant Philip Demers asked the Court for relief from mediation, which the Court denied. [ECF Nos. 39 & 42].

4. In its Order denying Defendant's motion, the Court ordered the parties to comply with the mediation requirements in the Order of Referral to Mediation and to conduct an "in-person mediation." [ECF No. 42].

5. The parties seek relief from the requirement to conduct the mediation in person on the primary basis that it would be an undue burden for several of the individuals who need to be at mediation, including Defendant, who lives in Canada and would need to travel internationally

to attend mediation. Further, several counsel are also located out of the District, including Mr. Demers' lead counsel, Chris Carraway, who is located in Denver, Colorado, and in an effort to accommodate everyone and have a productive mediation, the parties agree that a remote mediation would be warranted under these circumstances and that there is good cause for the same.

WHEREFORE, the parties respectfully move this Court for an order relieving them from conducting an in-person mediation and permitting them to mediate by remote videoconferencing.

Dated: January 29, 2024.

Respectfully submitted,

**Matthew L. Jones, Esq.**
Matthew L. Jones (FBN 909335)
JONES & ADAMS, P.A.
999 Ponce de Leon Blvd., # 925
Coral Gables, Florida 33134
Telephone: (305) 270-8858
Facsimile: (305) 270-6778

*Attorneys for Plaintiff*

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Tel.: (305) 523-9023
james@slater.legal

Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
Tel. (305) 423-8747
josh@tarjanlawfirm.com

Benjamin Christopher Carraway*
The Animal Activist Legal Defense Project
2255 E. Evans Avenue
Denver, CO 80210
Tel. (423) 797-6084
ccarraway@law.du.edu
*Admitted *pro hac vice*

*Attorneys for Defendant*

2

**Certificate of Compliance with CM/ECF Administrative Procedure 3J(3)**

I hereby certify that, pursuant to CM/ECF Administrative Procedure 3J(3), counsel for Plaintiff consented to the filing of this Joint Motion to Modify the Scheduling Order and authorized the undersigned in writing to sign for Plaintiff's counsel.

**James M. Slater**
James M. Slater