UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MS LEISURE COMPANY,

     Plaintiff,

v.

PHILIP DEMERS,

     Defendant.

Case No. 1:23-cv-22834-KMM-LFL

## ORDER GRANTING JOINT MOTION TO PERMIT VIRTUAL MEDIATION

THIS MATTER is before the Court on the parties' joint motion for relief from the requirement to conduct an in-person mediation (the "Motion"). [ECF No. 44]. Having considered the Motion and otherwise being advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. The parties may conduct mediation by videoconference.

DONE AND ORDERED in Miami, Florida this ___ day of _____ 2024.

_____
K. MICHAEL MOORE
United States District Judge

Copies to counsel via cm/ecf