UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

## DEFENDANT'S AMENDED NOTICE OF MEDIATOR SELECTION

Pursuant to the Court's Order of Referral to Mediation [ECF No. 19], the parties previously selected Pamela Perry as the mediator in this case. [ECF No. 21]. Due to scheduling conflicts and trial matters, the parties can no longer mediate during a time when Ms. Perry is available. Accordingly, Defendant Philip Demers provides notice that the parties have conferred and agree to mediate this case before Christopher Benjamin of Salmon & Dulberg, 1395 Brickell Avenue, Suite 800, Miami, Florida 33131. The parties will be filing a notice of scheduling mediation contemporaneously with this filing.

Dated: February 7, 2024.

    Respectfully submitted,

    **James M. Slater**
    James M. Slater (FBN 111779)
    Slater Legal PLLC
    113 S. Monroe Street
    Tallahassee, FL 32301
    Tel.: (305) 523-9023
    james@slater.legal

    -and-

Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
Tel. (305) 423-8747
josh@tarjanlawfirm.com

   -and-

Benjamin Christopher Carraway*
The Animal Activist Legal Defense Project
2255 E. Evans Avenue
Denver, CO 80210
Tel. (423) 797-6084
ccarraway@law.du.edu
*Admitted *pro hac vice*

*Attorneys for Defendant Philip Demers*

1