UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

## NOTICE OF SCHEDULING MEDIATION

Pursuant to the Court's Scheduling Order and Referral to Mediation [ECF No. 19], Defendant Philip Demers provides notice that mediation has been scheduled in this case for **Thursday, February 29, 2024, beginning at 2:00 p.m. eastern time** to be performed in person at 1395 Brickell Avenue, Suite 800, Miami, Florida 33131. The mediator on this case is Christopher Benjamin of Salmon & Dulberg, 1395 Brickell Avenue, Suite 800, Miami, Florida 33131, Tel (305) 371.5490.

Respectfully submitted this 7th day of February 2024.

        Respectfully submitted,

        **James M. Slater**
        James M. Slater (FBN 111779)
        Slater Legal PLLC
        113 S. Monroe Street
        Tallahassee, FL 32301
        Tel.: (305) 523-9023
        james@slater.legal

        -and-

Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
Tel. (305) 423-8747
josh@tarjanlawfirm.com

-and-

Benjamin Christopher Carraway*
The Animal Activist Legal Defense Project
2255 E. Evans Avenue
Denver, CO 80210
Tel. (423) 797-6084
ccarraway@law.du.edu
*Admitted *pro hac vice*

*Attorneys for Defendant Philip Demers*