UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MS Leisure Company,

    Plaintiff(s),

v.                                      CASE NO: 1:23-CV-22834-KMM

Philip Demers,

    Defendant(s),
_____/

## RE-NOTICE OF MEDIATION CONFERENCE

**PLEASE TAKE NOTICE** that Mediation in the above styled action has been scheduled for **February 29, 2024 starting at 2:00 pm ET,** and will be held at **1395 Brickell Avenue Suite 800 Miami Florida 33131** before **Mediator, Miles A. McGrane, Esq..**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original hereof has been eFiled with the Court with copies emailed to counsel of record.

Respectfully Submitted:

_/s/ Miles A. McGrane, III_____
Miles A. McGrane, Esq. Florida Bar Number: 201146 John W. Salmon, Esq.
Florida Bar Number: 271756
John@sd-adr.com, service@sd-adr.com
Salmon & Dulberg Dispute Resolution
1395 Brickell Avenue, Suite 800, Miami, Florida 33131
Telephone: (305) 371-5490