UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

Case No. 1:23-cv-22834-KMM-LFL

## DEFENDANT'S NOTICE OF FILING DEPOSITION TRANSCRIPTS

Pursuant to Rule 56 and Local Rule 56.1, Defendant Philip Demers gives notice of filing the following documents in connection with forthcoming motion for summary judgment:

1. Deposition Transcript of Defendant Philip Demers, attached as Exhibit 1 hereto;

2. Deposition Transcript of Jamie Mayorga, as corporate designee for Plaintiff MS Leisure Company, attached as Exhibit 2 hereto; and

3. Deposition Transcript of Andrew Scullion, as corporate designee for Plaintiff MS Leisure Company, attached as Exhibit 3 hereto.

Dated: February 28, 2024.

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Defendant Philip Demers*