407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE I REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

1   UNITED STATES DISTRICT COURT

2   SOUTHERN DISTRICT OF FLORIDA

3   MIAMI DIVISION

4   CASE NO. 1:23-cv-22834-KMM

5

6   MS LEISURE COMPANY,

7   Plaintiff,

8

9   V.

10

11   PHILIP DEMERS,

12   Defendant.

13

14   DEPONENT:   JAMIE MAYORGA

15   DATE:       JANUARY 24, 2024

16   REPORTER:   SHILAH BLAKENEY

17

18

19

20

21

22

23

24

25

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

```
 1                        APPEARANCES

 2  ON BEHALF OF THE PLAINTIFF, MS LEISURE COMPANY:
    Matthew Jones, Esquire
 3  Cheyenne Moghadam, Esquire
    Jones & Adams, P.A.
 4  999 Ponce De Leon Boulevard
    Suite 925
 5  Coral Gables, Florida 33134
    Telephone No.: (305) 270-8858
 6  E-mail: matthew@jones-adams.com
    E-mail: c.moghadam@jones-adams.com
 7  (Appeared via videoconference)

 8  ON BEHALF OF THE DEFENDANT, PHILIP DEMERS:
    James Slater, Esquire
 9  Slater Legal PLLC
    113 South Monroe Street
10  Tallahassee, Florida 32301
    Telephone: (305) 523-9023
11  E-mail: james@slater.legal
    (Appeared via videoconference)
12
    And
13  Joshua Tarjan, Esquire
    The Tarjan Law Firm, P.A.
14  12372 South West 82 Avenue
    Pinecrest, Florida 33156
15  Telephone No.: (305) 423-8747
    E-mail: josh@tarjanlawfirm.com
16  (Appeared via videoconference)

17  And
    Benjamin Christopher Carraway, Esquire
18  The Animal Activist Legal Defense Project
    2255 East Evans Avenue
19  Denver, Colorado 80210
    Telephone No.: (423)797-6084
20  E-mail: ccarraway@law.du.edu
    (Appeared via videoconference)
21

22

23

24

25
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1                         INDEX
                                              Page
 2  PROCEEDINGS                                 5
    DIRECT EXAMINATION BY MR. SLATER            6
 3
                          EXHIBITS
 4  Exhibit                                    Page
        1    Notice of Deposition               21
 5      2    E-Mail Bates 44753                 45
        3    E-Mails Daily Reports and Weekly Reports  50
 6      4    E-Mail Bates 6332                  52
        5    E-Mail Bates 9163                  55
 7      6    Memorandum Agenda Item #8 H1       57
        7    7-2022 Inspection Report           84
 8      8    State Court Complaint              86
        9    Plaintiff's Responses to First Set of
 9           Interrogatories                    88
       10    E-Mail Bates 2679 - 2680           95
10     11    Plaintiff's Responses to Defense's First
             Request for Production             98
11     12    Instagram Video                   115
       13    E-Mail Bates 14019 - 14022        124
12     14    E-Mail Re: Drone Show Bates 2334  126
       15    E-Mail Bates 10167                128
13     16    E-Mail Bates 173                  129
       17    E-Mail Chain Bates 14012 - 14014  141
14     18    E-Mail Bates 12402 - 12407        150
       19    Plaintiff's Proposed Amended Complaint  158
15     20    Documents                         168
       21    E-Mail Bates 4472 - 4473          174
16     22    Tweets                            180
       23    Video Bates 41                    195
17     24    Letter Dated 1-21-2024            209

18

19

20

21

22

23

24

25
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

```
 1                        STIPULATION
 2  The 30(b)(6) deposition of JAMIE MAYORGA ON BEHALF OF MS
 3  LEISURE COMPANY was taken at MILESTONE REPORTING
 4  COMPANY, 315 EAST ROBINSON STREET, ORLANDO, FLORIDA
 5  32801 on WEDNESDAY the 24th day of JANUARY 2024, via
 6  videoconference, at approximately 10:02 a.m.; said
 7  deposition was taken pursuant to the FEDERAL Rules of
 8  Civil Procedure. It is agreed that SHILAH BLAKENEY,
 9  being a Notary Public and Court Reporter for the State
10  of FLORIDA, may swear the witness and that the reading
11  and signing of the completed transcript by the witness
12  is not waived.
13
14
15
16
17
18
19
20
21
22
23
24
25
```


MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
1              PROCEEDINGS
2         THE REPORTER:  On record.  Will all parties,
3     except for the witness, please state your
4     appearance, how you're attending, and your location?
5         MR. SLATER:  James Slater, on behalf of
6     Defendant, Philip Demers, and I'm appearing
7     virtually, via Zoom.  I am physically in Atlanta,
8     Georgia.
9         MR. JONES:  This is Matthew Jones on, and along
10    with my associate, Cheyenne Moghadam, on behalf of
11    the plaintiff.  To be clear, we got your
12    notification of recording.  That's an audio
13    recording, correct?
14        THE REPORTER:  That is correct.
15        MR. JONES:  Thank you.
16        MR. TARJAN:  This is Josh Tarjan, on behalf of
17    the defendant, appearing by Zoom.  I'm in Miami.
18        MR. CARRAWAY:  Chris Carraway, on behalf of the
19    defendant, appearing by Zoom.  I'm in Denver,
20    Colorado.
21        THE REPORTER:  Mr. Mayorga, will you please
22    state your first name -- your full name for the
23    record?
24        THE WITNESS:  Jamie Mayorga.
25        THE REPORTER:  And will you please present your
```



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     ID, at this time?

2          THE WITNESS:  Yes.

3          THE REPORTER:  It's -- if you can bring it up a

4     little bit more.  Mayorga, Jamie.  Thank you.  Do

5     all parties agree that the witness is Jamie Mayorga,

6     for the corporate rep of MS leisure, today?

7          MR. JONES:  Plaintiffs do.  Yes.

8          THE REPORTER:  Mr. Mayorga, will you please

9     raise your right hand?  Do you solemnly swear or

10    affirm that the testimony you're about to give will

11    be the truth, the whole truth, and nothing but the

12    truth?

13         THE WITNESS:  Yes.

14         THE REPORTER:  Thank you.  You may begin.

15              DIRECT EXAMINATION

16     BY MR. SLATER:

17    Q.   Can you hear me?

18    A.   Yes, I can.

19         MR. JONES:  It did cut out a little -- it did

20    cut out a little bit, James, so we'll --

21         MR. SLATER:  Okay.

22         MR. JONES:  It happens.

23     BY MR. SLATER:

24    Q.   Well, if you think I'm -- if I'm starting to

25    speak, Mr. Mayorga, and it cuts out, you can just let me



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   know.  Could you please state your full name for the

 2   record?

 3        A.   Yes.  Jamie Mayorga.

 4        Q.   And your date of birth?

 5        A.   06-18-93.

 6        Q.   Okay.  Have you -- have you testified under

 7   oath before, Mr. Mayorga?

 8        A.   Yes.  I have.

 9        Q.   In what context?

10        A.   A deposition.

11        Q.   You were deposed?

12        A.   Yeah.  It was for a deposition.

13        Q.   Okay.  Were you deposed in your individual

14   capacity?

15        A.   No.

16        Q.   You were deposed in a corporate capacity?

17        A.   Yes.

18        Q.   Okay.  Was that on behalf of MS Leisure

19   Company?

20        A.   No.

21        Q.   Okay.  Who -- what company were you designated

22   to testify on behalf of?

23        A.   Festival Fun Parks.

24        Q.   Is that entity affiliated with MS Leisure?

25             MR. JONES:  Form.  And by the way, Jamie, just
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1        as a reminder, I may object from time to time to the
2        form of a question, but you proceed to answer the
3        question.  That's not an instruction not to answer.
4        Unless I tell you not to answer, you go ahead and
5        answer all of his questions.  All right?  Thank you.
6            MR. SLATER:  Thanks, Matt.
7            BY MR. SLATER:
8        Q.  And I'll go over a little bit more about that
9   in a second.  I just wanted to get some context about
10  your prior testimony.  But since you -- since you've
11  been deposed, as Matt said, I'm going to ask questions
12  today, you are required to provide an answer.  You may
13  hear Matt object, but unless he directs you not to
14  answer, you're required to answer my questions.  If I
15  have a question pending, and you want to take a break,
16  you need to respond to the question before.  Because
17  this is being transcribed by a court reporter, your
18  answers need to be yes, no, verbal answers, not head
19  shakes, uh-huhs, things like that.  Does that -- does
20  that make sense, Mr. Mayorga?
21        A.  Yes, sir.
22        Q.  Okay, great.  So I want to just turn back now
23  to this Festival Fun Parks.  I asked you: Is that -- is
24  that a -- is that company affiliated in any way with MS
25  Leisure company?
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1            MR. JONES:  Same objection.
 2            THE WITNESS:  No.
 3             BY MR. SLATER:
 4       Q.   No.  Is that company affiliated with the
 5  Dolphin company?
 6            MR. JONES:  Same.
 7            THE WITNESS:  No.
 8             BY MR. SLATER:
 9       Q.   Okay.  What was - was that deposition in
10  relation to a lawsuit, sir?
11       A.   Yes.
12       Q.   Okay.  Was the -- was Festival Fun Parks being
13  sued?
14       A.   Yes.
15       Q.   Okay.  And who was suing Festival Fun Parks?
16       A.   Don't remember her name.
17       Q.   What kind of lawsuit was it?
18       A.   It was an injury lawsuit.
19       Q.   And where did the person claim to be injured?
20       A.   On the facility.
21       Q.   And what facility is that?
22       A.   It was in front of the pizza location.
23       Q.   The what location, sir?
24       A.   Pizza -- pizza -- pizza.
25       Q.   How do you spell that?
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1        A.    P-I-Z-Z-A.

2        Q.    Oh, pizza.  Okay.  Is that -- is that facility

3   related to the Miami Seaquarium?

4        A.    Yes, sir.

5        Q.    It is my understanding that you're currently

6   employed by MS Leisure Company; is that correct?

7        A.    Yes, that is correct.

8        Q.    Do you have any other employers?

9        A.    No.

10       Q.    And it is my understanding that your job at --

11   with my -- with MS Leisure Company pertains to its

12   operation of the Miami Seaquarium; is that correct?

13       A.    That is correct.  Yes.

14       Q.    And based on what you previously testified

15   about your employment with Festival Fun Parks, is it my

16   understanding, Mr. Mayorga, that prior to your

17   employment with MS Leisure Company, you were also

18   working in connection with the Miami Seaquarium?

19       A.    Yes, sir.  That is correct.

20       Q.    How long have you been working in a job

21   related to the operation of the Miami Seaquarium?

22       A.    I would say, pretty much, over ten years.

23       Q.    Okay.  How long with Festival Fun Parks?

24       A.    Festival Fun Parks, that was 2014, if I'm not

25   mistaken.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      Q.   Until?

2      A.   Until 2022.  I believe that's when MS Leisure

3  acquired --

4      Q.   Acquired what?

5      A.   The Miami Seaquarium.

6      Q.   And since 2022, you've been employed with MS

7  Leisure; is that right?

8      A.   That is correct.  Yes.

9      Q.   Okay.  Prior to 2014, what was your

10 employment?

11     A.   I was with the Miami Seaquarium, but different

12 owners.  I was Wometco Enterprises.

13     Q.   What -- sorry.  Could you repeat the name of

14 the owner?

15     A.   Wometco Enterprises.

16     Q.   How long did you work --

17     A.   For just a year.

18     Q.   So 2013, 2014, around then?

19     A.   Yes, sir.

20     Q.   Okay.  Prior to that, did you have any

21 employment history?

22     A.   No.

23     Q.   Okay.  What was your role with Wometco?

24     A.   I was a show attendant.

25     Q.   What does that mean?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.   Pretty much, a greeter at the shows.

2    Q.   And what would a greeter do?

3    A.   Greet the guests upon coming into the show

4 venues.

5    Q.   And what was your role with Festival Fun

6 Parks?

7    A.   Well, it was a variety of different roles, but

8 I ranged from greeter at the shows, to ropes course

9 operator, which is a sky ropes course.  I was the

10 operation supervisor as well, guest experience manager,

11 and operations manager as well.

12    Q.   Okay.  What's an operations supervisor?

13    A.   Pretty much, we assist in overseeing the park.

14 So we were pretty much in every entity within the

15 facility.

16    Q.   What about -- and how is that different from

17 an operations manager?

18    A.   So pretty much from a supervisor standpoint, I

19 would have limited roles I would do.  Just routinely,

20 mainly towards the operations aspects, so just, like,

21 the operations department.  But when needed, I would

22 assist within other entities as -- as needed by

23 management.

24    Q.   What do you mean by entities?

25    A.   So like sub -- sub-departments.


MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        Toll Free 855-MYDEPOS

1    Q.   Okay.  And then with respect to an operations

2  manager, what additional responsibility would you have?

3    A.   As an operations manager, pretty much, I would

4  assist in running the facility.

5    Q.   What does that mean from, let's say, a day,

6  you know, day-to-day perspective?

7    A.   Every department is running efficiently

8  throughout -- throughout the day.

9    Q.   How would you do that?

10    A.   Making sure -- as an example, our food and

11  beverage department, making sure that we have enough

12  personnel for the rushes, we have stands open, and so

13  forth.

14    Q.   How long have you been in the capacity of an

15  operations manager with MS Leisure?

16    A.   Currently, right now, I do not possess that

17  role with MS Leisure.

18    Q.   Okay.  That was with Festival Fun Parks; is

19  that right?

20    A.   That is correct?.  Yes.

21    Q.   Okay.  So what -- what's your role with MS

22  Leisure?

23    A.   Safety.

24    Q.   Okay.  And what do you do in that role?

25    A.   Pretty much, I oversee the safety of the



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1  facility, and security, as well, for the facility.

2      Q.   And how would you go about doing that?

3      A.   There's a variety of different aspects.  On

4  the safety aspect of making sure that all safety

5  protocols are being abided by on a daily basis, doing

6  audits. When it comes to the security aspect of it, it's

7  a matter of just really, securing the facility on a day-

8  to-day, you know, with our security personnel, in

9  conjunction with the operations team.

10     Q.   Okay.  Let -- let's go through that, sort of,

11 piece by piece.  Safety protocols you mentioned, are

12 those written safety protocols, sir?

13     A.   Yes, sir.

14     Q.   Okay.  And when we say, "safety," is it safety

15 of whom, safety of the customers, the animals, what are

16 we talking about?

17     A.   So this would be a range of all aspects.  So

18 we're talking about guests, employees, and -- and even,

19 as well, animals, as well.

20     Q.   And you said this is a written policy.  Is

21 this -- do you have this in a binder?  Is it on a

22 computer? Where is this -- where are these protocols

23 stored?

24     A.   This is on -- well, it's computer, binder, it

25 varies from location and department.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1       Q.    You also referenced securing the facility.

2  Are there any written protocols about that?

3       A.    Yes, we do.

4       Q.    Are those also available on your computer?

5       A.    Yes.

6       Q.    Okay.  Do you know if they have a specific

7  file name?

8       A.    Yes.

9       Q.    Okay.  What is it?

10      A.    Security Manual.

11      Q.    Are there -- are there various versions of

12 this manual, or is there just one version of it?

13      A.    I believe there's different versions.  Do you

14 mean -- would -- would you mean different versions for

15 different departments at this aquarium, or different

16 versions that have been superseded or amended?

17      Q.    Amended versions.

18      A.    Okay.

19      Q.    Do you know when the latest version was

20 amended?

21      A.    Exact date, no.  But it was in 2022.

22      Q.    Who has a role in amending or modifying these

23 security documents?

24      A.    Myself.

25      Q.    Could you -- could you take me through that a

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  little bit, Mr. Mayorga?  If you were to update the

2  security manual, what would be the process of doing

3  that?

4      A.   The process of amending, pretty much, a

5  procedure, or anything within the security manual,

6  basically, would be just kind of -- just -- just

7  amending the version, basically.  That's all it really

8  is.

9      Q.   Sure.  I -- I'm trying to get a sense of --

10  you decided to amend the manual.  Are you basing -- you

11  know, let's say you've decided to amend the manual to

12  address an issue.  Are you doing research before

13  updating the manual?  Are you relying on, you know,

14  rules or regulations or policies outside of, sort of,

15  what you've come up with in your head?  That's sort of

16  what I'm trying to get a sense of.

17          MR. JONES:  Form.  Compound.  Go ahead and

18      answer.

19          THE WITNESS:  Yeah.  So -- so with this one in

20      particular, basically, it's a matter of just going

21      over the facts.  If they are specific new protocols,

22      or new ways of doing things, then we -- I just go

23      ahead and amend the file.

24          BY MR. SLATER:

25      Q.   Okay.  In updating the security manual, would



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  you ever rely on rules, regulations, laws, outside of

2  what, you know, outside of your general knowledge?

3      A.   I don't understand that question.  Can you --

4      Q.   Okay.  If you're going to update your security

5  manual, would the security manual ever reference any

6  rules, county ordinances, state law, anything like that?

7      A.   No.

8      Q.   Does the security manual address drone or

9  other aerial flights above the Seaquarium?

10     A.   No.

11     Q.   Does the security manual address issues with

12 unauthorized persons in the Miami Seaquarium property?

13     A.   Yes.

14     Q.   Could you, to the best of your ability, walk

15 me through what the security manual would say about

16 that?

17     A.   Well it depends, and so we have a variety of

18 different ones.

19     Q.   Well I'm asking -- I haven't seen the security

20 manual, so I don't know.  I don't know what it says, so

21 I think -- would you agree, Mr. Mayorga, that the best -

22 - the best evidence of what those policies are would be

23 what's in the security manual itself?

24     A.   Yes.

25     Q.   Would the security manual have protocols



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  relating to an unticketed guest, for instance?

2      A.   No.

3      Q.   Could you give then -- just give me a sense

4  of, to the best of your ability, what the security

5  manual would reference for how to handle unauthorized

6  persons at the Miami Seaquarium?

7      A.   If it's during normal operating hours, the

8  procedure is pretty much, contact our security

9  personnel.  If they are in an unauthorized area, and

10 they would be the ones to -- to assist in the matter.

11 Basically, they would escort the individual out from the

12 facility, and if needed, law enforcement would be

13 called.

14     Q.   Okay.  You reference -- now how many security

15 personnel are employed by MS Leisure?

16     A.   Currently, right now, it's a team of seven, if

17 I'm not mistaken.

18     Q.   Are you the -- are you the supervisor of those

19 seven individuals?

20     A.   I'm the director.

21     Q.   So you would supervise their roles?

22     A.   I would oversee.  Yeah.  I have somebody else.

23     Q.   Sorry.  I didn't hear the last part?

24     A.   I have somebody else that supervises them.

25     Q.   Is this like a co-director?  What -- can you

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900       www.MILESTONEREPORTING.com       Toll Free 855-MYDEPOS

1  explain?

2      A.   He is a supervisor.

3      Q.   Is this your supervisor, or someone that's

4  underneath you in the chain of command?

5      A.   Someone underneath me, under me.

6      Q.   Okay.  What's this person's name?

7      A.   Maykel.

8      Q.   Can you spell that?

9      A.   M-A-Y-K-E-L.

10     Q.   Last name?

11     A.   Denis, D-E-N-I-S.

12     Q.   Okay.  When you are communicating with your

13  security personnel, is that over radio?  Is that -- is

14  that over the telephone?  How are you doing that?

15     A.   It's a variety of different -- from radio,

16  from telephone.

17     Q.   Is the radio recorded?

18     A.   No.

19     Q.   Do you use any messaging apps or anything like

20  that to communicate with your security personnel?

21     A.   Yes.  We do.

22     Q.   Okay.  What do you use?

23     A.   WhatsApp.

24     Q.   Is this a -- when you're -- when you're using

25  WhatsApp to communicate with your team, is this a group

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

005949 Mayorga Jamie 02-24-2024        Page 80

 1  chat?  Is this a one-off sort of chat?  How are -- how -

 2  - can you -- can you sort of walk me through this, Mr.

 3  Mayorga?

 4       A.   Yes.  So it's a community chat that we've

 5  established.  And from there, we have one group that is

 6  designated to be a security team chat.

 7       Q.   Is there a name for this group?

 8       A.   Security team.

 9       Q.   Security team.  Do you know when this group

10  was set up?

11       A.   It was set up towards the end of December, if

12  I'm not mistaken.

13       Q.   December 2023 or 2022?

14       A.   2023.

15       Q.   Okay.  Prior to December 2023, did your team

16  use any other messaging services to communicate?

17       A.   No -- no.  Prior, we did not have a -- a

18  security team.

19       Q.   Prior to December 2023, if there was an issue,

20  and you were not using the radio or the telephone to

21  contact your personnel, were there any other means that

22  you used to communicate with your personnel about

23  security issues?

24       A.   No.  Just cell phone and radio.

25       Q.   Okay.  I want to turn back now to what we'll

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   mark, Mr. Mayorga, as Defendant's Exhibit 1.  One

 2   second.

 3            (EXHIBIT 1 MARKED FOR IDENTIFICATION)

 4            MR. SLATER:  Madam Court Reporter, am I able to

 5       share my screen?

 6            THE REPORTER:  One moment.  One moment, please.

 7       You should be able to, but let me double-check.

 8       Yes.

 9            MR. SLATER:  Okay.  Perfect.

10            BY MR. SLATER:

11       Q.   Okay.  All right.  Can you see the document

12   that I've pulled up on the screen, Mr. Mayorga?

13       A.   Yes.

14       Q.   Okay.  It's -- you see on page 1, it's titled,

15   "Defendant Philip Demers's Notice of Taking Rule

16   30(B)(6) Deposition."  Do you see that?

17       A.   Yes, sir.  I do.

18       Q.   Okay.  And then you can see that starting on

19   page one, there are 38 identified topics, Pages two

20   through six.  Do you see that?

21       A.   Yes, I do.

22       Q.   Okay.  Have you -- have you reviewed this

23   document before?

24       A.   Yes, sir.  I have.

25       Q.   Okay.  I want to go through the topics to make
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

005949 Mayorga Jamie 3-24-2024                                    Page 82

1  sure that -- it's my understanding that there will be

2  several designees from MS Leisure.  I want to make sure

3  that we are on the same page as to which topics you are

4  designated for.  So Topic one is about drone flights,

5  allegedly conducted by Mr. Demers, his agents, including

6  the ones in Plaintiff's Discovery Requests.  Are you

7  designated on that topic, sir?

8       A.   Yes.

9       Q.   Okay.  Number two is about awareness and

10 observation of those flights at all categories, animals,

11 impacted, effects of -- on animals, employees,

12 customers, et cetera.  Are you designated on Topic two?

13      A.   Yes.

14      Q.   Topic three is about helicopter flights, the

15 helicopter flight referenced in the complaint on July

16 2023.  Are you designated on that topic as well?

17      A.   Yes.

18      Q.   Number four is during helicopter flights in

19 the vicinity above, within, or the vicinity of the

20 Seaquarium, from January 1, 2022 to present.  Are you

21 designated on that topic, as well?

22      A.   Yes.

23      Q.   Okay.  Numbers -- well, I'll try to pick up

24 the pace here.  Numbers five, six, seven, and eight are

25 also about helicopter, drone, and other flights.  Are

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1   you designated on those topics as well?

2       A.   Yes.

3       Q.   Okay.  Nine is about efforts of Plaintiff

4   regarding mitigation of any helicopter or drone flights.

5   Are you -- are you going to be speaking on that topic,

6   as well?

7       A.   For number nine, yes.

8       Q.   Okay.

9           MR. JONES:  That's -- just so you know, Jamie,

10          that may be a hybrid.  I mean, he's -- we -- we've

11          done our diligence to prepare him, but there may be

12          -- the next designee may also have information,

13          because the way it's written is about impact on

14          things.  So I know you may have a series of

15          questions that relate to impact to customers, impact

16          to employees, impact to animals.  So that's looking

17          like the way it would be broken up.

18          MR. SLATER:  Okay.  So just so that we're

19          clear, because I think some of the topics that we

20          already went over are about impact.  I think Topic

21          two also relates to impact.  It -- so it's my

22          understanding that Mr. Mayorga will not be

23          designated on impact issues.  That would be another

24          designee?

25          MR. JONES:  No -- no, he --



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1           MR. SLATER: Okay.

2           MR. JONES: He's prepared to do it, but just by

3    way of example, it says -- look at number six. It

4    says, "Impact on the Seaquarium." I think it's --

5    we're all using common sense here. I think what you

6    meant to say is, impact as to the employees,

7    customers, and animals --

8           MR. SLATER: Sure.

9           MR. JONES: -- at the Seaquarium. You're not

10   suggesting, like, the structure of the -- so that's

11   all it is. It's sort of a hybrid rep in that

12   regard.

13         MR. SLATER: Okay. Understood.

14         BY MR. SLATER:

15   Q. Mr. Mayorga, ten and 11, "Communications with

16 Airman, and Heli (phonetic) Miami." Are you going to be

17 designated on those topics, as well?

18   A. No -- no.

19   Q. Okay. Communications with the FAA, the

20 county, other agencies about air rights, air flights.

21 And then it looks like 13 is also similar.

22 Communications with law enforcement about those issues.

23 Are you designated on those topics?

24   A. Yes.

25   Q. Okay. Fourteen is, "Efforts to monitor or



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1  limit drone surveillance, including the drone defense

2  system."  That topic?

3      A.   This one, I believe, yes, I believe, yes.

4      Q.   Okay -- okay.  The May 27 drone flight

5  interactions with Miami-Dade Police, referred to in the

6  proposed amended complaint.  Will you be -- will you be

7  finding the company on those -- on that topic?

8      A.   Yes.

9      Q.   Okay.  Sixteen, "Unauthorized drone flights

10 over the Seaquarium, including those referenced in the

11 proposed meta complaint."  I think this is somewhat

12 duplicative of a prior one.  I think -- I think the

13 answer is probably yes; is that right?

14     A.   Yes.

15     Q.   Okay.  Areas of the Seaquarium that would be

16 off-limits to guests during the month of May 2023,

17 including the ones shown in Plaintiff's Disclosure,

18 Bates number 45?

19     A.   Yes.

20     Q.   Is that your purview?  Thank you.  Going with

21 that number 18, "Mr. Demers alleged physical trespass

22 identified in the Proposed Amended Complaint?"

23     A.   Yes.

24     Q.   Okay.  "Miami Seaquarium rules, 19 rules,

25 regulations, procedures, regarding trespassers and

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   preventing unticketed entry?"

 2       A.   Yes.

 3       Q.   "Property lines, boundaries of the Miami

 4   Seaquarium," number 20.  Is that you?

 5       A.   Yes.

 6       Q.   Let's see.  "Statutes, regulations, codes,

 7   case law relied on, to determine air rights," in number

 8   21. Is that you, as well?

 9       A.   No.

10       Q.   Okay.

11            MR. JONES:  Unless you want to hear it directly

12       from him, James, I can give you the next chunk that

13       he's not designated on, but it's entirely --

14            MR. SLATER:  Sure.  Yeah.  If you -- if you

15       want to streamline that -- that's great.

16            MR. JONES:  Absolutely.  So 21 through 36, he

17       is not designated.

18            MR. SLATER:  Okay.

19            MR. JONES:  And we finally -- we finally -- I

20       don't want to take up your valuable depo time, but

21       we finally got authority from the client regarding

22       the placeholders we had for things we were

23       considering objections to.  It's not a lot of

24       objections to, but we can cover that outside of your

25       depo time, whatever you want.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1          MR. SLATER:  Well, I mean, we can talk about

 2     that later.  That's fine.  So 30 -- so 36 -- so then

 3     37 and 38.  Is he designated on those topics?

 4          MR. JONES:  Thirty-seven, I want -- and again,

 5     I'm not going to tell this witness how to testify,

 6     but I want you, James, to feel comfortable to ask

 7     him whatever you want about whatever search he did.

 8          MR. SLATER:  Sure.

 9          MR. JONES:  And all that to the company.  We're

10     not designating him the way we do it in other cases,

11     as, like, the ESI rep.  But you feel free to ask him

12     about any searches that he did, and in 38, he is not

13     designated.

14          MR. SLATER:  Okay -- okay.  All right.  All

15     right.

16          BY MR. SLATER:

17     Q.   Would you agree with that, Mr. Mayorga, what

18  your Counsel just referenced?

19     A.   Yes, sir.

20     Q.   Okay, great.  All right.  And so just to sort

21  of dovetail on that, Mr. Mayorga, you are here today on

22  behalf of your employer, MS Leisure Company, not as an

23  individual.  Would we -- would we agree on that?

24     A.   Yes, sir.  That is correct.

25     Q.   And your employer's given you full authority

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  to speak on behalf of MS Leisure on the topics that

2  you've been designated on; is that correct?

3      A.   Yes, sir.

4      Q.   Okay.  I want to ask you a bit about your

5  preparation for today's deposition.  Before I go into

6  those -- that line of questioning, I want to make it

7  very clear that I'm not asking you to divulge anything

8  that your lawyer has told -- that Mr. Jones or his team

9  has told you, that you've talked about.  This is simply

10  to understand how you prepared for today's deposition

11  with respect to the scope of the topics that we've

12  designated.  But I'm not asking you to tell me what your

13  lawyers have told you or anything like that.  Do you

14  understand that?

15      A.   Yes.

16      Q.   Okay.  I want to ask: How many hours did you

17  prepare for today's deposition?

18      A.   I think it was about an hour, give or take.

19      Q.   Did anyone at the company help you prepare for

20  your deposition?

21      A.   No.

22      Q.   For the about dozen or so topics that we just

23  went over, Mr. Mayorga, did you review any company

24  records to help prepare you for your testimony today?

25      A.   No.



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

1    Q.   And I just want -- I want to make clear, my

2    understanding is the question prior to that, I believe I

3    asked you if you communicated with any of your fellow

4    coworkers or any staff or employees at MS Leisure about

5    any of the issues.  Is that it -- was the answer no; is

6    that right?

7    A.   Correct.

8    Q.   Okay.  And you understand, Mr. Mayorga, that

9    your testimony on the issues -- on the topics of -- that

10   we've designated are going to bind MS Leisure Company?

11        MR. JONES:  Form.  Legal conclusion.  Go ahead

12   and answer.

13        BY MR. SLATER:

14   Q.   Do you understand that your testimony is going

15   to bind the company on the issues we've designated, Mr.

16   Mayorga?

17   A.   Yes.

18        MR. JONES:  The same.

19        BY MR. SLATER:

20   Q.   Okay.  And you understand that as a corporate

21   representative that you -- that your testimony is going

22   to include information known or reasonably known to the

23   company on those issues?

24   A.   Yes.

25   Q.   I want to go back.  We talked a bit about this



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1   security manual, but I want to get a sense of the sort

2   of technology infrastructure that you use in your

3   employment at MS Leisure.  Do you have a computer --

4        A.   Yes.

5        Q.   -- at the company?  Okay.  Is it a PC or a

6   Mac?

7        A.   PC.

8        Q.   Is it -- is it a laptop or is it a desktop?

9        A.   A desktop.

10        Q.   And does the desktop reside in your office at

11   the company?

12        A.   That is correct.  That is correct.

13        Q.   All right.  Are you -- are you issued a

14   company phone?

15        A.   No.

16        Q.   When you testified earlier that in a security

17   event, you would call your security personnel, would

18   that be on a landline phone?

19        A.   That is correct, yes.

20        Q.   Have you -- when you save items, like, let's

21   say you're saving the security manual in your computer,

22   are you saving that on the hard drive or are you saving

23   that on the Cloud or server?

24        A.   Cloud.

25        Q.   Cloud.  Do you know the name of the software

**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  MS Leisure uses to store its information on the Cloud?

2      A.   Google.  Okay.

3      Q.   So like Google Drive?

4      A.   Yes, sir.

5      Q.   Do you use Google for e-mail as well?

6      A.   Yes, sir.  I do.

7      Q.   When -- do -- when you save something in

8  Google Drive, would that be a section of that just for

9  your files or is there a way that you can view other

10 employee's files?

11     A.   Just my files.

12     Q.   To the best of your knowledge, would other

13 employees at MS Leisure have the same system?

14     A.   Yes.

15     Q.   I know that you talked about this WhatsApp

16 group that you -- that you folks created in December of

17 2023.  Have you ever as an employee of MS Leisure used

18 any other messaging software?

19     A.   No.

20     Q.   I understand that you use Google, and I

21 understand that Google has a chat function.  Do you ever

22 use that to communicate with your other coworkers?

23     A.   Rarely.

24     Q.   Rarely, but sometimes?

25     A.   I would say rarely.  Last time I used it was

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   probably sometime last year -- early last year.

 2        Q.   Before -- I want to talk a bit about that in a

 3   second.  But before I go into that, I want to ask if you

 4   believe that there's anything else you could have done

 5   to prepare for today's deposition other than what you've

 6   done?

 7        A.   No.

 8        Q.   Besides your lawyers, have you talked to

 9   anyone about the testimony you're giving today?

10        A.   No.

11        Q.   In terms of your -- and it's my understanding

12   that you are -- let me just make sure I have the right

13   terminology, the -- security and safety with MS Leisure;

14   is that right?

15        A.   Yes, that is correct.

16        Q.   Okay.  Do you have any -- who is your -- who

17   do you directly report to, Mr. Mayorga?

18        A.   I report to Edwin Gonzalez.

19        Q.   And who is Edwin Gonzalez?

20        A.   He is the executive director of the Dolphin

21   Company.

22        Q.   Is the Dolphin Company a different company

23   from MS Leisure?

24             MR. JONES:  Form.

25             BY MR. SLATER:
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   You can answer, sir.

2    A.   I think -- I'm -- it's all the same.  It's all

3  the same, so.

4    Q.   Okay.  When you get your -- when you get your

5  pay stubs, are they issued by MS Leisure or a different

6  company?

7    A.   MS Leisure.

8    Q.   Does Edwin Gonzalez use an MS Leisure e-mail

9  address?

10   A.   Yes, he does.  Yes, he does.

11   Q.   And I believe that's the e-mail that's msq.cc;

12  is that right?

13   A.   That is correct, yes.

14   Q.   Okay.  Does he -- do you ever communicate with

15  Mr. Gonzalez on any other e-mail accounts?

16   A.   No.

17   Q.   Okay.  Do you communicate with anyone else

18  that you work with who doesn't use a Miami Seaquarium

19  account?

20   A.   Not --

21   Q.   Okay.  Yeah.  Let me -- let me -- let me make

22  that clearer.  So I believe you said that when you speak

23  -- when you communicate with Edwin Gonzalez, it's

24  through the Miami Seaquarium e-mail, right?  The MSQ e-

25  mail.  Do you ever communicate with any of your other

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   employees who might use an e-mail that's not using that

2   domain?

3       A.   No.

4       Q.   To the best of your knowledge, does Mr.

5   Gonzalez have a Dolphin Company e-mail address that he

6   uses?

7       A.   I -- I don't -- I don't believe so, no.

8       Q.   Okay.  Do you report to anyone else besides

9   Mr. Gonzalez?

10      A.   No.

11      Q.   Does -- can you -- can you give me a sense of

12  -- I want to understand does Mr. Gonzalez oversee your

13  day-to-day activity at the Seaquarium?

14      A.   Yes.

15      Q.   Is he physically present at the facility?

16      A.   Yes.

17      Q.   Does he give you -- does he have any policies

18  or rules that you have to follow?

19      A.   Yes.

20      Q.   Are they written?

21      A.   No.

22      Q.   Do you have to -- before, let's say, resolving

23  a security issue at the aquarium, do you have to get

24  permission from Mr. Gonzalez before you -- before you

25  enact a sort of plan to resolve it?

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

505949  Mayorga, Jamie  03-24-2023        Page 35

```
 1        A.    No.

 2        Q.    Do you have to get his permission to do any of

 3   the aspects of your job?

 4        A.    Yes.

 5        Q.    Okay.  What aspects?

 6        A.    Anything pertaining, I guess, if there were to

 7   be an issue such as that requires, like, a law

 8   enforcement in particular, then yes.

 9        Q.    Okay.  Other than issues involving law

10   enforcement, do you -- do you need Mr. Gonzalez's

11   permission before you're able to act?

12        A.    No.

13        Q.    If there's an issue that involves law

14   enforcement, would you ever contact law enforcement or

15   would that be Mr. Gonzalez?

16        A.    I would contact law enforcement.

17        Q.    Okay.  Would that be by phone, e-mail?

18        A.    Phone.

19        Q.    So other than -- other than issues that may

20   involve law enforcement, it's my understanding based on

21   your testimony that Mr. Gonzalez is delegating to you

22   the role that you have to deal with security issues at

23   the Seaquarium; is that right?

24        A.    That is correct, yes.

25        Q.    I want to ask you about your role in gathering
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900            www.MILESTONEREPORTING.com            Toll Free 855-MYDEPOS

1  documents with respect to this lawsuit. Did you have

2  any role in collecting documents to produce?

3      A.   Yes.

4      Q.   Could you tell me about that?

5      A.   Well this one I was provided a list of -- I

6  guess, of keywords that I needed to look and so forth.

7      Q.   Okay. And so -- and is it my understanding

8  that you directly looked in your e-mail for those

9  records?

10     A.   Yes, sir. That is correct.

11     Q.   Okay. Did anyone else look through your e-

12  mail for those records?

13     A.   No.

14     Q.   Okay. Do you know if anyone else at the

15  Seaquarium was asked to look through their e-mails?

16     A.   Yes.

17     Q.   Who?

18     A.   I don't know specifically who, but I know that

19  with this, I guess, deposition that we're dealing with,

20  if I provide information.

21     Q.   Do you know if Mr. Gonzalez was asked to

22  search through his e-mails for records?

23     A.   I do not know. No.

24     Q.   Okay. When you looked through your e-mail,

25  can you -- can you tell me how you did that to collect

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  records based on the search terms?

2      A.   I went to my search bar in my e-mail address

3  and just typed in the keywords I was provided.

4      Q.   Okay.  What do you do next?

5      A.   Upon finding -- upon finding it, I notified my

6  corresponding person that I needed to, to send those

7  documents.

8      Q.   And who would that be?  The corresponding

9  person?

10     A.   That's the Jones and Adams team.

11          MR. JONES:  Yeah.  So --

12          MR. SLATER:  Your lawyers.

13          MR. JONES:  Be aware of Mr. Slater's earlier

14      instruction not to talk about communications with

15      your lawyers, but you can certainly answer the

16      questions he's asked so far.

17          MR. SLATER:  Thanks, Matt.

18           BY MR. SLATER:

19     Q.   Yeah.   I'm not I'm not looking to ask about

20  what your lawyers and you talk about.  I just wanted,

21  you know -- I -- when you say, "correspondent person," I

22  didn't know if you meant an employee or your lawyers, so

23  you sent it to your lawyers.  Okay.  Did you check

24  through your -- when you -- when you pull up in your

25  search bar, do you know if you were able to check

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  through your sent e-mails?

2       A.   Yes.

3       Q.   What about spam e-mails?

4       A.   Yes.

5       Q.   How do you know that?

6       A.   I went to each individual folder and searched.

7       Q.   Did you search any other devices or programs

8  besides your e-mail?

9       A.   No.

10      Q.   Have you ever texted about any of the issues

11 you deal with at work?

12      A.   Yes.

13      Q.   Okay.  Have you ever sent any text messages

14 related to this lawsuit?

15      A.   No.

16      Q.   Related to Phil Demers?

17      A.   Yes.

18      Q.   Okay.  And who have you texted about Phil

19 Demers?

20      A.   This one was our general manager, our previous

21 general manager of the facility.

22      Q.   Who -- what's the name of that person?

23      A.   The Danay Boiles [sic] - Voiles (phonetic).  I

24 don't know how to spell her last name.

25      Q.   Could you spell it -- oh, you don't know --

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  you don't know how to spell it?

 2       A.   No.

 3       Q.   Okay.  But you said Boise [sic]?

 4       A.   With a V.  With V.

 5       Q.   With a V.  Okay.  One second.  Voise.  Okay.

 6  All right.  Anyone else?

 7       A.   Miami-Dade Police.  So this would be pretty

 8  much a variety of different individuals for Miami-Dade

 9  Police.

10       Q.   These are -- these are their cell phones

11  you're texting?

12       A.   Their -- their work cell, yes.

13       Q.   Okay.  Could you give me the names of some of

14  those officers?

15       A.   Yeah.  So first one is Detective Francisco.  I

16  don't know his last name.

17       Q.   Okay.  Who else?

18       A.   This one, yeah, Sergeant Robinson.

19       Q.   Okay.

20       A.   And then, I don't remember his name, but he's

21  the lieutenant of the area that handles this particular

22  area.

23       Q.   Okay -- okay.  So have you been asked to send

24  those messages as part of this lawsuit?

25       A.   No.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1       Q.    Okay.  Have you been asked to search those

2   messages?

3       A.    No.

4       Q.    Okay.  I'm going to ask you not to delete

5   those messages, Mr. Mayorga, okay?

6       A.    Okay.

7       Q.    You understand?  Thank you.  Okay.  So I have

8   several Miami-Dade Police Department officers, your

9   previous general manager, Voise.  Could you -- could you

10  go over the substance of -- to the best of your

11  recollection of what you texted Voise about?

12      A.    So this one, it was for an upcoming protest.

13  If I'm not mistaken, that was in May, sometime in May of

14  2022 -- or 2023, my apologies.  And it was in regards to

15  that protest and -- and even the day of the protest as

16  well, there was a communication we were going back and

17  forth on.

18      Q.    Okay.  And you said Voise was -- what was the

19  role of Voise?

20      A.    General manager.

21      Q.    General manager.  Do you know when this person

22  left MS Leisure?

23      A.    I do not.  No.

24      Q.    Okay.

25      A.    Exactly the dates?  No.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
1      Q.   Sometime after May 2023?

2      A.   I know -- yeah, sometime in May or --

3      Q.   After.  But you said you're texting with them

4  in May?

5      A.   Yeah --

6      Q.   Okay.

7      A.   It was then.

8      Q.   Okay.  So besides Miami-Dade Police Department

9  and -- officers and Voise, anyone else?

10     A.   To the best of my recollection, I believe that

11 is it, if I'm not mistaken.

12     Q.   Okay.  But you haven't gone back through to

13 search?

14     A.   No.

15     Q.   Okay.  All right.  Okay.  Let's take a five-

16 minute break and we'll come back.  All right.

17          MR. JONES:  Thank you.  Five minutes.

18          (OFF THE RECORD)

19          THE REPORTER:  We are back on the record.

20          BY MR. SLATER:

21     Q.   All right, Mr. Mayorga, are you ready to

22 continue, sir?

23     A.   Yes.

24     Q.   Okay, great.  When we were -- when -- before

25 we got off the record, we were talking about your -- I
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  believe, your text communications.  And my understanding

 2  is that those were on your personal cell phone; is that

 3  correct?

 4       A.   That is correct, yes.

 5       Q.   Okay.  Do other employees use their personal

 6  cell phones to conduct business for MS Leisure?

 7       A.   Yes.

 8       Q.   Okay.  Do you know of any -- does the company

 9  have any retention policies for company communications?

10       A.   I do not know.

11       Q.   Okay.  Has anyone ever asked you, outside of

12  being in this lawsuit, but in the normal course of

13  business, to make sure that e-mails are preserved or not

14  deleted?

15       A.   No.

16       Q.   Okay.  Besides your general manager and Miami-

17  Dade Police Department, do you communicate with anyone

18  else employed by MS Leisure on your cell phone?

19       A.   In regards to?

20       Q.   In regards to anything related to the company?

21       A.   Yes.

22       Q.   Okay.  Can you tell me who?

23       A.   It can be our security team, pretty much the

24  operations department as a whole.

25       Q.   Mr. Gonzalez, do you ever text with him?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

905949 - Mayorga Jamie - 03-24-2023           Page 43

```
1        A.   Yes, I do.

2        Q.   Have you ever texted with him about Mr.

3   Demers?

4        A.   No.

5        Q.   What about anyone from the Dolphin Company?

6   Do you text with them?

7        A.   No.

8        Q.   What about e-mail?  Do you ever e-mail anyone

9   from the Dolphin Company?

10       A.   No.

11       Q.   Do you know of anyone else who works with you

12  communicates directly with the Dolphin Company?

13       A.   Yes.

14       Q.   Okay.  Who?

15       A.   Edwin Gonzalez.  That's about it, really.

16       Q.   Do you ever communicate directly with Mr.

17  Albor (phonetic)?

18       A.   No, I did not.

19       Q.   Okay.  Have you ever communicated directly

20  with him before?

21       A.   No.

22       Q.   Besides going through your -- going through

23  your e-mails, did you have any other role in gathering

24  documents related to this lawsuit?

25       A.   No.
```

**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

1     Q.   And I believe you said you went through your

2  folders when you ran search --

3     A.   If I went through my folders?

4     Q.   I believe -- I don't want to misstate your

5  testimony.  I just want to -- I had an errant thought

6  and I just want to make sure I understood.  When you

7  were going through your e-mails to look for documents

8  based on the search terms you were given, I believe you

9  said that you went through different parts of your e-

10 mail, right, like your sent folder, your spam folder; is

11 that right?

12    A.   That is correct, yes.

13    Q.   Okay.  What about your deleted folder?

14    A.   Yes, as well.

15    Q.   Okay.  And were there any e-mails in your

16 deleted folder that you had turned over to your lawyers

17 in this case?

18    A.   No.

19    Q.   Do you know if your deleted folder has, like,

20 a permanent deletion function?

21    A.   I believe it does.

22    Q.   Okay.  What about -- I know that I believe

23 that Gmail spam folders have a certain countdown before

24 it automatically deletes e-mails.  Is that your

25 understanding, Mr. Mayorga?

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.   I do not know.

 2        Q.   You don't know.  Okay.  I want to talk about

 3   some of the -- before -- I want to talk about some of

 4   the documents produced in this case, but before that,

 5   let me just -- I'm going to pull up an e-mail.  Just

 6   bear with me for a second.

 7             MR. SLATER:  We'll -- we will -- we'll mark

 8        this as Defense Exhibit 2.

 9             (EXHIBIT 2 MARKED FOR IDENTIFICATION)

10             BY MR. SLATER:

11        Q.   Can you see my screen, sir?

12        A.   Yes.

13             MR. SLATER:  Okay.  So I just want to note that

14        this is Bates stamped 4475, produced by -- produced

15        by Plaintiff.  And this is what we're marking as

16        Defense Exhibit 2.

17             (EXHIBIT 2 MARKED FOR IDENTIFICATION)

18             BY MR. SLATER:

19        Q.   Have you -- and I'm looking at the top now,

20   Mr. Mayorga.  It says, "Jamie Mayorga on behalf of

21   jaymyorca@msq.cc."  Is that your -- is that you and your

22   e-mail address?

23        A.   That is correct, yes.

24        Q.   Okay.  And then it says it's sent to Judy

25   Acosta, Alex Login (phonetic) -- Ramos, and Danay
```



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  Voiles.  Do you see that?

2      A.   Yes.

3      Q.   Okay.  And the subject is "Protesters' E-

4  mails" dated August 21, 2023; do you see that as well?

5      A.   That is correct, yes.

6      Q.   Okay.  Is this -- would this be a true and

7  accurate copy of the e-mail that you sent on that date

8  to those individuals?

9      A.   That is correct, yes.

10      Q.   I want to just -- before we get to the

11  substance of it, I want to talk -- we referenced your

12  general manager, previous general manager, Voiles, V-O-

13  I-L-E-S; is that right?

14      A.   That is correct, yes.

15      Q.   And that -- that's when we were talking

16  earlier about the person you had texted about the May

17  2023 protest, that would be the person we were -- you

18  were referencing; is that correct?

19      A.   That is correct, yes.

20      Q.   Okay.  Who is Jody -- Judy Acosta?

21      A.   She's the marketing manager.

22      Q.   Okay.  What about Alexa Login?

23      A.   She was the public relations.

24      Q.   Okay.  Is she no longer with MS Leisure?

25      A.   That is correct, yes.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.    Okay.  When did she leave?

2    A.    Towards the end of 2023.

3    Q.    Okay.  All right.  Ms. Ramos, who's that?

4    A.    She's the reservation supervisor.

5    Q.    Okay.  And I'm looking at your e-mail and you

6  write that you want assistance, "to forward me any

7  activist e-mails or social media posting."  Do you see

8  that?

9    A.    That is correct, yes.

10   Q.    In the first sentence.  Okay.  Did you receive

11 forwarded e-mails or social media postings?

12   A.    Yes, I did.

13   Q.    Okay.  And how many, do you think?

14   A.    Over 300.

15   Q.    Okay.  And did you produce those e-mails to

16 your lawyers?

17   A.    That one in particular, no, I have not.

18   Q.    You haven't sent over those -- the e-mails

19 from activists and social media postings?

20   A.    No, I have not.

21   Q.    Okay -- okay.  I will ask you similarly not to

22 delete any of those e-mails at this time, sir.  And I

23 see that you asked it to be sent to security@msq.cc do

24 you see that?

25   A.    That is correct, yes.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

005945  Mayorga Jamie - 6-24-2023          Page 48

1      Q.   Is that another e-mail address that you use?

2      A.   Yes.

3      Q.   Does anyone else use that e-mail address?

4      A.   Currently now, yes.

5      Q.   Who?

6      A.   Maykel, the security supervisor.

7      Q.   Sure.  Maykel Denis?

8      A.   That is correct, yes.

9      Q.   Okay.  Do those -- when someone e-mails to the

10  security@msq.cc, would that go to your regular inbox or

11  would it -- would it be forwarded to your -- to your

12  Mayorga address or would it not?

13     A.   It would not.  It's a separate e-mail.

14     Q.   So you would have a separate login to review

15  those e-mails?

16     A.   That is correct, yes.

17     Q.   Have you -- have you gone through those e-

18  mails in connection with producing documents for this

19  lawsuit?

20     A.   In that one, no.

21     Q.   No.  Okay.  And then I see, "As for

22  voicemails," third paragraph, "I'm working on setting up

23  my phone with a dedicated extension to provide to you,

24  however, you can send them to extension 534."  Do you

25  see that?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

305949 - Mayorga, Jamie - 02-24-2023          Page 48

1      A.   Yes.

2      Q.   Okay.  Is that your extension?

3      A.   Yes, it is.

4      Q.   Okay.  Did you receive any voicemails related

5  to any protests or activism, or anything like that?

6      A.   Yes.

7      Q.   Okay.  What about any voicemails related to

8  Mr. Demers?

9      A.   Not that I can recall.

10     Q.   Okay.  When you receive a voicemail on your --

11 on your extension, is it saved locally on the phone or

12 is it saved to the Cloud?

13     A.   Locally.

14     Q.   Do you know how many -- roughly how many voice

15 messages your answering machine holds?

16     A.   I believe it is a hundred.

17     Q.   We're not in the days of my youth where it was

18 on a little cassette.  All right.  Okay.  So have you

19 reviewed those voicemails with respect to gathering

20 documents for this lawsuit?

21     A.   No, I have not.

22     Q.   Have you deleted any of those voicemails?

23     A.   Prior, yes.

24     Q.   What do you mean by prior?

25     A.   Prior to any of the lawsuit.



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1       Q.   And then the last sentence in Paragraph three

 2  says, "I'm working on setting up IG, Twitter, X, and

 3  Facebook dummy accounts, where he could forward me these

 4  postings versus e-mails."  Do you see that?

 5       A.   Yes.

 6       Q.   Okay.  Did you ever set up any such accounts?

 7       A.   No, I did not.

 8       Q.   Okay.  Did -- do you -- do you have access to

 9  the Seaquarium's social media accounts?

10       A.   No, I do not.

11       Q.   Okay.  Who has access to those?

12       A.   At the time when this e-mail was sent it was

13  Alexa Login.

14       Q.   Okay.  Who has control of it now?

15       A.   I do not know.

16       Q.   Okay.  I want to show you another document.

17  Bear with me, please.  Just going to -- just bear with

18  me, I'm just going to combine these e-mails as a

19  composite.  Okay.  I'm going to show you now a series of

20  e-mails.

21            MR. SLATER:  Okay.  We'll identify this as

22       Defense Exhibit 3.

23            (EXHIBIT 3 MARKED FOR IDENTIFICATION)

24            BY MR. SLATER:

25       Q.   The first one is Bates stamped 3509 through
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  3510, and is titled Daily Report May 27, 2023.  The

2  second one is a composite.  Its Bates stamped 14527

3  through 528, and titled Weekly Status Update.  And I

4  understand you may not be copied on these e-mails, Mr.

5  Mayorga, but have you seen these types of e-mails

6  before, Daily Reports and Weekly Reports?

7       A.   No.

8       Q.   No.  Those aren't sent to you?

9       A.   No.

10      Q.   You don't receive any sort of daily or weekly

11  briefing at the Seaquarium?

12      A.   Not in regards to any of the animal areas or

13  anything like that.  No.

14      Q.   Well let me -- let me -- let me take you

15  through on what's been marked as Bates stamp 3510.  For

16  that day in May of 2023, it references - comments, "had

17  to be on the lookout for any suspicious guests because

18  of protest."  You see that?

19      A.   Yes.

20      Q.   Okay.  How would you be updated on a daily or

21  weekly basis about issues like protests?

22      A.   So that -- that basically -- I'm the one that

23  handles it.  So pretty much all direct communication in

24  regards to any protest is towards me.

25      Q.   Okay.  Do you understand what the purpose of

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    these reports is?

2         A.   I do not, no.

3         Q.   Okay.

4         A.   I don't receive them, so don't know.

5         Q.   Showing you another exhibit.

6              MR. SLATER:  We'll mark this as Defense Exhibit

7         4.

8              (EXHIBIT 4 MARKED FOR IDENTIFICATION)

9              MR. SLATER:  Let me -- let me -- just give me

10        one second.  Okay.  Okay.  We'll mark this as

11        Defense Exhibit 4.

12             BY MR. SLATER:

13        Q.   I want to show you an e-mail, it's a little

14   hard to see, and it's marked Bates stamp 6332.  I'm

15   going to try to make it -- the font bigger.  And this is

16   a -- an e-mail from -- it looks like the initial one is

17   from Addy Gamboa (phonetic).  Do you see that?

18        A.   Yes.

19        Q.   Do you know who that is?

20        A.   I do not.  No.

21        Q.   Okay.  To Judy and Alexa, and I think those

22   were the -- those were folks that we just talked about,

23   right?  Judy Acosta and Alexa Login?

24        A.   Yes.

25        Q.   Okay.  And Alexa responds that in March of

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

505949 Mayorga Jamie 01-24-2023                    Page 53

1  2022, that there was a protest here outside the park, a

2  virtual protest.  Do you see that?

3      A.   Yes.

4      Q.   So certainly would be keeping a close eye.

5  Okay.  And then it looks like Gamboa writes back that

6  "we will keep monitoring social media."  Do you see

7  that?

8      A.   Yes.

9      Q.   Okay.  And that -- the e-mail address for this

10 Gamboa is thedolphinco.com.  Do you see that?

11     A.   Yes, I do.

12     Q.   Okay.  To what extent, to the best of your

13 knowledge, was the Dolphin Company monitoring protests

14 at the Seaquarium?

15     A.   To what extent?

16     Q.   Yeah.  Do you know what -- how were they

17 monitoring protests; do you know?

18     A.   And that's Dolphin Company, correct?

19     Q.   Yeah.  The Dolphin Company?

20     A.   Dolphin Company, I do not know.

21     Q.   Okay.  What about MS Leisure?

22     A.   Basically, we would look at key individuals

23 that would protest outside the facility, and -- and

24 those would be the ones that we would monitor.

25     Q.   Okay.  When you say, "key individuals," what

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  does that mean?

2      A.   Those that are known to draw a crowd.

3      Q.   Okay.  Can you give me some names?

4      A.   So one of them is Phil Demers.  Another one is

5  Alejandro, don't know his last name.  Alejandro -- I

6  don't know his last name, but he's one individual.  And

7  then anything pertaining to Sea Shepherds, as well --

8  would be one that we would monitor.  And then local

9  activist groups as well.

10     Q.   Okay.  Like who?

11     A.   I would have to search it.  I -- I don't know

12 from the top of my head.

13     Q.   Okay.  And how would -- how would MS Leisure

14 monitor those individuals and groups?

15     A.   Social media pages, any events scheduled on

16 their pages, or anything of that nature.

17     Q.   And who at the company would be searching

18 their websites and social media to ascertain that?

19     A.   So that would be -- normally, it would be a

20 combination of our public relations team.  You have our

21 marketing manager.  And then a contribution from my end

22 as well.

23     Q.   And what would your contribution be?

24     A.   Doing the exact same thing.  Just checking

25 their pages to see if there's anything upcoming or



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   anything like that.  Looking at comments and so forth.

2       Q.   About what portion of your working day would

3   you spend doing that, would you say?

4       A.   I would say on average about two hours, give

5   or take.

6       Q.   I want to show you what we'll mark as Defense

7   Exhibit 5.

8            (EXHIBIT 5 MARKED FOR IDENTIFICATION)

9            BY MR. SLATER:

10      Q.   This is Bates stamp 9163.  And this is an e-

11  mail, it says, from you to Ms. Voiles and Mr. Guadillo.

12  Do you see that?

13      A.   Yes.

14      Q.   Okay.  Upcoming protest, July 15, 2023.  And

15  it says -- it's from you, and it says, "Good afternoon

16  team.  We have an upcoming protest next weekend, July

17  15, organized by UrgentSeas and Phil Demers while he's

18  in -- while -- which he is the co-founder of UrgentSeas.

19  The protest is alarming as they stating that two

20  protests happening at 11:00 and 12:00 outside our main

21  gates.  In addition, Phil Demers will be in town July

22  14, based on his GoFundMe page, see attached

23  screenshots."  Do you see that, sir?

24      A.   Yes, I do.

25      Q.   Okay.  So -- and I can't -- when I -- when I



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  go click the screenshots, it asks me to -- and I

2  actually just requested access to it.  But it asked me

3  to request access.  Do you still have these screenshots

4  in your e- mail?

5      A.   I'm pretty sure, yes.

6      Q.   And when I look, I don't know if you can see

7  me highlighting it now, you can see it says

8  drive.google.com/file/ and then has a -- an address for

9  it.  Can you see that, Mr. Mayorga?

10     A.   Yes, I do.

11     Q.   Okay.  So it would appear that it's possibly,

12 if it's not in your e-mail, on your Google Drive; would

13 that be fair?

14     A.   Yes.

15     Q.   Okay.  And so looking at this e-mail, do you

16 remember how you knew that Mr. Demers was having a

17 protest on July 15?

18     A.   Yes, I do.

19     Q.   How?

20     A.   This was on his Instagram page.  I was able to

21 see that he had a GoFundMe page set up.  And if I'm not

22 mistaken, I believe this one was a story that came out

23 on his page, and that's how I was able to kind of dig in

24 a little deeper and -- and put all those facts together.

25     Q.   Okay.  Besides his Instagram and social media,

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   were there other places that you would -- they look to

 2   determine Mr. Demers' activity?

 3        A.   Well, another one was the GoFundMe page.

 4        Q.   Anywhere else?

 5        A.   You know, Instagram, just pretty much social

 6   media pages.  That's all.

 7        Q.   Okay.  I want to turn to -- I want to turn to

 8   -- and we talked briefly about the structure of MS

 9   Leisure and its relationship with the Dolphin Co.  Do

10   you know who the owners of MS Leisure are?

11             MR. JONES:  Form.

12             THE WITNESS:  No, I do not.  You mean, like,

13        the -- just to kind of touch base, the legal name of

14        it or --

15             BY MR. SLATER:

16        Q.   No.  Who own -- who owns the company?

17             MR. JONES:  Same objection.

18             THE WITNESS:  If I'm not mistaken, it would be

19        the Dolphin Company.

20             BY MR. SLATER:

21        Q.   Okay.  I'm going to show you what we've marked

22   as Defense Exhibit 6.

23             (EXHIBIT 6 MARKED FOR IDENTIFICATION)

24             BY MR. SLATER:

25        Q.   Can you see my screen, sir?
```


MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.   Yes, I can.

2      Q.   Okay.  And you can see at the top it says,

3  "Memorandum, Agenda Item number 8, H1."  And is a

4  Memorandum of -- from the county attorney to Ebadiaz

5  (phonetic), a member of the Miami-Dade County Board of

6  Commissioners.  Do you see that?

7      A.   Yes.

8      Q.   And the subject is Approving the Assignment of

9  a Lease from Festival Fun Parks, LLC, to MS Leisure

10  Company, Inc.?

11      A.   Yes.

12      Q.   Okay.  And I'm going to scroll now down to an

13  exhibit, Exhibit B, which is on -- on page six of nine.

14  Do you see this?

15      A.   Yes.

16      Q.   Okay.  And it says at the top, "Disclosure of

17  Interest Pursuant to Section 2-8.1 D1, MS Leisure

18  Company of Florida Corporation."    Do you see that?

19      A.   Yes.

20      Q.   Okay.  It says, "Directors, Eduardo Albor" --

21  and I believe you told me you've never spoken with Mr.

22  Albor; is that right?

23      A.   That is correct.

24      Q.   Okay.  Valeria Albor, do you know who that is?

25      A.   Yes.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     Q.   Who is that?

2     A.   She is the daughter of Mr. Albor.

3     Q.   Okay.  What about -- and what role does she

4 have at the company, to the best of your knowledge?

5     A.   I do not know.

6     Q.   What about Mr. Burke, Travis Burke?

7     A.   At the time, he was the executive director.

8     Q.   Okay.  And now?

9     A.   He's no longer with the company.

10    Q.   Okay.  What about -- moving now down to

11 officers.  In addition to Mr. Burke and the Albors, it

12 references Concepcion Esteban (phonetic).  Do you see

13 that?

14    A.   Yes.

15    Q.   Okay.  Who is that?

16    A.   I do not know.

17    Q.   Okay.  And then it says, "Owned by Dolphin

18 Leisure, Inc."  Do you have any knowledge about that

19 company?

20    A.   No.

21    Q.   Okay.  And then it was owned by Pedroa

22 (phonetic) Dora Dalton (phonetic), SA, de CV.  Would

23 that be the Dolphin company?

24    A.   I -- I --

25        MR. JONES:  -- scope.  Go ahead and answer if

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

005949 - Mayorga Jamie - 01-24-2024       Page 60

1      you can.

2              THE WITNESS:  I do not know.

3              BY MR. SLATER:

4      Q.   Okay.  And then I see another company owner,

5  Dolphin Capital Company, SRL, de CV.  Any knowledge

6  about that company?

7      A.   No.

8      Q.   Okay.  And then below that list, "Individuals

9  with ownership interest of five percent or more."  In

10  addition to Mr. Albor, we've already talked about it

11  references a John Olson (phonetic).  Do you know who

12  that is?

13     A.   No.

14     Q.   A Michael Wood, do you know who that is?

15     A.   Yes.

16     Q.   Who is Michael Wood?

17     A.   His specific role?  I really don't know.  But

18  he was an individual that came to the facility to assist

19  our animal training team.

20     Q.   Okay.  Is he currently with the company?

21     A.   I do not know.

22     Q.   Okay.  How many -- to the best of your

23  knowledge, how many employees does MS Leisure have?

24     A.   That I do not know.

25     Q.   Over ten?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900       www.MILESTONEREPORTING.com       Toll Free 855-MYDEPOS

1    A.   I don't know.

2    Q.   When you go to work on a day-to-day basis,

3  approximately how many other people are working at the

4  Seaquarium with you --

5         THE WITNESS:  On --

6         BY MR. SLATER:

7    Q.   -- per day?

8    A.   -- average -- on average, on a day, I would

9  say over 50 employees -- just --

10   Q.   Okay.  And to the best of your knowledge, are

11 they -- are these people also -- they're -- I understand

12 they're working at the Seaquarium, but are -- do you --

13 do you know if any of them are employed by other

14 companies or contractors?

15   A.   I do not know.

16   Q.   Okay.  What kind of training did you undertake

17 before starting your role with MS Leisure?

18   A.   Training as in?

19   Q.   Well, let's step back.  What -- what's your

20 education, Mr. Mayorga?

21   A.   Pretty much just high school.

22   Q.   Okay.

23   A.   That --

24   Q.   Where did you go to high school?

25   A.   Felix Varela back in 20 -- I don't remember.



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1  Think it was 2011, if I'm not mistaken.

2      Q.   Okay.  And then I understand from your earlier

3  testimony that around 2013 or 2014, you went to work for

4  the company, I can't remember the name off the top of my

5  head, before Fun Festival at the Seaquarium.  What did

6  you do in the gap between graduating high school and

7  going to work at the Seaquarium?

8      A.   I -- I didn't do anything at that time.

9      Q.   Okay.  On the job, have you received any sort

10  of certificates or, you know, sort of training

11  recognitions?

12      A.   Yes, I -- I have.

13      Q.   Okay.  What have you received?

14      A.   So I've received certificates from -- from

15  FEMA in regards to the introduction of incident command.

16  Along --

17      Q.   Can you -- what did you say, I'm sorry.

18  Inside command?

19      A.   Incident -- incident command.

20      Q.   Incident, okay -- okay.  All right.  Go on,

21  sorry.

22      A.   Addition to that, I have certificates from the

23  Department of Homeland Security in regards to bomb

24  search procedures from suspicious behaviors.

25      Q.   Any other certifications?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.   A few others that I don't remember from the

2 top of my head.  And then in addition to that, a --

3 crowd manager training.

4    Q.   Okay.

5    A.   And --

6    Q.   Anything else?

7    A.   I know for a fact there's probably, like, two

8 of them more, but I can't remember from the top of my

9 head.

10    Q.   Okay.  Any flight training?

11    A.   No.

12    Q.   No.  Any training with respect to animal

13 health and safety?

14    A.   No.

15    Q.   Any training -- I asked you flight training,

16 but any other training related to the rules and

17 regulations of flying manned or unmanned aircraft?

18    A.   Training, no.

19    Q.   You hesitate for a second when, you know, you

20 emphasize training.  Is there some other sort of

21 education you've gotten on that?

22    A.   Just knowledge on unmanned drones.

23    Q.   Okay.  All right.  And what -- how would you

24 define that knowledge?

25    A.   From the FAA website.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   Okay.  Besides the FAA website, any other

2  knowledge?

3      A.   No.

4      Q.   Okay.  Do you know how many marine mammals are

5  currently housed at Miami Seaquarium?

6      A.   Housed by -- from the --

7      Q.   Located.  Yeah.

8          MR. JONES:  He -- that may have cut off as a

9     pending question.

10         THE WITNESS:  Yeah.

11         BY MR. SLATER:

12     Q.   I'm sorry.  Yeah.  How many animals at the

13  Seaquarium currently?

14     A.   From the top of my head, I don't know.  No,

15  wouldn't be able to know the exact number.

16     Q.   Okay.  Do you know approximately how many

17  animals are currently on display?

18     A.   I do not know.

19     Q.   Okay.  Who would be the person that I could

20  ask those questions?

21     A.   That would be our veterinarian.

22     Q.   What's their name?

23     A.   Jessica.  I don't know her -- I Olli, Colli.

24  I believe it's Comolli, C-O-M-O-L-L-I, but we will

25  double check that for you.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

005949 Mayorga Jamie Jared 2-24-2023          Page 65

1      Q.   Okay.  Thank you.  Okay.  I want to turn back

2  to -- you talked about drone knowledge.  You said you

3  reviewed the FAA website.  Could you tell me what part

4  of the website?

5      A.   It's under the unmanned -- don't know the

6  exact name of it.  But it would be under the drone

7  section.

8      Q.   Okay.  I'm going to show you -- just close out

9  some my windows here.  I'm going to show you the

10 faa.gov/usa website.  At the top it says, "Drones."

11 Would this be what you're referring to?

12     A.   Yes, that is correct.

13     Q.   Okay.  All right.  And I'm -- I scrolled down

14 here, there's several subsections.  Getting Started,

15 Recreational Flyers, Certificated Remote Pilots, Public

16 Safety and Government.  Can you tell me what you

17 reviewed, if anything, these sections?

18     A.   Yes.  So I reviewed the getting started

19 section.  Pretty much the first three.  I've reviewed

20 the registered drone --

21     Q.   Did you say -- okay.  Register your drone.

22 What kind of drone flyer.  And the B4UFLY app?

23     A.   Yes, that is correct.

24     Q.   Okay.  Anything else?

25     A.   In addition to that, the Recreational Flyers,

**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  Where Can I Fly, Recreational Flyer Airspace

2  Authorizations.

3       Q.   Okay.

4       A.   And then in addition, the Certified Remote

5  Pilots, Including Commercial Operators as well.  And I -

6  -

7       Q.   Okay.

8       A.   I've reviewed the Become a Drone Pilot, and

9  Operations Over People.

10      Q.   Okay.

11      A.   And then lastly, the Public Safety and

12 Government Section, under the Public Safety Law

13 Enforcement Toolkit.  And if I'm not mistaken, I believe

14 it was the Understanding Your Authority Handling Sites

15 and Reports as well.

16      Q.   Okay -- okay.  Any other sections?

17      A.   From that particular screen?  No.

18      Q.   Okay.  Do you have -- do you have any -- can

19 you tell me what, you know, what specifically you

20 learned from reading these sections?

21      A.   To kind of summarize it, as a drone operator,

22 you pretty much have to keep -- well, one, you have to

23 register your drone in order to operate it.  In addition

24 to that, you do have to keep your drone within a line of

25 sight.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    Q.   Okay.

2    A.   You are not permitted to fly drones over

3  crowds of people, unless it's a -- unless it's, like, a

4  commercial operator aspect of it.

5    Q.   Okay.

6    A.   And then in addition to that, I've learned

7  pretty much on the B4UFLY app.  You -- there's an

8  application there that kind of tells you the

9  restrictions of the area, about flying a drone, if

10 there's any airspace restrictions as well.  And then

11 lastly, kind of really just touching base on the public

12 safety aspect, was really what can law enforcement do in

13 regards to a drone itself, in that aspect, so.

14    Q.   Okay.  And what can you -- can you -- can you

15 help me figure out where on the -- on this site you had

16 read that you're not allowed to fly over crowds absent

17 certain exceptions?

18    A.   That I do not know.  I would have to navigate

19 each item at a time to be able to find that section

20 itself, because I don't believe the certificate -- the

21 Remote Pilot section under, Operations Over People, I

22 don't believe that's that particular section.  I was

23 really more looking towards kind of a recreational

24 flyer, so I would have to check.

25    Q.   Okay -- okay.  Let's go to -- I just want to

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  go to here.  Do you see my -- you see me hovering over

2  commercial -- the Certificate of Remote Pilots,

3  including commercial operators, it says, "Operations

4  Over People?"

5       A.   Yes.

6       Q.   Okay.  So we'll go here.  Okay.  One second.

7  I just need to find -- okay.  So one of the option --

8  Operations Over People categories -- do you see that

9  section here on the website?

10      A.   Yes.

11      Q.   And it says, "The ability to fly over people

12 varies depending on the level of risk that a small UAS

13 operation presents to people on the ground.  Operations

14 over people are permitted subject to the following

15 requirements.  For Category 1, small -- so for Category

16 1, small unmanned aircraft, they're permitted to operate

17 over people provided the unmanned aircraft weigh 0.55

18 pounds or less, including everything that is on board,

19 or otherwise attached to the aircraft at the time of

20 takeoff, and through the duration of each operation, and

21 contains no exposed rotating parts that would cause

22 lacerations."  Do you see that?

23      A.   Yes.

24      Q.   Okay.  And then we see that there's other

25 categories.  Category two, three, four.  So for

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1   instance, category four operations allows certain

2   aircraft to operate over people so long as there's

3   certain limitations.  Right, you see that?

4        A.   Yeah.

5        Q.   But for small aircraft weighing 0.55 pounds or

6   less, would you agree, is that so long as they weigh

7   under 0.55 pounds, and contain no exposed rotating

8   parts, there's nothing in this section that says that

9   you're not able to operate that type of Category one

10  small unmanned aircraft over a crowd?

11            MR. JONES:  Form.  And I'll withdraw my

12       objection to the form.  You're talking about in this

13       section, does he see that?  That -- just to be

14       clear.

15            MR. SLATER:  Yeah.  In this section, do you

16       see --

17            MR. JONES:  Okay.

18             BY MR. SLATER:

19       Q.   In this section right here, that I've

20  highlighted --

21       A.   Yeah.

22       Q.   Does it say anything about -- it -- assuming

23  your Category one small unmanned aircraft complies with

24  the two parameters here, right, weight and rotate -- and

25  exposed rotating parts, no rotating part -- exposed

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   rotating parts.  Assuming that, do you see any

 2   restrictions in that section about over crowds?

 3           MR. JONES:  I withdraw the objection.

 4           MR. SLATER:  Thanks, Matt.

 5           BY MR. SLATER:

 6      Q.   Take your time, Mr. Mayorga.

 7      A.   Yeah, just as --

 8      Q.   -- sorry?

 9      A.   Yes, that you are permitted to operate.

10      Q.   Okay.  All right, I want to go over --

11           MR. SLATER:  You know, it's -- it is -- it is

12      11:50, Matt.  I'm going to turn now to more of the

13      sort of substantive issues about the lawsuit and the

14      facts. I think maybe we should just take a break

15      now, if that's all right.

16           MR. JONES:  How long do you need?

17           MR. SLATER:  I probably only need a half hour.

18           MR. JONES:  All right, let's split it.  Let's

19      come back at 12:30.  Can we do 40 minutes?  That

20      way --

21           MR. SLATER:  Yeah, that works.

22           MR. JONES:  -- I'm guaranteed to be back in

23      time?

24           MR. SLATER:  Yeah.

25           MR. JONES:  All right, so we'll be back on at
```

**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Mayorga, Jamie 02-24-2024

1     12:30.

2          MR. SLATER:  Sounds good.

3          MR. JONES:  Thank you.

4          MR. SLATER:  All right, we can go off, Madam

5     Court Reporter.

6          THE REPORTER:  Give me one moment to get us off

7     the record.

8          (OFF THE RECORD)

9          THE REPORTER:  We are back on the record at

10    this time.

11          BY MR. SLATER:

12     Q.   All right, Mr. Mayorga, are you ready to go?

13     A.   Yes, sir.

14     Q.   Okay, great.  I'm going to turn now to talk

15    about some of the claims in this case.  But before I do

16    that, I was just going back through my checklist of

17    questions and I realized I didn't ask you: Are you --

18    are you taking any medication or anything that would

19    affect your ability to present testimony today?

20     A.   Currently taking medication, but not -- not

21    that I believe.

22     Q.   Okay.

23          MR. SLATER:  We can go off the record, Matt, if

24     you want, but I want to know what he is taking, just

25     to make sure.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1          MR. JONES:  Well, yeah, so let's go off the
 2     record and we'll clarify stuff, and then we'll see
 3     if we can reach an agreement.
 4          (OFF THE RECORD)
 5          THE REPORTER:  We are back on the record at
 6     this time.
 7          MR. SLATER:  Okay.
 8          BY MR. SLATER:
 9     Q.  All right, Mr. Mayorga, we had just gone off
10 the record to talk about the medications that you're
11 taking.  You identified that you are taking a medication
12 at this time.  Can you -- and I -- and I understand that
13 the medication is for pain or inflammation; is that
14 right?
15     A.  That is correct, yes.
16     Q.  Okay.  Are you -- are you currently suffering
17 any pain?
18     A.  Yes.
19     Q.  Okay.  Would your -- would the pain you're
20 suffering affect the ability of you to provide testimony
21 today on behalf of the MS Leisure Company?
22     A.  No.
23     Q.  Okay.  What's your -- what's your pain scale
24 rating right now, one to ten?
25     A.  About a three.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Okay.  To the best of your knowledge, does the
2  medication you're taking affect your ability to remember
3  events or anything like that?
4    A.   No.
5    Q.   Okay.  Thank you.  I want to go back, before
6  we get into the details of this lawsuit, to what you
7  talked about earlier on in this deposition.  You said
8  that you were a witness in -- with respect to an injury
9  lawsuit that occurred at the Seaquarium property; is
10  that right?
11    A.   That is correct, yes.
12    Q.   Can you tell me what kind of injury that was?
13    A.   This one was a hand injury.  I'm trying to
14  remember exactly, but I can't recall exactly, but it was
15  a hand injury.
16    Q.   Okay.  How -- to the best of your recollection
17  of how did injury occurred?
18    A.   I guess tripped and hurt their hand.
19    Q.   Okay.  And that injury had nothing to do with
20  any of the animals at the Seaquarium?
21    A.   That is correct, yes.
22    Q.   Okay.  Do you know about any injuries to
23  either guests or employees that were caused by any of
24  the animals at the Seaquarium?
25    A.   Yes.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900         www.MILESTONEREPORTING.com         Toll Free 855-MYDEPOS

505949  Mayorga Jamie - 02-24-2023         Page 84

```
 1      Q.   Okay.  From most recent -- can you tell me the

 2  most recent one?

 3      A.   Well the most recent one that I have, to my

 4  knowledge, it was during a show, a trainer had an

 5  incident with one of the -- one of the dolphins at the

 6  facility, which sustained some injuries -- the trainer

 7  sustained some injuries.

 8      Q.   I just want to understand that.  The trainer

 9  sustained injuries.  Was it caused from the activity

10  they were doing, or was it caused by the dolphin?

11          MR. JONES:  Hold on.  I'm not going to instruct

12      him not to answer, obviously I'm familiar with the

13      law, but I'm going to object to this line of

14      question as beyond the scope of the topics that this

15      witness is here to testify about, but --

16          MR. SLATER:  Okay.

17          MR. JONES:  -- go ahead and proceed.

18          MR. SLATER:  Thanks.  Noted.  And I will say

19      that I believe this covers several of the scopes

20      that -- several of the topics he's been identified

21      for, including damages.

22          MR. JONES:  Again, we're -- we don't have to do

23      this on the record --

24          MR. SLATER:  Yeah, we don't have to -- yeah.

25          MR. JONES:  But you're saying your saying --
```

**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

005949  Mayorga Jamie  06-14-2023       Page 75

 1          MR. SLATER:  Your objection is noted.

 2          MR. JONES:  You're saying these injuries you're

 3      talking about as relates to damages of the

 4      plaintiff. That's your point?

 5          MR. SLATER:  That is -- that would be -- that

 6      would be part of -- part of the -- part of the

 7      complaint is that the Seaquarium's animals have

 8      suffered due to the alleged conduct that is asserted

 9      in the complaint, and so I want to understand.  And

10      we're going to ask several questions about the

11      animals.  I think it's -- I think it's certainly

12      part of the topics designated for this -- for this

13      designee.  But I'll note your objection.

14          BY MR. SLATER:

15      Q.   So Mr. Mayorga, let me repeat that.  Was the

16  injury caused by the dolphin, or was it caused by

17  something else?

18      A.   It was caused by the dolphin.

19      Q.   Okay.  When was this?

20      A.   I don't recall.  If I'm not mistaken, it was

21  in 2022.  If I'm not mistaken.

22      Q.   Okay, 2022.  Okay.  And would this be from --

23  what kind of injury?  Biting?  Something else?

24      A.   This was, I would say, like, ramming.

25      Q.   Ramming.  Okay.  All right.  Any other



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  injuries?

 2       A.   To my knowledge on the trainer, that's about

 3  it.

 4       Q.   What about -- what about during a show?  Was

 5  this during a show?

 6       A.   Yes, it was during a show.

 7       Q.   Okay.  What about injuries outside of the

 8  shows?  Do you know any of injuries to any guests or

 9  employees that occurred outside of any shows?

10       A.   Yes, I do.

11       Q.   Okay.  Take me through them, please.

12       A.   I don't have particular dates on them.  I

13  would have to look back on records to see exactly when,

14  but there's been instances of dolphins nibbling either

15  staff or -- or guests as well.

16       Q.   Okay.  Would this be in -- you know, I think

17  you said you don't know a specific case.  Would this

18  have occurred in 2021?

19       A.   I don't know.  I would have to go back.

20       Q.   Okay.  2022?

21       A.   The only one around 2022 was the one of the --

22  of the trainer that I remember 100 percent.

23       Q.   Ramming, I think you said?

24       A.   Yes, sir.

25       Q.   Okay.  2023?
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.    That I know of -- I would have to double check

2 records.

3    Q.    Okay.  Who would be the best person to tell me

4 -- to tell me that?

5    A.    So that would be our chief training officer.

6 He would be the one to answer those questions.

7    Q.    Okay.  Are you aware of a member of the public

8 being bitten by Gemini at the Seaquarium?

9    A.    I don't know the specific dolphin, but I do

10 know that there was an incident of a guest getting

11 nibbled on by a dolphin.

12    Q.    Okay.  What does nibbling mean?

13    A.    Just kind of just placing their mouth like

14 this, but not full pressure.

15    Q.    Okay.  And just to be mindful, we're not on a

16 video deposition today.  Can you describe what you just

17 illustrated with your hands?

18    A.    Yeah.  So basically if a dolphin -- just as an

19 example, if a dolphin were to open its mouth and press

20 on somebody's leg, but not tight, just kind of just

21 nibbling on it.

22    Q.    How would you know that?

23    A.    Just from seeing it and the guest's testimony.

24    Q.    Okay.  So you were -- you were physically

25 there when this -- when this in incident occurred?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1     A.    For one particular one, yes.

2     Q.    Which one?  The one with Gemini?

3     A.    I don't know.  I would have to go back on

4  records to see which one.

5     Q.    Okay.  And can you remind me who would be the

6  best person to ask this question?  I think you gave me

7  their name.

8     A.    Yes.

9     Q.    I couldn't remember.

10    A.    So this is the chief training officer.

11    Q.    Okay.  What's their name?

12    A.    First name is Andrew.  Last name --

13    Q.    Okay.

14    A.    -- is Scullion, if I'm not mistaken.

15    Q.    Could you spell that?

16    A.    I do not have his last name with me.  I think

17  it's Scullion, S-C-U-L-L-I-O-N, I believe.

18    Q.    Okay.  Thank you.  Okay.  Are you -- and I

19  think you said you were there for one of the incidents;

20  is that right?

21    A.    That is correct, yes.

22    Q.    Okay.  What did you observe?

23    A.    Observed the dolphin grabbing pretty much a

24  kid's leg, doing the same action.  Just with his mouth

25  open, touched his leg, and then pretty much let go right



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  after.

 2      Q.   You said touched his leg?  Like, touch it --

 3      A.   Yeah.  Like, open --

 4      Q.   Open mouth.  So teeth on the leg?

 5      A.   This particular dolphin did not have teeth.

 6      Q.   Okay.  But the inside of the dolphin's mouth

 7  on the leg?

 8      A.   Correct.

 9      Q.   Okay.  What happened after that incident?

10      A.   Pretty much the guest was startled.  We

11  immediately asked the guest to pretty much exit the

12  water.  We checked the guest in this particular

13  incident, and after, between the parents and child,

14  everybody confirmed that the child was fine.  The child

15  had no markings, no abrasions, no bite marks of any sort

16  or anything, so with that being said, the child wished

17  to continue in the program.

18      Q.   Okay.  Are you -- are you aware that -- of any

19  -- let me -- let me step back.  Can you tell me a bit

20  about this program?

21      A.   So this particular program that the guest was

22  doing was the dolphin interaction program.  It's called

23  our Dolphin Encounter.  It's one of our shallow water

24  interaction programs.

25      Q.   Okay.  Are you -- do you have any knowledge of


MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  inspections of the Seaquarium by government agencies?

2      A.   In what aspect of knowledge?

3      Q.   Have you been -- are you aware that the

4  government from time to time has inspected the

5  facilities and the animal welfare at the -- at the

6  Seaquarium?

7      A.   Yes, sir, I do.

8      Q.   Okay.  For instance, the United States

9  Department of Agriculture?

10     A.   Yes, sir.

11     Q.   Okay.  Any other agencies?

12     A.   Government agencies that I know of, no.  Just

13 USDA.

14     Q.   Okay.  Have you ever been present at the

15 facility for a USDA inspection?

16     A.   Present, yes.

17     Q.   Have you participated in any sense in an

18 inspection?

19     A.   No, I have not.

20     Q.   Okay.  I want to go through -- while we're on

21 this topic, go through one of the inspections, one of

22 the reports.  But before I do that, I want to turn back

23 to these incidents that you described, the ramming and

24 the nibbling incidents.  When something like that

25 happens, is there any sort of reporting that the

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

005949 Mayorga Jamie - 2/24/2024          Page 82

```
 1  Seaquarium or MS Leisure does?

 2      A.  Yes.  So we do a guest incident form, which

 3  it's a form that the guest fills out.  And that's if

 4  they -- if they wish to fill it out.  And then -- that's

 5  about it, really.

 6          MR. JONES:  And before you further, James, just

 7      to be clear, you're giving -- you're -- you and I

 8      are stipulating to ongoing objection regarding this

 9      particular line, so I don't have to object to every

10      question?

11          MR. SLATER:  That's fine.

12          MR. JONES:  Okay.  Thank you.

13          MR. SLATER:  That's fine.

14          BY MR. SLATER:

15      Q.  Okay, so you're saying that if a guest -- or

16  they can, but what if the guest doesn't want to fill out

17  a report?  Is there any reporting that your employer

18  does?

19      A.  We just do internal reports only.

20      Q.  Okay.  What -- is there a form internal

21  report?

22      A.  Not really in this particular one.  It's more

23  of a we do a journal entry on the -- on the matter.

24      Q.  Okay.  A journal entry, what does that mean?

25      A.  We just have a journal and we write on the
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

005949 Mayorga Jamie 07-24-2023 Page 82

1  journal what happened --

2      Q.   Is this a handwritten journal or a --

3  something in the computer?

4      A.   It's a handwritten.

5      Q.   Okay.  Besides incidents like this, are there

6  any other things that you would -- that you would put in

7  that handwritten journal?

8      A.   Any Band-Aid calls.  That does not constitute

9  a -- a report, it is just small little Band-Aid and

10  little scratch here and there, that the parent doesn't

11  wish to fill out, then we just do a journal entry on it.

12      Q.   Okay.  Would some of those -- would some of

13  those things be related to encounters with the animals?

14      A.   I would have to double check, but it's an

15  array of -- of logs that we -- that we put in the

16  journal.

17      Q.   Okay.  And where are these logs kept?

18      A.   In my office.

19      Q.   Okay.  Does anyone else prepare a journal for

20  these types of things?

21      A.   They -- everybody uses the same journal for

22  any entries.

23      Q.   Okay.  So this is, like, a master journal?

24      A.   That is correct, yes.

25      Q.   Okay.  What about animal records?  Are they

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

805949  Mayorga  Jamie  3-24-2023      Page 83

```
 1  kept in this -- in this journal?

 2       A.   No, I don't deal with animal records.

 3       Q.   Okay.  Who would be the person at MS Leisure

 4  who deals with animal records?

 5       A.   That would be the veterinarian and the chief

 6  training officer.

 7       Q.   Okay.  And I think we have the chief training

 8  officers as Andrew Scullion; is that right?

 9       A.   That is correct, yes.

10       Q.   Okay.  And then I believe we identified the

11  veterinarian as Jessica Comolli; is that right?

12       A.   That is correct, yes.

13       Q.   Okay.  In addition to you or someone from your

14  office recording one of these incidents in your journal,

15  would anyone else make a record of this incident?

16       A.   Not that I know of, no.

17       Q.   What about the -- what about the veterinarian?

18  What about Ms. Comolli?

19       A.   I'm not sure if there are operating procedures

20  on that.

21       Q.   Okay.  Would she be the best person to ask

22  that question?

23       A.   I would assume, yes.

24       Q.   Okay.  I want to take you through -- we were

25  talking about USDA inspections.
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1          MR. SLATER:  I want to take you through what
 2     we'll mark as Defense Exhibit 7.
 3          (EXHIBIT 7 MARKED FOR IDENTIFICATION)
 4          BY MR. SLATER:
 5     Q.   Okay.  All right, let me know when you can see
 6  my screen, Mr. Mayorga.
 7     A.   I can see it.
 8     Q.   Okay, great.  So have you ever seen this
 9  document before?
10     A.   I've seen reports of those, yes.
11     Q.   Okay.  But this specific report, I believe
12  it's dated July of 2022.  Let me just see.  Yeah, the
13  inspection was in July of 2022.  It looks like the
14  report was issued in September of that year?
15     A.   Yes.
16     Q.   Okay.  I want to -- I want to direct you to --
17  and to the -- and your understanding is that this is a
18  report prepared by the United States Department of
19  Agriculture, APGIS, concerning the Miami Seaquarium; is
20  that right?
21     A.   That is correct, yes.
22     Q.   Okay.  Do you see here Site 001 at the top on
23  Page one, Miami Seaquarium?
24     A.   Yes.
25     Q.   Do you see that?  Okay, great.  And I want to
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  direct you to some of the findings here.  On Page one,

2  it references that nine -- let's see.  That there was,

3  "A 60 percent cut of the dolphins' daily food rations

4  resulted in very thin animals."  Do you see that?

5      A.  Yes.

6      Q.  That was in 2022.  Now I want to turn to Page

7  six here.  I'm reading here, at the last paragraph, "The

8  food deprivation these dolphins were subjected to also

9  led to increased incidents of unwanted behaviors, such

10 as splitting or breaking from sessions, swimming over

11 ledges where guests may stand, sinking during lineups,

12 and aggressing against trainers."  Do you see that?

13     A.  Yes, I do.

14     Q.  Okay.  And I also -- I also noted, and this is

15 also -- this is on Page eight, that one of the behaviors

16 that the USDA identified is called mouthing, at eight.

17 Are you aware of what that means?

18     A.  I would -- actually, in particular, no, I do

19 not.

20     Q.  Okay.  And it says, "Mouthing any portion of

21 an individual's body, hand, or foot can be considered a

22 precursor to more aggressive behaviors that ultimately

23 may lead to serious injuries to the public."  Do you see

24 that?

25     A.  Yes, I do.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1       Q.   Okay.  Are you aware of any stoppages in

2   medication or treatment to any of the marine mammals at

3   the Miami Seaquarium?

4       A.   That I know of, no.  I don't handle that.

5       Q.   But you were present for -- you said you were

6   present for some of the inspections, correct?

7       A.   Yes.

8       Q.   Okay.  Did you speak with anyone from the

9   United States Department of Agriculture while you were

10  present for those inspections?

11      A.   No, I -- no.

12      Q.   Okay.  I'm going to turn back to some of these

13  questions in a bit, but I want to start moving on to the

14  issues in the complaint.

15          MR. SLATER:  I am going to pull up what we'll

16      mark as Defense Exhibit 8, which is the State Court

17      Complaint that was removed to Federal Court.

18          (EXHIBIT 8 MARKED FOR IDENTIFICATION)

19          BY MR. SLATER:

20      Q.   Can you see my screen, Mr. Mayorga?

21      A.   Yes, I can.

22      Q.   Okay.  Have you seen this document before?

23      A.   I have not.

24      Q.   You have not?  Okay.  I'm going to go through

25  -- let me actually do this.  I think the best way for me

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   to go through this might be actually going through

 2   something else first.  Are you aware of what claims your

 3   company is pursuing against Mr. Demers?

 4           MR. JONES:  Form.

 5       Q.  You can answer.

 6           MR. JONES:  You can go ahead and answer that

 7       question, just not to the extent that you're -- it

 8       involved communications with your lawyer.  But other

 9       than that, go ahead and answer.

10           THE WITNESS:  The only thing that I kind of

11       know is just the -- just the helicopter.  That's

12       kind of, like, the big issue, is the helicopter and

13       drone.

14           BY MR. SLATER:

15       Q.  Helicopter and drones?  Okay.  All right.  And

16   you're aware that initially MS Leisure filed a claim for

17   defamation against Mr. Demers?

18       A.  Can you repeat that?  You kind of cut out

19   there.

20       Q.  Are you aware that the company sued Mr. Demers

21   for defamation as well?

22       A.  I don't recall.  I would have to look.

23       Q.  Okay.  Well let's talk about drones.  I want

24   to go over some of your discovery responses.

25           MR. SLATER:  This is EX 9.  This is -- we'll
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1      mark as Defense Exhibit 9.

 2             (EXHIBIT 9 MARKED FOR IDENTIFICATION)

 3             BY MR. SLATER:

 4      Q.    Can you see my screen?

 5      A.    Yes, I can.

 6      Q.    Okay.  And you see it says, "Plaintiff's

 7 Responses and Objections to Defendant's First Set of

 8 Interrogatories?"

 9      A.    Yes.

10      Q.    Okay.  And you see here that there are

11 questions and responses?  You see Interrogatory number

12 one, response to Interrogatory number one, and then on

13 the last page, it is verified by Ms. Voiles; you see

14 that?

15      A.    Yes.

16      Q.    Okay.  Have you reviewed this document?

17      A.    I have not, no.

18      Q.    Okay.  I want to take you to the company's

19 response to Interrogatory number two.  Mr. Demers asked

20 MS Leisure to identify each and every occasion it is

21 asserted he has quote, "Repeatedly and without

22 authorization flown an unmanned aerial vehicle over MS

23 Leisure's property during regular business hours, as

24 identified in Paragraph 11 of the complaint."  And then

25 it says, "For each instance, identify -- please identify
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free **855-MYDEPOS**

Mayorga Jamie - 2/24/2023          Page 89

1  the time and date of such occasion and all evidence to

2  support your claim that Defendant operated the drone or

3  had any connection to such act."  Okay.  And the company

4  answered by giving an objection, but then subject to

5  that, stating one, two, three, four -- four dates, and

6  then a series of dates based on this aerial Armor

7  (phonetic) alert system on Page three.  I don't know,

8  what is that, two dozen dates?  Do you see that?

9      A.   Yes, I do.

10     Q.   Okay.  Let's start with February 25, 2023.

11 What is the company's basis for asserting that Mr.

12 Demers flew a drone over or near the Seaquarium on that

13 date?

14          MR. JONES:  Just before you answer, I'm just

15     objecting to the form of the question.  And these

16     are sworn answers answered by Danay, but go ahead

17     and answer.

18          MR. SLATER:  Well, he's here to -- he's here to

19     bind the company today on this, Matt, so --

20          MR. JONES:  I'm not going to argue with you on

21     the record.  You know the rule about that.  I'm just

22     making my objection.  You can ask whatever --

23          MR. SLATER:  Okay.

24          MR. JONES:  -- questions you want.

25          MR. SLATER:  Okay.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          BY MR. SLATER:

2      Q.   What is -- what is -- what facts support your

3   belief that Mr. Demers flew a drone on, above, or near

4   the Seaquarium on February 25, 2023?

5      A.   I would have to double check my records on

6   that, because that's not my statement.

7      Q.   This is the statement of the -- of the company

8   and you're here to bind the company today.  Sitting here

9   today, what facts does the company have to support that

10  Mr. Demers flew a drone on, above, near the vicinity of

11  the Seaquarium on February 25, 2023?

12          MR. JONES:  Object to the form of the question.

13      Go ahead and answer if you can.

14          THE WITNESS:  I would have to double check

15      records.

16          BY MR. SLATER:

17      Q.   What records would you have to double check?

18      A.   I would have to go back if I have anything

19  pertaining to those specific dates in question.

20      Q.   What is -- what documents do you believe you

21  would have concerning a drone flight on February 25,

22  2023?

23      A.   I do not know.  That's why I would have to

24  double check.

25      Q.   If you went back and double checked and you



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  found no records relating to Mr. Demers flying a drone

2  above, near, or within the vicinity of the Seaquarium on

3  February 25, 2023, would you agree that you have no

4  facts then to base that claim?

5        MR. JONES:  Form.

6        THE WITNESS:  I would say yes.

7        BY MR. SLATER:

8     Q.   Okay.  Let's turn to May 4, 2023.  That's the

9  next one.  What facts do you have to support your

10  contention here, in response to Interrogatory number

11  two, that Mr. Demers flew a drone above, near, or within

12  the vicinity of the Miami Seaquarium on May 4, 2023?

13     A.   And I would have to double check records on

14  that one as well.

15     Q.   Okay.  And assuming that there were no records

16  that would tie Mr. Demers to an alleged drone flight on

17  May 4, 2023, would you agree that you would then have no

18  facts on which to base your claim that he flew a drone

19  on that date above, near, or within the vicinity of this

20  Seaquarium?

21        MR. JONES:  Same objections.

22        THE WITNESS:  That is correct.

23        BY MR. SLATER:

24     Q.   Now I want to -- I want to -- I want to turn

25  to these two dates, May 4th and February 23rd.  Because



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1  right after the date, it says, "As evidenced in

 2  Defendant's March 4, 2023 Twitter, now known as X,

 3  post."  Do you see that?

 4      A.   Yes.

 5      Q.   Would you agree that just because someone

 6  posts a video of something, that doesn't mean there are

 7  facts that would connect the person to taking that

 8  footage?

 9           MR. JONES:  Form.

10           BY MR. SLATER:

11      Q.   You can answer.

12      A.   Can you repeat the question?

13      Q.   Yeah.  Let me ask it this way: Just because

14  someone posts something on the internet doesn't mean

15  that they took the photo or video, yes or no?

16           MR. JONES:  Same.

17           THE WITNESS:  Correct, yes.

18           BY MR. SLATER:

19      Q.   Yes.  For example, when you see something on

20  the news, it's not always submitted by a reporter or

21  member of the station, sometimes third parties submit

22  videos to the news; is that right?

23      A.   That is correct, yes.

24      Q.   Okay.  So then just because something might be

25  on Mr. Demers' social media does not mean that he took

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    an image or photograph or video himself, correct?

2         A.    That is correct.

3         Q.    Okay.  Let's turn to May 27, 2023.  What facts

4    do you have to support MS Leisure's contention that Mr.

5    Demers flew a drone on, above, or near the vicinity of

6    the Miami Seaquarium on that day?

7         A.    That was an Instagram post that was posted in

8    regards to a protest that day.  And on that day in

9    particular there was a protest.

10        Q.    There was a protest on that day.  Okay.  Were

11   you physically at the Seaquarium that day?

12        A.    Yes, I was.

13        Q.    Okay.  Did you -- did you see Phil Demers at

14   the Seaquarium that day?

15        A.    I saw him out on the sidewalk, yes.

16        Q.    You saw him out at the sidewalk?

17        A.    That is correct.

18        Q.    Okay.  Did you tell anyone that you saw him

19   there?

20        A.    Yes.

21        Q.    Who did you tell?

22        A.    My general manager.

23        Q.    Okay.  And who was your general manager?

24        A.    Danay.

25        Q.    Danay?  Ms. Voiles?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    A.   Yes.

2    Q.   Okay.  And did you see -- what can you tell me

3 about your description of Mr. Demers that day?

4    A.   Description as in?

5    Q.   What was he wearing?

6    A.   A black shirt with black shorts, if I'm not

7 mistaken.

8    Q.   Okay.  Did he have anything in his hands?

9    A.   I can't recall, no.

10    Q.   Did you see him holding a controller or

11 anything like that?

12    A.   No.

13    Q.   Did you see him operating a drone?

14    A.   I did not, no.

15    Q.   Okay.  I -- I'm looking here at the response.

16 And it says that, "At approximately 11:40 a.m., pursuant

17 to the Miami-Dade Police Department's incident report,

18 which was previously produced."  Do you see that?

19    A.   Yes.

20    Q.   Okay.  Do you recall that incident report?

21    A.   Yes, I do.

22    Q.   Okay.  Was that incident report involving Mr.

23 Demers?

24    A.   In particular, no.

25    Q.   No.  It was involving another individual; is



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1  that right?

2      A.   That is correct, yes.

3          MR. SLATER:  Just pull that up.  We will mark

4      this as Defendant's Exhibit 10.

5          (EXHIBIT 10 MARKED FOR IDENTIFICATION)

6          BY MR. SLATER:

7      Q.   Okay.  I'm going to share an e-mail.  Can you

8  see my screen, Mr. Mayorga?

9      A.   Yes, sir, I can.

10     Q.   Okay.  And this is Bates stamped 2679 through

11 2680.  Okay.  And you see -- wait, let me just make sure

12 this is the right -- no, this is the -- this is not the

13 right date.  Okay.  Let me go back to -- we will talk

14 about that one in a minute.  Let me go back to Defense

15 Exhibit 9.  So you said -- I believe you said that Mr.

16 Demers was not a subject of that incident report; is

17 that right?

18     A.   That is correct, yes.

19     Q.   Okay.  Did you hear Mr. Demers speak that day?

20     A.   I don't recall, no.

21     Q.   Do you remember any statements that he made

22 that day?

23     A.   I don't -- don't recall.

24     Q.   Let's talk about June 26, 2023.  On -- for

25 June 6th -- 26, 2023, what facts does the Miami

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

```
 1  Seaquarium or does MS Leisure have to support its

 2  contention that Mr. Demers flew a drone at or above or

 3  within the vicinity of the Miami Seaquarium on that

 4  date?

 5          MR. JONES:  Form.

 6          THE WITNESS:  I would have to double check

 7      records on that one.

 8           BY MR. SLATER:

 9      Q.   But again, assuming if -- if there are no

10  records that would tie Mr. Demers to that alleged drone

11  flight, you would -- you would then also agree that

12  there would no -- be no factual support for that claim,

13  correct?

14          MR. JONES:  Same objection.

15          THE WITNESS:  That is correct.

16           BY MR. SLATER:

17      Q.   Okay.  I'm going to turn now to these, I think

18  it's about two dozen occasions that are identified on

19  this Aerial Armor alert system.  What is that?

20          MR. JONES:  I believe -- well, I'm not going to

21      tell him what to answer, but I think -- I'm not sure

22      this is one of the topics he's been produced to

23      cover. But it's up -- free to ask whatever questions

24      you want.

25          MR. SLATER:  He's here on the topic of drones,
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      right?

2          MR. JONES:  No -- no, I meant the Aerial Armor

3      alert system.  Yes, you can -- for drones, we've

4      already confirmed that.  I was talking about the

5      specific proper name of Aerial Armor alert.  But I'm

6      not telling you what questions to ask or not ask.

7      Go ahead.

8          BY MR. SLATER:

9      Q.   Do you know what the Aerial Armor alert system

10   is, Mr. Mayorga?

11     A.   No, I do not.

12     Q.   Okay.  October 6, 2023, at 9:40 a.m., what

13   facts do you have to support that Mr. Demers flew a

14   drone above, at, or near the Seaquarium on that date?

15     A.   I would have to double check records on that.

16     Q.   Assuming there are no records that tie Mr.

17   Demers to that date, would you agree that you would then

18   have no factual basis to assert that he flew a drone

19   that date above or near the Seaquarium?

20     A.   That is correct.

21          MR. JONES:  Same objections.

22          BY MR. SLATER:

23     Q.   Okay.  For one second -- we're going to turn

24   back to this, but I want to pull up another document.

25   Can you see -- can you see my screen?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

505949  Mayorga  Jamie  2-24-2024        Page 98

```
 1        A.   Yes, I can.

 2             MR. SLATER:  All right.  We'll mark this as

 3     Defense Exhibit 11.

 4             (EXHIBIT 11 MARKED FOR IDENTIFICATION)

 5             BY MR. SLATER:

 6        Q.   Do you see how it says, "Plaintiff's Response

 7     to Defendant's First Request for Production?"

 8        A.   Yes.

 9        Q.   Okay.  And you see that, at the bottom of it,

10     there are a series of documents that are attached --

11        A.   Yes.

12        Q.   -- right?  Okay.  For instance, this looks

13     like a June 26, 2023 picture of the Seaquarium, Bates

14     stamped 00004, posted by Mr. Demers.  Do you see that?

15        A.   Yes.

16        Q.   Okay.  Can you -- can you read his tweet there

17     on Bates stamp six in Defense Exhibit 11 and tell me

18     where he says that he took that video?

19             MR. JONES:  Form.

20             THE WITNESS:  I don't see that he states it.

21             BY MR. SLATER:

22        Q.   Okay.  How about here on what's Bates stamp

23     five, another tweet by Mr. Demers, another video at the

24     Seaquarium, May 4, 2023.  It says, "This video was taken

25     above the Miami Seaquarium on May 4, 2023.  Lolita,
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

505949  Mayorga  Jamie  02-24-2024                    Page 99

1   their last surviving orca, has been held captive in this

2   tank since 1970.  Her last orca tank mate Hugo committed

3   suicide in 1980.  Her lengthy captivity and solitary

4   confinement are clearly taking a toll."  Do you see

5   that?

6        A.   Yes.

7        Q.   Okay.  Can you tell me where on that tweet Mr.

8   Demers says that he took that video?

9        A.   I don't see it.

10       Q.   Because he doesn't say it, right?

11       A.   That is correct.

12       Q.   Okay.  And there's no -- there's no statement

13  in here where he admits, Mr. Demers admits that he flew

14  a drone above the Seaquarium, right?

15       A.   That is correct.

16       Q.   Okay.  One second, I just want to find --

17  okay. Here we go.  So I have -- this is also part of

18  Defense Exhibit 11, which is the first responses of MS

19  Leisure to our request for production along with

20  documents that are attached to it.  And now what's been

21  marked as Bates stamped 36, 37, 38.  Do you see that,

22  Mr. Mayorga?

23       A.   Yes, I do.

24       Q.   Okay.  All right.  We'll start at the top.  Do

25  you see it says it's an offense incident report from the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

503945  Mayorga  Jamie  3 11 11 2024                     Page 100

```
 1  Miami-Dade Police Department?

 2       A.   Yes.

 3       Q.   Okay.  And it's dated May 27, 2023?

 4       A.   Yes.

 5       Q.   Okay.  Are you familiar with this incident

 6  report?

 7       A.   Yes, I am.

 8       Q.   Okay.  How are you familiar with it?

 9       A.   That was the same day of a protest that

10  occurred and that Miami-Dade police had to intervene in

11  regards to a drone operator flying a drone over our

12  facility.

13       Q.   And so I understand correctly, is that the

14  date you said that you saw Mr. Demers at the protest

15  outside the Seaquarium?

16       A.   Yes, that is correct.

17       Q.   Okay.  All right.  And can you see here it

18  references -- let me just make sure I'm at the first

19  page.  It references a reporting person on Page -- on

20  Bates stamp 35.  Do you see that?

21       A.   Yes.

22       Q.   And that's you?

23       A.   Yes.

24       Q.   Okay, Mr. Mayorga.  All right.  And then it

25  lists here, "Other, Dean Sean T. (phonetic)" Do you see
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   that, Sean Dean?

2       A.   Yes.

3       Q.   Is that the person who was allegedly flying

4   the drone that day?

5       A.   That is correct, yes.

6       Q.   Okay -- okay.  But -- and I'm just looking

7   through here.  I don't see any other individuals who

8   were cited.  Do you?

9       A.   No, I do not.

10      Q.   Okay.  And Mr. Demers was not cited that day

11  for flying a drone?

12          MR. JONES:  Form.

13          THE WITNESS:  That is correct.

14          BY MR. SLATER:

15      Q.   If -- I want to go through your -- and we'll

16  pull back up Defense Exhibit 9, the interrogatory

17  responses.  Let's talk about this drone system.  What is

18  your knowledge of any sort of drone systems at the --

19  drone monitoring or awareness systems at the Seaquarium?

20      A.   The only thing that I have knowledge of is

21  that there's a monitoring system that monitors drones

22  within -- within the area of Miami Seaquarium, but

23  that's about it.

24      Q.   Do you know how it works?

25      A.   No, I do not.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1       Q.   Okay.  Who would know how that works?

 2       A.   In this particular case, I would say our

 3  executive director, Edwin Gonzalez, would be the one.

 4       Q.   Okay.  And you -- I believe you said it's --

 5  it shows drones in the area of the property.  Do you

 6  know how far it extends, the alert system?

 7       A.   No, I do not, no.

 8       Q.   Is it -- does it go outside of this

 9  Seaquarium's property line?

10       A.   I do not know.

11       Q.   Would Edwin Gonzalez be the right person to

12  ask that question to?

13       A.   I would believe so.  He's the executive

14  director.

15       Q.   When -- so when we -- when we look at the --

16  I'm just trying to make sense of, when we see -- and let

17  -- let's actually do this.  Let's pull up these drone

18  alert.  Let's go back to Defense Exhibit 11.  And bear

19  with me, I'm just trying to understand how this works.

20  So in Defense Exhibit 11 we received, starting at Bates

21  stamp ten through, it looks like 34, we see these drone

22  alerts.  Do you see that?

23       A.   Yes, I do.

24       Q.   Okay.  Have you ever seen this before?

25       A.   No, I have not.
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     Q.   Okay.  Have you -- you haven't reviewed these

2   documents?

3     A.   No, I have not.

4     Q.   Okay.  And this is an Aerial Armor alert.  It

5   looks like it's sent to your lawyers.  Do you see that?

6     A.   Yes, I do.

7     Q.   Okay.  Do you know if anyone internally at the

8   organization, besides your lawyers, received these?

9     A.   I do not know.

10     Q.   Okay.  And I see here it lists an alert zone

11   of a half-mile radius.  Do you see that?

12     A.   Yes.

13     Q.   Okay.  How would I know where this drone is

14   located with respect to the Miami Seaquarium's property?

15         MR. JONES:  Form.

16         THE WITNESS:  I do not know.  I don't know how

17     the system operates.

18         BY MR. SLATER:

19     Q.   Okay.  So you can't say whether this drone

20   alert would have been for an alert for a drone that was

21   over Miami Seaquarium's property, right?

22     A.   As stated before, I -- I don't know how it

23   operates.

24     Q.   But reading this e-mail with me right now, can

25   you look at this e-mail and help me understand whether

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  this drone was alerting the Seaquarium to a flight that

2  was actually over its property?

3      A.   As stated before, I don't know how the system

4  operates.

5      Q.   I'm just asking you to read the -- read this

6  alert and tell me if you're able to look at it and tell

7  me if it shows that a drone was over the Seaquarium's

8  property?

9      A.   I don't know if it was.

10     Q.   Other than these drone alerts, and I'll go

11 back to Plaintiff's, or sorry, Defense Exhibit 9, and

12 these are -- I'm just going to run through this October

13 6, 2023, through October 24, 2023.  All of these drones

14 that were gathered by the Aerial Armor system.  Do you

15 see that, all of these?

16     A.   Yes, I do.

17     Q.   Okay.  And I'm on Page three and four.  You

18 know, the -- basically the last section of your response

19 to Interrogatory number two.  Other than the drone

20 alerts, the e-mails that we just looked at, what other

21 evidence do you have to support your contention that Mr.

22 Demers flew a drone over the Miami Seaquarium property

23 on any of these dates?

24     A.   I would have to double check records on that.

25     Q.   Can you tell me today -- but let -- and let's



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1  go back.  Assuming there are no records that would tie

 2  Mr. Demers to any of these dates from October 6, 2023,

 3  to October 24, 2023, would you agree with me then that

 4  you would have no factual support, other than the drone

 5  alert e-mails we looked at, to support your -- well, let

 6  me -- let me step back.  Let's go back to the drone

 7  alert e-mails on Defense Exhibit 11, okay, Bates stamp

 8  ten.  Do you see that, Mr. Mayorga?

 9      A.   Yes.

10      Q.   Does it mention Mr. Demers' name on this drone

11  flight progress alert?

12      A.   No.

13      Q.   Okay.  It references a drone ID number.  Do

14  you see that, and a drone type?

15      A.   Yes, I do.

16      Q.   Okay.  Have -- has the Seaquarium taken any

17  steps to understand the identity of the owner of that

18  drone ID?

19      A.   Not that I'm aware of.

20      Q.   Are you aware of how many square feet the

21  Miami Seaquarium property is?

22      A.   No, I do not.

23      Q.   The acreage?

24      A.   Acreage, yes.

25      Q.   Okay.  How many acres is the property?
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**       **www.MILESTONEREPORTING.com**       **Toll Free 855-MYDEPOS**

```
 1       A.    Thirty-eight acres.

 2       Q.    Thirty acres?

 3       A.    Thirty-eight.

 4       Q.    Thirty-eight acres.  Okay.  So I'm just -- I

 5  just went on -- I just went here on Google and it's

 6  saying that there are 640 acres in a square mile, and 38

 7  acres is 0.059375 miles -- square miles.  Do you see

 8  that?

 9       A.    Yes, I do.

10       Q.    Okay.  Is 0.05 less than a half?

11             MR. JONES:  You just mean -- I don't need to

12       object to this, but you just mean the number itself,

13       right?

14             BY MR. SLATER:

15       Q.    Just mean the number.  Is that less than -- is

16  0.05 less than 0.5 or a half?

17       A.    Less.

18       Q.    Less.  So if -- assuming that Google has given

19  us the right square mileage --

20             (OFF THE RECORD)

21             THE REPORTER:  We are back on the record at

22       this time.

23             BY MR. SLATER:

24       Q.    All right.  Are you ready, Mr. Mayorga?

25       A.    Yes.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Okay.  What we were -- we were -- before my

2  higher level math froze Zoom, we agreed that .05 square

3  miles is less than a half a mile square radius, right?

4    A.   Correct, yeah.

5    Q.   Okay.  So assuming that that is -- 0.05 square

6  miles is the perimeter of Miami Seaquarium property, an

7  alert for one half square mile would include an area

8  outside of the Miami Seaquarium's property, would you

9  agree with that?

10       MR. JONES:  I just want to object to the

11       geometry you're using.  I don't think that your

12       calculation of radius and square footage are

13       remotely accurate.  But you go ahead and answer your

14       question, but I'm not going to -- I'm not going to

15       agree that you're framing the geometry of your

16       question correctly.

17       BY MR. SLATER:

18    Q.   Okay.  Let me -- let me re-ask it.  So -- and

19  I'm not talking about -- we're not talking about square

20  footage, we're talking about square mileage, right.  So

21  half miles -- half a mile square -- half a mile -- a

22  half a mile radius, right?  And we're talking about 0.05

23  mile -- all right, let's -- let -- I'm not going to do -

24  - we're not going to do the math, but let's just go back

25  to the actual drone alerts.  Nothing in these alerts,

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  right, let's just pull them back up.  Defense Exhibit

 2  11.

 3          MR. SLATER:  Brain freeze a bit, Matt, with

 4      math.

 5          BY MR. SLATER:

 6      Q.   Nothing in this alert, Defense Exhibit 11,

 7  Bates stamp 11, shows that the alleged drone identified

 8  here with a drone ID was on the Miami Seaquarium

 9  property, correct?

10      A.   I would have to double check.  I'm not sure.

11      Q.   What would you have to check?

12      A.   Well first, I would have to see what this

13  report means to me.  I see a bunch of numbers, I don't

14  know what they mean.  So I would have to see, like, the

15  current location, what those numbers means exactly to

16  determine if it is above the Seaquarium.

17      Q.   Okay.  Who installed this alert system?

18      A.   I do not know.

19      Q.   Who would be the best person to speak to about

20  the parameters of this alert system?

21      A.   My best guess would be Edwin Gonzalez.

22      Q.   And I believe you said that -- have you ever -

23  - has the -- has the company sent any of these drone

24  alerts to the FAA?

25      A.   I don't know.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   To law enforcement?

2    A.   I do not know.

3    Q.   And, again, let's go through these, starting

4 on Bates stamp ten on Defense Exhibit 11.  So first

5 drone alert, we agreed that Mr. Demers is not

6 specifically referenced in this alert, right?

7    A.   That is correct, yes.

8    Q.   Okay.  And there's nothing in here that ties -

9 - specifically ties Mr. Demers to this drone?

10    A.   That is correct.

11    Q.   Bates stamp 11, Mr. Demers is not referenced

12 in the drone flight in progress alert?

13    A.   That is correct.

14    Q.   And there's nothing in this alert that ties

15 this drone fight to Mr. Demers?

16    A.   That is correct.

17    Q.   Bates stamp 12, again, Mr. Demers is not

18 referenced in this drone alert?

19    A.   That is correct.

20    Q.   And there's nothing in this alert that ties

21 Mr. Demers to this drone flight?

22    A.   That is correct.

23    Q.   Bates stamp 13, Mr. Demers is not referenced

24 in this drone alert, correct?

25    A.   That is correct.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1    Q.   And there's nothing in this drone alert that

2 ties Mr. Demers to this drone flight; is that correct?

3    A.   That is correct.

4    Q.   Bates stamp 14, same question.  Mr. Demers is

5 not referenced?

6    A.   That is correct.

7    Q.   And nothing in here ties Mr. Demers to this

8 drone flight; is that right?

9    A.   That is correct, yes.

10    Q.   Bates stamp 15, same questions.  Mr. Demers is

11 not specifically identified?

12    A.   That is correct.

13    Q.   And nothing in here ties Mr. Demers to this

14 flight?

15    A.   That is correct.

16    Q.   Bates stamp 16, same questions.  Mr. Demers is

17 not specifically referenced in here, correct?

18    A.   That is correct.

19    Q.   And there's nothing in this alert that ties

20 Mr. Demers to this drone, correct -- drone flight?

21    A.   That is correct.

22    Q.   Bates stamp 17, same questions.  Mr. Demers is

23 not specifically referenced in this drone alert?

24    A.   That is correct.

25    Q.   And there's nothing in here that ties Mr.

1  Demers to this flight?

2      A.    That is correct.

3      Q.    Bates stamp 18.  Mr. Demers is not referenced

4  in the drone alert, correct?

5      A.    That is correct.

6      Q.    And he's not -- nothing in here ties him to

7  this drone flight.  Is that also correct?

8      A.    That is correct.

9      Q.    Nineteen, Mr. Demers is not specifically

10  referenced in this drone alert as well?

11      A.    That is correct.

12      Q.    And there's nothing that ties Mr. Demers to

13  this drone flight in this drone alert?

14      A.    That is correct.

15      Q.    Twenty, Mr. Demers also not referenced in the

16  drone alert, right?

17      A.    That is correct.

18      Q.    And there's nothing in here that ties Mr.

19  Demers to the drone flight?

20      A.    That is correct.

21      Q.    Twenty-one, again, Mr. Demers is not

22  specifically referenced in this drone flight?

23      A.    That is correct.

24      Q.    And there's nothing in here that ties Mr.

25  Demers to this drone flight?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1       A.    Yes.

2       Q.    Twenty-two, again, Mr. Demers is not

3  referenced in this drone alert update.  Is that also

4  right?

5       A.    That is correct.

6       Q.    And there's nothing in this drone flight in

7  progress alert that ties Mr. Demers to this drone

8  flight?

9       A.    That is correct.

10      Q.    Okay.  Do these drone alerts exclude the

11 drones that the Seaquarium flies over its own property?

12      A.    I do not know.

13      Q.    But you do know that the company flies drones

14 over the property, right?

15      A.    That is correct.

16      Q.    Okay.  How often does the company fly drones

17 over its property?

18      A.    Often, I do not know.

19      Q.    Once a month?  More than once a month?

20      A.    I do not know.

21      Q.    Who would know the answer to that question?

22      A.    That would be our public relations team or our

23 marketing manager.

24      Q.    And who would those people be?

25      A.    Public relation, well, she's no longer with

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1   the company, Alexa Login, so that wouldn't be her.  Next

 2   best person to assist is the marketing manager, Judy

 3   Acosta.

 4       Q.   What do you know about the drone flights that

 5   the company does over the Seaquarium?

 6       A.   The ones that I've seen is basically just

 7   showcasing the front entrance of the park from the

 8   parking lot area, showcasing the -- the Seaquarium sign

 9   entrance, and also our wedding point, as well, which is

10   showcasing that venue itself.

11       Q.   Showcasing what?  Sorry.

12       A.   The venue of the weddings.

13       Q.   Okay.  Anywhere else?

14       A.   That I know of -- not that I know of, no.

15       Q.   How high?  Do you know?

16       A.   I do not know.  I don't operate it.

17       Q.   You don't operate it?

18       A.   No.

19       Q.   Have you seen them?

20       A.   I have, yes.

21       Q.   Okay.  More than 100 feet high, would you say?

22       A.   I would assume, yes.

23       Q.   Okay.  Less than 100 feet?  Have you ever seen

24   one fly lower than 100 feet?

25       A.   Yes.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   Okay.  And you -- you've seen them -- have you

2  seen them land on the Seaquarium property?

3      A.   Yes.  Yeah.

4      Q.   Okay.  Do they fly over the animals at all?

5      A.   For these -- for the particular ones that I've

6  seen, no.  Everything has been away from the animals.

7      Q.   Okay.  But that's just what you've seen,

8  right?

9      A.   That is correct, yes.

10     Q.   Do you have any knowledge of the Seaquarium --

11 of MS Leisure flying drones over the animals?

12     A.   Not that I'm aware of, no.

13     Q.   Okay.  Let me -- I want to pull up a video to

14 show you.  Just give me a second.  Before I pull up the

15 video, who flies the drones?  Is it internal staff, or

16 do you have outside vendors flying them?

17     A.   Internal.

18     Q.   Okay.  Who?

19     A.   That would be our -- well, back then, that was

20 the marketing coordinator, so that would be Sabrina

21 Garcia.

22     Q.   Okay.  Anyone else?

23     A.   That is all.

24     Q.   Okay.  I'm going to show you an Instagram

25 video.  It's just pulled up on my browser.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

505949 Mayorga Jamie 2-14-2024                    Page 115

```
 1              MR. SLATER:  Madam Court Reporter, we'll make
 2       sure this gets downloaded so it can be uploaded with
 3       the exhibits.  And I believe this would be Defense -
 4       - this will be Defense Exhibit 12 once we -- I
 5       believe we have it downloaded somewhere, but we'll
 6       make sure we do that.
 7              (EXHIBIT 12 MARKED FOR IDENTIFICATION)
 8              BY MR. SLATER:
 9       Q.   So do you see my screen, Mr. Mayorga?
10       A.   Yes.
11       Q.   Okay.  And you see that this is an Instagram
12  reel?
13       A.   Yes.
14       Q.   Okay.  And you see that the person or entity
15  that's putting out this video is MiamiSeaquarium_?
16       A.   Yes.
17       Q.   Is that the official Instagram account for the
18  Seaquarium for MS Leisure?
19       A.   Yes.
20       Q.   Okay.  And you see the text here says, "POV a
21  bird flying around #MiamiSeaquarium?"
22       A.   Yes.
23       Q.   Okay.  Going to play it.
24              (VIDEO RECORDING PLAYED)
25              BY MR. SLATER:
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Okay.  Can we agree that this is a drone

2  taking footage?

3    A.   Yes.

4    Q.   And can we agree now -- I mean, we can see the

5  reflection of the drone here on this, like, sort of fake

6  sandbank.  Do you see that?

7    A.   Yes, I do.

8    Q.   Okay.  And you saw that, what we were just

9  looking at -- I wish I could get the timestamp, but we

10 were just looking at the drone right up against the

11 flamingos there in, you know, a couple feet from them?

12   A.   Yes.

13   Q.   Would you agree on that?  Okay.  And here you

14 see the drone flying near these manta rays or stingrays?

15 I'm not quite sure.

16   A.   Yes, I do.

17   Q.   Okay.  And here over some other sea life?

18   A.   Yes.

19   Q.   Okay.  And a turtle there.  And now the drone

20 is flying over some, like, sharks, correct?

21   A.   Yes.

22        (VIDEO RECORDING STOPPED)

23        BY MR. SLATER:

24   Q.   Okay.  Having seen that, would your testimony

25 be that at least on one occasion, MS Leisure has flown

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  drone over the areas where the animals are?

2         MR. JONES:  Form.

3         THE WITNESS:  That is correct.

4          BY MR. SLATER:

5     Q.   And in fact, the video we just watched showed

6  the drone fly relatively close to the animals, right?

7         MR. JONES:  Same objection.

8         THE WITNESS:  Correct.

9          BY MR. SLATER:

10    Q.   How far away do you think the drone was while

11 you were watching it?

12    A.   I do not know.

13    Q.   Okay.  Well, let's watch it again.  Let me

14 actually do this.  I have a copy now, so let me stop

15 sharing.  Okay.  This has the timestamp.  Okay.  So this

16 is still Defense Exhibit 12.  Okay.  This is -- you'll

17 see that this is the same footage.  Let's watch it now.

18 Let me turn the volume off.  Okay.

19         (VIDEO RECORDING PLAYED)

20         BY MR. SLATER:

21    Q.   Would you agree this is the same footage we

22 just watched?

23    A.   Yes.

24    Q.   Okay.  How far do you think the drone is here

25 at timestamped 21 seconds from these flamingos?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

505949 Mayorga Damian 01 11 2024          Page 118

1      A.   I -- I do not know.

2      Q.   More than ten feet?

3      A.   No, I did not know.  I wasn't there.

4      Q.   Are you saying just your basic sort of -- just

5 watching this right now, would you say more than ten

6 feet, the drone from the flamingos?

7      A.   I do not know.  I wasn't there.

8      Q.   I'm not asking you if you were there or not.

9 I'm asking watching this video now, do you think the

10 drone is more than ten feet from the flamingos?

11     A.   I don't know.  I -- I -- I don't know if it

12 is.

13     Q.   More than 20 feet?

14     A.   I stated before I don't know how -- what's the

15 altitude of the drone.

16     Q.   Okay.  We're looking at a video.  Are the --

17 are the flamingos -- would you say we're pretty close to

18 the flamingos or very far away from the flamingos?

19          MR. JONES:  Object to the form.

20          THE WITNESS:  I don't know.

21           BY MR. SLATER:

22     Q.   What do you think -- how high do you think the

23 drone is right now?

24          MR. JONES:  Form.

25          THE WITNESS:  I don't know.  I stated before.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1           BY MR. SLATER:

2       Q.   Okay.  What about now at timestamp 30 seconds

3   above the rays?

4       A.   In that particular angle, I would say probably

5   ten feet or so above water.

6       Q.   Okay.  And we can -- we can agree that it's

7   then going up, right, much higher --

8       A.   That is correct.

9       Q.   -- at timestamp 38?  And then as we approach

10  here, timestamp 45, how far away do you think we are

11  from these sharks?

12          MR. JONES:  Same objection.

13          THE WITNESS:  In that particular one, I don't

14      know.  I don't know if they're zooming in or zooming

15      out from the drone.

16          BY MR. SLATER:

17      Q.   Okay.  Let's keep watching, see if that helps.

18  Anything?  Any idea now?

19      A.   No, I don't know if they're zoomed in or

20  zoomed out.

21      Q.   Okay -- okay.  But at least at that one point,

22  we would agree that when there -- when we were looking

23  at the rays, I think it was around 21 seconds, that it

24  was about, what -- or no, sorry, 30 seconds, about ten

25  feet, I think you said?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1       A.    That is correct.  Yes.

 2       Q.    Okay.  All right.  Thank you.

 3             (VIDEO RECORDING STOPPED)

 4             BY MR. SLATER:

 5       Q.    I want to turn back before we close out, your

 6  responses to Interrogatory number two.  And just before

 7  we do that, let's just go back to the -- geez.  Let's go

 8  back to the video.  Okay.  I'm just going to share my

 9  browser again.  Right?  The video we just watched, I

10  just want to mark that.  Can we -- can you -- we can

11  agree that the date of that was December 7, 2022?  You

12  see that on the bottom?

13       A.    Well, based on the posting, yes.

14       Q.    Yeah, it was posted.  We don't -- agree we

15  don't know when the video was taken, but this was posted

16  December 7, 2022?

17       A.    That is correct, yes.

18       Q.    Okay.  All right.  Okay.  Let's go back to

19  Defense Exhibit 9.  These are the interrogatories.  We

20  had gone through these drone flights with the drone

21  alerts.  I want to go back just to the June 26, 2023,

22  drone flight.  Again, just like the ones before it on

23  May 27th and May 4th and -- or I'm sorry, May 4th and

24  February 25th, this one says that it's as evidenced by

25  in Defendant's July 26, 2023, Twitter post.  Do you see
```



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1   that?

 2        A.   Yes.

 3        Q.   But -- and I believe we agreed earlier that

 4   just because someone posts something online doesn't mean

 5   that they necessarily took the footage.  You would agree

 6   with that?

 7        A.   That is correct.

 8        Q.   Okay -- okay.  We're going to come back to

 9   this in a bit, but I want to turn now to -- have you

10   reviewed Mr. Demers' responses to Plaintiff's discovery

11   requests?

12        A.   I don't believe so.  I don't believe so.

13        Q.   Okay.  Are you aware that Mr. Demers denies

14   ever flying a drone or having any agent or

15   representative fly a drone over or near the Miami

16   Seaquarium property?

17        A.   No, not that I'm aware of.

18        Q.   Would you agree that if Mr. Demers did not fly

19   or authorize or instruct anyone to fly a drone over the

20   Seaquarium property, that you would not be able to

21   allege facts sufficient to support a claim for trespass

22   or nuisance or any of those claims?

23           MR. JONES:  Form.  Legal conclusion.  Go ahead

24      and answer if you can.

25           THE WITNESS:  Can you repeat the question
```



**MILESTONE** | **REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        again?  I'm sorry.

 2               BY MR. SLATER:

 3        Q.   If Mr. Demers denies -- Mr. Demers has denied

 4   flying any drones or telling anyone to fly any drones

 5   over the Seaquarium.  Based on -- based on the evidence,

 6   as best as you know it, and based on Mr. Demers' denials

 7   under oath of doing that, would you agree that there is

 8   no -- that the Seaquarium at present has no evidence to

 9   support that Mr. Demers flew a drone over this

10   Seaquarium or near its property?

11          MR. JONES:  Same objections.  Go ahead and

12       answer.

13               THE WITNESS:  Yes.

14               BY MR. SLATER:

15        Q.   And I want to go back to Defense Exhibit 9,

16   which is your interrogatory responses.  Here on Page

17   five --

18          MR. JONES:  Let me clear -- form.  I know

19       you're saying your because he's the corporate rep

20       and I just -- form because it's signed by Danny, but

21       go ahead.

22               BY MR. SLATER:

23        Q.   Okay.  The company's interrogatory response,

24   do you see that?

25        A.   Yes, I do.
```

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     Q.   Number four on Page five, it bleeds into Page

2  six, and it asks the Seaquarium to identify all facts to

3  support its claim that Defendant, Mr. Demers, has flown

4  or directly instructed his actual apparent agents to fly

5  a drone over open air congregations of employees and

6  customers as you allege in Paragraph 12 of your

7  complaint.  And here in response, if the company's

8  incorporated by reference these drone identifications we

9  talked about, and then it says, additionally, Mr.

10 Demers' "direct involvement in these drone flights is

11 self-evident by his repeated posts on his personal

12 social media accounts of the unauthorized video footage

13 procured by the unauthorized drone flights."  Do you see

14 that?

15     A.   Yes, I do.

16     Q.   Do you agree that just because someone says

17 something on social media doesn't mean that they took a

18 video?  That the video that they posted, right?

19          MR. JONES:  Form.  Asked and answered.  Go

20      ahead and answer again.

21          THE WITNESS:  That is correct, yes.

22          BY MR. SLATER:

23     Q.   And just because someone repeatedly posts

24 about something does not mean that they -- that they are

25 -- just because someone repeatedly posts on their

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  personal social media other people's video footage,

2  would that -- would that mean that they participated in

3  that footage, on its face?

4        MR. JONES:  Form.

5        THE WITNESS:  That is correct.

6         BY MR. SLATER:

7    Q.   It would -- well, let me just rephrase that.

8  I don't think I asked that very well.  Just because

9  someone posts other people's videos on social media

10  doesn't mean, without more, that they are involved in

11 taking that video footage; is that right?

12        MR. JONES:  Form.  Compound.  Go ahead and

13     answer.

14        THE WITNESS:  That is correct.

15         BY MR. SLATER:

16    Q.   I want to go through some other -- I want to

17 go through an e-mail now.

18        MR. SLATER:  Mark this as Defense Exhibit 13.

19         (EXHIBIT 13 MARKED FOR IDENTIFICATION)

20         BY MR. SLATER:

21    Q.   This is what's -- this is what we'll identify

22 as Defense Exhibit 13.  It's Bates stamped 14019 through

23 22.  Okay.  Mr. Mayorga, can you see my screen?

24    A.   Yes.

25    Q.   Okay.  This is an e-mail from

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  Tonyweissman@skyelementdrones.com, and you see that you

2  are -- you are copied on this e-mail?

3      A.   Yes.

4      Q.   And it says it's regarding a special event,

5  May 6th and 7th?

6      A.   Yes.

7      Q.   Okay.  Can you tell me what this is about?

8      A.   I believe, if I can recall correctly, on this

9  particular one was somebody wanting to do an activation

10  here in regards to a drone show in our open field that

11  we have on site.

12      Q.   Okay.  And did the Seaquarium permit this

13  person to do the drone show?

14      A.   On those particular dates, I don't believe so.

15  I don't believe that activation ever occurred.

16      Q.   But on other dates?

17      A.   On other dates, I don't believe so.

18      Q.   Has the Seaquarium let any other vendors do

19  drone shows on the Seaquarium property?

20      A.   At the end of December, yes.  There was a

21  company.  Or I would say an organization, better off, as

22  I don't know the details, but I know they staged on our

23  property and -- to do the drone show over the water in

24  the bay.

25      Q.   Okay.  I'm going to show you what we'll mark

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

 1  as Defense Exhibit 14.

 2              (EXHIBIT 14 MARKED FOR IDENTIFICATION)

 3              BY MR. SLATER:

 4      Q.   This is an e-mail about a drone show dated

 5  December 6, 2023, Bates stamp 2334.  And it's from Julie

 6      A.   Who is that?

 7      A.   Julie A., she is -- she is our point of

 8  contact for the gentleman that is copied on the CC of

 9  the e- mail, Alex Reed.

10      Q.   And who's Alex Reed?

11      A.   So Alex Reed is the gentleman that we've

12  partnered with -- with his company to do a variety of

13  different activations here at the Seaquarium using our

14  event space that we have available.

15      Q.   Okay.  Has he ever done drone activations?

16      A.   The one that took place towards the end of

17  December, yes.  That was a part of that.

18      Q.   Okay.  Is this e-mail about that?  It says,

19  "Drone show," and it's dated December 6, 2023.  Is this

20  that December 2023 drone show you're talking about?

21      A.   Yes, that is correct.  It -- everything

22  correlates to that --

23      Q.   And what is -- what do you mean by activation?

24      A.   So pretty much a variety of different events

25  having here.  So pretty much after one event is over, we

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900         www.MILESTONEREPORTING.com         Toll Free 855-MYDEPOS

1  have something else coming to just have new, fresh

2  things for our guests here.

3      Q.   Okay.  What would this drone -- were you

4  present for this drone activation in December?

5      A.   Yes, I was, actually.

6      Q.   Okay.  Can -- do you -- do you recall

7  approximately how many drones were used?

8      A.   I do not know.  It was a lot.

9      Q.   A lot?  Like, more than 100?

10     A.   Potentially, I would say yes.

11     Q.   Okay.  How long -- do you know give or take

12  how long the drones were in the air?

13     A.   I would say no more than -- no more than ten

14  minutes, if not less than that.

15     Q.   And was flown in some sort of arrangement?

16     A.   Yes, they were.

17     Q.   Okay.  Were there lights on the drones?

18     A.   Yes, they were.

19     Q.   Okay.  Do you recall whether they were --

20  like, how big the drones were?

21     A.   No, I was not that close to see the size of

22  the drone.

23     Q.   Were -- did they -- do you think they -- could

24  you recall whether they had the, sort of, four or more

25  propellers, or were they smaller than that?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1        A.   I wasn't that close to see.

2        Q.   Okay.  Do you know if there -- anyone took any

3  video of this event?

4        A.   I'm pretty sure, yes -- yes.

5        Q.   Okay.  Do you know if people who work with you

6  took video?

7        A.   I would assume so.  I would assume.

8        Q.   Okay.  Who?

9        A.   I don't know.  But -- but I'm assuming.

10       Q.   Who can I ask about that?

11       A.   That is a good question.  I don't know who was

12  on site at that time.

13       Q.   Okay.  Did the drones fly over anything?

14       A.   They were above our event space in the grass

15  area closest to the water and over the water.  And what

16  I mean by water, I mean, pertaining to the bay next to

17  our property.

18       Q.   What's the name of Alex Reed's company?

19       A.   From the top of my head, I do not know.

20       Q.   Did you see whether the drones flew over any

21  Seaquarium customers at any time?

22       A.   No, it was nighttime.

23       Q.   I'll show you what we'll mark as Defense

24  Exhibit 15 now.

25            (EXHIBIT 15 MARKED FOR IDENTIFICATION)
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1              BY MR. SLATER:

2         Q.   It's an e-mail Bates stamped 10167 from

3    Plaintiff.  It says it's from Nikki Moore.  Do you know

4    who that is?

5         A.   Yes, that was the previous sales manager.

6         Q.   Okay.  And this is to Sabrina Garcia.  Do you

7    know who that is?

8         A.   Yes.  She was the marketing coordinator.

9         Q.   And it's dated December 6, 2022, so this is a

10   year before the Alex Reed show; is that right?

11        A.   That is correct, yes.

12        Q.   Okay.  And it's referencing footage from the

13   drone for an event.  Do you see that?

14        A.   Yes, I do.

15        Q.   Okay.  What is this event, Boats on the Bay?

16        A.   Sounds familiar, but I do not know.  I would

17   have to check records on that just to see.

18        Q.   Okay.  Do you know if this drone that's

19   referenced here was flown over the Seaquarium property?

20        A.   I do not know.

21        Q.   Okay.  All right.  I'm going to show you now -

22   - mark as Defense Exhibit 16.

23             (EXHIBIT 16 MARKED FOR IDENTIFICATION)

24             BY MR. SLATER:

25        Q.   Okay.  This is an e-mail Bates stamped 173.
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

505949  Mayorga Jamie  4/11/2024                      Page 130

1    Can you see it?

2         A.   Yes.

3         Q.   Okay.  It's from Charles Guadillo (phonetic).

4    I don't know if I'm pronouncing that correctly.

5         A.   Yes.

6         Q.   And what is his role at the Seaquarium?

7         A.   At that time, he was the director of

8    operations.

9         Q.   Okay.  And then Patrick Pearson (phonetic),

10   who's that?

11        A.   That was our previous general manager.

12        Q.   Okay.  Who's your current general manager?

13        A.   Currently, right now, the acting general

14   manager is Edwin Gonzalez.

15        Q.   And then it's copying you; you see that?

16        A.   Yes.

17        Q.   Maggie Lopez, who's that?

18        A.   She was the former operations manager.

19        Q.   Okay.  And then Travis Burke, we've talked

20   about him a bit today.

21        A.   Yes.

22        Q.   And it's dated April 26, 2023.  Do you see

23   that?

24        A.   Yes.

25        Q.   Okay.  And it says the subject is FAA Visit to



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  Park Regarding Drones.  Do you see that?

2      A.   Yes.

3      Q.   Okay.  And it looks like Charles goes by Chip.

4  I'm just reading the signature -- the salutation at the

5  bottom.  And it says, he writes to Patrick, and it says,

6  "From the FAA, the Federal Aviation Administration this

7  morning regarding our concerns with 'drone activity over

8  the park,' mainly the whale stadium."  Can you -- were

9  you present for that visit?

10     A.   I believe that particular day I actually

11 arrived late, so I was not there when they arrived.

12     Q.   Okay.  Do you know what the visit was about?

13     A.   Based on my conversations with Charles

14 Guadillo and the e-mail, basically, it was in reference

15 to me contacting the FAA in regards to drones.  In

16 particularly in question, it was about the whale stadium

17 drones going below the -- the height of the structure

18 into the stadium.

19     Q.   Okay.  How many drones did that?

20     A.   Over the years that I've been working here,

21 quite often.

22     Q.   What do you mean by quite often?

23     A.   We would get them at times -- around that

24 period of April 26, 2023, it was pretty often.  We're

25 talking about multiple times during the week.  If not,



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   on average, we would probably get them three times a
 2   week.
 3       Q.   Okay.  Have you -- so three times a week.  How
 4   do you know -- do you know who flew those drones for
 5   each of those instances?
 6       A.   I would have to double check back on records,
 7   but there have been some occasions that we have been
 8   able to identify the operators in conjunction with us
 9   contacting law enforcement.
10       Q.   Okay.  And just to be clear, you're talking
11   about three times a week, you said?
12       A.   Give or take around that period, it was -- it
13   was pretty often.
14       Q.   Okay.  And you said that some of these
15   operators were identified with the help of police; is
16   that right?
17       A.   That is correct, yes.
18       Q.   Okay.  Were any of those individuals Philip
19   Demers?
20       A.   No, not that I'm aware of.
21       Q.   Okay.  Was it the same individual or different
22   individuals who were identified?
23       A.   I would have to double check back on the
24   records just to clarify.
25       Q.   Okay.  Are you -- has this -- has MS Leisure
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  sued any of those individuals?

 2      A.   Not that I know of, no.

 3      Q.   Okay.  Do you know if it was the same drone

 4  that was flying these three times or so a week, or were

 5  different -- was it different drones?

 6      A.   Based on the visual that I would have from the

 7  ground, it -- there were different drones.

 8      Q.   Different drones.  And you said visual from

 9  the ground.  You personally observed these drones?

10      A.   On several occasions, yes, I have been able to

11  observe.

12      Q.   Okay.  Were any of the drones that were flown

13  in that area by any sort of government agencies?

14      A.   No.  Not that I -- not that I'm aware of.

15      Q.   For these drones that went -- you said -- I

16  think you said under a certain area, how high were they

17  flying on average?

18      A.   On average, we're probably estimating around

19  30 feet, give or take.  That's just the height of the

20  building, but there this -- it's like on average, like

21  around 40 feet, give or take.

22      Q.   Okay.  How -- what was the impact of those

23  drones flying at that height?

24      A.   Well in particularly, it's not part of our

25  environment here in the park having drones flying over,
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

505949  Mayorga  Samir  4 11 2024          Page 134

1  so it is distracting.

2      Q.   Distracting to whom?

3      A.   To our guests, to our employees.

4      Q.   Okay.  And -- but MS Leisure was also flying

5  drones over the park, correct?

6      A.   That is correct.

7      Q.   Okay.  In a controlled aspect?

8      A.   Yes.

9      Q.   Okay.  Does -- did -- do you know if the

10  drones that MS Leisure was using had any sort of

11  hardware to mitigate sound or distraction?

12      A.   I did not know.  No.

13      Q.   And you referenced these -- a lot of these

14  drones are flying over the whale stadium.  Is that where

15  Lolita was?

16      A.   That is correct, yes.

17      Q.   Okay. And we understand that she's now

18  deceased.  What was her cause of death?

19      A.   That information --

20          MR. JONES:  Again, this is beyond the scope.

21      Could you note my objection?  But we're not

22      instructing him not to answer at this time.

23          MR. SLATER:  Okay.  Objection noted.

24            BY MR. SLATER:

25      Q.   What was the cause of her death?

**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.   In that particular case, I do not know.  I

2   have not read the official report.

3      Q.   Who can I ask about that?

4      A.   The chief animal training officer and the

5   veterinarian of the facility.

6      Q.   Okay. And I think you gave us the

7   veterinarian's name was Ms. -- or Dr. Comolli?

8      A.   That is correct, yes.

9      Q.   And the -- this other person, what's their

10  name?

11     A.   That's Andrew Scullion.

12     Q.   Okay.  Sure.  Okay.  You gave us his name as

13  well.  Okay.  And so you haven't seen the reports; is

14  that right?

15     A.   That is correct.

16     Q.   Has anyone told you that her cause of death

17  was related to drones or other unmanned aerial vehicles

18  flying over her -- I don't even know what to call it --

19  holding area?

20     A.   Again, I've never seen it.  I haven't seen the

21  report, nor I've been told.

22     Q.   What have you been told about the effects of

23  drones on the animals?

24     A.   The only thing that I do know is they can

25  disrupt their -- kind of like their -- I want to say

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  what they're doing in the moment.  They can distract

2  them.  That's about it, really.  That's the only thing

3  that I've been told on.

4      Q.   Okay. And who's told you that?

5      A.   We -- our veterinarian, our trainers.

6      Q.   And I know the Seaquarium is -- that people

7  come and interact and observe the animals, right?

8      A.   That is correct, yes.

9      Q.   Okay.  A lot of times children?

10     A.   That is correct, yes.

11     Q.   Okay.  Does the presence of children or guests

12 distract the animals?

13     A.   I do not know.  I am not an expert on animals,

14 so I won't be able to answer that.

15     Q.   Okay.  Has anyone told you about the effect of

16 humans at the Seaquarium on the animals?

17     A.   No.

18     Q.   Okay.  Are there any loudspeakers at the

19 Seaquarium?

20     A.   We have our stadium speakers, yes.

21     Q.   Okay.  Are they used throughout the day?

22     A.   Yes.  In areas where we have them, yes.

23     Q.   Are they in areas near the animal enclosures?

24     A.   Yes.

25     Q.   Okay.  How loud are the announcements over the



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  speakers, would you say?

2      A.   I don't know.

3      Q.   Louder than a human conversation?  Louder than

4  I'm being right now?

5      A.   Yes.

6      Q.   How much louder?  Much louder?

7      A.   Loud, yes.

8      Q.   Do you know how loud a drone is?

9      A.   No.

10      Q.   But you've been there to observe some of the

11  drones, right?

12      A.   That is correct, yes.

13      Q.   Okay.  Were they louder than the loudspeaker?

14      A.   No.

15      Q.   I want to turn back to this e-mail that we've

16  marked as Defense Exhibit 16.  The -- it -- based on

17  this e-mail, it says that the FAA said it would be

18  difficult to classify this facility as a quote, "No-fly

19  zone."  Do you see that?

20      A.   Yes.

21      Q.   Okay.  What does that mean?

22      A.   So pretty much, a no-fly zone based on the

23  interpretation from the FAA is, basically, there's a

24  restriction above the airspace that restricts any --

25  pretty much, anything from flying over that particular

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1  zone that's designated by them.
 2      Q.   Okay. And the Seaquarium is not designated as
 3  such?
 4      A.   At this time, no.
 5      Q.   No.  And it's not just drones that fly over
 6  the Seaquarium from time to time?  Helicopters also do;
 7  is that right?
 8      A.   That is correct, yes.
 9      Q.   Okay.  We'll talk about that in a minute, but
10  I want to finish -- wrap up this point.  Here, it says,
11  "The officer can hold an individual until the FAA
12  arrives on site to check the operator's paperwork to
13  legally operate the drone."  You see that?
14      A.   Yes.
15      Q.   Okay.  Has that happened at the Seaquarium?
16      A.   No.
17      Q.   No.  Has Mr. Demers ever been held until the
18  FAA came to check paperwork?
19      A.   Not that I know of, no.
20      Q.   Okay.  It also says there'll be --
21          MR. JONES:  I don't want to interrupt you,
22      James.  Sorry, but can we take a quick comfort break
23      in the next few minutes?
24          MR. SLATER:  Yeah -- yeah.  Let's just do that
25      now.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      MR. JONES:  Oh, is that okay?  I didn't want to

2    get you in the middle of anything.

3      MR. SLATER:  Well, let me ask one last question

4    here on this exhibit and then we can -- we'll go off

5    the record.

6      BY MR. SLATER:

7    Q.   So back on Defense Exhibit 16, the second to

8  last sentence says, "They -- " and I assume that means

9  the FAA -- "will be e-mailing information and guidelines

10  that our police officers can use if they do catch

11  anyone."  Do you see that?

12    A.   Yes.

13    Q.   Okay.  Were you e-mailed anything from the FAA

14  about that?

15    A.   I would have to double check my e-mail.

16    Q.   Okay.  You haven't checked for that?

17    A.   Well you're asking me now, so I don't know.  I

18  would have to.

19    Q.   Right.  But I'm asking was that part of what

20  you reviewed when you were reviewing your e-mails?

21    A.   I reviewed a variety of different e-mails, so

22  I would have to double check to see exactly which one.

23    Q.   Okay, but you're not sure, sitting here today,

24  whether the FAA e-mailed you that quote, unquote,

25  "Information and guidelines?"

---

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.   That is correct, yes.

2      Q.   Okay.  One of the search terms was drone; is

3  that right?

4      A.   That is correct, yes.

5      Q.   Okay.  The last thing I'll ask before we take

6  a break, during the animal shows, are those shows loud?

7      A.   Well, can you define loud?  Or --

8      Q.   Well, I've never been to the Miami Seaquarium,

9  although I'm from that area.  I've never been, but I've

10 been to some other, you know, similar places.  And

11 usually during these shows, you know, the -- sometimes

12 the -- with the guests.  Does the Seaquarium have that?

13     A.   Yes, we do.

14     Q.   Okay.  So when the guests are watching a

15 dolphin or a whale show, for instance, the trainers are

16 communicating through the loudspeakers, right?

17     A.   That's correct, yes.

18     Q.   Okay.  And then, you know, there -- are there

19 moments where the audience applauses and, you know,

20 yells or screams?  Does that ever happen?

21     A.   Yes, that is correct.

22     Q.   Yeah.  Applauds.  Okay.

23          MR. SLATER:  All right.  We can take a break.

24     Go off the record.

25          MR. JONES:  Thank you very much.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              MR. SLATER:  Okay.

 2               (OFF THE RECORD)

 3              THE REPORTER:  We are back on the record at

 4        this time.

 5              MR. SLATER:  Thanks.

 6               BY MR. SLATER:

 7        Q.   Mr. Mayorga, are you ready?

 8        A.   Yes.

 9        Q.   Okay.  Great.  We were talking about this FAA

10   no-fly zone e-mail while we were -- right before the

11   break, and I believe you testified that there currently

12   is not a no-fly zone; is that right?

13        A.   That is correct, yes.

14        Q.   Do you know if there ever was a no-fly zone?

15        A.   Not that I'm aware of, no.

16        Q.   Okay.  I want to go through -- mark as Defense

17   Exhibit 17.

18               (EXHIBIT 17 MARKED FOR IDENTIFICATION)

19               BY MR. SLATER:

20        Q.   Okay.  All right.  Just let me know when you

21   can see my screen.

22        A.   Yes.

23        Q.   Okay.  Great.  All right.  This is an E-mail

24   Chain -- trying to move through on my end -- an e-mail

25   chain Bates stamped 14012 through 14014.  Starting at
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   the bottom, you see your signature here?  Jamie Mayorga

2   or Jaime?  I don't know.  And then up at the top here on

3   December 12th of 2022, do you write this e-mail that

4   says, "Team Blue?"  Do you see that?

5        A.   Yes.

6        Q.   Okay. And it says, "Due to some recent events,

7   I want to take this opportunity to address a few items

8   that caught my attention, which require everyone's

9   assistance."

10       A.   Yes.

11       Q.   Okay.  All right.  Who is Team Blue?

12       A.   Miami Seaquarium.

13       Q.   The whole Seaquarium?

14       A.   Yes.

15       Q.   Okay.  So was this a -- was the initial -- and

16  I see here you forwarded it and follow up in January of

17  last year; you see that?

18       A.   Yes.

19       Q.   And it's titled Park Protocol Reminders.  And

20  I see the To is Miami Seaquarium, and that -- is that

21  the mail to all employees?

22       A.   That is correct, yes.

23       Q.   Okay.  All right.  And so the first issue in

24  this protocol is the -- and I see it copied Travis Burke

25  here.  And I've highlighted, it says, "thedolphinco.com

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 -- tburke@thedolphinco.com?"

2     A.   That is correct, yes.

3     Q.   Okay.  Did Mr. Burke work for this -- for MS

4 Leisure or for the Dolphin Co.?

5     A.   Well, he was one of the executive directors of

6 the Dolphin Company, so Dolphin Company.

7     Q.   Okay.  Why would you have copied him on this

8 e- mail?

9     A.   So at that time he was still on site here at

10 the facility and was involved at one point with the

11 operations of the park.

12     Q.   Okay.  Is there anyone else besides Mr. Burke

13 from the Dolphin Company that you would e-mail?

14     A.   Yes.  During that time, January 2nd -- I'm not

15 sure if our general manager had left at that moment, at

16 the end of 2022.  The one I'm referring to is Patrick

17 Pearson.  So I'm not sure if that was during that moment

18 where he was not with us.  So I'm not -- I can't really

19 recall 100 percent.

20     Q.   Okay. And then let's turn back to your

21 December 12, 2022 e-mail, and there's a section called

22 Drones. Do you see that?

23     A.   Yes.

24     Q.   On Bates stamp 14012.  And it says, "Over the

25 past few months we've seen an increase of activity of



**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1  drones flying over the park.  We are working on finding
 2  a solution to these issues."  What possible solutions
 3  were you working on?
 4      A.   It was a combination of working with our
 5  executive director getting his guidance.
 6      Q.   And who is that?
 7      A.   Travis Burke.
 8      Q.   Okay.
 9      A.   Was getting his guidance on how we can try to
10  deal with the drone issues at the moment.  And then, in
11  addition --
12      Q.   What was his guidance?
13      A.   Well basically, it was just -- during that
14  time it was just -- he had to kind of circle back and
15  see what avenue was there to take in that aspect as
16  drones are very tricky to deal with.
17      Q.   And why are they tricky?
18      A.   Just overall how they're evolving.  You know,
19  you can see them for one second out of nowhere.  You
20  know, if you blink, they disappear, you know?  So
21  they're pretty quick.  So trying to identify people and
22  things like that, obviously it becomes tricky and so
23  forth.  And most importantly is trying to find the drone
24  operator.  You know, if you see the drone, that's one
25  thing, but if you don't see a drone operator, then you
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  can't establish that drone being operated by an

 2  individual.

 3      Q.   Okay.  And would one of these solutions be the

 4  implementation of this drone alert system?

 5      A.   Well I would assume yes, but I'm not entirely

 6  sure.

 7      Q.   And I believe when we looked at the drone

 8  alert system and I -- you were -- we were able to

 9  identify the ID, the drone ID.  You saw that, right?

10      A.   That is correct, yes.

11      Q.   Okay. And I believe you testified that you're

12  not aware of any steps that MS Leisure has taken to work

13  with anyone to figure out who is operating those drones

14  based on those IDs; is that right?

15      A.   That's correct, yes.  That I know of.

16      Q.   Okay.  And then I'm looking at the protocol

17  here, "Upon seeing a drone fly over our park, the

18  following protocol must be followed" -- and there's

19  three bullet points.  Point one: "Park ops must be

20  notified via the radio on channel one with the location

21  of the drone and the color of it."  Do you see that?

22      A.   Yes.

23      Q.   Okay.  So channel one, is that is a radio line

24  that's recorded?

25      A.   No.


MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Okay.  And it says, "Once we -- once that

2  information is received, we will begin our protocol of

3  drones."  Okay.  So let's say someone radios in, how --

4  what is the protocol?

5    A.   So the initial protocol is as soon as we

6  receive notification that there's a drone overhead, they

7  establish the description of the drone.  Our security

8  officers begin to look at the two most common locations

9  where drones are operated from to see if there's a drone

10 operator, and as well within our parking lot as well.

11 And then if -- well, by staying within Seaquarium

12 property, if we're able to establish, okay, that's a

13 drone operator, you know, in the distance, then we,

14 basically, just monitor the drone itself to see if it

15 goes back to that particular person.  If it goes back to

16 that particular person, then we go ahead and contact law

17 enforcement.

18   Q.   Do you write down any of that information?

19   A.   Yes.  At one point we were keeping records of

20 it.  Our director of operations was keeping records of

21 the drones.

22   Q.   And is this protocol written down?

23   A.   No -- no.

24   Q.   What period of time were you reporting this

25 information?



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

505949 Mayorga Jamie 01-24-2024                           Page 147

```
 1        A.   I would have to double check exactly to see
 2   the dates.  I don't recall.
 3        Q.   Were you recording it on paper or on a
 4   computer?
 5        A.   It was on a computer.
 6        Q.   Okay.  Was it like a -- an Excel file or a
 7   Word document?  How was it -- how are you storing that
 8   information?
 9        A.   I believe it was an Excel file.
10        Q.   Okay.  Do you remember the name of the file?
11        A.   From the top of my head, I don't remember.
12   I'll have to double check.
13        Q.   Okay.  Would that be saved to your Google
14   Drive?
15        A.   It would be on a shared drive.
16        Q.   A shared drive?  What does that mean?
17        A.   So it's a drive that's shared by multiple
18   users.
19        Q.   Is that through Google or through some other
20   software company?
21        A.   Through Google.
22        Q.   Okay.  So it's a shared -- a shared drive?
23        A.   Yes.
24        Q.   Do you know who else would have shared that
25   drive with you?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.    Yes.  Charles Guadillo.

2    Q.    Okay.  Who else?

3    A.    That's about it.  He's the owner of the file.

4    Q.    It's his file?

5    A.    That is correct, yes.

6    Q.    Okay.  Do you know how many times law

7  enforcement was called for drone activity at the

8  Seaquarium?

9    A.    From the top of my head I would say, on

10  average, probably talking about 20 times, give or take -

11         -

12    Q.    Okay.

13    A.    -- within a span of a few years.

14    Q.    So what years?

15    A.    Don't know.  I would say the last past five

16  years, just to say.

17    Q.    Okay.  So approximately 20 times in the last

18  five years?  Okay.  Has anyone been arrested for flying

19  a drone over the Seaquarium?

20    A.    No, not that I know of.

21    Q.    Okay.  Has anyone been issued a trespass

22  warning?

23    A.    In correlation or just a trespass warning in

24  general?

25    Q.    With respect to a drone?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.   Not that I know of from the top of my head,

2   but I would have to double check.

3      Q.   Okay.  How would you check that?

4      A.   I would have to double check the case numbers

5   in regards to Miami-Dade Police to be able to see if an

6   individual was trespassed.

7      Q.   Do you -- for each time that you call law

8   enforcement with respect to these drones, do you have

9   any written records about those?

10     A.   We do have the case numbers --

11     Q.   Okay.

12     A.   -- of those reports.

13     Q.   How is that stored?

14     A.   We just keep the cards that we've been

15   provided by law enforcement.

16     Q.   Okay.  So this -- the cards, you mean, like,

17   the incident report or is this something else?

18     A.   Yeah, it's a case card they provide us.

19     Q.   Okay.  And these are physical?

20     A.   Yes, that is correct.

21     Q.   Okay.  Where are they stored?

22     A.   It's a combination of my office and along with

23   Charles Guadillo's office as well.

24     Q.   Okay.  Okay.  So my understanding is -- what

25   you're telling me is that in order to figure out if

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  someone was trespassed from the Seaquarium, you have to

2  reference these physical case files that are in your

3  office or Mr. Guadillo's office?

4       A.   That is correct.  Not particularly the case

5  files, but just the case card itself.

6       Q.   Okay.  Got it.  Do you have anywhere where you

7  keep the actual incident reports?

8       A.   No, I do not.

9       Q.   Do you -- have you scanned these physical case

10 cards?

11      A.   No, I have not.

12      Q.   Has anyone in the last five years for these,

13 you know, 20 or so times that law enforcement was called

14 for drone activity, were any of these individuals sued

15 by the Seaquarium or MS Leisure?

16      A.   Not that I know of, no.

17      Q.   Okay.  I want to show you what we'll mark as

18 Defense Exhibit 18.

19           (EXHIBIT 18 MARKED FOR IDENTIFICATION)

20           BY MR. SLATER:

21      Q.   This is an e-mail that is Bates stamped 12407

22 -- 12402 through 407.  You see it, Mr. Mayorga?

23      A.   Yes, I do.

24      Q.   Okay.  And I'm just going to give you a second

25 and we're just going to go through it together.  It

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  starts with you e-mailing -- actually, I'm not sure --

2  I'm not sure what's going on here, but maybe you could

3  help me with it.  I have -- I'm just trying to start at

4  the bottom -- I have your signature at the bottom.  See

5  that?

6       A.   Yes.

7       Q.   12408 -- or 7.  And then there's some links

8  here with the name of a potential drone operator named

9  Wes Hucker.  You see that?

10      A.   Yes -- yes.

11      Q.   And it looks like he's -- goes by Vegan Wes as

12 his handle on TikTok.  Do you see that?

13      A.   Yes.

14      Q.   Okay.  Has MS Leisure sued Mr. Hucker?

15      A.   Not that I know of.

16      Q.   Okay. And then I'm seeing some bullet points

17 on laws here -- ordinances, some state laws.  And then

18 at the top here, it says, "Ola, gents.  This is a video

19 that a friend of mine in California shared with me this

20 morning."  Do you see that?

21      A.   Yes.

22      Q.   Did you write this part of it where it starts,

23 "Ola, gents?"

24      A.   No, I did not.

25      Q.   Okay.  Was this copied or something into an e-

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  mail?

 2       A.   Yes, that is correct.

 3       Q.   Okay.  Who wrote that?

 4       A.   So that was our executive director at the

 5  time, Travis Burke.

 6       Q.   Okay.  Travis Burke wrote this?

 7       A.   Yes.

 8       Q.   And are you copying it into an e-mail to the -

 9  - it looks like Rick Beckstrom from the FAA?

10       A.   That is correct, yes.

11       Q.   Okay.  So then going up, you have your e-mail

12  to the FAA, right?  That's you?

13       A.   Yes.

14       Q.   Okay. And this is dated October 14, 2022?

15       A.   Yes.  Correct.

16       Q.   Okay. And we're on Bates Stamp 12403.  And

17  it's asked -- it says, "I'm writing for -- to you for

18  some assistance guidance for a facility about drones."

19  It says you've been reporting these matters to the

20  Miami- Dade Police and doing police reports with them.

21  Okay. Are these the -- when you say, "the police

22  reports," are those what we're talking about, the case

23  cards, those reports?

24       A.   That is correct, yes.

25       Q.   Okay.  And it looked -- and here it says, "The
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  concerns are drones being operated without maintaining a

2  line of sight, flying drones into our animal exhibit,

3  the killer whale stadium," and we already talked about

4  that -- "drones at times flying low at stadium roof

5  level or at higher altitudes."  Do you see that?

6       A.   Yes.

7       Q.   How high is the stadium roof level?

8       A.   It varies from building to building.

9       Q.   Okay.  What's the shortest roof level?

10      A.   I don't know.

11      Q.   Okay.

12      A.   I would have to double check.

13      Q.   Okay.  Are we talking five feet?  Ten feet?  A

14 hundred feet?  Give me a range.  I'm not asking for you

15 to pull up the blueprints.  Just kind of want to get a

16 sense.

17      A.   Our tallest -- well, the one I know are

18 tallest, at least the highest of our facility that we

19 have, is about 50 feet, give or take.

20      Q.   Okay.  So -- and then sometimes you say -- so

21 around that height, sometimes higher.  And then it says,

22 "Miami Seaquarium has an established heliport."  And

23 it's currently still an active heliport?

24      A.   That is correct, yes.  It still is.

25      Q.   Okay.  When was the heliport established?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.   I would have to double check the records on

 2   that.

 3        Q.   Okay.  Within the last five years or longer?

 4        A.   Established?  I don't know.  I would have to

 5   double check.

 6        Q.   Was it in operation in 2022?

 7        A.   I believe, yes, it was.

 8        Q.   Okay.  And this e-mail is from October 2022.

 9   Do you see that?

10        A.   Yes.

11        Q.   Okay.  Do you know if it was in operation

12   October -- in 2021?

13        A.   I probably would have to double check on that.

14        Q.   It says -- the next point is -- it's an active

15   heliport, right?  What -- is -- does that mean that

16   helicopters are coming and going from it?

17        A.   Correct.  From time to time.

18        Q.   Okay.  How often are helicopters landing or

19   departing from the heliport?

20        A.   It varies.  I would have to double check on

21   the records to give specifics.

22        Q.   More than once a month?

23        A.   Again, I would have to double check.  I'm not

24   exactly sure.

25        Q.   Okay, but -- and then I see -- and what
```

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  records would you have to check?  What is the record for

2  that?

3       A.   So pretty much, our -- Charles Guadillo does

4  keep an Excel file in regards to any drone -- I mean,

5  any helicopters land in our heliport of the day they

6  land on.

7       Q.   Okay.  Is it called a landing log?

8       A.   I don't know.  I -- you would have to ask him.

9       Q.   I'd have to ask him.  Okay.  Is that not

10  shared on your shared drive?

11       A.   I'm not sure.  I don't believe so.

12       Q.   Okay.  And here, the next point says, "We have

13  lots of tour helicopters that fly over our facility

14  which may put them in danger."  When you say, "put them

15  in danger," do you mean the helicopters in danger?

16       A.   Yes, that is correct.  Helicopter.

17       Q.   Okay.  From drones?

18       A.   That is correct, yes.

19       Q.   Okay.  Why do -- so they fly over the

20  facility? Do they also land at the facility at the

21  heliport?

22       A.   The helicopters?

23       Q.   Yeah.

24       A.   Yes, they do.  Not all of them, but there are

25  some, with proper approval, they are -- they have

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  permission by us to land.

 2      Q.   Okay.  And what is the purpose of them landing

 3  at the Seaquarium?

 4      A.   Well, it varies what the nature it is.

 5  Normally it's just a drop off.  Sometimes it's a pickup.

 6      Q.   Drop off, pickup of people?  Supplies?  Like,

 7  what are we talking about?

 8      A.   People.

 9      Q.   Okay.  Guests?  Or, like, high profile folks?

10      A.   Normally -- probably it varies.  It can be

11  from high profile to guests.

12      Q.   Okay.  Do these -- you say, "We have lots of

13  tour helicopters that fly over our facility."  Do those

14  tour helicopters have to tell you that they're flying

15  over your facility?

16      A.   I don't manage the heliport, so I would not

17  know that information.

18      Q.   Okay, but to the best of your knowledge, are

19  any of these tour helicopters required to obtain your

20  approval before doing tours above the Seaquarium

21  property?

22      A.   As stated before, I don't manage the heliport,

23  so I would not be able to know that information.

24      Q.   Do you know of any complaints that MS Leisure

25  has made against any helicopter or companies for flying



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1 over its facility over the last five years?

2     A.   I -- not that I'm aware of.

3     Q.   Any lawsuits against helicopter companies in

4 the last five years?

5     A.   Not that I'm aware of.

6     Q.   Who manages the heliport?

7     A.   Charles Guadillo.

8     Q.   Charles Guadillo.  Okay.  I want to turn to

9 the response from the FAA.  They wrote back in October

10 of 2022, that an inspector will reach out to you today

11 to inquire about more information.  This is on Bates

12 stamp 12402.  Do you see that?

13     A.   Yes.

14     Q.   Okay.  Did anyone reach out to you?

15     A.   From the top of my head, I don't recall.

16     Q.   Okay.  Have you received any other

17 correspondence from the FAA?

18     A.   In which regards to this and that?

19     Q.   In regards to drones or any other activity

20 over Seaquarium?

21     A.   Yes, I have.

22     Q.   Okay.  Can you tell me about it?

23     A.   So recently, this one was in regards to a

24 helicopter that was circling our facility for quite some

25 time.  So I filed a claim to the FAA.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1      Q.   Okay.  When was this?

 2      A.   This was -- I would have to double check, but

 3  I know the month is July, and I believe -- well, it was

 4  definitely last year of 2023, so I would have to double

 5  check exactly what date it was.

 6      Q.   Okay.  Would it be July 14?

 7      A.   Yes.  That does ring a bell, yes.

 8           MR. SLATER:  Okay.  Let's talk about that.  I'll

 9      mark this as Plaintiff's -- I'm sorry, Defense.  This

10      needs to be on the other side.  Defense 19.

11           (EXHIBIT 19 MARKED FOR IDENTIFICATION)

12           BY MR. SLATER:

13      Q.   And when we talk about this, July 14, 2023

14  helicopter noise complaint, was that, like, did you call

15  and make a complaint?  Did you write?  Send an e-mail?

16  How do you -- how do you do that?

17      A.   I submitted a complaint online.

18      Q.   Okay.  Did you get a receipt or a

19  confirmation?

20      A.   I believe I did, yes.

21      Q.   Okay.  And did that go to your personal e-

22  mail? By personal, I mean, your work your specific work

23  e- mail?

24      A.   That was to my work e-mail.

25      Q.   Okay.  All right.  And you said you -- did you
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   submit it that day?  That very day?

 2        A.   Yes, I did.

 3        Q.   Okay.  And have you saved that e-mail?

 4        A.   Yes.

 5        Q.   Okay.  Now we'll talk about this after because

 6   I don't think we've gotten that yet in the batches.  I

 7   don't know if it's forthcoming.

 8             MR. JONES:  Yeah.  We're still -- we're still

 9        going through them.  It's a couple of thousand, but

10        absolutely we're -- and he's got --

11             MR. SLATER:  Okay.

12             MR. JONES:  -- 40 -- he's got more to do.  No

13        question about it.

14             BY MR. SLATER:

15        Q.   Okay.  All right.  Did your -- did the e-mail

16   you received back, was it just, you know, sometimes

17   you'll get a confirmation that'll just say, like, your

18   report's been received.  Did it -- did it actually

19   include your complaint in the -- in the -- in the

20   response e-mail?

21        A.   I believe it did.  I believe it did.  I'll

22   have to double check.

23        Q.   Okay -- okay.  How did you determine that --

24   how did you determine that the noise violated any sort

25   of restrictions on, you know, appropriate noise levels?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     A.   So in the -- in that particular case, it was

2  basically the helicopter noise superseded the speakers

3  that are located in the show venue.

4     Q.   Okay.  What time of day was it?

5     A.   This was approximately around 2:00 p.m.

6     Q.   2:00 p.m.?  Okay.  And did you -- you

7  personally heard the noise?

8     A.   Yes.

9     Q.   All right.  How long was -- you said around

10  2:00 p.m.  How long did you hear the noise?

11     A.   I would say on average about ten minutes or

12  less than ten minutes, give or take.

13     Q.   Okay.  Did you use any sort of devices to

14  calculate the decibel level of the noise?

15     A.   No.

16     Q.   Okay -- okay.  Did you use anything to

17  calculate the helicopter's altitude?

18     A.   No.

19     Q.   Do you know how high the altitude of the

20  helicopter was at the time?

21     A.   I'm trying to remember.  I don't remember

22  exactly.  I don't remember exactly what was the altitude

23  of it.

24     Q.   Was it higher or lower than the -- we talked

25  about in your e-mail, these frequent tour helicopters.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1    Was it higher than those, lower than those?

2         A.   It was slightly lower than -- than the tour

3    helicopters and what they navigate.

4         Q.   Slightly?  Okay.  What do we -- what do you

5    mean by slightly?  A couple feet?

6         A.   Possibly, if I'm not mistaken.  I'll have to

7    double check on that.

8         Q.   Okay.  Did you take any video of the

9    helicopter?

10        A.   I did not, no.

11        Q.   Okay.  What would you double check then if

12   there's no video?

13        A.   Well I would have to see if we have any camera

14   surveillance of that particular day or anything that

15   kind of shows that particular area.

16        Q.   Or does your -- does your camera surveillance

17   look up?

18        A.   Well, it depends from a location.

19        Q.   So some of -- you're saying some of the Miami

20   Seaquarium surveillance looks up towards the sky?

21        A.   Not towards the -- not towards the sky, but

22   there may be a vantage point that I may be able to

23   identify.

24        Q.   Is there a retention time period for the

25   surveillance videos that the Seaquarium takes?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.   I would have to ask our IT in regards to that.

2      Q.   All right.  Who -- who's the person to ask

3   from your IT?

4      A.    So that's Frank.  First name, Frank.  Last

5   name, Rufso (phonetic), if I'm not mistaken.

6      Q.   Okay.  So he would know what the retention

7   period is for the Seaquarium security footage?

8      A.   That is correct, yes.

9      Q.   Okay.  Have you viewed any of the security

10  footage?

11     A.   In regards to?

12     Q.   Have you ever reviewed security footage from

13  the Seaquarium?

14     A.   Yes, I have.

15     Q.   Okay.  Have you ever -- have you reviewed any

16  of the security footage about this July 14, 2023

17  helicopter flight?

18     A.   No, I have not.

19     Q.   No?  Okay.  And this Frank, you said, "Rufso,"

20  R-U-F-S-O?  What's the best spelling of this?

21     A.   I'll have to double check his spelling on

22  that. I don't have it in front of me.

23     Q.   Do you know if other than -- do you know if

24  other than you witnessing this helicopter, did anyone

25  else observe it?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.   Yes.

2    Q.   Who?

3    A.   All of the guests in attendance that day at

4  the show, park staff.

5    Q.   Okay.  What are the names of the guests who

6  observed it?

7    A.   I don't know.

8    Q.   Did any guests write any statements about the

9  helicopter?

10    A.   No.

11    Q.   Did you -- did you receive any complaints

12  about the helicopter?

13    A.   Not that I'm aware of.

14    Q.   Did anyone determine who was flying the

15  helicopter?

16    A.   Flying?  Not that I'm aware of.

17    Q.   Did the helicopter affect any of the shows

18  that were going on that day?

19    A.   Yes.

20    Q.   How so?

21    A.   The noise of the helicopter superseded the

22  sound of our speaker system, so it was hard to hear the

23  show itself.

24    Q.   Okay.  Are there any instances where law

25  enforcement or military flights go over Seaquarium

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  property?

2      A.   Yes.  From time to time.

3      Q.   Okay -- okay.  Have those noises ever exceeded

4  the sound of the loudspeakers?

5      A.   Yes.

6      Q.   Who were the park staff who observed the

7  helicopter flight?

8      A.   Pretty much that day it was an array of staff.

9  It was ranging from security, operations, trainers,

10 animal care staff.

11     Q.   What are -- what are their names?

12     A.   I -- I don't know.  I would have to ask.

13     Q.   Has anyone reached out to you about the

14 helicopter flight from park staff?

15     A.   That particular day, if it's in question, the

16 July 14th?  Yes.

17     Q.   Yeah.  Yes?  Who?

18     A.   I don't know.  Anybody that called me over the

19 radio that day, which was quite a few people.

20     Q.   Okay.  What did they say?

21     A.   That there's a helicopter circling over the

22 facility that's flying pretty low.

23     Q.   Okay.  Did anyone say how high they thought it

24 was flying?

25     A.   No.  Just that it was flying pretty low.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1      Q.   Okay.  Did anyone use the term buzzed with the

2   description of what the helicopter was doing?

3      A.   Buzzed --

4          MR. JONES:  Wait, I may not object to that. You

5      mean the word buzzed?  Like saying --

6          MR. SLATER:  Yeah.

7          MR. JONES:  -- buzzed?  Oh --

8           BY MR. SLATER:

9      Q.   Did anyone say, "The helicopter buzzed," or,

10  "I heard the helicopter buzz?"

11     A.   No.

12     Q.   Okay.  I want to turn to Plaintiff's, and this

13  will be Plaintiff's -- or sorry, Defense Exhibit 19.

14  This is Plaintiff's Proposed Amended Complaint.  Do you

15  see this, Mr. Mayorga?

16     A.   Yes, I do.

17     Q.   Okay.  And this is the complaint that MS

18  Leisure Company has filed against Mr. Demers.  And here

19  in this proposed version of it, it adds Airman

20  Helicopter Company.  Do you see that?

21     A.   Yes.

22     Q.   Okay.  Have you read this Proposed Complaint?

23     A.   I have not.  No.

24     Q.   Okay.  And you went -- okay.  Do you know what

25  the claims are in the Proposed Complaint?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1        A.    No.

2        Q.    Okay.  Do you know who Airman Helicopter, Inc.

3        is?

4        A.    No, I do not.

5        Q.    Okay.  I want to turn to Paragraph 37 of the

6   Proposed Complaint.  It references, and this is with

7   respect to the July 14 and on Paragraph 37, July 14,

8   2023, helicopter flight.  It states here that the

9   helicopter operation constituted an egregious violation

10  of well-known rules, regulations and guidelines.  Do you

11  see that?

12       A.    Yes, I do.

13       Q.    Okay.  What are the rules, regulations and

14  guidelines that MS Leisure is referencing here?

15       A.    In that one, I don't know.

16       Q.    Okay.  Paragraph 38, it references that

17  following this helicopter flight, Mr. Demers, the

18  defendant in this case, his pattern of posting his

19  violations, inappropriate actions and transgressions on

20  his public social media platforms continued as he posted

21  videos and images of the flyover with the caption quote,

22  "To commemorate the Miami's Seaquarium slapped lawsuit

23  against me, we decided to fly a helicopter over them."

24  Do you see that?

25       A.    Yes.
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1       Q.   Okay.  Would you agree that the primary

2   purpose of this lawsuit is with respect to Mr. Demers'

3   social media posts and criticism of the Miami Seaquarium

4   and MS Leisure's operation of it?

5           MR. JONES:  Form.  Scope of the notice.

6           BY MR. SLATER:

7       Q.   You can answer.

8       A.   I do not know the -- the entire scope of the

9   lawsuit.  So I --

10      Q.   Well what is your understanding of the purpose

11  of this lawsuit?

12          MR. JONES:  Hold on.  Well, hmm.  The purpose

13      of the lawsuit, I'm objecting just -- I'm not trying

14      to mess with your questioning, James.  But Jamie, do

15      not answer any -- do not answer that question to the

16      extent that answering it would reveal any purpose of

17      the lawsuit given to you by Counsel.  I suppose if

18      you have an independent understanding, you can

19      answer that.  But if I or anybody at this firm told

20      you about the quote, "purpose," of this lawsuit, do

21      not answer that question.

22          BY MR. SLATER:

23      Q.   Correct.  I'm not asking you to identify

24  anything Counsel has told you, but if you understand

25  from hearing from your employer or anyone else, but not

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   your lawyers, what the purpose of this lawsuit is,

 2   please answer.

 3        A.   Of its entirety, no.

 4        Q.   Well what about not in its entirety?  Are

 5   there any aspects of it that you know?

 6        A.   The only aspects is from what I'm kind of

 7   seeing now and dealing with is just the helicopter and

 8   the drone aspects.

 9        Q.   Is it based on the helicopter and the drone or

10   based on Mr. Demers's posting about it?

11           MR. JONES:  Same objection and instruction.  Go

12        ahead and answer if you can.

13           THE WITNESS:  I don't know.

14           BY MR. SLATER:

15        Q.   Do you have any knowledge of who at the

16   company authorized the lawsuit?

17        A.   No, I do not.

18           MR. SLATER:  Okay.  I want to show you a series

19        of documents now.  I'll try to be quick.  Just bear

20        with me.  Okay.  Let's start with 4472.  We'll mark

21        this as Defense 20.

22           (EXHIBIT 20 MARKED FOR IDENTIFICATION)

23           BY MR. SLATER:

24        Q.   This is an e-mail.  Can you see it, Mr.

25   Mayorga?
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1      A.   Yes.

2      Q.   Okay.  It's Bates stamped 4472 through 4473,

3  and it's from -- there's a series of messages.  And I

4  believe the first -- the first one is from an Amy

5  Spalding (phonetic) to you.  Do you see that?

6      A.   Yes.

7      Q.   January -- so from January of last year.

8  Who's Amy Spalding?

9      A.   She is our animal training -- well currently

10  right now, she's the manager.

11      Q.   Okay.  And she writes to you that, "Last

12  several nights, there's either been a drone or a low

13  flying helicopter with a bright spotlight over the whale

14  pool between 8:00 to 9:00."  Do you see that?

15      A.   Yes.

16      Q.   It says, "Has security been seeing them?"

17  Right?  Do you see that?

18      A.   Yes.

19      Q.   Okay.  Were -- have you seen those lights in

20  that timeframe?

21      A.   I haven't seen those flights personally, no.

22      Q.   Okay.  And then you write back the next day

23  that, "A supervisor from Guardian informs you they have

24  seen helicopters fly over.  However, they haven't

25  noticed or spotted drones at night."  Do you see that?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.   Yes.

2    Q.   At the bottom of Bates stamp 4472?  What is

3  Guardian?

4    A.   Guardian is the security company that -- that

5  we were using at the time.

6    Q.   Is that like a private contractor?

7    A.   Yes.  Guardian Professional Security.

8    Q.   Okay.  And is Guard -- did they -- were these,

9  like, just security guards that would come to the

10  facility, or was it, like, a whole operation of in, you

11  know, in addition to that?

12    A.   No, this was our contracted security company.

13    Q.   Okay.  So were these folks monitoring security

14  cameras and things like that?

15    A.   No.

16    Q.   No?

17    A.   Not -- not --

18    Q.   What were they doing?

19    A.   Patrolling.

20    Q.   Patrol?  Okay.  At the bottom here of that

21  paragraph, "I will look at camera footage to see if I'm

22  able to pinpoint a specific time for it.  If it's a

23  helicopter, I'll reach out to our FAA contact person to

24  see if he can put me in touch with the pilot and have a

25  courtesy conversation with them."  Do you see that?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.    That is correct.

2      Q.    Okay.  What camera footage would you have been

3  able to review to see that?

4      A.    So in this particular one, it was in

5  reference, like, in the park within that timeframe.  So

6  I really would have to look camera by camera to be able

7  to identify a specific -- a specific incident.

8      Q.    Okay.  And it looks like you write back on the

9  same day, you write to Amy, "Hi, Amy."  And this is on

10  Bates stamp 4472.  "I was able to find footage of the

11  spotlight at whale and -- of the spotlight at whale and

12  the helicopter screenshot.  And it seems like Miami-Dade

13  Police Aviation passing through doing a quick scan of

14  the area with their spotlight as on the footage of the

15  ropes.  The spotlight was in that area as well."  Do you

16  see that?

17      A.    Yes.

18      Q.    Okay.  And I see that there's a .MOV file

19  here. Is that -- okay.  Wait.  All right.  You -- you're

20  -- sorry.  You're going to get some requests from me.

21  I'm sorry about that.  I just requested access to that,

22  but I -- is this is the video that you're referencing of

23  the footage --

24      A.    Yes.

25      Q.    -- as Miami-Dade Police Aviation?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.    Yeah.  It seems like it, yes.

2    Q.    Okay.  And it's -- is there something here

3  above that where it says, "Thank you, Don Jaime

4  (phonetic)."  And there's a little question mark box.

5    A.    I believe that was Travis Burke's signature.

6    Q.    Okay.  Just not showing up here.  Okay.  Do

7  you still have this video in your Google Drive?

8    A.    I'm pretty sure I do, yes.

9    Q.    Okay.  How often would Miami-Dade Police

10 helicopters fly through the Seaquarium property?

11   A.    It -- it depends.  It really depends on day-

12 to- day.  You know, if we were to go with this

13 particular week, we have not had nor last week fly

14 overs.  So it really depends.

15   Q.    Like more than once a month?

16   A.    Yeah.  I -- I would say yes.

17   Q.    Okay.  How low do they fly?

18   A.    They usually stay relatively high for the most

19 part.

20   Q.    Okay.  But it I haven't seen the video here,

21 but it sounds like what Amy is saying is that it's below

22 a low flying helicopter.  Do you see that?

23   A.    Yes.

24   Q.    Do you know how low it was flying?

25   A.    No.  Based on two different footages, so the



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  one from the whale stadium and the one I -- I reference

 2  of the ropes, so that's a different location.  So in

 3  that one, you can see them, like, at least from that

 4  angle was pretty high.  So it wasn't low.

 5       Q.   A hundred feet, 500 feet, 1,000 feet?  What

 6  are -- what are we talking about?

 7       A.   I don't know.  From an angle of a camera

 8  footage, that's very hard to tell, but it did seem high.

 9  Because --

10       Q.   Okay.

11       A.   -- they -- they never fly low to our facility

12  ever.

13       Q.   Okay.  What is the aviation unit?

14       A.   That is the helicopter unit.

15       Q.   Okay.  And that's the unit that I believe you

16  said Mr. Charles Guadillo operates?

17            MR. JONES:  Form.

18            THE WITNESS:  No.  The aviation unit that's in

19       reference to Miami-Dade Police.

20            BY MR. SLATER:

21       Q.   Okay.  And have Navy helicopters ever flown

22  over or landed at the Seaquarium?

23       A.   Yes.

24       Q.   Okay.  How often?

25       A.   Often.  Helicopter-wise, we've had one, if I'm
```

**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   not mistaken, that was in 2023, if I'm not mistaken.  I

 2   don't know what particular day or month, but it was just

 3   a one-time event that we --

 4        Q.   Okay.  And I want to just look at what is Lee

 5   -- Leon Helicopter?

 6        A.   Yes.

 7        Q.   Who is that?

 8        A.   So Leon Helicopter is Leon Medical.

 9        Q.   Okay.  Sure.  I've heard of them.

10        A.   Yeah.

11        Q.   So do they -- do they fly -- do they land at

12   your facility?

13        A.   Yes -- yes, they do.

14        Q.   Why is that?

15        A.   Just as every other person that lands here is

16   either a drop-off or a pick-up.

17        Q.   Okay.  So what are they picking up?  Someone

18   who's injured or what would the drop-off or pick-up up

19   be for?

20        A.   Well, this one would normally just be a -- a

21   pick-up for -- for an individual.

22             MR. SLATER:  Okay.  I'm going to show you what

23        we're marking as Defense Exhibit 21.

24             (EXHIBIT 21 MARKED FOR IDENTIFICATION)

25             BY MR. SLATER:
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   This is an e-mail Bates stamp 5926.  It's

2    between it looks like Leon P.M., it says, and Edwin

3    Gonzalez, who I believe it is your direct supervisor; is

4    that right?

5    A.   That is correct, yes.

6    Q.   Okay.  And I'm just looking at they're talking

7    about a helicopter flight and they write to Carlos at

8    Leon Air it looks like, to ask Edwin days and times

9    they've landed at the Seaquarium.  Do you see that?

10   A.   Yes.

11   Q.   And it says, "For the Landing Log," as the --

12   as a subject?

13   A.   Yes.

14   Q.   Okay.  What is -- what is that -- as far as

15   you understand, is that Leon's Landing Log or is that

16   something internally that Seaquarium has?

17   A.   I don't know what log they're -- they're

18   referring to, but I do know that Carlos Cortez is -- is

19   the one that flies the helicopter.

20   Q.   Okay.  Who -- okay.  What is Bad Monkey?

21   A.   Bad Monkey?  What are you referring to?

22   Q.   I've seen some correspondence about TV shows

23   and commercials and folks wanting to fly their

24   helicopters in the space.  Does that ever happen?  Media

25   companies?  Influencers?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1        A.    I know from time to time, we do have film

2   shoots that does occur within the area, that they do use

3   our heliport.

4        Q.    Okay.  So the -- they would -- they -- would

5   they -- would this be for filming at the Seaquarium

6   property, or would this just be using it to get onto The

7   Key?

8        A.    Just a staging location.

9        Q.    Okay.  How often does that happen?

10        A.    I don't know.  I -- I -- I don't manage the --

11   the heliport.  That would it be Charles Guadillo.

12        Q.    Okay.  But you are physically -- how many days

13   a week do you work at the Seaquarium?

14        A.    It depends.  But on average, around five to

15   six days out of the week.

16        Q.    Okay.  How often are you seeing helicopters

17   land on an average?

18        A.    I've seen them from time to time.  If we're

19   talking about in a month, we can probably have four

20   landings on average, but it really -- it really depends.

21        Q.    Okay.  Do you know how many tour companies fly

22   over the Seaquarium?

23        A.    Tour companies fly over the Seaquarium?  Yes.

24        Q.    And how many, do you know?

25        A.    Not that I know of, but normally we get two

---

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   distinct helicopters that do fly over, so I would

2   probably assume two -- two -- two different companies.

3        Q.   Okay.  I want to talk about one of the claims

4   in the -- in the complaint is that Mr. Demers physically

5   trespassed at the Seaquarium.  And I want to understand,

6   do you -- do you -- do you know -- and I don't know,

7   maybe if you're not designated for this, so let me ask:

8   Do you have any knowledge about the procedures for

9   ticketed and unticketed entry at the Seaquarium?

10       A.   Yes.

11       Q.   Okay.

12       A.   So yeah.

13       Q.   Talk to me.

14       A.   Ticketed entry, every guest must purchase a

15  ticket in order to enter the facility.

16       Q.   Okay.  Is there a requirement that you pay on

17  credit card or can someone pay by cash?

18       A.   You can pay any forms of method, whether it's

19  a credit card, cash, online.

20       Q.   Okay.

21       A.   Third-party companies as well that sell our

22  tickets.

23       Q.   Okay.

24       A.   It really varies.

25       Q.   And if someone, let's say gifted me a ticket,

**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   can I present that to Seaquarium and enter or do I have

2   to actually purchase it myself?

3        A.   If it's gifted and it's valid, yes.

4        Q.   Okay.  As long as it's valid, it doesn't

5   matter how you got the ticket?

6        A.   That is correct, yes.

7        Q.   Okay.  Do you track entry into the facility

8   each day?

9        A.   What do you mean?  In what -- in what aspects?

10       Q.   I don't know.  You go to Costco and they have

11  a number counter, right?  Do you have -- do you count

12  how many people enter?

13       A.   Yes, we do.

14       Q.   Okay.  Do you track -- do you, like, rip the

15  tickets or anything and keep part of it to track whether

16  a ticket that's been vended is used?

17       A.   No, it -- it's all barcode.

18       Q.   Okay.  Do you -- so you scan a barcode?

19       A.   Yes, that is correct.

20       Q.   Okay -- okay.  Does -- so what do you use to

21  track the -- do you have a software that tracks the

22  ticketing for each day, the barcodes, what's implemented

23  in the system and what's not?

24       A.   Yes.

25       Q.   Okay.  What's the name of that software?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

505949 Waylige Zamir March 21 2024                    Page 175

```
 1        A.    RocketRez.

 2        Q.    RocketRez like R-E -- R-E-S, R-E-Z?

 3        A.    R-E-Z.

 4        Q.    Okay.  How easy is it to get into the facility

 5   without a ticket?

 6        A.    Pretty hard.

 7        Q.    You said, "pretty hard?"

 8        A.    Yes.

 9        Q.    Okay.  Why is that?

10        A.    Well we have security personnel on-site and --

11   and just one entry point into the facility.

12        Q.    Okay.  And is the entry point manned by

13   security personnel?

14        A.    Yes.

15        Q.    Okay.  Is there any times that the security

16   personnel wouldn't be at the entrance?

17        A.    Rarely.

18        Q.    Okay.  Do you have any record -- like, if I

19   came and purchased a ticket in cash, would I have to

20   give my name or any other identification?

21        A.    No.

22        Q.    Okay.  Once you are at -- inside the

23   Seaquarium, are there -- is there any signage in there

24   about where you are supposed to be and where you're not

25   supposed to be?  Are there any areas that are off-limits
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
1  to guests?

2       A.   Yes.

3       Q.   Okay.  How would I, as a guest walking around

4  the Seaquarium, know what areas are off-limits to me?

5       A.   There are signages on the areas that are off-

6  limits that say, "Authorized personnel, do not enter."

7  And that's about it, really.

8       Q.   Are there any alarms that are triggered if you

9  enter an unauthorized area?

10      A.   Yes.

11      Q.   Okay.  So if I went into unauthorized area, it

12 would likely trigger an alarm and security would likely

13 come intercept me; is that right?

14      A.   That is correct, yes.

15      Q.   Okay.  Are security often stationed at the

16 restricted areas?

17      A.   From time to time, yes.

18      Q.   Okay.  So I want to go through -- I want to go

19 through a record now.  Just bear with me.

20           MR. SLATER:  This will be Defense Exhibit 22 .

21           (EXHIBIT 22 MARKED FOR IDENTIFICATION)

22           BY MR. SLATER:

23      Q.   Okay.  This is something that was followed

24 with the Court, but I just want to direct you to just a

25 portion of it, which is a series of tweets.  Do you see
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

505945 Mayorga Familia, et al. 2024   Page 181

```
 1  it?
 2       A.   Yes, I do.
 3       Q.   Okay -- okay.  And it looks like a series of
 4  tweets from the Miami Seaquarium Twitter account.  Does
 5  that seem accurate?
 6       A.   Yes -- yes.
 7       Q.   Have you ever seen these tweets?
 8       A.   Yes, I have.
 9       Q.   Okay.  Do you know who wrote these tweets?
10       A.   I do not, no.
11       Q.   Okay.  Who could I ask that question?  Who
12  would know the answer?
13       A.   You can ask the marketing manager, Judy
14  Acosta.
15       Q.   Ms. Acosta?  Okay -- okay.  So in these tweets
16  from July of last year, it says, "A few days ago, Miami
17  Seaquarium filed and served the lawsuit against Phil
18  Demers, who's continuously openly trespassed upon
19  private MSQ property by flying drones and creating a
20  nuisance."  Do you see that?
21       A.   Yes.
22       Q.   Okay.  And then it says in the second tweet,
23  "We have extensive video documentation of Mr. Demers
24  invading private property and exposing our employees,
25  guests, and animals to great danger."  Do you see that
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  tweet?

2       A.   Yes.

3       Q.   Okay.  What is the extensive video

4  documentation that you're referring to?

5           MR. JONES:  Form.

6           THE WITNESS:  I don't know.  I would have to

7      double check in regards to that.

8           BY MR. SLATER:

9       Q.   Well it says, "Mr. Demers is invading private

10 property."  Does MS Leisure possess video of Mr. Demers

11 invading its private property?

12      A.   I would have to double check on that.  I don't

13 know.

14      Q.   Who would you double check with on that?

15      A.   I would have to ask our current executive

16 director.

17      Q.   To the best of your knowledge, have you --

18 strike that.  Have you seen any video of Mr. Demers,

19 "invading private property?"

20      A.   I would have to double check.

21      Q.   Can you remind me what your role is, Mr.

22 Mayorga, at the Seaquarium?

23      A.   Director of security and safety.

24      Q.   Okay.  And I believe you told me that Mr.

25 Edwin Gonzalez, that he delegates -- you know, the only



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    thing you have to go to him for are law enforcement

2    related calls; is that right?

3         A.   That is correct.

4         Q.   So you're the director of security at the

5    Seaquarium?

6         A.   Yes.

7         Q.   So sitting here today, as the director of

8    security at the Seaquarium, please tell me what video

9    you've seen of Mr. Demers "invading private property?"

10             MR. JONES:  Form.

11             THE WITNESS:  I can't answer that.  I don't

12        know.

13             BY MR. SLATER:

14        Q.   I -- I'm just asking: Have you seen video of

15    Mr. Demers invading private property?  That's the

16    question.

17             MR. JONES:  Same objection.

18             THE WITNESS:  I would have to double check.

19             BY MR. SLATER:

20        Q.   I'm not asking you to check.  I'm asking:

21    Sitting here today, yes or no, have you seen video of

22    Mr. Demers invading private property?

23        A.   Not that I -- I can recall.

24        Q.   Do you -- do you have any independent memory

25    of seeing Mr. Demers "invade private property?"

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1          MR. JONES:  Same object -- hold on.  Same

 2      objection.  Go ahead and answer if you can.

 3          THE WITNESS:  Again, like I stated before, I

 4      don't know.

 5          BY MR. SLATER:

 6      Q.   Who would know what the extensive video

 7  documentation is?

 8      A.   Most likely our executive director, Edwin

 9  Gonzalez.

10      Q.   And I just want to be clear, sitting here

11  today, do you have any memory of seeing any video of Mr.

12  Demers invading private property?

13      A.   Not that I know of.

14      Q.   Do you have any memory of seeing a "extensive

15  video documentation" of Mr. Demers "exposing our

16  employees, guests, and animals to great danger?"

17      A.   Not that I know of.

18      Q.   In the next tweet, it says, "It is clear and

19  well-documented that Mr. Demers has purposely trespassed

20  and attempted to intimidate and harass our employees,

21  guests, and animals."  Do you see that?

22      A.   Yes, I do.

23      Q.   Okay.  What is the -- what is the well -- what

24  is the well-documented evidence that Mr. Demers has

25  purposely trespassed?
```

**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1            MR. JONES:  Form.
 2            THE WITNESS:  As stated before, I don't know, I
 3      would have to double check.
 4            BY MR. SLATER:
 5      Q.   Sitting here today, as the director of
 6 security operations of the Miami Seaquarium, do you have
 7 any memory of seeing any evidence of Mr. Demers
 8 "purposely trespassing" at the Miami Seaquarium?
 9      A.   Not that I'm aware of.
10      Q.   If Mr. Demers was given a ticket that was paid
11 for in cash and entered this aquarium, would that be
12 trespassing?
13      A.   No.
14      Q.   Has the Seaquarium issued a trespassing notice
15 against Mr. Demers?
16      A.   Not that I'm aware of.
17      Q.   Has the Miami Seaquarium called the police
18 about Mr. Demers?
19      A.   Yes.
20      Q.   When?
21      A.   I don't know exactly when, but -- I'm trying
22 to remember exactly, but not -- well --
23      Q.   Were you present for any phone calls to the --
24 to any police officer about Mr. Demers?
25      A.   Yes.
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Okay.  Were you the one who called the police?

2    A.   Yes, or -- and just to -- and we're referring

3  still to the same thing?  To the -- to the trespass that

4  you're referring to?

5    Q.   I'm referring generally to any time anyone at

6  the Seaquarium has called the police about Mr. Demers.

7    A.   Yes.  Yeah.

8    Q.   So you called the police?

9    A.   Yes, I have.

10    Q.   Okay.  What did you tell the police?

11    A.   Well this one was in conjunction to a upcoming

12  protest of it.  So with that, I did call our -- our

13  local police department, lieutenant and sergeant.

14    Q.   And what did you tell them?

15    A.   There's a -- a upcoming protest with Mr.

16  Demers that is scheduled to be here in Miami.  And

17  pretty much based on social media, there's quite a draw

18  of crowd in regards to the upcoming protest.

19    Q.   Anything else?

20    A.   Other than that, no.  Just in regards to the

21  protest.

22    Q.   Okay.  Did you tell the police to do anything?

23    A.   No -- no.  It was just more of a FYI for their

24  information so that everyone can plan accordingly.

25    Q.   Okay.  Any other times you called the police



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900       www.MILESTONEREPORTING.com       Toll Free 855-MYDEPOS

```
 1    about Mr. Demers?

 2         A.   No, not that I'm aware of.

 3         Q.   Any knowledge of anyone else at the Seaquarium

 4    who's called the police about Mr. Demers?

 5         A.   No, not that I'm aware of.

 6         MR. SLATER:  I want to go back to the -- just

 7       very quickly and then we'll take a break, and then

 8       we're not going to be too -- too much longer, Matt.

 9         MR. JONES:  Okay.

10         MR. SLATER:  But I want to just go back to what

11       was previously marked as -- one second.  I'm trying

12       to find it.  Okay.  It'll be Defense Exhibit 9,

13       but --

14         MR. JONES:  All right.  So we're going to take

15       a quick five-minute break?

16         MR. SLATER:  Yeah.  Let's just do that.  Let's

17       just take a five now, go off the record and then

18       we'll come back.

19         MR. JONES:  Very good.  Thank you.

20         MR. SLATER:  All right.

21          (OFF THE RECORD)

22         THE REPORTER:  We are back on the record at

23       this time.

24          BY MR. SLATER:

25         Q.   All right.  Mr. Mayorga, are you ready?
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1        A.   Yes.

2        Q.   Okay.  Great.  We talked about -- we were

3   talking about entry into the park.  Was Mr. Demers ever

4   trespassed for being physically -- for being physically

5   present at the Seaquarium?

6        A.   In has he ever?

7        Q.   Yeah.  Has Mr. Demers ever been trespassed

8   from the Seaquarium?

9             MR. JONES:  Oh.  Object to the form.  That's a

10      legal term of art, James, but certainly --

11            BY MR. SLATER:

12       Q.   Has he received an -- has Mr. Demers received

13  -- has the Seaquarium or police issued a trespass notice

14  to Mr. Demers?

15       A.   Not that I know of, no.

16       Q.   Okay.  Has this -- has the Seaquarium or the

17  police issued a trespass notice to Mr. Demers for being

18  physically present at the Seaquarium?

19       A.   Not that I'm aware of.

20       Q.   Has the Miami Seaquarium or the police ever

21  issued a trespass notice against Mr. Demers for

22  unlawfully being in a restricted area of the Seaquarium?

23       A.   Not that I'm aware of.

24       Q.   Has anyone ever trespassed into one of the

25  restricted areas of the Seaquarium?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1        A.   As in who?

2        Q.   Had -- while you've been an employee at the

3   Miami Seaquarium, do you have knowledge of anyone who

4   has gone into an unauthorized portion of the Seaquarium?

5        A.   Yes.

6        Q.   Okay.  What -- how -- what happens when

7   someone goes into one of those areas?

8        A.   So the first things first is to go to where

9   the individual is, get the individual back into guest

10  areas, and then overall just start asking a series of

11  questions to that particular person to be able to see if

12  there's any mal-intent --

13       Q.   Okay.

14       A.   -- from the interaction.

15       Q.   How would you know that someone was in

16  unauthorized area?  I think you said there were sirens

17  or security alarms?

18       A.   Yes, that is correct.  And it -- it -- it

19  really depends on which area in particular, but anywhere

20  that where guests are not allowed, anybody will be able

21  to spot somebody pretty quickly.

22       Q.   And how is that?  By watching video or how

23  would someone spot someone there?

24       A.   Well we have personnel in all angles of the

25  park, so --



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

```
 1      Q.   Okay.

 2           AUTOMATED:  Okay.  I --

 3           THE WITNESS:  -- so there's always somebody.

 4           BY MR. SLATER:

 5      Q.   Okay.  Sorry.  I think Alexa was talking.

 6  Does someone -- does that -- the security monitor video

 7  surveillance in real time during park hours?

 8      A.   At this particular time, no.

 9      Q.   No?  You mean in 20 -- 2024 no?

10      A.   That is correct, yes.

11      Q.   Okay.  What about in 2023?

12      A.   It would kind of vary.

13      Q.   In what sense?

14      A.   The system is operating accordingly.

15      Q.   And what do you mean by system?  Like an

16  electronic system or a personnel system?

17      A.   I -- no, the camera system.

18      Q.   I see.  Okay.  And in 2022, was -- were

19  personnel monitoring surveillance in real time?

20      A.   During that period, I don't believe so, no.

21      Q.   Okay.  I want to show you -- there's an area -

22  - I'm just looking at your park map right now.  I'm just

23  going to pull it up on my screen.  Can you see it?

24      A.   Yes.

25      Q.   Okay.  And this is at
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1   miamiSeaquarium.com/things-to-do/park-map/.  Okay?  All

2   right?  Looking at this map, can you tell me any of the

3   areas that would be currently off-limits?

4       A.   Currently off-limits?

5       Q.   Yeah.

6       A.   Pretty much right now, at the moment, the

7   event field west is off-limits.  There's a fence -- a

8   temporary fence separating that.

9       Q.   Okay.  I see there's an issue here on the

10  left. It says, "Habitat closed to guests."  There's --

11  that's the Whale Bowl; is that right?

12      A.   That is correct, yes.

13      Q.   Okay.

14      A.   Yeah.  That's another area.  There -- I think

15  that's about it at this time.

16      Q.   Okay.  So what about -- I'm just looking

17  through here.  Like, the Golden Dome Sea Lion show, is

18  that off-limits?

19      A.   It's open, but it depends what particular

20  area, not what you're referring to.

21      Q.   Okay.  What about the Flipper show area?

22      A.   Flipper show pretty much same thing.  It

23  varies per -- or for the specific area in question.

24      Q.   Okay.  Like the area where the fans sit, is

25  that off-limits?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900       www.MILESTONEREPORTING.com       Toll Free 855-MYDEPOS

505949  Mayorga Familia et al 2024                    Page 192

1          A.    No -- no.  It's an open stadium.

2          Q.    Okay.  All right.  I want to show you a video.

3    Is this -- can you see my screen now?

4          A.    Yes.

5          Q.    All right.  I'm showing you a Miami Seaquarium

6    Instagram reel from November 21, 2022.  It's at

7    instagram.com/p/cio7q4yr0_b/ and it says, "We are so

8    excited for FIFA World Cup.  Lewis and -- or Louis and

9    Onyx are putting their skills to the test in the Flipper

10   lagoon."  Do you see that?

11         A.    Yes.

12         Q.    Okay.  And we see -- I'll play some of the

13   video.

14               (VIDEO RECORDING PLAYED)

15               BY MR. SLATER:

16         Q.    You see there's the stands -- green and pink

17   and blue?  And you see there's some people kind of back

18   on the pink area?

19         A.    Yes.

20         Q.    Okay.  Are those areas off-limits?

21         A.    No.

22         Q.    Okay.

23         A.    If they're not -- if they're not restricted.

24         Q.    Okay.  Why would they be restricted?

25         A.    So from time to time we do put up ropes,

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  closing the stadium itself so guests are not able to

2  come in.  So we secure it by putting chains of ropes and

3  signage in that location.

4       Q.   Okay.  And what would the signage say?

5       A.   Area closed temporarily.

6       Q.   When do you -- when do you close off areas?

7       A.   It really depends.  It really depends.

8       Q.   Is there any sort of document that you would

9  maintain that shows when and area has been closed?

10      A.   If it's for the whole day, yes, there is a

11 report that we generate, but it really depends on a day-

12 to-day --

13      Q.   What is that report called?

14      A.   So it's a Park Readiness Form.

15      Q.   Okay -- okay.  Is that -- that's the name of

16 it.  How is it saved?  Is it saved on your Google Drive

17 in the e-mail?

18      A.   That one is sent -- well I believe it's --

19 it's saved on Google Drive.

20      Q.   Okay -- okay.  And who completes those forms?

21      A.   So it would be a combination of myself or, at

22 the time, the director of operations, which was Charles

23 Guadillo.

24      Q.   Okay.  Is it like a Word document that's sort

25 of pre -- pre-generated that you just fill aspects in?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   How does it -- what does it look like?

 2        A.   Yeah.  It's an -- it's an Excel kind of Google

 3   Sheet document --

 4        Q.   Okay.

 5        A.   -- that we have.  And it's just the same

 6   thing, just like you mentioned, prefilled.  And then if

 7   there's anything that we need to notate, we notate.

 8        Q.   Okay.  And then, if someone -- if you had

 9   temporarily roped off an area and someone were to go in

10   there, what would happen?

11        A.   So we would just escort the person back out

12   depending on what exactly is going on in that particular

13   area.

14        Q.   Okay.  And again, you -- I think you said if

15   someone was in one of these unauthorized areas, you

16   folks would know pretty quickly?

17        A.   Yes.

18        Q.   Okay -- okay.  I want to talk to you -- I want

19   to go back to the complaint, which was previously marked

20   as Defense Exhibit 8.

21        A.   This is the first complaint, right?

22        Q.   Yeah.  Well it's still operative.  The Court

23   hasn't -- actually, let me -- before we do this, let's -

24   - let me do one more thing.  Sorry.  I'm going to show

25   you a brief video.
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

```
 1            MR. SLATER:  We will mark this as Defense
 2      Exhibit 23.
 3            (EXHIBIT 23 MARKED FOR IDENTIFICATION)
 4            BY MR. SLATER:
 5      Q.   This is -- we produced this, I think, as
 6 Defense Bates Stamp 41.  Can you see my screen?
 7      A.   Yes.
 8      Q.   Okay.  So this is a video that we produced.
 9 And you see the pink stairs?
10      A.   Yes.
11      Q.   All right.  Do you recognize that portion of
12 the -- of the Seaquarium?
13      A.   Yes, I do.
14      Q.   Okay.  What portion is that?
15      A.   That's the Flipper stadium.
16      Q.   That's the one we were just looking at on
17 Instagram?
18      A.   That is correct, yes.
19      Q.   Is that right?  Okay.  I'm going to start the
20 video.  One second.
21            (VIDEO RECORDING PLAYED)
22            BY MR. SLATER:
23      Q.   Okay.  Can we see this area, right?  This is
24 this just the front now?  I'm on a second -- two seconds
25 in.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1        A.    Yes.

2        Q.    All right.  There's a guardrail?

3        A.    Yes.

4        Q.    Okay.  And this is an area you said would

5   normally be not off-limits to guests?

6        A.    That is correct.

7        Q.    Okay.  And I'm just going to play the video

8   for a second.

9              (VIDEO RECORDING PLAYED)

10             BY MR. SLATER:

11       Q.    Okay.  I'm just going to pan here.  And you

12   see the green stairs --

13       A.    Yes.

14       Q.    -- over here?  I'm at second 17.  And I -- I'm

15   looking to see if there's any sort of rope or anything.

16   Do you see anything in here that would -- that would be

17   used to block off the area?

18       A.    No.  Not from that angle, no.

19       Q.    Okay.  I'm going to keep playing it.  I think

20   that's the only -- would -- hold on one second.  Where

21   would the rope be?  Would it be over there where I

22   showed you at second 21?

23       A.    No, it would be on the outside of the stadium.

24   It's --

25       Q.    Okay.  So I'm just looking through -- let me

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   just pause it.

 2              (VIDEO RECORDING STOPPED)

 3              BY MR. SLATER:

 4       Q.   So like, over here by where this sort of house

 5   is?

 6       A.   No, more to the right.  So if you pause it

 7   there.

 8       Q.   Okay.

 9       A.   So pretty much where that exit sign is, right

10   where your mouse is there, so --

11       Q.   Okay.  So kind of -- I'm -- just for the

12   record, we're one, two, three, four, five, six or so

13   steps up on the green seating area by this wooden fence,

14   and it looks like there's a sign up there.  And so,

15   that's where you're saying you would see the rope?

16       A.   No.  So pretty much around, underneath the

17   stadium in the back is where there's the entryway from

18   the actual park itself, so --

19       Q.   Okay.

20       A.   -- that's where we would put the rope, but not

21   inside that particular stadium.  Like, not from that

22   vantage point, you wouldn't be able to see it.

23       Q.   Okay.  Are you aware of Mr. Demers being

24   detained or intercepted by Miami Seaquarium security on

25   this date?
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

```
 1      A.   On that particular day they attempted, but no

 2  contact -- or actually, correction, there was contact

 3  made, but he was on his way out.

 4      Q.   There was contact made.  Can you tell me what

 5  that was?

 6      A.   Pretty much our operation staff members

 7  received the call in regards to a gentleman over there

 8  kind of -- kind of being a bit vulgar, using vulgar

 9  language against the trainers at the Flipper stadium.

10  And pretty much she asked -- had asked for somebody to

11  respond over there to the -- to the stadium itself.  But

12  by the time pretty much that happened, he was already

13  kind of on his way out.  So they kind of, like,

14  intercepted him while he was leaving the property.

15      Q.   Okay.  So the complaint was about vulgar

16  language?

17      A.   That is correct, yes.

18      Q.   Okay.  Was there anything else that the call

19  was about?

20      A.   No, just -- just that in particular.

21      Q.   Okay.  So it wasn't about him not being

22  allowed to be at the Flipper stadium?

23      A.   No -- no.

24      Q.   Okay.  Do you know if the stadium was roped

25  off at that time?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.   At that time, not that I -- that I'm aware of,
2  no, it was not.
3    Q.   Okay.  Was the interaction with Mr. Demers as
4  he was leaving the Seaquarium documented in any sort of
5  writing?
6    A.   Not that I'm aware of, no.
7    Q.   Okay.  I want to -- before -- I want to go
8  through the complaint again, but before we do that, I
9  just want to go one more time through the interrogatory
10  responses in Defense Exhibit 9.  And turning back for a
11  second to the Flipper stadium encounter, was -- did --
12  do you recall -- were you present when Mr. -- were you
13  present with Mr. Demers?
14    A.   No, I was not.
15    Q.   Okay.  Who was present?
16    A.   We had our -- Charles Guadillo was present
17  that day.  We have two other staff members from the
18  operation team that -- that were in the process of
19  intercepting him or intercepted him, but I don't know
20  which of the two it was.  I'll have to ask.
21    Q.   And there's nothing in writing about that; is
22  that right?
23    A.   That is correct.  Not that I'm aware of, no.
24    Q.   Okay.  Did anyone tell you any statements that
25  Mr. Demers made?


MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      A.   Yes.  Or actually, correction, kind of going

2  back to your previous question.  Yes.  If I'm not

3  mistaken, there was a formal -- well, a form of

4  communication that was sent, and I believe that was to

5  our general manager.  And then --

6      Q.   And who was the general manager at the time?

7      A.   That was Danay.

8      Q.   Danay?

9      A.   Yes.

10     Q.   Okay.  Who else?

11     A.   And -- and pretty much in regards to the

12  statements that he made towards one of the trainers at

13  the facility.

14     Q.   Okay.  And what were those statements?

15     A.   Pretty much it was just that he was on-site

16  and was saying pretty much -- using vulgar language

17  towards the trainer that was over there at the Flipper

18  stadium.

19     Q.   What language?

20     A.   I would have to go back in the e-mail and --

21  and double check that.

22     Q.   Okay.  So that -- that's in an e-mail?

23     A.   I'm pretty sure, yes.

24     Q.   Okay.  And have you turned that e-mail over to

25  your Counsel?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.    I would have to double check to see if I did.

2    Q.    You were asked to turn over all e-mails

3  referencing Mr. Demers, right?

4    A.    Yes.

5    Q.    Okay.  And this all about Mr. Demers?

6    A.    Yes.

7    Q.    Okay.  Was Mr. Demers asked to leave?

8    A.    No, as he was already on his way out.

9    Q.    Okay.  All right.  I want to go briefly back

10  through Defense Exhibit 9.  This is the interrogatory

11  responses.  In response to Number two, we spent some

12  time on this, Mr. Mayorga, if you remember on the

13  different drone flights, right?

14    A.    Yes.

15    Q.    Okay.  Can -- just looking, sitting here

16  today, do you have any evidence that would tell me how

17  big the drones were for each of these drone --

18        MR. JONES:  Wait, James, that cut out.  Can you

19     repeat that?  I'm sorry.

20        BY MR. SLATER:

21    Q.    Oh, yeah.  I'm just -- I'm asking if -- what

22  evidence the company has as to the size of these drones?

23    A.    I do not know.  I'd have to review.

24    Q.    Were any of these drones captured by video?

25    A.    By video, no.  The only one that we were able

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  to identify and see itself was the one from May 27,

2  2023.

3      Q.   And that's the one where Mr. Demers wasn't

4  associated with that incident report?

5      A.   Correct.  Yes.

6      Q.   Okay.  For these other flights, obviously

7  excluding the ones that are pinged on this -- alert

8  system, for these other flights from February 25th, when

9  did you become aware of that flight?

10     A.   Well that's not my statement that was given,

11  so I have not reviewed that particular evidence in

12  question.

13     Q.   Sitting here today as the corporate designee

14  of MS Leisure Company, I want to understand if these

15  drones were identified at the time they were flying, or

16  sometime later.  Can you give me an answer to that?

17     A.   And I -- I -- I can't answer that question as

18  I do not know, nor seen that particular evidence in

19  question.

20     Q.   Here, in response to Interrogatory number

21  three, which asks for each occasion to identify the date

22  and time the Seaquarium or MS Leisure became aware of

23  such flights.  And here it says, "Plaintiff," meaning MS

24  Leisure Company, "became aware at the time such flights

25  were being conducted."  Do you see that?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.   Yes.

2    Q.   Okay.  So it says the flight date and the

3  awareness date is identical, the next sentence, right?

4    A.   Yes.

5    Q.   Okay.  What evidence -- what -- are there any

6  documents or statements or anything that would help me

7  understand that the flights were identified

8  contemporaneously with their -- with their flight?

9         MR. JONES:  Form.

10         THE WITNESS:  Stated before, it's not my

11     statement, and I have not reviewed those particular

12     --

13         BY MR. SLATER:

14    Q.   Well, what's the company's statement today as

15  to whether the company was aware of the drone flights --

16  as to when the company became aware of the drone

17  flights?

18    A.   Well I would have to double check in order to

19  give a proper answer.

20    Q.   Okay.  So sitting here today, you do not know

21  the answer to that question?

22    A.   That is correct.  Yes.

23    Q.   Okay.  We talked about this.  Interrogatory

24  Number 8, I'm still in Defense Exhibit 9, says -- asks

25  to identify all persons that the Seaquarium, MS Leisure,

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1  alleges Mr. Demers, quote, "interfered with their,"

 2  quote, "enjoyment as identified in the Complaint."  And

 3  here, there is no -- customers are not identified,

 4  right?  Unaware at this time, specific customers whose

 5  enjoyment was interfered with.  Is that still the

 6  statement of MS Leisure Company?

 7       A.   That is correct, yes.

 8       Q.   Okay.  "Employees at the time Danay Voiles,

 9  Jamie Mayorga, Edwin Gonzalez and Chip -- will be able

10  to provide testimony regarding the enjoyment

11  interference and other related activities."  Do you see

12  that?

13       A.   Yes.

14       Q.   Okay.  How has drone flights above the

15  Seaquarium interfered with your enjoyment?

16          MR. JONES:  Form.  Mischaracterizes.  Go ahead

17       and answer.

18          THE WITNESS:  So in this particular aspect is

19       -- drones are not part of our enjoyment here at the

20       facility.  So anything that flies overhead is

21       distracting to the enjoyment of the facility, as

22       it's not part of the park.

23          BY MR. SLATER:

24       Q.   But the Seaquarium does have its own drones

25  that it flies over the Seaquarium, right?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1      A.   That is correct.  We do.

 2      Q.   Okay.  Let's turn, and I want to just go back

 3  to, we asked you to explain your economic and

 4  reputational damages in Interrogatory number 11.  And

 5  you say that you're withdrawing your defamation claim.

 6  Is that -- I understand that there's a pending motion to

 7  amend to withdraw that, but sitting here today, because

 8  the operative complaint is still the state law -- state

 9  court complaint, is it the company's position that it is

10  abandoning its defamation claim against Mr. Demers?

11          MR. JONES:  Form.  Legal conclusion.  Answer if

12      you can.

13          THE WITNESS:  I can't answer that.  There's

14      another designee that can probably better assist

15      that.

16          BY MR. SLATER:

17      Q.   Okay.  Who?

18      A.   If it is economical, it would probably be our

19  executive director.

20      Q.   And who is that?

21      A.   Edwin Gonzalez.

22      Q.   Okay.  I want to ask: If you are -- if you're

23  at -- if I'm a guest at the Seaquarium, is there a way

24  for me to know whether someone who's not part of the

25  Seaquarium is flying a drone or if the Seaquarium itself
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

505949 Mayorga, Jamie_04-24-2024                    Page 206

1   is flying a drone?  Is there any way to distinguish

2   that?

3        A.   If it's -- if it's the -- if it's Seaquarium

4   personnel flying a drone, yes, you would be able to

5   identify that on a pretty quickly --

6        Q.   How?

7        A.   Because you -- we would be near the drone

8   itself while it's operating.

9        Q.   You would be near the drone.  Like, how close?

10       A.   Wherever we're operating the drone, so.

11       Q.   Are you -- have you ever been near an

12   unauthorized drone?

13       A.   An unauthorized drone, yes.

14       Q.   Okay.  Does -- do the Miami Seaquarium's

15   drones say Miami Seaquarium on them or anything like

16   that?

17       A.   Not that I can recall.

18       Q.   I want to understand the -- and this is

19   Interrogatory number 13, the -- how the customers and

20   animals have been put at risk.  But I think we talked

21   about this.  Mr. Mayorga, we talked about the auditory

22   disturbances, the sound, right, we talked about that,

23   but -- and I think you talked about that being the main

24   -- the only disturbance to the animals; is that right?

25       A.   That is correct.

**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1      Q.   Okay.  And so it is my understanding that --

 2   is that the only damage claim that the Seaquarium -- the

 3   effect on the animals, the sound -- the sound issues?

 4   I'm trying to understand.

 5           MR. JONES:  Same objection.

 6           THE WITNESS:  Not just the animals, but as well

 7      our customers as well.

 8           BY MR. SLATER:

 9      Q.   Okay.  And what are the names of the customers

10   who have been affected?

11      A.   I don't know.  We don't have that.

12      Q.   Has any -- have any of the -- and have any of

13   the guests filed complaints about drones or helicopters?

14           MR. JONES:  Form.  Asked and answered.  Go

15      ahead and answer again.

16           THE WITNESS:  Not -- not that I'm aware of, no.

17           BY MR. SLATER:

18      Q.   Okay.  And we talked a little bit about the

19   animals and the USDA inspections about some of their

20   abnormal behaviors, the regurgitation, the mouthing, the

21   -- what was the other?  He used another term, not

22   biting, but do you remember?

23      A.   No, I do not.

24      Q.   Nibbling.

25      A.   Yes.  Nibbling.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1      Q.   Okay.  Is that -- is that caused by drone

2    flights?

3      A.   I do not know.  I'm not an expert on animals.

4      Q.   Has anyone told you that drone flights has

5    caused regurgitation or mouthing?

6      A.   Not that I'm aware of.

7      Q.   Okay.  And when we read through the USDA

8    report, my understanding of that report was that the

9    behaviors were caused by the fact, the -- was it the

10   cutting of food of nine out of 12 of the dolphins by 60

11   percent?  Has anyone told you about that?

12     A.   Not that I'm aware of, no.

13     Q.   Behaviors are attributed to their diet?

14     A.   No.

15     Q.   Okay.  What is the current condition of the

16   animals at the Seaquarium, is it good?

17          MR. JONES:  Form.

18          THE WITNESS:  I do not know.  I'm not an expert

19      on animals.

20          BY MR. SLATER:

21     Q.   Has anyone talked to you about what's going on

22   with the animals at the Seaquarium?

23     A.   Yes.

24     Q.   Okay.  What have they been saying?

25     A.   Well just the recent information is that we



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 passed our USDA inspection that we just had a few days

2 ago.  So that's about it.  That's the only information

3 that I have.

4     MR. SLATER:  What about, I'm going to show you

5     what we'll mark as Defense Exhibit 23 [sic], the

6     letter dated January 21, 2024 to Mr. Albor from

7     Mayor Daniella Levine Cava.

8     THE REPORTER:  Excuse me.  This is the court

9     reporter.  This would be Exhibit 24.

10     (EXHIBIT 24 MARKED FOR IDENTIFICATION)

11     BY MR. SLATER:

12 Q.   Oh, goodness.  Okay.  What was 20 -- oh, 23 is

13 the video.  Yes, 24.  Thank you.  Need to -- one second

14 to exit out of it to save that.  Okay.  Let me pull that

15 back up.  Have you seen this letter before?

16 A.   Yes, I have.

17 Q.   Okay.  In what context?

18 A.   I saw that one via the news.

19 Q.   Okay.  And what have you heard about the

20 issues related to the termination of lease review?

21 A.   The only thing that I have been made aware of

22 is that there has been some recent USDA inspections that

23 we have been -- that needed to correct, and have not

24 done so from what it seems by the time this letter was

25 sent out.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Okay.  What about, I'm looking here on the

2  second paragraph, it says, "The mayor is in frequent

3  communication with the USDA, which is documented and

4  brought to our attention, multiple and repeated

5  instances of animal welfare violations."  What do you

6  know about that?

7    A.   The only thing is -- is just, I know that a

8  Miami County representative is on site when USDA is

9  here.  And in regards to the violations, as you

10  mentioned, I do know that there are some corrective

11  actions that we needed to do from our end.

12    Q.   What about this Notice of Intent to Confiscate

13  Four Animals, did that happen?

14    A.   No -- no.  Did not.

15    Q.   No animals were confiscated from the

16  Seaquarium?

17    A.   Nope, not at all.

18    Q.   What about -- what about manatees in the last

19  six months, have any manatees been removed to another

20  facility?

21         MR. JONES:  Form.  Go ahead and answer if you

22     can.

23         THE WITNESS:  Yes.  I do know that manatees

24     were relocated to other facilities.

25         BY MR. SLATER:

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

505949  WAYSIDE  Jamie  6/22/21  2024                    Page  211

```
 1      Q.   What was the basis for relocating them?

 2      A.   I do not know.

 3      Q.   Where are the animals kept when they're not

 4  performing?

 5      A.   In their same habitats that they're in.

 6      Q.   Are any animals kept in cages when they're not

 7  performing?

 8      A.   The only ones are just the sea lions.

 9      Q.   Are there any illnesses with the animals

10  currently at the Seaquarium?

11      A.   I do not know.

12      Q.   Any bird illnesses?

13      A.   I do not know.  I'm not the veterinarian.

14      Q.   But the USDA had issued some, looks like here,

15  "Multiple repeated instances of animal welfare

16  violations."  Is that right, from the letter?

17      A.   Well, based on the letter from what I'm

18  seeing, yes.

19      Q.   Okay.  And to your knowledge, were those

20  animal welfare violations related to drone flights or

21  helicopter flights above the Seaquarium?

22      A.   I do not know.  I'm not the veterinarian.

23      Q.   Has anyone told you that the cause of any

24  animal welfare violations of the Seaquarium was due to

25  drone or helicopter flights?
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1        A.   No.

 2             MR. SLATER:  Okay.  Sorry, Madam, at the point

 3        of my deposition where my outline is completely out

 4        of order.  Yeah.  Okay.  Let me just take two

 5        minutes and then -- and then we'll come back on the

 6        record.

 7             MR. JONES:  Very good.  I'll be right here.

 8              (OFF THE RECORD)

 9             THE REPORTER:  We are back on the record at

10        this time.

11             BY MR. SLATER:

12        Q.   All right.  Great.  Mr. Mayorga, are you

13   ready?

14        A.   Yes.

15        Q.   Okay, great.  I wanted to just circle back on

16   two things that we talked about earlier.  First is, you

17   had mentioned when you were trying to figure out who

18   drone operators were that you were, I think you said you

19   were looking at for common locations in the parking lot;

20   is that right?

21        A.   Well, in our parking lot and other common

22   locations as well.

23        Q.   Okay.  What are these other common locations?

24        A.   So one of them is in front of the University

25   of Miami, that's one location.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1       Q.    Okay.

2       A.    Right next to us.  They have a small parking

3  lot outside of their facility.  And then also the beach

4  area that is next to the Seaquarium as well, which is --

5       Q.    Okay.  Was that Virginia Key?

6       A.    Hobie Beach.

7       Q.    Hobie Beach.  Okay.  All right.  All right.

8  Any other areas?

9       A.    No, not -- not that I'm aware of.

10      Q.    Okay.  And then I want to understand, let's

11 turning back to the July 14th helicopter flight, I want

12 to understand how -- what -- you know, you -- I think

13 you said you witnessed this helicopter flying, and I

14 think you said several feet, you know, below what the

15 tour companies usually fly.  And then you said, I think

16 you said you filed a report with FAA, and we're going to

17 look for that, you know, Matt, and I'll talk about that,

18 whether I don't think we've gotten that e-mail yet, but

19 how do you know which -- who to report?

20      A.    Who to report what aspect?

21      Q.    Like, you -- you're filing a complaint with

22 the FAA about a helicopter flying over the Seaquarium.

23 Did you say, you know, hey, this is Phil Demers, go get

24 him? Like, how do you -- how do you know who was flying

25 and what?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.    So this particular one, we were able to kind

2   of establish that this helicopter's out of the norm.  We

3   do not get helicopters that circle us, unless it's

4   media, but this particular helicopter was out of the

5   ordinary. So in this particular case, pretty much I was

6   able to go on Instagram and -- and look up Phil Demers

7   on his -- and I was able to see that he was live on

8   Instagram, in which I saw pretty much video recording

9   live from the helicopter above the Miami Seaquarium.

10     Q.    Okay.  And how do you know which helicopter it

11  was?

12     A.    So with the assistance of our photographers,

13  we were able to take a picture of the tail number.  We

14  were attempting to do it with cell phones, but that

15  wasn't cutting it.  So we had our photographer that was

16  there that was able to take a picture of the tail

17  number, in which we were able to identify what specific

18  helicopter it was.

19     Q.    Okay.  Who was taking pictures from their cell

20  phones?

21     A.    Well it was pretty much any staff members

22  nearby were attempting to, but --

23     Q.    Okay.  What are their names?

24     A.    You got me there.  I would have to ask around

25  who was working that day and check schedules and things



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

 1  like that, so I'll have to circle back on that.

 2       Q.   Did you try to take any photos?

 3       A.   I attempted, yes.

 4       Q.   Okay.  On your -- on your personal cell phone?

 5       A.   That is correct, yes.

 6       Q.   Do you still have those photos?

 7       A.   No, I do not.

 8       Q.   Okay.  What happened to those photos?

 9       A.   I deleted them, because I wasn't able to

10  obtain the tail number of it, only -- well, I was

11  actually not -- correction.  Not -- I was able to get

12  the tail numbers of it via the camera, the photographer,

13  but then was able to capture pictures of the helicopter

14  in which I downloaded it to my Google Drive.

15       Q.   Okay.  So wait, you're saying you deleted it

16  from your phone, but you still have it on your Google

17  Drive, the photos?

18       A.   That is correct, yes.

19       Q.   Okay -- okay.  Does the -- do you know if --

20  do you know if you downloaded a compressed version or

21  the raw file?

22       A.   I believe it was -- well, I don't know.

23       Q.   Sometimes when you download a video or photo,

24  you can download full size, you know, small, medium,

25  large.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

505949  Maysiga  Jamie  April 14 2024          Page 216

```
 1        A.   I believe it was the -- well, just the

 2   original, really.

 3        Q.   Are you looking at it now?

 4        A.   No, I'm not.

 5        Q.   Okay -- okay.  Have you deleted -- when did

 6   you delete the photo from your phone?

 7        A.   Pretty much the day of whenever it was sent to

 8   the driver.  I'll have to double check exactly when.

 9        Q.   You said sent to the driver?

10        A.   To the drive.

11        Q.   Drive?  Oh, to Google Drive.  Got it.  Okay.

12   Have you deleted any other photos or other documents or

13   anything else related to Mr. Demers?

14        A.   I don't believe so.

15        Q.   You don't believe so, or you have?

16        A.   I -- I don't believe so, no.

17        Q.   You said the photographers took photos?

18        A.   That is correct, yes.

19        Q.   Okay.  What are their names?

20        A.   I don't know.  I will have to double check to

21   see who was working that day and see if she's still

22   working with us, but I don't remember exactly who it

23   was.

24        Q.   Did anyone take any video?

25        A.   Not that I'm aware of, no.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Okay.  And you said you would have to double

2  check to see if she's still working with us.  Did I ask

3  you what her name was?

4    A.   You asked me --

5    Q.   Well I'm asking you now: What's this person's

6  name?

7    A.   I don't know.

8    Q.   Okay.

9    A.   I know it was a female, but that's about it.

10    Q.   Who would know?

11    A.   The photo manager to see who was working that

12  day.

13    Q.   Okay.  Do you know if the photographer sent

14  the photos to anyone?

15    A.   I don't believe so, no.

16    Q.   Okay.  Do you know if -- did anyone e-mail a

17  photo to you of the Drive 14, or did you e-mail one to

18  yourself?

19    A.   I believe I e-mailed them to myself or

20  obtained it by myself.

21    Q.   Have you sent that over to your Counsel?

22    A.   Yes.

23    Q.   Okay.

24    A.   I believe it was sent to Danay, and Danay sent

25  it to the Counsel if I'm not mistaken.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Sent it to whom, sorry?

2    A.   Danay.

3    Q.   Danay -- Danay sent it to whom, though?  I

4  didn't hear what you said.

5    A.   I believe it was the Counsel, to send it to

6  the --

7    Q.   Oh, okay -- okay -- okay.  At that time, did

8  you make any -- did you take any steps to determine the

9  altitude of the helicopter?

10    A.   No, just based off visual, really.  Visual and

11  the live footage as well from Instagram.

12    Q.   Okay.  Did you make any efforts to determine

13  who owned the helicopter?

14    A.   No.

15    Q.   Okay.  Did FA -- did the FAA respond to your

16  complaint?

17    A.   Yes, they did.

18    Q.   Okay.  What did they say?

19    A.   From the top of my head, I don't remember the

20  response, but it was more of a generic response that

21  they sent.

22    Q.   Was it by e-mail?

23    A.   Yes, it was.

24    Q.   Okay.  Have you turned that over to your

25  Counsel?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.    Yes, I have.

 2        Q.    Okay.  Does that e-mail -- did it -- did it

 3   find any wrongdoing?

 4        A.    I'll have to double check it just to make sure

 5   before I answer that.

 6        Q.    Okay.  Have you ever talked to any of the

 7   folks from Airman Helicopter?

 8        A.    No.

 9        Q.    From Heli Air Miami?

10        A.    No.

11        Q.    Okay.  And I asked you if there were any

12   videos taken of the July 14 helicopter, right?

13        A.    Correct.  You did.

14        Q.    Okay.  And your answer was no?

15        A.    Correct.

16        Q.    Okay.  Have you -- have you consulted with any

17   sort of aviation experts about helicopter altitudes or

18   anything like that?

19        A.    So I -- so that day in particular, I actually

20   did reach out to Miami-Dade Police, to the off-duty

21   officer that was working on site, in which he reached

22   out to somebody from the aviation unit to be able to --

23   to kind of give us a clear response on if there was

24   anything they could do in that particular aspect.

25        Q.    And what did they tell you?
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1    A.   They said that basically, no, there's no --

2  there's nothing they can do at the moment, as -- if it's

3  not causing any direct harm to anybody, or if it's

4  extremely low as in, like, above your head type --

5    Q.   Okay.  And the conversations with Miami-Dade

6  Police, was that over e-mail or by phone?

7    A.   This one was over by phone.  So the police

8  officer that was off duty, I spoke to him on the phone.

9  And prior to that, I did talk to another individual from

10 Miami-Dade Police as well.

11   Q.   Okay.  So -- and do you know their names?

12   A.   Yes.  Well, the --

13   Q.   What are they?

14   A.   -- the off-duty officer, I would have to

15 double check, the off-duty slips just to see.  But prior

16 to that, I did talk to Detective Francisco from the

17 Homeland Security Bureau.

18   Q.   And I just want to -- I want to understand.

19 So Miami-Dade Police told you there's nothing they could

20 do because it was not causing any direct harm and it was

21 not extremely low; is that right?

22   A.   Affirmative.  That is correct.

23   Q.   Okay.  What -- do you remember what shows were

24 happening while the helicopter was flying on July 14th?

25   A.   Yes, it was the top deck dolphin show.



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.    The what, top what?

2    A.    Top deck dolphin show.

3    Q.    Okay.  Did the show have to be paused?

4    A.    No.

5         MR. SLATER:  Okay.  All right.  That's it for

6    me.  Matt, if you have any questions?

7         MR. JONES:  No, we're good.  Do you -- we'll

8    read.  And you want to go over any logistics

9    regarding e-mails, let Jamie log off?

10        MR. SLATER:  Yeah.  Jamie, you're good.  You

11   can log off if you want.

12        THE REPORTER:  Wait.

13        THE WITNESS:  Do you talk --

14        THE REPORTER:  Wait.  Are there are there

15   spellings that I have to gather, but before we do

16   that, we said that it's going to be a read.  Is that

17   read going to go to your e-mail, Attorney Jones?

18        MR. JONES:  Yep.

19        THE REPORTER:  Okay.  And are there going to be

20   any orders at this time?

21        MR. JONES:  We'll order.

22        MR. SLATER:  Copy, please.  Electronic,

23   obviously with an index.

24        THE WITNESS:  Yeah.

25        MR. JONES:  The one thing that I would ask and

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1         we're still on the record, Madam Court Reporter, and

2         I'm sure James agrees as well, when this is

3         finalized, we want all the exhibits attached to the

4         document, to the transcript that's delivered.

5         Lately that seems to be a challenge logistically.

6         So you let us know how we can help you do that if

7         you -- if there's any documents that you don't have

8         a handle on.  All right?

9              THE REPORTER:  Okay.  I went ahead and made a

10        note of that.  I'm going to put my e-mail in the

11        chat here once we get off the record to obtain those

12        exhibits.  But I have --

13             MR. SLATER:  Yeah, I'm going to send it right

14        now.

15             THE REPORTER:  I have an electronic, right, for

16        original, as well as a copy, and regular delivery.

17             MR. SLATER:  Perfect.

18             THE REPORTER:  Okay.

19             MR. SLATER:  There you go.  No paper -- no

20        paper copies, please.

21             THE REPORTER:  No papers.  Thank you.  Give me

22        one moment to go ahead and get us off the record.

23                  (DEPOSITION CONCLUDED AT 4:51 P.M.)

24

25
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

```
 1                      CERTIFICATE OF OATH

 2

 3   STATE OF FLORIDA

 4   COUNTY OF ORANGE

 5

 6        I, the undersigned, certify that the witness in the

 7   foregoing transcript personally appeared before me and

 8   was duly sworn.

 9

10   Identification:  Produced Identification

11

12

13

14

15   _____

16        SHILAH BLAKENEY

17        Court Reporter, Notary Public

18        State of Florida

19        Commission Expires: 02/12/2027

20        Commission Number: #HH36122

21

22

23

24

25
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1                C E R T I F I C A T E

 2

 3   STATE OF FLORIDA)

 4   COUNTY OF ORANGE)

 5

 6        I, SHILAH BLAKENEY, Court Reporter and Notary

 7   Public for the State of Florida at Large, do hereby

 8   certify that I was authorized to and did report the

 9   foregoing proceeding, and that said transcript is a true

10   record of the said proceeding.

11

12        I FURTHER CERTIFY that I am not of counsel for,

13   related to, or employed by any of the parties or

14   attorneys involved herein, nor am I financially

15   interested in said action.

16

17   Submitted on: February 1, 2024.

18

19

20

21

22   _____

23        SHILAH BLAKENEY

24        Court Reporter, Notary Public

25
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
  1                          ERRATA

  2

  3  PAGE     LINE                  CHANGE    REASON

  4

  5

  6

  7

  8

  9

 10

 11

 12

 13

 14

 15

 16  I have read the entire transcript of my deposition taken

 17  in the captioned matter or the same has been read to

 18  me.I request that the following changes be entered upon

 19  the record for the reasons indicated. I have signed my

 20  name to the Errata Sheet and authorize you to attach the

 21  changes to the original transcript.

 22

 23

 24  _____     _____

 25  Date                         NAME
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

**M I L E S T O N E I R E P O R T I N G C O M P A N Y**

TOMORROW'S TECHNOLOGY TODAY

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

**February 01, 2024**

**Matthew Jones, Esquire**
Jones & Adams, P.A.
999 Ponce de Leon Boulevard
Suite 925
Coral Gables, FL 33134

RE:     Deposition of **JAMIE MAYORGA (RC)** taken on **1/24/2024**
        MS LEISURE COMPANY v. PHILIP DEMERS

Dear Mr. **Jones,**

### IMPORTANT NOTICE FOR DEPOSITION TRANSCRIPT READ AND SIGN

It is suggested that the review of this transcript be completed within 30 days of your receipt of this letter,
as considered reasonable under Federal Rules*.

  X     **Attorney - Copy of Transcript Enclosed:**  Signature of the Deponent is required.  Please have the deponent make any corrections/changes necessary on the Errata Sheet ONLY, sign name on the form where indicated.  Please return ONLY the original signed Errata Sheet to our offices within 30 days from the date of this memorandum.  If you have any questions, please call our offices.

___     **Attorney - No Copy Ordered:**  Since you did not request a copy of the transcript, it will be necessary for the Deponent to call our offices to arrange for an appointment to read and sign the transcript of the Deposition within 30 days of this memorandum.

___     **Deponent:**    At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, attached please find a copy of the transcript and Errata Sheet.  Please read the transcript, make any corrections necessary on the Errata Sheet ONLY, sign the bottom of the Errata Sheet, and return it within 30 days from the date of this memorandum.  Please call our offices if you have any questions.

___     **Deponent:**    At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, it is necessary for you to come to our offices to read and sign same.  Please call Milestone Reporting Company to arrange for an appointment at your earliest convenience.

___     The attached executed copies of the Errata Sheet(s) are sent to you for your files.  If you have any questions, please call our offices.

Thank you for your attention to this matter.

No. 305945

cc:


Waiver:
I, JAMIE MAYORGA**,** hereby waive the reading and signing of my deposition transcript.

_____          _____
Deponent Signature                                        Date

*Federal Civil Procedure Rule 30 (e) / Florida Civil Procedure Role 1.310 (e)

400 North Ashley Drive, Suite 2600
**TAMPA, FL 33602**

315 East Robinson Street, Suite 510
**ORLANDO, FL 32801**
CORPORATE
WWW.MILESTONEREPORTINGCOMPANY.COM

4651 Salisbury Road, 4th Floor
**JACKSONVILLE, FL 32256**