407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE ❘ REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF FLORIDA

3    MIAMI DIVISION

4    CASE NO.: 1:23-cv-22834-KMM

5

6    MS LEISURE COMPANY,

7    Plaintiff

8

9    V.

10

11   PHILIP DEMERS,

12   Defendant

13

14   DEPONENT:  ANDREW SCULLION ON BEHALF OF MS LEISURE

15             COMPANY

16   DATE:      FEBRUARY 5, 2024

17   REPORTER:  VANYA L. TORRES

18

19

20

21

22

23

24

25

400 North Ashley Drive, Suite 2600     100 East Pine Street, Suite 308     4651 Salisbury Road, 4th Floor
TAMPA, FL 33602                        ORLANDO, FL 32801                   JACKSONVILLE, FL 32256
                                       CORPORATE

```
 1                        APPEARANCES

 2   ON BEHALF OF THE PLAINTIFF, MS LEISURE COMPANY:
     Matthew Jones, Esquire
 3   Cheyenne Moghadam, Esquire
     Jones & Adams, P.A.
 4   999 Ponce De Leon Boulevard
     Suite 925
 5   Coral Gables, Florida 33134
     Telephone No.: (305) 270-8858
 6   E-mail: matthew@jones-adams.com;
     c.moghadam@jones-adams.com
 7   (Appeared via videoconference)

 8   ON BEHALF OF THE DEFENDANT, PHILIP DEMERS:
     James M. Slater, Esquire
 9   Slater Legal PLLC
     113 South Monroe Street
10   Tallahassee, Florida 32301
     Telephone No.: (305) 523-9023
11   E-mail: james@slater.legal
     (Appeared via videoconference)
12
     AND
13
     Joshua Tarjan, Esquire
14   The Tarjan Law Firm P.A.
     12372 Southwest 82 Avenue
15   Pinecrest, Florida 33156
     Telephone No.: (305) 423-8747
16   E-mail: josh@tarjanlawfirm.com
     (Appeared via videoconference)
17
     AND
18
     Benjamin Christopher Carraway, Esquire
19   The Animal Activist Legal Defense Project
     2255 East Evans Avenue
20   Denver, Colorado 80210
     Telephone No.: (423) 797-6084
21   E-mail: ccarraway@law.du.edu
     (Appeared via videoconference)
22

23

24

25
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1                              INDEX
                                                    Page
2
   PROCEEDINGS                                        5
3  DIRECT EXAMINATION BY MR. SLATER                   6

4
                              EXHIBITS
5  Exhibit                                           Page
   Defense
6     1 - Notice of Taking Deposition                11
      2 - EOD Report Messages                        17
7     3 - Letter from Miami Seaquarium
              Friends of Lolita Update on Efforts
8             to Return Lolita to Home Waters        24
      4 - Plaintiff Response to Defendant's
9             Interrogatories                        42
      5 - USDA Incident Report                       57
10    6 - Composite of Drone Alerts and Google
              Maps of Drone Locations                69
11    7 - Proposed Amended Complaint                 95
      8 - Instagram Reel Posted by
12            miamiseaquarium_                       96
      9 - Map of Miami Seaquarium                   112
13    10 - November 19, 2023, E-Mail Bate
              Stamp 21344                           121
14    11 - January 21, 2024, Letter from
              Miami-Dade Mayor Daniella Levine
15            Cava to the Dolphin Company and MS
              Leisure Company                       145
16    12 - April 25, 2023, E-mail                   152

17

18

19

20

21

22

23

24

25
```

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                         STIPULATION

 2

 3

 4  The deposition of ANDREW SCULLION, ON BEHALF OF MS

 5  LEISURE COMPANY, was taken at MILESTONE REPORTING

 6  COMPANY, 315 EAST ROBINSON STREET, SUITE 510, ORLANDO,

 7  FLORIDA 32801 on MONDAY the 5TH day of FEBRUARY 2024 at

 8  approximately 12:32 p.m. (ET); said deposition was taken

 9  pursuant to the FLORIDA Rules of Civil Procedure. It is

10  agreed that VANYA L. TORRES, being a Notary Public and

11  Court Reporter for the State of FLORIDA, may swear the

12  witness and that the reading and signing of the

13  completed transcript by the witness is not waived.

14

15

16

17

18

19

20

21

22

23

24

25
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        Toll Free **855-MYDEPOS**

```
 1              PROCEEDINGS
 2         THE REPORTER:  On record.  Will all parties,
 3    except for the witness, please state your
 4    appearance, how you are attending, and your
 5    location, starting with Plaintiff counsel?
 6         MR. JONES:  Matthew Jones and my associate,
 7    Cheyenne Moghadam, here on behalf of the plaintiff.
 8         MR. SLATER:  James Slater on behalf of the
 9    plaintiff, virtually from Atlanta, Georgia.
10         MR. CARRAWAY:  Chris Carraway on behalf of the
11    plaintiff, virtually --
12         MR. SLATER:  I'm sorry, defendant --
13         MR. CARRAWAY:  -- from Colorado --
14         MR. SLATER:  We're for the defendant.  I'm so
15    used to being the plaintiff.  Sorry.
16         MR. TARJAN:  Josh Tarjan on behalf of the
17    defendant.
18         THE REPORTER:  Okay.  Thank you.  Now, Mr.
19    Scullion, is that --
20         THE WITNESS:  Yes.
21         THE REPORTER:  All right.  Will you please
22    state your full name for the record?
23         THE WITNESS:  Andrew Scullion.
24         THE REPORTER:  Thank you.  Now, will you please
25    just quickly show your identification to the camera?
```



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Thank you.  Do all parties agree that Mr. Scullion

2      is, in fact, Andrew Scullion?

3           MR. SLATER:  Yes.

4           MR. JONES:  Yep.

5           THE REPORTER:  Okay.  Thank you.  Now, will you

6      please raise your right hand for me?  Do you

7      solemnly swear or affirm that the testimony you're

8      about to give will be the truth, the whole truth,

9      and nothing but the truth?

10          THE WITNESS:  Yes.

11          THE REPORTER:  Thank you.  You guys may begin.

12                DIRECT EXAMINATION

13           BY MR. SLATER:

14      Q.   Good morning, Mr. Scullion.

15      A.   Good morning.

16      Q.   I'm sorry.  Good afternoon, actually.  Can you

17 please state your full name for the record and spell

18 your last name.

19      A.   Andrew Scullion, S-C-U-L-L-I-O-N.

20      Q.   Mr. Scullion, have you testified before?

21      A.   No.

22      Q.   Okay.  So this is your first deposition?

23      A.   Yes.

24      Q.   All right.  Let me lay some ground rules.  So

25 far, you're off to a great start.  When I'm asking you



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  questions, you are to answer just the way you have been

2  doing with verbal answers, like yes, no, et cetera.

3  Nodding, gesturing, things like that are not going to be

4  able to be recorded on the record, and we want a clean

5  record.  So I appreciate you continuing to do that.

6  Similarly, in order to keep the record clean -- and I'm

7  guilty of this myself -- I'm going to try not to talk

8  over you.  And I'd ask that you try not to talk over me.

9  Does that -- is that okay?

10      A.   Sounds good.

11      Q.   Great.  I'm going to ask you a series of

12  questions today, and we'll get into this, but it's going

13  to be in your capacity as a designee of plaintiff, MS

14  Leisure.  And when I ask you questions, you may hear

15  your counsel, Mr. Jones, object from time to time.  And

16  unless he instructs you not to answer one of my

17  questions, notwithstanding his objection, you're still

18  going to be required to answer my questions.  Does that

19  make sense?

20      A.   Will someone clarify after the objection for

21  me to answer or not?

22      Q.   Your counsel will.  Mr. Jones will tell you.

23  He will say, "I direct" -- something to the effect of,

24  "I direct you not to answer that question."

25           MR. JONES:  Right.  So if I think something is

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

 1      privileged and shouldn't be talked about, I'll say,

 2      "Hey, don't answer that question."  Other times, you

 3      may hear me say, "Object to form," or "Form."  Just

 4      let me get it out and then you go ahead and answer

 5      Mr. Slater's question.

 6           THE WITNESS:  Sounds good.

 7           BY MR. SLATER:

 8      Q.   And sort of going with that, I'm not here

 9 today -- I'm here just to ask you questions.  I'm not

10 trying to trick you or trap you up.  So I -- you know,

11 if Mr. Jones starts objecting, I'm going to let him get

12 his objections so that you can hear it, and we can move

13 on. Similarly to that, I'm going to ask you questions.

14 You're going to respond.  You're under oath, so

15 truthfully respond to my questions.  But if you need a

16 break at any time, we can take a break.  You just let us

17 know.  You may hear me or your counsel ask for a break,

18 as well.  I don't know how long we'll go today.  That

19 sort of depends on how quickly we move through the

20 questions.  But at any time you need a break, you just

21 let us know.  We just ask that we let the court reporter

22 get us off the record first.  She'll say that we're off

23 the record, and then we'll take our break.  The only

24 thing that I ask is if I have a pending question, if

25 I've asked you a question, you're required to answer it

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  before we take that break, okay?

2      A.   Sounds good.

3      Q.   Great.  Are you taking any medication today,

4  Mr. Scullion?

5      A.   No, I am not.

6      Q.   Okay.  Do you have any conditions that would

7  prevent you from giving testimony today in this case?

8      A.   No, I do not.

9      Q.   What is your date of birth, sir?

10     A.   January 10, 1972.

11         THE REPORTER:  I think we lost --

12         BY MR. SLATER:

13     Q.   And I understand --

14         THE REPORTER:  I'm sorry.  I think we lost Mr.

15     Jones.

16         MR. SLATER:  Oh, we'll -- okay.  We will -- we

17     will stop.

18         THE REPORTER:  All right.  Give me one moment.

19          (OFF THE RECORD)

20         THE REPORTER:  Back on record.

21         MR. SLATER:  All right.

22          BY MR. SLATER:

23     Q.   All right, Mr. Scullion.  I think before we

24  cut off, I was just asking your date of birth.

25     A.   January 10, 1972.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        Q.    Okay.  And I understand that you are currently

 2   employed with MS Leisure Company; is that correct?

 3        A.    Correct.

 4        Q.    Do you have any other current employer?

 5        A.    No.

 6        Q.    How long have you been working for MS Leisure

 7   Company?

 8        A.    Since April -- late April of last year, 2000

 9   -- late April 2023.

10        Q.    Where were you employed prior to that?

11        A.    Sea Life Park Hawaii on Oahu.

12        Q.    And how long were you at Sea Life Park in

13   Hawaii?

14        A.    19 years.

15        Q.    Okay.  And prior to that?

16        A.    Prior to that, I was with Dolphin Discovery

17   from around 2004 to 2008.  And most of that time was

18   when they owned Sea Life Park.

19        Q.    Okay.  Still in -- also in Oahu?

20        A.    Yes.

21        Q.    Okay.  What about -- and before that, were you

22   employed anywhere?

23        A.    Prior to that, I was working as a senior staff

24   member/assistant supervisor with Marineland Antibes in

25   France.  Prior to that, I worked for Dolphin Quest
```

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  Hawaii on the Big Island of Hawaii from 1999 to 2002.

2  Prior to that, I worked for the U.S. Navy under a

3  contractor called SAIC from 1997 to 1999 as a marine

4  mammal trainer.  Prior to that, I worked for SeaWorld,

5  or Busch Entertainment Company, from 1996 through 1997

6  at both SeaWorld of Florida and Busch Gardens as a

7  trainer -- a marine mammal trainer.

8      Q.   Sorry, I'm just taking some notes.  And what

9  is your educational background, sir?

10     A.   I have a college degree in psychology with a

11 minor in zoology from Ohio State University.

12     Q.   Any advanced degrees?

13     A.   No, sir.

14     Q.   What about certifications?  Any

15 certifications?

16     A.   Scuba certification, CPR, first aid.

17     Q.   Anything else?

18     A.   No, sir.

19     Q.   Okay.  Okay.  Thank you.

20          MR. SLATER:  I'm going to pull up what we'll

21     mark as Defendant's Exhibit 1.

22          (EXHIBIT 1 MARKED FOR IDENTIFICATION)

23          BY MR. SLATER:

24     Q.   Okay.  Let me know if you can -- and I believe

25 you're on your mobile device; is that right?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.   That's correct.

 2        Q.   Okay.  Are you able to see what I'm pulling

 3   up?

 4        A.   Yes, sir.

 5        Q.   Okay.  This is the deposition notice for

 6   today. Have you reviewed this document --

 7        A.   Okay.

 8        Q.   Have you reviewed this document before?

 9        A.   I've briefly seen this.

10        Q.   Okay.

11             MR. JONES:  And just to be clear -- and just a

12        cautionary instruction.  Mr. Slater is going to ask

13        you about this document.  You're not going to answer

14        any questions that yield communications between me

15        and you, okay?  So answer his questions, but don't

16        talk about attorney-client communication.

17             THE WITNESS:  Okay.

18             THE REPORTER:  And just --

19              BY MR. SLATER:

20        Q.   All right --

21             THE REPORTER:  I'm sorry.  Just to make it

22        clear, that was Mr. Jones, correct, speaking?

23             MR. JONES:  Yes, that's correct.  And this is

24        Mr. Jones again.  And if -- Andrew, if you have any

25        questions, like whether something would be attorney-
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    client communication, you can ask Mr. Slater to take

2    a break to discuss that to make sure we're not

3    wasting his time with something that may or may not

4    be attorney- client communication, but that would be

5    potentially responsive to his question.  So just let

6    us know.

7         THE WITNESS:  Okay.

8         BY MR. SLATER:

9    Q.   And as we go through this, I'm not -- as your

10   counsel stated, I'm not asking you anything you talked

11   to your lawyers about, with respect to this document.  I

12   just want to understand your familiarity with it.

13        So I'm looking at the first page.  You see how

14   it references the deponent.  And that's just a fancy

15   word for the witness, the person who is having their

16   deposition taken.  It is not you individually, sir.  You

17   see how it's the company through its designees?

18   A.   Yes, sir.

19   Q.   Okay.  You understand that you have been

20   designated by your employer to speak on behalf of the

21   company?

22   A.   Yes, sir.

23   Q.   Okay.  This deposition notice has a series of

24   topics.  I believe it has something in the ballpark of

25   38 topics.  Have you reviewed these topics, sir?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

007559 Sealation Andrew 02-09 2024                    Page 54

1      A.   Not thoroughly, no.

2      Q.   Do you know which topics you have been

3  designated to speak about today?

4      A.   In relation to helicopters and drones flying

5  over animal facilities and guests in the park.

6      Q.   Okay.  So helicopters and drones flying over

7  the facilities, guests, and -- flying over facilities

8  and guests.  Is that what you said?

9      A.   Flying over facilities, animals, and our

10 guests, yes.

11     Q.   Okay.  Okay.  Okay.  Great.  So we will -- we

12 will focus questions on those issues.  Let me -- and I'm

13 just going to --

14         MR. JONES:  And James, you can ask whatever

15     questions you want.  He's the impact on the animals

16     and then potentially guest questions.  That's so --

17     that's what he's here for, but you ask --

18         MR. SLATER:  That's what I --

19         MR. JONES:  -- whatever you need to ask him.

20     Yeah.

21         MR. SLATER:  Thank you.

22         MR. JONES:  We can call him the impact

23     corporate rep, if you prefer, but it's up to you.

24         MR. SLATER:  Okay.  Thank you.

25          BY MR. SLATER:

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   I'm going to ask some questions now just about

2  -- just to help us understand the capacity that you're

3  speaking in today.  I just want to make sure you

4  understand, Mr. Scullion, that you're here not in your

5  individual capacity, that you're here as a

6  representative of MS Leisure Company?

7      A.   Yes, sir.

8      Q.   And what -- did MS Leisure Company give you

9  full authority to speak on the issues that we just

10  talked about, the impact issues, as your counsel says?

11      A.   I believe so, to answer any questions related

12  to truth and my professional opinion.

13      Q.   Okay.  We'll talk about professional opinion

14  in a minute.  But I understand that you have been

15  designated by the company to talk on the -- on these

16  issues; is that right?

17      A.   Yes.

18      Q.   Okay.  And with respect to the issues that you

19  have been designated on, are you aware that you must be

20  adequately prepared to speak on those issues?

21      A.   Yeah, I believe so.

22      Q.   Okay.  How long did you prepare -- and I'm not

23  going to ask you what you -- about any of your

24  communications with Counsel.  But I want to ask: How

25  long did you prepare for your deposition today?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.   Not even a few minutes.  I mean, based on my
 2   -- it's based on my knowledge and expertise with my 30
 3   years of experience.
 4        Q.   Did you speak to anyone at MS Leisure or who
 5   works at the Seaquarium for help in preparing for
 6   today's deposition besides your lawyers?
 7        A.   No, I did not.
 8        Q.   Okay.  Did you review any documents in
 9   anticipation for today's deposition?
10        A.   No, I did not.
11        Q.   Do you have a computer that you use at the
12   Seaquarium?
13        A.   I do.
14        Q.   Is it a PC or a laptop?  Like, is it a desktop
15   or a laptop?
16        A.   I -- I do have a desktop, occasionally.
17        Q.   Is this your -- you know, your sole desktop,
18   or do other individuals at the Seaquarium use it?
19        A.   It's just mine.
20        Q.   Okay.  Do you save files on this desktop?
21        A.   I do save files on this desktop, yes.
22        Q.   Were they saved on a cloud server, or are they
23   saved locally on the desktop?
24        A.   I save some business-related things on a
25   Google Drive.  And then I save some of the files that I
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  work on for the company on -- on my hard drive.

2      Q.   Do you have a work computer?

3      A.   Yes.

4      Q.   I mean -- I'm sorry.  A work -- I'm sorry.  We

5  -- I just asked that -- a work phone?

6      A.   I use my personal phone for both work and

7  personal.

8      Q.   Okay.  How do you communicate using your

9  personal phone with other MS Leisure employees?

10     A.   I use e-mail.  I use WhatsApp chats.  I use

11 text messages.  I use phone calls.

12     Q.   Okay.  I want to show you what we'll mark as

13 Defense Exhibit 2.

14          (EXHIBIT 2 MARKED FOR IDENTIFICATION)

15          BY MR. SLATER:

16     Q.   And this is a document that was produced by

17 the company.  It's Bates stamped 34411 through 34412.

18 And it's a chain.  It's a message from Amy Spaulding.

19 Do you see that?

20     A.   Yes.

21     Q.   Okay.  And then the responding person appears

22 to be you.  Is that correct, ascullion@msq.cc?

23     A.   Yep.  Uh-huh.

24     Q.   Who is Amy Spaulding?

25     A.   She is my manager of Sea Lion Stadium at this



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   time.
 2        Q.    Okay.  And she writes a message that says,
 3   "EOD 5-27-23, sea lion, pompanos, whale."  Do you see
 4   that?
 5        A.    Yes.  Uh-huh.
 6        Q.    EOD, is that for end-of-day?
 7        A.    End-of-day report.  Yes.
 8        Q.    Okay.  Is this a daily report?
 9        A.    Yes.
10        Q.    Okay.  And I see that, in your response, you
11   write, "Excellent EOD report.  You guys got it.  These
12   will be able to be considered official communications
13   thus the need for this over WhatsApp."
14        A.    Yes.
15        Q.    Can you explain what that means?
16        A.    It means that for my end-of-day report
17   specifically, we wanted to make sure that we have -- we
18   are able to have on file, easy to pull up, easy to save,
19   easy to reference to, rather than long-chain WhatsApps
20   that can get lost, or deleted, and so forth, in relation
21   to what's going on with the animals.  And that it can be
22   shared, and referenced, and logged easily to look up by
23   both the veterinarians and animal training managers of
24   the areas.
25        Q.    And how -- I want to understand is within this
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  WhatsApp, is there, like, a way to group these

2  communications?

3      A.   In WhatsApp?  Yeah.  We can have group

4  communications with WhatsApp, yes.

5      Q.   I just mean in terms of when you send these

6  messages through WhatsApp, is there a way to say all the

7  EOD reports go in a folder in the group?

8      A.   We put them on -- we -- we can put them on

9  [sic] folders, and we have -- and we have them in our

10  drive folder.  And then we also obviously have them in

11  our e-mail folders.

12      Q.   WhatsApp?

13      A.   No.  The WhatsApps are -- are, you know, a

14  different -- I mean, it's, like, a text message on the

15  phone that don't get saved onto computer form and --

16  which can be saved into a drive.

17      Q.   I'm trying -- I'm just trying to understand.

18  So I'm just trying to understand the point of using

19  WhatsApp.  I don't know.  Could you try to -- I'm not

20  trying to -- I just don't understand --

21      A.   The point for WhatsApp --

22      Q.   You have the e-mail, and then you're saying it

23  should go on WhatsApp for -- as a -- an official

24  communication.  I wonder -- I want to understand -- and

25  maybe you just explained it.  I didn't understand.  But



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900         www.MILESTONEREPORTING.com         Toll Free 855-MYDEPOS

```
 1  what is the point of that?

 2       A.   WhatsApps are used throughout the day.  So

 3  like, if -- if Amy needs something for me at Sea Lion or

 4  wants to report throughout the day on certain things,

 5  she -- she -- she will text me through WhatsApp to just

 6  give me kind of, like, a text message of what's going

 7  on, or "Hey, can you come look at this animal?"  And I

 8  can text back, "I will be there in ten minutes."  Or

 9  just give a -- a brief summary of how a certain animal

10  I'm watching is going on through the day where the end-

11  of-day report gives exactly that.  An end-of-the-day and

12  summary report of what happened for that day on certain

13  events and -- and stuff so I can have a reference, and

14  we all can have reference to look back and journal

15  through over the course of long periods of time.

16       Q.   And do you know if these WhatsApp

17  communications are backed up to the Cloud?

18       A.   They are not.  According to what I know,

19  they're just interpersonal and interprofessional

20  conversations about what's taking place in the facility

21  in, basically, how should I say, real-time.  We can

22  communicate quicker than e-mails since we're running out

23  in the field from one place to the other and don't

24  always have access with the computer in front of us.

25       Q.   Have you searched your WhatsApp messages in --
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  with respect to this lawsuit?
 2       A.   No, I have not.
 3       Q.   Do you know if anyone else has been asked to
 4  search their WhatsApp messages?
 5       A.   No.
 6       Q.   Have you ever deleted any of your WhatsApp
 7  messages?
 8       A.   Me, no.
 9       Q.   Do you know of anyone else who may have
10  deleted their WhatsApp messages?
11       A.   I do not know.
12       Q.   Do you know if you can review back the entire
13  -- let's say you have a thread, like a chat, with one of
14  your coworkers.  Do you know if you can review all of
15  your communications or if there's a certain point where
16  older communications are no longer accessible in
17  WhatsApp?
18       A.   I am not sure.  I'm not an expert on WhatsApp.
19  I'm kind of -- haven't really used it much until I came
20  here, other than when I'm overseas and don't use my
21  normal IM texting.
22       Q.   Would there be a -- this is one example of an
23  EOD report.  Would this be something we would see every
24  single day, a report like this?
25       A.   Yes.
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     Q.   Okay.  And I see that there's a series of

2  folks who are copied on here.  Kelly Fishbach, who's

3  that?

4     A.   She's the designated curator of our facility

5  right now.

6     Q.   And what does that job entail?

7     A.   Administrative and support from -- for my

8  position when I'm not here.  Or I can give her tasks in

9  which to implement to the team if I don't talk with them

10 directly because she's a heavy support for, again, me

11 accomplishing my mission as -- as the chief animal

12 training officer of the facility.

13    Q.   What about Rosi Cerrillos?

14    A.   She is with Dolphin Company corporate, someone

15 that I just, basically, communicate to on the goings-on

16 of what's happening here at Miami Seaquarium.

17    Q.   What about Edgar Urbina?

18    A.   He's the corporate head of animal management

19 for Dolphin Company in Cancun, very similar to Rosi.

20    Q.   And Brittany Wildman?

21    A.   She is a manager of Dolphin Harbor.  So she

22 runs the Dolphin Harbor interactive programs and is

23 responsible for Dolphin Harbor operations, activities,

24 and animal training and care.

25    Q.   And then Kourtney Laratonda?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     A.    She is my animal training manager for the

2  Dolphin Top Deck and Dolphin Flipper show area

3  responsible for operations, animal welfare, training of

4  those areas.

5     Q.    Chelsea Blattel?

6     A.    She was an assistant supervisor and is no

7  longer employed here at Miami Seaquarium.

8     Q.    And then Jessica Comolli; who is she?

9     A.    She is the veterinarian of Miami Seaquarium.

10     Q.    Does she live in Miami?

11     A.    Yes, she does.

12     Q.    And you said she's a veterinarian?

13     A.    Yep.

14     Q.    Okay.  Are there any other veterinarians

15  employed by the Miami Seaquarium?

16     A.    At this time, no.

17     Q.    All right.  At any time while you were

18  employed with the Miami Seaquarium?

19     A.    Yes.  There was another veterinarian present

20  for some of my time here.

21     Q.    Okay.  What was their name?

22     A.    I know her first name was Krista.  I can't

23  recall her last name.

24     Q.    Have you received -- no.  Have you received --

25  actually, like, one second.  Let me turn to --

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

007599 Solomon Andrews 02-03-2024          Page 84

```
 1          MR. SLATER:  I'm going to turn to a document
 2      that we'll mark as Defense Exhibit 3.
 3          (EXHIBIT 3 MARKED FOR IDENTIFICATION)
 4          BY MR. SLATER:
 5      Q.  Can you see my screen?
 6      A.  Yes.
 7      Q.  Okay.  The quality of this isn't so great.  I
 8  just pulled this from the internet this weekend.  And
 9  it's a letter -- you see it's from Miami Seaquarium and
10  Friends of Lolita, dated May 1, 2023?
11      A.  Yep.
12      Q.  Okay.  It says, "Update on efforts to return
13  Lolita to her home waters."  Do you see that?
14      A.  Yes.
15      Q.  Okay.  And there's a list of folks --
16          MR. JONES:  I am just -- before -- hey, just
17      before we get down this line of questions, I just
18      want you to note my objection to the scope of these
19      questions that are outside of his designation.  But
20      go ahead and answer his questions as best you can,
21      Drew.
22          THE WITNESS:  Okay.
23          MR. SLATER:  But before we get to -- Matt, I'm
24      asking him about the qualifications of folks at the
25      Seaquarium.  And we're talking about the harms on
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    the animals.  I don't know what -- how that's

2    outside the scope.

3         MR. JONES:  Well, he's -- so as you know, he's

4    a designated -- and we may not be able to resolve

5    this now, and that's fine.  But just to respond to

6    your query, he's a designated corporate rep.  And

7    certainly, depending on the scope of the questions

8    you're going to ask him, he may be designated also

9    as a hybrid witness under the applicable rule.  So

10   -- but just sticking with your comment about what

11   he's here for, if the designated reps have their

12   topics, that's my only point.  But I'm not telling

13   him not to answer.  I'm not instructing him not to

14   answer.  But I -- I'm going to object to the scope.

15   That's all.

16        MR. SLATER:  Noted.

17         BY MR. SLATER:

18   Q.   Currently, Mr. Scullion, I'm looking at the

19   bottom of this letter.  Can you see it?  I know it's a

20   little --

21   A.   Yes, sir.

22   Q.   Quality is a little low.  And it says,

23   "Lolita's specialty care team, guiding her daily care,

24   as well as planning for her future, includes highly

25   skilled medical nutrition and behavior experts."  Do you



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  see that?

2      A.   Yes, I do.

3      Q.   Okay.  It lists Tom Reidarson.  Who is that?

4      A.   Yes.  He was a contracted veterinarian through

5  Friends of Lolita to be one of her primary

6  veterinarians.

7      Q.   Okay.  James McBain?

8      A.   He was also a designated consulting

9  veterinarian for the -- for Lolita.  I am not sure who

10  paid for his services.  But he is a designated

11  consulting veterinarian at that time for Lolita.

12      Q.   Are either of those individuals since -- now

13  that Lolita has passed, are either of those individuals

14  still consulting with the Seaquarium in any capacity?

15      A.   No, they are not.

16      Q.   Dr. Stephanie Norman, who is she?

17      A.   She was one of the consulting veterinarians

18  for Lolita.

19      Q.   Okay.  And then the same question: Is she

20  still consulting in any capacity with the Seaquarium?

21      A.   Not that I'm aware of.

22      Q.   Dr. Roberto Sanchez Okurky?

23      A.   Yes.  He was a -- he is a veterinarian from

24  Mexico and consults and works for and with Dolphin

25  Company.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   Q.   Okay.  And since Lolita's passing, has he

2   continued to consult at the Seaquarium?

3   A.   He has come down occasionally, yes, for -- for

4   -- mainly for when we have accreditation reviews for

5   certain accreditations.

6   Q.   Okay.  And I see for -- I think, for all of

7   those individuals, I'm seeing that they have a -- an

8   honorific there, DVM.  Is that Doctor of Veterinary

9   Medicine?

10  A.   Yes.

11  Q.   Okay.  I see one of them is also a Ph.D., Dr.

12  Reidarson.  It's DACZM.  What does that mean?

13  A.   I have no idea.

14  Q.   Okay.  And then Dr. Jessica Camolli.  We just

15  talked about her.  She is the current veterinarian at

16  the Seaquarium, right?

17  A.   Yes, sir.

18  Q.   Okay.  I don't see any sort of licensure after

19  her name.  Do you know what her -- whether she's a DVM

20  or something else?

21  A.   I believe she is a DVM.  She's a licensed

22  veterinarian.

23  Q.   Okay.  What about Dr. Guillermo Sanchez?

24  A.   He is our corporate veterinary -- veterinarian

25  in Cancun.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Andrew Scullion 02-09-2024                                          Page 28

```
 1        Q.   Okay.  And when we -- when you say "we," do
 2   you mean MS Leisure Company or Dolphin Company?
 3        A.   He is -- he -- he is -- he works for Dolphin
 4   Company.
 5        Q.   Okay.  Mike Partica, if I'm saying that right?
 6        A.   He was -- he was a paid trainer specifically
 7   for Lolita.
 8        Q.   And who paid for him?
 9        A.   He was with the Friends of Lolita.  He was not
10   employed by MSQ or --
11        Q.   Okay.  Affirmed.
12        A.   Yeah.
13        Q.   Okay.  And then it was you, Andrew Scullion,
14   Trainer?
15        A.   Yes.
16        Q.   Okay.  And then it identifies -- it says,
17   "Highly skilled medical, nutrition, and behavior
18   experts."  Where would you fit in under that rubric, Mr.
19   Scullion?
20        A.   I would be considered an behavior expert.
21        Q.   Okay.  So not medical, not nutrition; is that
22   right?
23        A.   No.  Yeah, that's correct.
24        Q.   Okay.  And what is your training in that
25   field?
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.   Well, I have a degree in psychology, a minor

2    in zoology.  I've been in the field working with marine

3    mammals in training behavior since 1991.

4    Q.   Okay.  And what does that mean, training

5    behavior?  Is --

6    A.   We -- well, we are responsible for modifying

7    animal behavior, teaching them, you know, in which to do

8    behaviors voluntarily for us, be it voluntary medical

9    behaviors.  We're responsible for mental enrichment in

10   which to give them enrichments through their day for

11   both mental and physical well-being.  We also,

12   obviously, assist and work heavily with the feeding and

13   care of the animals throughout the day.

14   Q.   Okay.  I'm going to -- I want to address some

15   of the things you just said.  First, you told me your

16   degree was in psychology.  Was that human or animal

17   psychology?

18   A.   Just general psychology.

19   Q.   Okay.  Modifying, you talked about modifying

20   animal behavior.  Is that -- how do you go about doing

21   that?

22   A.   We use scientific methods, such as operant

23   conditioning and classical conditioning, train them

24   through successful approximations to learn various tasks

25   in which to do on a signal or a queue that they do when



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1   requested once they're trained.  We desensitize them to

2   various things so that they find those things

3   reinforcing, or not aversive or scary in any way if it's

4   something new.  Yeah, those are the general scientific

5   laws we use in which to, you know, condition them to do

6   the behaviors and care we need to give them.

7       Q.   Okay.  What about -- you talked about mental

8   enrichment.

9           What does that mean?

10      A.   Well, I mean, training and teaching them new

11  behaviors, mental enrichment as far as -- is keeping

12  their attention, and enriching their environment and

13  their days with activities, be it teaching, be it shows,

14  be it interactions, being learning new things, certain

15  variable games to -- to, you know, enrich their

16  stimulation throughout the day.

17      Q.   Okay.  And --

18          Just bear with me for a second.  You talked

19  about -- I want to circle back on the enrichment issue

20  in a second, but before I lose my train of thought, you

21  talked about the sort of scientific elements to the

22  animal -- modifying animal behavior.  Did you have any

23  classes?  I know you said your degree was general

24  psychology.  Did you have any classes on animal behavior

25  or animal psychology?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1    A.   Yes, I did.

2    Q.   Okay.

3    A.   And I did some -- I did some private working

4  with a -- a -- one of my professors in working with

5  animals in training them for research and activities

6  directly.

7    Q.   Okay.  And who was that professor?

8    A.   Dr. Sally Voison.

9    Q.   Okay.  Did you write any -- in connection with

10 your studies, any thesis, or papers, or anything like

11 that?

12   A.   No.  I have a bachelor's degree, I didn't have

13 to write a thesis.

14   Q.   Okay.  Since graduating from college, have you

15 written any papers on the subjects that we've just

16 talked about?

17   A.   I've done formal presentations with the

18 International Marine Animal Training Association,

19 several papers relating to certain topics of animal

20 behavior.

21   Q.   Okay.  What topics?

22   A.   Training and desensitizing dolphins for

23 transportation.  You know, I -- I haven't looked up, but

24 I'm trying to think off the top of my head the several

25 others I've done, but I will have to look them up for



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  you.

2      Q.   Okay.  Do you know if these are publicly

3  accessible online?

4      A.   I do not know if the International Marine

5  Animal Trainers Association puts them online for review.

6      Q.   Okay.  And you talked about mental enrichment

7  and sort of some of the activities you would do to -- I

8  guess, to stimulate the animals; is that right?  Is that

9  -- am I using sort of the right terminology?  And is

10  this because of a lack of stimuli at the -- you know, in

11  the environment that they're in, in captivity?

12      A.   I wouldn't call them necessarily lack of

13  stimulus, it's just -- you know, just like we would do

14  with children, we add certain stimuli to enrich and

15  entertain or -- or, again, help teach them in which to

16  make the environment as enriching as we can.

17      Q.   Do you know -- based on your expertise, do you

18  know if marine mammals need that kind of stimulus

19  outside of captivity?

20          MR. JONES:  Again, I'm just objecting to the

21      scope of this, but I'm not instructing him not to

22      answer, but do you want to give me a continuing

23      objection in this regard, James?

24          MR. SLATER:  Yeah, I just want to make sure,

25      Matt, if we're doing that, that I don't want to give



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    you like a continuing objection to all my questions.

2    I don't know what is -- I guess if you want to say

3    -- if you want to sort of articulate the objection

4    for the record, and --

5         MR. JONES:  Absolutely.

6         MR. SLATER:  -- I assume we can just hash out

7    what the -- what those questions are later on, but

8    go ahead, please.

9         MR. JONES:  Absolutely.  So the objection is

10   that the questions that you've been asking him are

11   outside the scope of his designation.  So for

12   example, just to use one example, your questions

13   regarding stimulus, certainly in contextual to your

14   question, that's not part of his designation.

15        MR. SLATER:  Okay.  All right.  Thank you,

16   Matt.  Noted.  We obviously disagree with that, but

17   that's fine, we can -- this is the time and place to

18   hash that out.  All right, Mr. Scullion.  Could you

19   -- I don't -- I don't know if you actually answered

20   my question.  Madam Court Reporter, can you read

21   back the transcript?

22        THE REPORTER:  Yeah.  Give me one second.

23        MR. SLATER:  Otherwise, I can just ask it

24   again.

25        BY MR. SLATER:



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.    I think I asked you if, based on your

2  expertise, whether you understood marine mammals needing

3  that kind of mental enrichment outside of captivity.

4    A.    I can't read what they need or don't need out

5  in the wild.  I know it's common practice and -- and

6  policies of AZA, the -- AZA and other organizations that

7  animals in captivity should have proper and elevated

8  environmental enrichment.  Out in the wild, I can then

9  presume, as it's not my expertise in wild dolphins, that

10  there are other stimuli they have to face, like finding

11  food, being chased by sharks, making sure that they can

12  breathe during heavy wind storms that, you know, here in

13  captivity, they don't have to worry about hunting for

14  food or being chased by sharks.  So no, there are not

15  humans out in the wild that give them enrichment for

16  their need for, you know, mental stimulation.

17    Q.    Okay.  Now, you -- I understand then you're --

18  you -- part of the training, you said, was modifying the

19  animal behavior.  Is that through rewards?  How is that

20  -- how has that come into -- how do you successfully

21  modify an animal's behavior?

22    A.    We --

23        MR. JONES:  Same objection.  Go ahead and

24    answer.

25        THE WITNESS:  All right.  We -- our primary --



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     our primary law of -- of behavioral psychology is by

2     utilizing operant conditioning by use of pause

3     reinforcement in which then we reinforce the animal

4     for doing behaviors to increase the frequency of

5     such behavior.  And then by utilizing that, if we

6     want to teach them certain behaviors, we train them

7     by breaking up our desired behavior we want to teach

8     them, let's say a physical behavior of a -- a side

9     layout.  We will then guide them to break that up

10    into small milestones and train them one piece at a

11    time until we train the whole behavior by

12    reinforcing all of those things to increase the

13    frequency of that.  We then put it on a cue and SD

14    in which to then, the animal learns to respond to

15    that SD and which to do so that they can get a

16    reinforcer reward for it.

17         BY MR. SLATER:

18    Q.   Okay.  And I understand from having been to --

19    I haven't been to the Miami Seaquarium, but been to

20    other, sort of, similar facilities that, you know, when

21    the -- is it correct that these animals are engaging in

22    these modified behaviors in front of -- not just while

23    you're training them, but also in front of the public?

24    A.   Well, we -- we teach them behaviors to do for,

25    you know, the -- all the behaviors you see in our show



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

007509 Sedarion Andrew 02-09-2023                    Page 36

1   have been trained, voluntary medical behaviors in which

2   we can then, you know, check their health, and help, you

3   know, monitor their health and wellbeing.  Those are all

4   trained through, you know, conditioning methods as such

5   and pause reinforcement.  Yeah.

6        Q.   Okay.  But some of these behaviors, they're

7   undertaken during these shows.  That's what I

8   understand?

9        A.   I mean, every training session, the animal has

10  the opportunity to learn.  So, you know, every time

11  we're doing a show or something, we -- we -- we normally

12  don't train new behaviors during shows, but sometimes we

13  help guide them to improve or increase their

14  capabilities in shows with certain prompts and

15  activities, yes.

16       Q.   Are the shows -- are they quiet, or the

17  audience --

18       A.   No.

19       Q.   -- has to be quiet during the shows?

20       A.   No.  No, we have -- we have music and someone

21  on a microphone.  Yes, we do.

22       Q.   Okay.  What about during training sessions?

23  Do you use a microphone during training sessions?

24       A.   Rarely do we need to use a microphone, unless

25  there's a demonstration or show taking place.



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          Q.   Are there any rules or restrictions at the

2    Miami Seaquarium about the audio level or the decibel

3    level during these shows?

4          A.   If the trainers feel it's too loud in the

5    stadium, we can direct the audio technician to -- to

6    turn the music down, if it's above its normal decimal

7    system, yes.

8          Q.   Okay.  What is the normal decimal system?

9          A.   I don't have that on the top of my head.  It's

10   usually subjective based on what the trainers have

11   normally heard throughout their thousands of shows they

12   do here.

13         Q.   Okay.  So it's based on the specific trainer?

14         A.   It's based on the manager or senior trainer

15   responsible for the area of that day, yes.  If they feel

16   it is too loud and above normal, they can direct the

17   audio technician to -- to turn the music down or even

18   turn the music up, if it's too soft.

19         Q.   Okay.  Have you ever asked to turn music up

20   during a performance?

21         A.   Not at Miami Seaquarium, no.

22         Q.   Okay.  Do you know of anyone who has?

23         A.   In my capacity of running the whole park, no.

24   I have not directly seen them requesting it to move --

25   be moved up or down, as I don't watch every single show



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free **855-MYDEPOS**

1   with all of the other responsibilities I have.

2      Q.   Okay.  And just so -- I just want to make sure

3   we're on the same page, it's my understanding -- and

4   correct me if I'm wrong -- that there is no specific

5   decibel level that each show is required to have; is

6   that right?

7      A.   Not to my knowledge that it's -- it's

8   specified that it must be at this certain decimal level,

9   no.

10      Q.   Okay.  Are you familiar with the claims in

11   this lawsuit?

12      A.   Vaguely.

13      Q.   Okay.  Without telling me anything that you

14   and your lawyers have talked about, what is your

15   understanding of the claims in this lawsuit?

16      A.   I was asked to give my thoughts on how the

17   effects of helicopters and drones could affect the

18   behavior of the animals, the safety of the animals, the

19   safety of our guests.

20      Q.   Okay.  And you're aware that this is a lawsuit

21   against Philip Demers?

22      A.   I'm aware of that by -- yes.

23      Q.   Okay.  How are you --

24      MR. JONES:  Like I said, yeah, be careful.

25   Be --

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

Joy Sedition Andrew 02-09-2023   Page 39

```
 1            MR. SLATER:  Okay.  Let me ask in a way, Matt,
 2       that I hope will help.
 3            MR. JONES:  All right.
 4            BY MR. SLATER:
 5       Q.   Without revealing to me anything that your
 6   lawyers have told to you, is there another way that you
 7   know that this lawsuit is about Mr. Demers?
 8       A.   Simply from the title of an e-mail.
 9       Q.   The title of an e-mail.  Could you be a little
10   bit more specific?  Now, of course, if it's an e-mail
11   your lawyer sent, I don't want to know about that, but
12   otherwise --
13       A.   Then -- then -- then no, I don't have --
14       Q.   Okay.
15       A.   -- any other information.
16       Q.   Okay.  Understood.  Do you -- have you ever
17   met Mr. Demers?
18       A.   No, I have not.
19       Q.   Okay.  Have you ever just seen him from afar
20   or anything like that?
21       A.   No, I have not personally.  I've seen, you
22   know, pictures of him, but I have never met him or seen
23   him myself.
24       Q.   Where have you seen pictures of him?
25       A.   My staff has shown me what he looks like, and
```



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Sebastian Andrade 02-09-2024                    Page 40

```
 1   then they showed me a video of him once.

 2        Q.   Okay.  What was the video?

 3        A.   Of him standing beside Flipper Stadium with a

 4   shirt of Mr. Algor on it, saying how he can't wait to

 5   try to put MSQ under bankruptcy.

 6        Q.   Okay.  And who showed you that video?

 7        A.   It was a congregation of my staff here at

 8   Flipper.

 9        Q.   Okay.  Can you give me their names?

10        A.   I don't recall which one it was.

11        Q.   You said, "it was a congregation."

12        A.   It was a group of trainers that happened to be

13   out there when I first got to Miami Seaquarium.  So I'm

14   still unaware of everyone's names, and their positions,

15   and who they were.

16        Q.   Okay.  And you mentioned Mr. Algor.  Do you

17   know Mr. Algor?

18        A.   I do.

19        Q.   Okay.  How do you know him?

20        A.   He's the CEO of Dolphin Company.

21        Q.   Have you ever personally met him?

22        A.   Yes.

23        Q.   Okay.  When?

24        A.   When I was over in Cancun right before being

25   offered this position.  And then when he visits Miami
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1   Seaquarium, I run into him, or see him, or talk with him

2   then.

3       Q.   Okay.  Have you ever talked to him about Mr.

4   Demers?

5       A.   No, I have not.

6       Q.   Have you ever heard him talking to anyone else

7   about Mr. Demers?

8       A.   No, I have not.

9       Q.   Same questions, but instead of about Mr.

10  Demers, about this lawsuit?

11      A.   No.

12      Q.   Okay.  Let's talk about drones, then.  I'm

13  going to --

14          MR. SLATER:  Actually, before we turn into

15      that, I -- I'm getting a call I need to take.  Let's

16      take a five-minute break, folks.  Sorry about that.

17          MR. JONES:  I -- and I have to ask Drew a

18      logistical question, so I want to make sure there's

19      no pending question, right?

20          MR. SLATER:  No, no pending question.

21          MR. JONES:  All right.  So Drew, call me on my

22      mobile phone.  It relates to some afternoon

23      appointment I have, all right?

24          THE WITNESS:  All right.

25          THE REPORTER:  I'm going to get us off the

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

007599 Scullion Andrew 02-09-2023     Page 42

```
 1      record.

 2              (OFF THE RECORD)

 3              THE REPORTER:  On record.

 4              MR. SLATER:  Okay.  Mr. Scullion, are you ready

 5      to continue?

 6              THE WITNESS:  Yes.

 7              MR. SLATER:  Okay.  Sorry about that.  Well,

 8      let's go on.  So I think we were going to turn to

 9      talking about the issue of drones and the animals.

10      So I'm going to show you what we'll mark as Defense

11      Exhibit 4.

12              (EXHIBIT 4 MARKED FOR IDENTIFICATION)

13              BY MR. SLATER:

14      Q.   Can you see my screen, sir?

15      A.   Yep.

16      Q.   Okay.  This is a -- the responses of Plaintiff

17  MS Leisure Company, your employer to Mr. Demers' first

18  set of interrogatories.

19              Have you seen this document before?

20      A.   I've seen that page of the document.

21      Q.   Okay.  Have you read through the document

22  before?

23      A.   No.

24      Q.   Okay.  I want to direct your attention to

25  Interrogatory number 2, which asks the Seaquarium -- and
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

```
 1  I may use Seaquarium and MS Leisure interchangeably.
 2  When I reference this "Seaquarium," I'm talking about
 3  the company MS Leisure in this instance.  Every instance
 4  or here -- sorry, occasion that the -- that MS Leisure
 5  has asserted that, "Mr. Demers has repeatedly, without
 6  authorization, flown in unmanned aerial vehicle over the
 7  Miami Seaquarium property during regular business
 8  hours."
 9          Do you see that?
10      A.   Yes.
11      Q.   Okay.  And here, under "Response" on Page 2,
12  "MS Leisure has identified several drone flights it
13  believes Mr. Demers flew over the Miami Seaquarium
14  property during business hours."  Do you see this?
15      A.   Yes.
16      Q.   Okay.  So on February 25, 2023, are you
17  familiar with that drone flight?
18      A.   I was not with the company at that time.
19      Q.   Okay.  Has anyone talked to you about that
20  specific drone flight at the company, besides the
21  lawyers?
22      A.   No.
23      Q.   Okay.  May 4, 2023, are you familiar with that
24  drone flight?
25      A.   It was -- it was mentioned that a drone was
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  spotted over the facility.

2      Q.   Okay.  Who -- it was mentioned.  Who mentioned

3  it?

4      A.   It was either from our security or one of the

5  training staff.

6      Q.   Okay.  Were you on the premises that day?

7      A.   I don't recall specific days, but most likely

8  I was.

9      Q.   Okay.  And how was it worded to you?

10     A.   What's that?

11     Q.   How was it --

12     A.   It --

13     Q.   -- worded to you?  By phone, e-mail --

14     A.   I can answer --

15     Q.   -- text?

16         MR. JONES:  Oh, yeah.  And by the way, Drew,

17     just be sure to let him finish answering -- or

18     asking his question before you start to answer That

19     way the court reporter can get everything.

20         THE WITNESS:  All right.

21         BY MR. SLATER:

22     Q.   Sorry.  Yeah, let me just circle back.  I was

23  asking -- I think you said it was communicated to you or

24  something to that effect.  And my question was: How?

25         Like, through a text message, in person?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     A.   I'm sure with all of these dates, it would be

2  a general comment that I won't recall specific dates,

3  but when drones are flown over the facility --

4  facilities on this, it is either reported usually

5  through WhatsApp chats, possibly, or through verbal

6  communications that there's a drone spotted over the

7  facilities.

8     Q.   Okay.  So have you seen WhatsApp chats about

9  drones over the facilities?

10     A.   I believe I have.  Like I said, it's -- I get

11  dozens of WhatsApp chats relating to a lot of things,

12  but I could probably 90 percent assert that I have from

13  either security or from the training staff during my

14  time here.

15     Q.   Okay.  Who -- do you know who would've sent

16  those kinds of messages within the WhatsApp chat?

17     A.   It would've either been our security personnel

18  or one of the managers of various departments.

19     Q.   How long has the Seaquarium been using this

20  WhatsApp chat?

21     A.   Since I've been here.

22     Q.   And when did you start again?

23     A.   Late April of 2023.

24     Q.   Okay.  Okay.  So before December of this -- of

25  last year, you were using the WhatsApp chat?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.   Yes.

2    Q.   Okay.  So do you -- have you ever seen -- let

3  me just -- because I think you said generally speaking,

4  you're not necessarily going to recall the specific

5  dates or instances; is that right?

6    A.   No, I'm not -- I'm not good at recalling

7  specific dates for all of the information that goes in

8  and out of my professional dealings, unless it's --

9  well, no.  I -- I -- I don't necessarily look at my

10  watch or my phone by saying, "This is the date," and put

11  it to memory.  No.

12    Q.   Okay.  Have you ever personally witnessed a

13  drone flying in the Miami Seaquarium property?

14    A.   Oh, yes.

15    Q.   Okay.  Have any of those been drones operated

16  by Seaquarium personnel or authorized third-parties?

17    A.   I have not seen authorized third-party or

18  authorized MSQ staff flying drones over at the facility

19  while I've been here, no.

20    Q.   Okay.  So you said you've seen what you think

21  -- what you would say are unauthorized drone flights on

22  the property; is that right?

23    A.   Yes.

24    Q.   How many times do you recall seeing --

25    A.   Oh, probably about maybe three -- three times



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

007559 Scuderi v. Andres 02-09-2023        Page 8

1  since I've been here directly, maybe four.

2      Q.   Okay.  Three to four times.  How close were

3  you to these drones while they were flying?

4      A.   Usually when I see them, they're, you know, in

5  the distance, depending on where I'm at in the park. You

6  know, one over Pompanos, I was over near Sea Lion to see

7  that, you know, in the distance from Killer Whale. You

8  know, it all depends on where I'm in the park where I

9  might see them.

10      Q.   Okay.  Have you ever seen a drone show at the

11  Seaquarium?

12      A.   Not over the park, no.

13      Q.   But on the premises?

14      A.   I saw a drone show one time at night, but it

15  was held over the water, not on the property.

16      Q.   Okay.

17      A.   Or over -- specifically, it was not over

18  animal facilities or during the day when the public is

19  here, it was held over the water by the field near the

20  entrance.

21      Q.   How far away does a drone have to be from an

22  animal to affect it?

23          MR. JONES:  Form.

24          THE WITNESS:  Well, one, if we want to look at

25      the safety hazards of drones directly over the



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1    facilities, that's one aspect.  As far as how close

2    it has to be in reference to, you know, them hearing

3    the -- hearing and seeing the drone, but not it

4    directly over the pool, I mean, it depends on the

5    drone size, how loud it is, what sounds it makes,

6    how apparent it is into their normal scope of vision

7    and auditory capabilities. I mean, are you talking

8    about a -- a -- a one-foot drone, a three-foot

9    drone, a six-foot drone?

10       Q.   Well, let's talk about the three or four

11   drones you've seen, okay?

12            Do you recall how large they were?

13       A.   I mean, it's hard for me to relate from a

14   distance.  I would say they were probably between a one-

15   foot to three-foot size.

16       Q.   Okay.  And so -- and my understanding of your

17   testimony is the size and the, sort of, sound output of

18   the drone would change your analysis of how it would

19   affect the animals; is that right?

20       A.   Yes.  It's the -- it's the visual, or it's --

21   it's the general stimulus that is presented to the

22   animal's environment that can affect, you know, the

23   organism.

24       Q.   Okay.  And you're -- so I -- and I think the

25   two -- and just correct me if I'm wrong.  The two issues



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  we're talking about for the effect on the animals are

2  visual and auditory; is that right?

3      A.   Well, the two as far as them being within

4  proximity, as far as their disruptions of stress and

5  stuff, it doesn't pertain to potential hazards of

6  something up in the sky that can fall on them if it --

7  if it, you know, goes awry.  That's a whole different

8  story.

9      Q.   Okay.  Has any drone fallen on any of the

10  animals since you've been employed at this Seaquarium?

11      A.   Thank God, no, they have not.

12      Q.   Okay.

13      A.   But the possibility is always there.

14      Q.   Okay.  Okay.  I'm just trying to see what sort

15  of the universe of issues are, right.  So I've got

16  visual, I've got auditory, and then the possibility of

17  physical contact.  Anything else?

18      A.   No.

19      Q.   Okay.  And I think you said that no drone has

20  ever fallen on an animal.  Has a drone ever fallen

21  anywhere else on the park?

22      A.   Not that I'm aware of, but I've only been here

23  for nine months.

24      Q.   Okay.  Has anyone ever told you that a drone

25  has fallen from the sky on any part of the Seaquarium



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   property?

2       A.   No.

3       Q.   Okay.  Okay.  So we're talking about -- and

4   again, we're talking about -- I think you were saying

5   that the size of the drone in effect -- can affect the

6   potentiality for harm on the animal, right?  We're on

7   the same page there?

8       A.   The -- the size, the sounds, the visual

9   appearance, all of those are stimulus added to the

10  environment that can cause behavioral effects, yes.

11      Q.   Okay.  What -- and so we're -- right now,

12  we're just talking about in general.  Now, I want to ask

13  you specifically for the three or four drones that you

14  observed.  How did those drones specifically affect the

15  animals at the Seaquarium?

16      A.   I wasn't -- by the time I was usually alerted

17  of a drone or saw them, by the time I would walk over to

18  the animal areas, they were usually in flight leaving or

19  already have left.

20      Q.   Okay.  Okay.  And then what -- so you've

21  arrived at an animal tank, or pool, or whatever sort of

22  the area is, right.  Sorry if I'm not using the right

23  nomenclature, but you arrive there, and the drone has

24  left or is leaving.  What would you do next to assess

25  the impact on the animal?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          A.   We would observe the animal to make sure it's

2    acting normal.  It's, you know -- it's -- if they're --

3    if they're in a session and obviously know the potential

4    of -- of their stressors, if they're casually swimming

5    around off session, then we -- we would observe their

6    behavior to see if there's any abnormal behavior they're

7    displaying.

8          Q.   Okay.  Have you ever observed an animal after

9    a drone flight engage in abnormal behavior?

10         A.   At Sea Life Park -- or at Sea Life Park,

11   sorry. That's my previous place.  At Miami Seaquarium, I

12   have not seen a drone over the pools directly while a

13   session has been going on.

14         Q.   Okay.  Do you know if anyone's ever documented

15   in a report or anything like that any behavioral issues

16   with any of the marine mammals due to a drone flight?

17         A.   I don't know off the top of my head if they

18   have or not.

19         Q.   Okay.  And we were talking about how the size

20   and, you know, the -- that there's different factors

21   that may account for the potentiality of harm.  Is it

22   also -- is it possible that a drone could have no

23   effect, no mal-effect on a marine mammal?

24         A.   You know, it depends on the personality,

25   animals, and their, you know, sensitivities to the



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   stimuli it brings both visually and auditorily to their

2   environment.

3       Q.   Okay.  And would it also affect -- would also

4   the height of the drone affect --

5       A.   Definitely.  It would affect --

6       Q.   -- affect that as well -- affect?

7       A.   Yes.  I mean, the proximity of the drone, be

8   it height or distance from the pool, and the, again,

9   intensity of the stimulus perception by the organisms

10  would affect or not affect their behavior, depending on

11  the proximities, yes.

12      Q.   Okay.  So it is -- yes, it is possible that a

13  drone could have no effect on one of the marine mammals?

14          MR. JONES:  Form.

15          THE WITNESS:  It is possible --

16          MR. JONES:  Go ahead and answer.

17          THE WITNESS:  It is possible, depending, again,

18      on the personality of the animal and the proximity

19      of the drone on particular animals.

20          BY MR. SLATER:

21      Q.   Okay.  Is there a -- are there any other

22  external stimuli that have effects on the animals at the

23  Miami Seaquarium?

24      A.   Yes.

25      Q.   Such as?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      A.    I mean, any new stimulus, be it auditory or

2   visual, can affect the animals, be it --

3      Q.    Okay.

4      A.    -- loud sounds or again, new visual stimuli

5   that they might encounter that they are not conditioned

6   or desensitized to, of course.

7      Q.    So, like, I'm just trying to think of some

8   examples.  Like, fireworks on the 4th of July, did that

9   have an effect on the animals?

10     A.    It could, yes.

11     Q.    Okay.  What about children, you know,

12  screaming outside of one of the animal exhibits?

13     A.    Well, because the animals encounter that

14  often, most of them, if not all of them, are

15  desensitized to that at this point.

16     Q.    Okay.  And so -- okay.  I understand that.  So

17  let -- let's -- we're talking about things in the air.

18  Birds?  Are there ever birds within the --

19     A.    Yes --

20     Q.    -- facility?

21     A.    Sorry.  Yes --

22     Q.    I'm just trying to think of other things in

23  the air, so birds?

24     A.    Birds and stuff, again, most of the animals

25  are desensitized to birds because they see and encounter

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  those birds every single day.

2      Q.   How do you know that?

3      A.   Because --

4      Q.   Not that they see them every day, but that

5  they're desensitized to them?

6      A.   Because they're not affected by them.

7      Q.   Okay.  But how do you know that any of the

8  animals have been affected by drones?

9      A.   Because it's a novel stimulus to their

10 environment, so the potential is highly there that it's

11 an unfamiliar stimulus to the environment.  Thus, it can

12 affect them, just like a loud sound can affect them that

13 they have not seen or been conditioned to.

14     Q.   And what is the basis for your -- for you

15 saying that?

16     A.   One, I mean, with all due respect, common

17 sense as a behaviorist.  For example, you know, we had a

18 tree trimmer come in here and was loud, and it disrupted

19 an animal, so we had to have it to stop.  I mean, it's

20 -- any -- any new --

21     Q.   Are you talking about experiential?

22          MR. JONES:  Wait, let him finish answering your

23     question.

24          THE WITNESS:  I mean, even with humans, any new

25     stimulus that we are unaware of can cause a fear or



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1        -- or escape response.  I mean, that's common.  We

2        see it in our children, we see it in ourselves, a

3        loud noise that we are not used to yet, if we hear

4        it every day, we become desensitized to it.  This is

5        -- this is normal behavior, including with humans.

6             BY MR. SLATER:

7        Q.   I -- I'm just asking, and I'm not trying to --

8    I just want to know what -- you know, is that -- I think

9    we're talking about maybe, you know, your -- an --

10   experiential understanding, but I'm asking if there's

11   any sort of scientific methodology that you're basing

12   this on, that they're not desensitized to these drones?

13            MR. JONES:  Form.

14            THE WITNESS:  Have they been -- well, again,

15       it's -- if they have not been exposed to certain

16       stimuli that are novel to them, it has the potential

17       of any organism to have an aversive response to it.

18       I mean, this -- I mean, if you want I can look up

19       scientific papers that show -- I mean, we use

20       desensitize methods for animals with a variety of

21       things to ensure that it's not aversive to them,

22       even -- even things -- we train them.

23            A lot of things, we train our animals is

24       through successive and active approximations in

25       which to desensitize novel stimulus that are a lot



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1       less, in my perception, invasive than a flying metal

2       object over their pool.  Even just, you know, with

3       young dolphins, we have to train more than one

4       person beside them in the water.  So yes, I am quite

5       certain and confident there's a plethora of

6       scientific studies relating to the need for

7       desensitization or aversive response to novel

8       stimulus in organism environments.

9            BY MR. SLATER:

10      Q.   Can you cite to any of those right now,

11   sitting here today?

12      A.   No, I cannot cite specific papers due to a --

13   a well-known, you know, animal response to new stimuli

14   in the environment.

15      Q.   When you are training an animal, are you

16   introducing new stimuli by virtue of training them?

17      A.   Yes.  We -- we do.  And a lot of the times,

18   many times, we take aberrant thought and care in which

19   to make sure that our animals are desensitized to them

20   and don't have aversive response to new stimuli.  That's

21   a lot of our job with our animals.

22      Q.   Are you -- and we're talking a lot of -- and I

23   just want to -- I want to make sure we're on the same

24   page.  I think we're talking about the possibility of

25   the animal not being desensitized to the drones.  But I


MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  want to ask: Is there any documented instance of a drone

 2  actually causing a change in one of the marine mammals

 3  at the Miami Seaquarium?

 4      A.   I would have to specifically look at

 5  documented -- and how much documented instances that

 6  they would have affected the animals.  And most -- most

 7  -- most of the time, any -- any stimulus that is causing

 8  effects to the animals, we try to put a stop to it right

 9  away, so it doesn't continue to happen.

10      Q.   Okay.

11      A.   But it's something I will put on my research

12  list, to find those documentations.

13      Q.   Are there any other -- let me actually --

14  let -- let's do this: I want to pull up --

15          MR. SLATER:  We'll mark this as Defense Exhibit

16      -- I need to renumber all my exhibits.  Let's see.

17      Let's call this Defense Exhibit 5.

18          (EXHIBIT 5 MARKED FOR IDENTIFICATION)

19          THE REPORTER:  Sure.

20          BY MR. SLATER:

21      Q.   I'm going to show you a document.  We've

22  labeled it Defense Exhibit 5.  Can you see my screen,

23  sir?

24      A.   Yes.

25      Q.   Okay.  Are you familiar with this document?
```

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     A.   I'm looking at it.

2     Q.   Okay.  You take your time.  I can scroll down.

3     A.   Yes, I am -- I am -- I am familiar with it,

4 yes.  Some of it.

5     Q.   Okay.

6     A.   But not intimately familiar with it.

7     Q.   Okay.  Are you -- so you're familiar with some

8 of it.  What are you familiar with about this USDA

9 Incident Report from 2022?

10    A.   I -- the trainers discussed it, and I briefly

11 looked over it because that occurred prior to me being

12 here.

13    Q.   Okay.  And I'm looking at -- on Page 1, this

14 is an inspection, right?  And there -- there's a note

15 here at the very top that says, "The ADAT consulted with

16 corporate trainers and the animal care specialist

17 manager to decrease the diets for nine out of 12

18 dolphins at Dolphin Harbor, and did not consult the

19 attending veterinarian of the facility.  This was a 60

20 percent cut to the dolphins' daily food rations and

21 resulted in very thin animals."  Do you see that?

22    A.   I do.

23    Q.   Okay.  Would cutting the diet of marine

24 mammals at the Seaquarium have a -- an effect on the

25 animals?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     Toll Free 855-MYDEPOS

1           MR. JONES:  Same objection regarding scope.  Go

2       ahead and answer, if you can.

3           THE WITNESS:  Would it have an effect on -- on

4       -- on what aspect?  Please repeat the question.

5           BY MR. SLATER:

6       Q.   Sure.  What would -- what effect would cutting

7   the diet of these dolphins by 60 percent have on them,

8   on their behavior, on their health?

9       A.   I wasn't here at that time.  I didn't know the

10  animals, and I didn't know the circumstances, so it's

11  hard for me to give concrete answers to these animals in

12  that particular situation because I don't all -- know

13  all the facts.

14      Q.   Based on your experience, I think we can

15  agree, you've been a trainer for over 20 years; is that

16  right?

17      A.   More than that, yes.

18      Q.   Based on your experience -- and I'm not

19  talking about these specific animals at the Seaquarium

20  here now. I'm talking about just based on your general

21  knowledge as a trainer who's been doing it for more than

22  20 years. Would a 60 percent cut to dolphins' daily food

23  rations have an effect on the animals?

24          MR. JONES:  Form.  Same objections.  Go ahead

25      and answer, if you can.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          THE WITNESS:  Yes, it would have an effect on

2      the animals.

3          BY MR. SLATER:

4      Q.   Okay.  What effect would that have, generally

5  speaking?

6      A.   Well, based on what nutrition needs, they --

7  they need, depending on their size, and girth, and

8  health requirements, a 60 percent cut would definitely

9  affect the nutrition that they're getting every day.

10     Q.   What about behavioral changes?  Would a

11 decrease in food quantity have the potentiality for

12 affecting animal behavior?

13         MR. JONES:  Same objections.

14         THE WITNESS:  It could affect -- it could have

15     an effect behaviorally, yes.

16         BY MR. SLATER:

17     Q.   Okay.  And I'm reading here on Page 6 of the

18 USDA report, it says at the very last paragraph, "The

19 food deprivation these dolphins were subjected to also

20 led to increased incidents of unwanted behaviors, such

21 as splitting or breaking from sessions, swimming over

22 ledges where guests may stand, sinking during lineups,

23 and aggressing against trainers."  Do you see that?

24     A.   Yes.

25     Q.   Okay.  What does, "splitting or breaking from



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1    sessions," mean?

2        A.   It's leaving the trainers -- the -- the

3    animals come to what we call station.  They sit in front

4    of the trainers for direction and for their rewards and

5    food. Splitting and breaking means they're leaving their

6    station with that trainer.

7        Q.   Okay.  And, "swimming over ledges where guests

8    may stand," I think that's pretty self-evident, right?

9    That means just leaving the area where they're supposed

10   to be; is that right?

11       A.   Uh-huh.

12       Q.   Okay.  "Sinking during lineups," what does

13   that mean?

14       A.   Sinking means they're going underwater from

15   staying at the surface.  What they mean by lineups, I'm

16   not sure.

17       Q.   Okay.  And, "aggressing against trainers"; you

18   see that?

19       A.   Yes.

20       Q.   Okay.  And have -- has there been any

21   aggressing against trainers since you've been at the

22   Miami Seaquarium with any of the marine mammals?

23       A.   Very few, but yes.

24       Q.   Okay.  I -- let me just make sure I have --

25   let me go to Page 4.  One second.  I'm trying to find

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  the thing I had flagged earlier to talk to you about.

2  Here we go.  At the bottom -- whenever you're ready,

3  sir.

4       A.   Uh-huh.

5       Q.   At the bottom of Page 4, "There was an

6  increase in the frequency of abnormal behavior, such as

7  regurgitation, mouthing, refusing control, that were not

8  communicated in a timely manner to the attending

9  veterinarian."  Do you see that?

10      A.   Yes.

11      Q.   Okay.  What is regurgitation?

12      A.   It's when they bring up broken-up chunks of

13  fish from their stomach out of their mouth.

14      Q.   Okay.  And why is that an abnormal behavior?

15      A.   It's an abnormal behavior because a majority

16  of the time, animals don't present that.

17      Q.   What about mouthing; what is that?

18      A.   Mouthing, I'm not sure the context of how

19  they're utilizing it in that -- in this particular

20  instance, because it's not one of my staff members, and

21  it would be a slang for something.  It could mean

22  mouthing a hand and mouthing a fish.  I'm not sure what

23  they reference in their context of that word in this

24  document.

25      Q.   Okay.  What could it mean?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.    It could be mouthing the hand of a trainer or

2  it could be mouthing the fish.

3    Q.    What would mouthing a trainer mean?

4    A.    It means they open their mouth and close it on

5  a body part, like a hand or a foot.

6    Q.    "Refusing control," what does that mean?

7    A.    It means not coming to station in front of the

8  trainer when they start a session or during a session.

9    Q.    And then I want to take you to Page 8, and it

10 looks like -- I'm going to read this to you.  It looks

11 like when they're talking about mouthing, the USDA,

12 they're talking about a body.

13   A.    Okay.

14   Q.    And let me just read this to you.  "Mouthing

15 any portion of an individual's body, hand or foot, can

16 be considered a precursor to more aggressive behaviors

17 that ultimately may lead to serious injuries to the

18 public."  Do you see that?

19   A.    Yes.  Yes, I do.

20   Q.    Okay.  So we just looked at the USDA incident

21 report, and that documented the effects of this 60

22 percent cut in the nutrition of those dolphins.  Am I

23 accurately describing what we just looked over?

24   A.    I would say that's accurate of what we looked

25 over, yes.



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Okay.  Is there any documentation like this,

2 either internal or through the United States Department

3 of Agriculture, to your knowledge, about the effect of

4 drone flights on the animals?

5    A.   Not to my -- my -- not to my specific

6 knowledge, no.

7    Q.   Okay.  Do you know if anyone in the company

8 has generated a report about the effect of drones on the

9 animals?

10    A.   Report meaning -- in what context do you mean

11 report?  Like --

12    Q.   Any written documentation, anything in writing

13 about the effect to the animals?

14    A.   To my knowledge, I'm not sure.  I -- I would

15 have to look into that.  And again, you have to realize

16 I've been with this company for nine months, so what has

17 taken place prior to me here might not be to my

18 knowledge.

19    Q.   Well, let's talk about what's been going on

20 since you've gotten there.  We just read about this

21 report from 2022.  Is the condition -- has the condition

22 for these animals gotten better since then?

23         MR. JONES:  Same objections.

24         THE WITNESS:  I --

25         MR. JONES:  Go ahead and answer.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          THE WITNESS:  I believe the animals' behavior

2      has gotten better.

3          BY MR. SLATER:

4      Q.   And what is the basis for that?

5      A.   I mean, they -- the animals' behavior in their

6  -- in what we want them to train and how they behave,

7  their -- and -- and what did you say?  What's the

8  question?  Please repeat.

9      Q.   Yeah, sure.  What -- how do you said that you

10 think their behavior's gotten better.  I'm asking how

11 you've ascertained that?

12     A.   I believe in sessions, when working with them,

13 their behavior has improved in relation to their

14 capabilities in their trust with the trainers, their

15 capabilities in -- in their overall motivation and --

16 positive motivation and attendance to the trainers,

17 their lower frustration thresholds with trainers, their

18 abilities with what they can do in sessions with the

19 trainers.

20     Q.   What about their health?  How has the health

21 of the animals been since you've -- has it gotten better

22 or worse since you've been with the Miami Seaquarium?

23     A.   Well, one, I wasn't here before I got here, so

24 that's hard to say.  What I do know is that we are

25 increasing weights on the dolphins.  So if it's -- or --



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

007559 Seddiqui Andrew 02-09-2023          Page 66

1  or increasing the amount of nutrients and fish they get,

2  more than ever dropping them.  We are able to do more

3  proactive medical husbandry behaviors because of the

4  training we're doing in which to assess their medical. I

5  don't -- can't really specifically, say, other than

6  those objective facts that I can look at and from

7  reports I have read, like you've shown me, that, you

8  know, it's -- it's better in terms of what their health

9  was prior.

10          But I can objectively look at the consistency

11 of increasing their diets, their lack of need or even

12 discussion of decreasing their diets, their capabilities

13 in working with the trainers for proactive medical care

14 and interactions, their lack of -- and decrease of

15 aggression activities that were, as you saw, documented

16 that, I think, show a dramatic decrease in those events.

17 So from the data when I started to -- as we continue to

18 develop those objective evaluations of how the animal's

19 doing, I can say.  But like I said, I can't really

20 comment on what I didn't see before April.

21     Q.   Okay.  Were unauthorized drones at the

22 Seaquarium -- were folks flying unauthorized drones in

23 the Seaquarium prior to you being employed there, to

24 your knowledge?

25     A.   I don't know.  I've never inquired about it,

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  but since that document did say "February" on it, they

2  must have been.

3      Q.   And since -- and I believe you said that

4  you've seen three or four drones in person at the

5  Seaquarium?

6      A.   Yes.

7      Q.   Do you know how many drones have flown on the

8  Seaquarium property that weren't authorized since you've

9  been employed with the Seaquarium?

10     A.   No, I do not.

11     Q.   Do you know how high those three to four

12 drones you said you saw you personally observed, do you

13 know how high they were flying?

14     A.   No.  I don't know how high they were flying.

15     Q.   More than 100 feet?

16     A.   I would say less than 100 feet, quite

17 honestly. But I --

18     Q.   Less than 10 feet?

19     A.   But, I mean, this is -- in fact, this is

20 opinion from seeing them from a distance.  I'm not going

21 to -- I -- I mean, I have a reference of what feet are,

22 yes.  But from a distance in relation to their size and

23 so forth, it's really hard to be a -- to give concrete

24 answers on their height based on distance away of -- of

25 an object of, you know, two to three feet in -- in

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   length.  I mean, from -- from human eye perception, you
 2   know, a -- a 20-foot drone would look like an ant 1,000
 3   -- you know, 7,000 feet away.  So it's hard for me to
 4   exactly reference their height distance and size, you
 5   know, just from visually looking from a distance.
 6          I can say, though, if I could see them over
 7   the trees and believed they were over, for example, sea
 8   lion, or pompanos, or killer whales, that my opinion in
 9   reference of their distance above the ground would -- or
10   the water and facility, which would be different at
11   killer whale, because that pool is above ground, you
12   know, by 30 or 40 feet, their closer proximity to thus,
13   the animal holding, would be, you know, a lot less than,
14   for example, that over pompanos, which is more into the
15   ground than above land.  So I would reference a few of
16   those sightings were under 100 feet, in my opinion.
17     Q.    Okay.  Did you hear the drones?
18     A.    Not from the distance I was away, no.
19     Q.    And how far away do you think you were?
20     A.    I would say in those occasions, because it's a
21   big park, and I'm all over the place at sometimes, I
22   would say, you know, between three to 900 yards.
23     Q.    I want to turn to some of the documents that
24   Plaintiff has produced.  And just -- I want to make sure
25   before I do that, that I'm clear on what you said.  You
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  said 300 to 900 yards or three to 900 yards?

2      A.   300 to 900 yards --

3      Q.   Okay.

4      A.   -- from my personal view of the few that I've

5  seen.

6      Q.   Okay.

7           THE WITNESS:  I want to show you what we're

8      what we're going to mark as Plaintiff's Exhibit --

9      or I'm sorry, Defendant's Exhibit 6.

10          (EXHIBIT 6 MARKED FOR IDENTIFICATION)

11          BY MR. SLATER:

12     Q.   Okay.  Can you see my screen?

13     A.   Yes.

14     Q.   Okay.  And you see -- these are Bates stamped

15  10 through 34.  And I'm just going to show you the first

16  one on Bates stamp -- on Plaintiff 10.  This says it's a

17  drone -- or, "from Aerial Armor Drone or zone."  Do you

18  see that?

19     A.   Yes.

20     Q.   "It's about a half-mile radius."  Okay.  Have

21  you ever received one of these e-mails?

22     A.   I have not.

23     Q.   Okay.  I see that this one is sent to your

24  lawyers.  Do you know if this -- these alerts are sent

25  to anyone at this Seaquarium?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

907599 Sederтом Andreу 02-09-2024       Page 8/2

1      A.   I have not seen that before, no.

2      Q.   Okay.

3      A.   And I don't -- I mean, I don't ask what other

4  people are -- if they're receiving drone alerts, if I --

5  don't know about.

6      Q.   Okay.  Let me -- before we talk about this

7  document, let me actually go back to -- let me actually

8  go back to the -- two exhibits ago.  The first response

9  to Interrogatories, Defense Exhibit 4.  Okay.  Can you

10  see my screen?

11      A.   Yes.

12      Q.   Okay.  And when we were talking about

13  Interrogatory number 2, and we went through some of the

14  dates and you had told me that you weren't familiar with

15  the dates of the drones, but these are the dates

16  according to the interrogatory that you -- that the

17  company said that they believe Mr. Demers flew a drone

18  over the Seaquarium property.  And when we get to

19  October 6th, you see that it says, "The following

20  occasions are identified pursuant to the information

21  gathered by way of the, Aerial Armor Alert system."

22      A.   Uh-huh.

23      Q.   "Collected above the Seaquarium in response to

24  defense action."  Do you see that?

25      A.   Uh-huh.



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   It identifies dates with times?

2      A.   Yes.

3      Q.   Okay.  So these are dates that the plaintiff

4  has identified -- that MS Leisure has identified that

5  Mr. Demers -- it believes Mr. Demers flew drones over

6  the Seaquarium property.  Can we agree on that?

7      A.   If that's what they say.  I know nothing about

8  Aerial Armor Alerts, but I can see the dates.  If you're

9  asking me that I see these dates on there, and those

10  were, indeed, reported by this, I can only say I see

11  those on paper stating that it was an Aerial Armor Alert

12  system.  And I don't know or work for that or have seen

13  those things, so I can trust that if it's on that paper,

14  it's fact.

15      Q.   Okay.  And I'm just trying -- what I'm trying

16  to do is, I'm going to go look at the -- we're going to

17  look at these alerts together.  And I just want to make

18  sure that before we do that, that you understand that in

19  the response to the interrogatory, these are -- these --

20  this Aerial Armor Alert system is how the plaintiff says

21  it gathered dates that it believes Mr. Demers flew

22  drones in these or those dates.  Can we agree on that,

23  that that's what this says?

24           MR. JONES:  Form.

25           BY MR. SLATER:

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        Q.   You can answer.

 2        A.   I -- yeah, if that's --

 3        Q.   Okay.

 4        A.   -- (audio cuts out) --

 5        Q.   Let's just go -- I'm going to go to what was

 6   Bates stamped in Defense Exhibit 6, 15.  Plaintiff's 15.

 7   Can you see it, this --

 8        A.   Yes.

 9        Q.   -- drone work?  Okay.  Now, I understand you

10   just testified that you're not really familiar with --

11   you have no familiarity, rather, with this system.  But

12   I -- we're -- I just want to go through it with you

13   because I want to understand -- you know, you're here to

14   talk about the effect of the drones.  I want to

15   understand based on where this alert is saying the

16   current location of the drone, how that current -- how

17   the -- how a drone of any size at that current location

18   would affect a marine animal at the Seaquarium, okay?

19        A.   Okay.

20        Q.   Okay.  So this location here, this is on Bates

21   stamp Plaintiff 15, and this is where it's calling the

22   drone flight in progress's current location.  I'm going

23   to copy it, and I'm going to pull it up on Google.  And

24   I've taken the liberty of already PDF-ing these, but I

25   want us to go through it so that we can agree that we're
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  doing this right.  So I've pulled up Google Maps.  Can

2  you see it on your screen?

3      A.   Yes.

4      Q.   Okay.  And I'm just copying -- you see I've

5  just copied it in the data, the location information

6  from that exhibit?

7      A.   Uh-huh.

8      Q.   Do you see that?  I'm going to hit enter,

9  okay? And you see here it's pulled up a red dot?

10     A.   Yes.

11     Q.   Okay.  I'm going to just -- okay.  And you see

12 here it shows 25 degrees by 44 and 18.5 north, and then

13 80 degrees by, you know, 9 and 56.4 west.  Do you see

14 that?

15     A.   Yes.

16     Q.   Okay.

17         MR. SLATER:  I am going to show you now -- I've

18     already just -- I'm going to show you what we --

19     what we've marked as Defense Exhibit 6A.

20         (EXHIBIT 6A MARKED FOR IDENTIFICATION)

21         BY MR. SLATER:

22     Q.   And this is going to correspond with that

23 Bates stamp that we just -- can you see it?

24     A.   Not yet.

25     Q.   All right.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

```
 1        A.   Yes --

 2        Q.   Let me know when you can see it.

 3        A.   -- it says -- it looks like it's loading.

 4        Q.   Okay.

 5        A.   James Slater has started screen sharing, but

 6   it just -- it's, like, a black screen.

 7        Q.   Okay.  Let me see here.  Yeah.  My -- it's my

 8   Adobe.  It's not responding.  Let me shut off Adobe.

 9   Ever since the new Adobe update, this is --

10        A.   Well --

11        Q.   -- always happens.  Okay.  One second.  Let's

12   take two.  Okay.  What about now?

13        A.   I see that, yes.

14        Q.   Okay.  Okay.  And so this is the same 25

15   degrees by 44 and 18.5 north, 80 degrees by 9 and 56.4

16   west?

17        A.   Uh-huh.

18        Q.   And we can see that the dot is in the same

19   place here --

20        A.   Yes.

21        Q.   -- across the Rickenbacker.  Do you see that?

22        A.   Yes.

23        Q.   One dot?  Okay.  And so that is the location

24   that was identified in the current location on that

25   drone alert on Bates stamp 15, okay?
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1        A.    Uh-huh.

2        Q.    Is that the Miami Seaquarium property there on

3   the north side of the Rickenbacker?

4        A.    I'm looking.  I'm trying to -- it says, "Miami

5   Seaquarium," and it does look like the -- yeah, it looks

6   like the toe of Virginia Key.

7        Q.    Right.  You can see, "Miami Seaquarium," here

8   on the -- on the Virginia Key on the, I guess, west

9   side, right?  We can see a dot -- a star that says,

10  "Miami Seaquarium?"

11       A.    Yep.

12       Q.    And then next is the Rosenstiel School, right?

13  The -- UM?

14       A.    Yep.  Uh-huh.

15       Q.    Okay.  And then across the Rickenbacker here

16  is the beach?

17       A.    Yep.

18       Q.    All right.  And this red is up on the other

19  side of the street.  Can we agree on that?

20       A.    Yes.

21       Q.    Okay.  Okay.  Is that across the Rickenbacker?

22  Does the Seaquarium have property on both sides of the

23  Rickenbacker?

24       A.    No.

25       Q.    Okay.  Would this red dot be on the



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900            www.MILESTONEREPORTING.com            Toll Free 855-MYDEPOS

SV7559 SeaQuarium Aranha 02-03-2024        Page 8/4

```
 1  Rickenbacker's property -- I mean, I'm sorry, the Miami

 2  Seaquarium's property?

 3      A.   Not to my knowledge.

 4      Q.   Okay.  How would a drone of any size at that

 5  location affect the animals at the Miami Seaquarium?

 6          MR. JONES:  Object to the form.  Go ahead and

 7      answer, if you can.

 8          THE WITNESS:  If it's -- if it's a drone,

 9      that's not very -- it -- if it's an average drone.

10      and the average sound and an average size, it would

11      not.

12          BY MR. SLATER:

13      Q.   Okay.  Let's go back to Defense Exhibit 6.

14  Okay.  So we were just looking at Bates stamp 16 -- or

15  15, sorry.  So now I want to direct you to Bates stamp

16  16 in Defense Exhibit 6.  Do you see this?

17      A.   Yep.

18      Q.   Okay.  And again, I'm going to plug in this

19  location -- the current location of the drone.  All

20  right.  And this is for October 9th at 6:46 p.m.  All

21  right.  So I'm going to take that, and we'll go back to

22  Google Maps.  Okay.  All right.  Let me know when you

23  can see my map.

24      A.   I can see a map.

25      Q.   Okay.  All right.  I'm going to put in the
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

807599 Sedition, Andrew 02-09 2024                    Page 77

```
 1  coordinates.  Okay.  Okay.  All right.  And we see this

 2  is 25 degrees, 43 minutes, 59.7 seconds north, 80

 3  degrees, 9 minutes, 31.6 seconds west.

 4       A.   Uh-huh.

 5       Q.   Okay.  And we can see here that the red dot

 6  where that -- where those coordinates are is here --

 7       A.   Uh-huh.

 8       Q.   -- on the screen.  Okay.  I'm just going to --

 9  just so that we have a good record here.  And we can

10  agree that's across the Rickenbacker from University of

11  Miami?

12       A.   Yes.

13            MR. SLATER:  Okay.  I'm going to pull it up as

14       Defense Exhibit 6B.  Okay.  All right.

15            (EXHIBIT 6B MARKED FOR IDENTIFICATION)

16            BY MR. SLATER:

17       Q.   And we -- can we agree that this -- the red

18  dot that I showed you on Google Maps is in the same

19  place as where it is on Defense 6B?

20       A.   Yep.

21       Q.   Okay.  Is that is that dot on the Miami

22  Seaquarium property?

23       A.   No, not to my knowledge.

24       Q.   Okay.  Okay.  It -- it's on the other side of

25  the Rickenbacker from the Miami Seaquarium --
```

**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.   Yeah.  Yeah.

2    Q.   -- property, correct?  And we've already

3 established that the Seaquarium doesn't maintain

4 property on both sides of the Rickenbacker; is that

5 right?

6    A.   I mean, I don't have the lease.  The property

7 details from my knowledge though, it's all on the other

8 side of the road.

9    Q.   Okay.  Well, let's let me ask this: So we

10 agree that the animals are kept on the other side --

11    A.   They are --

12    Q.   -- of the Rickenbacker from where that red dot

13 is, right?

14    A.   We -- yes, we can agree on that.

15    Q.   How -- can you tell me how a drone of average

16 size and sound would affect the Miami Seaquarium animals

17 based on its location identified with the red dot on

18 this map?

19    A.   It would not.

20        MR. JONES:  Form.  I'm sorry.

21        THE WITNESS:  That's okay.

22        BY MR. SLATER:

23    Q.   All right.  Let's go now to Defense Exhibit 6.

24 And now I'm at Bates stamp 17.  Can you see my screen?

25    A.   Yes.



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        Q.   Okay.  Bates stamp 17.  This is October 8,
 2   2023, 11:51 a.m.  Do you see that at the top?
 3        A.   Uh-huh.
 4        Q.   Okay.  Another drone flight in progress.  And
 5   then it identifies here the coordinates.  Do you see
 6   that?
 7        A.   Uh-huh.
 8        Q.   Okay.  I'm going to copy them back to Google
 9   Maps.  Okay.  Let me know when you can see my map?
10        A.   I see your map.
11        Q.   Okay.  And I've plugged in the coordinates,
12   and I'm going to zoom out.  Can you see that?
13        A.   Yep.
14        Q.   All right.  This is 25 degrees, 44 minutes and
15   16.8 seconds north, 80 degrees, 10 minutes, 16 seconds
16   west.  Okay.
17        A.   Uh-huh.
18        Q.   And we can see that -- I'm going to zoom in
19   here, that this is across from what looks like the MAST
20   Academy and the Miami Marine Stadium in -- somewhere
21   here in the bay?
22        A.   Yes.
23        Q.   Okay.  I'm going to now show you Defense
24   Exhibit 6C.
25             (EXHIBIT 6C MARKED FOR IDENTIFICATION)
```

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

007599 Solomon Andrew 02-09-2024          Page 80

1           BY MR. SLATER:

2      Q.    Okay.  Can we agree that the red dot here is

3   in the same location as what I just showed you on Google

4   Maps based on the coordinates I plugged in?

5      A.    Yes.

6      Q.    Okay.  Is that area in the ocean there, is

7   that part of the Miami Seaquarium property?

8      A.    No.

9      Q.    How would a drone of normal size and sound

10  affect the Miami Seaquarium animals based on the

11  location identified in this exhibit?

12          MR. JONES:  Form.  Go ahead and answer.  Sorry.

13          THE WITNESS:  It would not.

14          BY MR. SLATER:

15     Q.    Okay.  Is it possible -- looking at this map

16  of this Seaquarium here, looking at where the Seaquarium

17  is, is it possible for a drone of normal size and sound

18  outside the Miami Seaquarium property to have an effect

19  on the animals?

20     A.    It would depend on -- it would depend on,

21  again, if it's -- normal sound and size of the drones

22  I'm familiar with it depends on how close away from the

23  edge of the water to land it is.  If it's right on the

24  edge, it could affect some of the animals.  And again,

25  depending on the height, for example, at Flipper Stadium

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  or Pompano, if it's right along the sea wall and

2  hovering and it's a -- a good size drone, it could have.

3  But if you're talking about, you know, 100, 200 hundred

4  feet from -- from those -- from the -- the -- the sea

5  walls or the coast in general, other than maybe Flipper

6  and Pompano area, it most likely would not, if it was

7  that of a normal size and sound drone.

8       Q.   Oh, sorry.  Let's see.  We're going to go to

9  back to Defense Exhibit 6.  Okay.  This is Bates stamp

10  18.  Okay.  One second.  Sorry.  Can you see it?

11  Something happened to my screen.  Can you see my screen,

12  sir?

13       A.   Yep.

14       Q.   Okay.  Again, this is a drone alert, October

15  7, 2023, seven -- 7:08 p.m.; do you see that?

16       A.   Yep.

17       Q.   Okay.  Again, I'm going to look at the current

18  location of this drone flight.  I'm going to take the

19  coordinates and put them into Google Maps.

20            Can you see my map?  I haven't plugged them in

21  yet.

22       A.   Yeah.

23       Q.   Okay.  That's the last one we just looked at.

24       A.   Yep.

25       Q.   We hit -- okay.  So here we'll zoom out a

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1 little bit, and this is 25 degrees, 43 minutes, 50

2 seconds north, 80 degrees, 9 minutes, 31.8 seconds west.

3 Can we agree that this red dot is somewhere in the

4 middle of this bridge between --

5        A.   Yep.

6        Q.   -- Virginia Key and --

7             (OFF THE RECORD)

8             THE REPORTER:  All right.  On record.

9             BY MR. SLATER:

10       Q.   Okay, great.  All right.  When we -- before we

11 left off, Mr. Scullion, we were looking at a picture of

12 my Google Maps, and we were looking at the coordinates

13 for what was marked Plaintiff Bates stamp 18.

14            And we can see the red dot is sort of half --

15 maybe halfway on the Rickenbacker between Virginia Key

16 and Key Biscayne.  Do you see that?

17       A.   Yes.

18       Q.   Okay.  And I'm going to also pull that up on

19 what we've identify -- what we're marking as Defendant's

20 Exhibit 6D.

21            (EXHIBIT 6D MARKED FOR IDENTIFICATION)

22            BY MR. SLATER:

23       Q.   Okay.  Can you see it on my screen?

24       A.   Yep, yep.

25       Q.   Okay.  Would this be the same area that we



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1  just looked at on Google Maps?

 2       A.   Yes.

 3       Q.   Okay.  And is that with the Miami Seaquarium

 4  property?

 5       A.   It is not on --

 6       Q.   Okay.

 7       A.   -- (audio cuts out) -- property.

 8       Q.   And how would a drone of normal size and sound

 9  affect any of the animals at this Seaquarium based on

10  the location identified here in 6D?

11            MR. JONES:  Same objections.

12            THE WITNESS:  It would not.

13            MR. JONES:  Did you see that message regarding

14       your other colleague, James?  It was something about

15       Mr. Tarjan still trying to log in.

16            MR. SLATER:  Oh, I didn't realize.  Madam Court

17       Reporter, is he in the waiting --

18            THE REPORTER:  I just let him in.

19             BY MR. SLATER:

20       Q.   Okay.  6D.  Let me pull up now -- we'll just

21  do a few more of these.  So it was Bates stamp 18, let's

22  go back to Exhibit 6.  Okay.  And this is Bates stamp

23  19, and this is an Aerial Armor drone alert for October

24  7, 2023 at 6:08 p.m.; do you see that?

25       A.   Yep.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1    Q.   Okay.  Again, the drone flying progress.  This

 2  is called a -- it looks like it has the name of the

 3  drone, Mavic Mini 2.  Do you know anything about that?

 4    A.   I have no idea what that is.

 5    Q.   Okay.  All right.  All right.  I'm going to

 6  show you now -- I'm going to take those coordinates from

 7  Bates stamp 18.  And -- let's see here.  I'm going to

 8  pull back up my map, let me know when you can see it?

 9    A.   I can see it.

10    Q.   Okay.  I'm going to plug in the new

11  coordinates in.  And this sort of looks like what we

12  looked at earlier, right?  Somewhere on the dog beach

13  here off in the water; do you see that --

14    A.   Yes.

15    Q.   -- the red dot?  Okay.  And let me pull up

16  Defense Exhibit 6E.

17         (EXHIBIT 6E MARKED FOR IDENTIFICATION)

18         BY MR. SLATER:

19    Q.   Okay.  Does that look, on Defense Exhibit 6E,

20  like where we were just looking on Google Maps where the

21  red dot is?

22    A.   Yes.

23    Q.   Okay.  And I think we can agree that, that is

24  not the Miami Seaquarium property; is that right?

25    A.   That's correct.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   And how would a drone of normal flight, size,

2   and sound affect any of the Marine mammals at the Miami

3   Seaquarium based on this location?

4      A.   It would not.

5      Q.   Okay.  Let's go back to Defense Exhibit 6.

6   Okay.  We're just going to scroll down now to the next

7   drone alert on Bates stamp 20.  This is from October 6,

8   2023 at 7:05 p.m.  Do you see that?

9      A.   Yep.

10     Q.   Again, a Mavic Mini 2.  And I'm going to take

11  the coordinates here trying to make quick work of this,

12  sir.  We'll go back to Google Maps.  Let me know when

13  you --

14     A.   I see your map.

15     Q.   All right.  I'm going to input -- okay.  This

16  is 25 degrees, 44 minutes, 5.1 seconds north, 80

17  degrees, 10 minutes, 7.8 seconds west.  We can see here,

18  I think you'll agree this is off in the ocean off of the

19  Miami Seaquarium; is that right?

20     A.   That is correct.

21     Q.   Okay.  I'm going to pull this up in what we've

22  marked as Defense Exhibit 6F.

23          (EXHIBIT 6F MARKED FOR IDENTIFICATION)

24          BY MR. SLATER:

25     Q.   In this exhibit, is the red dot in the same

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

897599 Sedation Andrew 02-09-2024        Page 86

1    location as what we just looked at on my map?

2         A.   Yes.

3         Q.   Okay.  How would a drone of normal size and

4    sound affect any of the marine mammals based in that

5    location, if at all?

6         A.   It would not.

7         Q.   Okay.  Let's go back to Defense Exhibit 6.

8    We're just going to go down now to the next drone alert

9    on what was marked Bates stamp 21, Plaintiff's 21.

10             October 6, 2023, 9:40 a.m. drone flight.  Do

11   you see that at the top?

12        A.   Yes.

13        Q.   Okay.  This is a Mini 3 Pro.  Do you know what

14   size that type of drone would be?

15        A.   I do not.

16        Q.   Okay.  I'm going to take the coordinates

17   again. We'll go back to my map.  Let me know when you

18   can see my map.

19        A.   I can see the map.

20        Q.   Okay.  I'm going to input those new

21   coordinates, and we can see here we're, again, across

22   the street in this sort of cove.  Do you see that?

23        A.   Yes.

24        Q.   Okay.  I'm going to pull that up now as

25   Defense Exhibit 6G.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1          (EXHIBIT 6G MARKED FOR IDENTIFICATION)

2          BY MR. SLATER:

3     Q.   Let me know when you can see my screen?

4     A.   I can see your screen.

5     Q.   Okay.  Would this -- would the red dot on

6  Defense Exhibit 6G, is it at the same location that we

7  just looked at on Google Maps?

8     A.   Yes.

9     Q.   Okay.  And we can agree this is not the Miami

10  Seaquarium property over here?

11     A.   Agreed.

12     Q.   Okay.  And how would a drone of normal size

13  and sound affect any of the animals at the Miami

14  Seaquarium based on this location, if at all?

15          MR. JONES:  Same objections.

16          BY MR. SLATER:

17     Q.   You can answer, sir.

18     A.   It would -- it would not.

19     Q.   Okay.  Let's go back to Defense Exhibit 6.

20  This is Bates stamp Plaintiff 22 at the bottom.  Another

21  drone alert, this one is from October 11, 2023.  Do you

22  see that at the top?

23     A.   Yes.

24     Q.   Okay.  Again, a Mini 3 Pro, it looks like.

25  And I'm going to enter the coordinates.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              We'll head back to my map, and let me know
 2    when you can see my screen.
 3        A.   I can see your screen.
 4        Q.   All right.  I'm going to input that.  And it
 5    looks like the red dot here is, again, at the MAST
 6    Academy in the field.  Can we see that?
 7        A.   Yes.
 8        Q.   Okay.  I'm going to pull that up as Defense
 9    Exhibit 6H.
10              (EXHIBIT 6H MARKED FOR IDENTIFICATION)
11              BY MR. SLATER:
12        Q.   Let me know when you can see my screen.
13        A.   I can see your screen.
14        Q.   Okay.  And we -- we've already ascertained
15    that, that is on the school property across the street
16    from the Seaquarium, correct?
17        A.   Yes.
18        Q.   Okay.  And how would it -- how would a drone
19    of normal size and sound affect any of the marine
20    mammals in the Seaquarium based on the location
21    identified in this exhibit, if at all?
22              MR. JONES:  Same --
23              THE WITNESS:  It would not.
24              MR. JONES:  Same objection.  Go ahead and
25       answer.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1            THE WITNESS:  It would not.

2              BY MR. SLATER:

3       Q.   Okay.  All right.  I'm going to try to make

4  haste of the remaining ones here.  And it looks like

5  that is the end.  I'm just seeing weekly summaries after

6  that and some images that I don't think we were -- we

7  have been provided yet.  But let me go back to the

8  actual in-flight progress reports.  So I think I started

9  at 15, and I think this starts at 10.  So let's just go

10  through the last few together on Google Maps.  So again,

11  I'm on Defense Exhibit 6, Bates stamp 10.  We will pull

12  up Google Maps.  Okay.  Let me know when you can see my

13  map.

14       A.   I can see your map.

15       Q.   And here at 25 degrees, 43 minutes, 55.4

16  seconds north, 80 degrees, 9 minutes, 39.2 seconds west,

17  we can see that the red dot appears to be at the start

18  of the bridge just off of the Miami -- University of

19  Miami Rosenstiel School property.  Does that look right

20  to you?

21       A.   Yes.

22       Q.   Fairly describing where that red dot is?

23       A.   Yes.

24       Q.   Okay.  And that is not on the property of the

25  Miami Seaquarium, correct?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   A.   Correct.

2   Q.   Okay.  How would a site -- or would a --

3   sorry, would a drone of normal size and sound affect any

4   of the marine mammals at the Seaquarium based on the

5   location that we pinpointed using these coordinates?

6        MR. JONES:  Same objection.  Go ahead and

7     answer.

8        THE WITNESS:  No.

9        BY MR. SLATER:

10   Q.   Okay.  Let's go back to Defense Exhibit 6.

11   And I am just going to go down now to Bates stamp 11.

12   This is October 17, 2023 at 6:35 p.m.  I'm going to take

13   the coordinates 25, 73, 2.  Right.  And then we'll go to

14   Google Maps.  Okay.

15        All right.  And I'm going to input those new

16   coordinates.  Let me know when you can see my screen.

17   A.   I can see your screen.

18   Q.   Okay.  And can we agree that the red dot where

19   this -- where the drone report indicates where the

20   coordinates of the drone is in the ocean outside of the

21   -- off of Virginia Key?

22   A.   Yes.

23   Q.   Okay.  In the bay here?

24   A.   Yes.

25   Q.   Okay.  Okay.  And would a drone of normal size

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

007559 Sculliton Andrew 02-09-2024          Page 32

1  and sound affect any the Miami Seaquarium marine mammals

2  based on the coordinates we've identified here?

3      A.   No.

4      Q.   Okay.  Just a few more.

5          MR. JONES:  Same objections.  I don't think my

6      microphone picked it up.

7          BY MR. SLATER:

8      Q.   Okay.  All right.  We're on Bates stamp 12.

9  I'm going to take a copy of these coordinates.  This is

10 October 15, 2023 at 6:46 p.m.  And I'm going to input

11 them now.  44 minutes, 12.5 seconds north, 80 degrees,

12 10 minutes 0.6 seconds west.  And it looks like we are

13 in the beach parking on the same side of the

14 Rickenbacker as the Seaquarium.  Just -- it looks like

15 just away from the Seaquarium's parking lot.  Would you

16 agree on where that is -- on my description of where

17 that is?

18     A.   Yes.

19     Q.   Okay.  What would a drone flying at that

20 coordinate -- at those coordinates of normal size and

21 sound have any effect on the marine mammals at the Miami

22 Seaquarium?

23         MR. JONES:  Same objections.

24         THE WITNESS:  No.  No, they wouldn't.

25         BY MR. SLATER:

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

007509 Sedation Andrew 02-05-2025                    Page 92

1          Q.   Okay.  I heard you, sorry.  I'm just moving on

2     to the next one.  Sorry.  All right.  This is Bates

3     stamp 13 on Defense Exhibit 6.  I'm going to take the

4     coordinates.  This is October 15, 2023 at 6:37 p.m.

5              All right.  Let me know when you can see my

6     screen.

7          A.   I can see your screen.

8          Q.   Right.  I'm going to input these coordinates,

9     and it looks like it has now taken us over to the Miami

10    Rowing Center -- the Miami Rowing Club, across the

11    Rickenbacker here and a little further inland from this

12    Seaquarium.  Would you agree on my assessment of where

13    those coordinates are?

14         A.   Yes.

15         Q.   Okay.  Would a drone flying at those

16    coordinates of normal size and sound have any effect on

17    the marine mammals at the Miami Seaquarium?

18              MR. JONES:  Same objections.

19              THE WITNESS:  No.

20              BY MR. SLATER:

21         Q.   Okay.  All right.  Just two more, and then

22    we'll turn to some other questions.  Or actually just

23    one more.  This is Defense Exhibit 16 -- or sorry, 6.

24    Bates stamp 14.  This is the last one, October 15, 2023

25    at 3:40 p.m., a Mavic Mini 2.  Do you see that?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.   Yes.

2      Q.   And then I'm going to input these coordinates

3  into Google Maps.  Okay.  Let me know when you can see

4  my screen.

5      A.   I can see your screen.

6      Q.   Okay.  All right.  And here, it's taken us to

7  -- it says, "Darwin Beach."  This looks similar to one

8  we've already looked at, which is just at the end of the

9  University of Miami property on the bridge headed

10  towards Key Biscayne.   Would that be an accurate

11  description of where these coordinates are?

12      A.   Yes.

13      Q.   So not on the Miami Seaquarium property?

14      A.   It is not.

15      Q.   Okay.  And again, would a drone of normal size

16  and sound flying at those coordinates have any effect on

17  the marine mammals at the Miami Seaquarium?

18      A.   No.

19          MR. JONES:  Same objection.

20          BY MR. SLATER:

21      Q.   Okay.  Let me actually stay on Google here,

22  because we were talking about some of these drones.  I

23  think one was the Mavic Mini 2.  And I'm just Googling

24  what it looks like.  Let me actually see if we can do

25  some images to see if we can -- it looks like here



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  there's a picture of someone holding it folded up in

2  their hand -- palm of their hand.  Do you see that?

3      A.   Yes.

4      Q.   Okay.  Would something that size be what we're

5  describing as like a normal size drone, or are you

6  thinking about something bigger or smaller than that?

7      A.   It's between one and three feet.

8      Q.   Okay.  So a drone between one and three feet

9  is what's we're saying --

10     A.   That's -- that's what I, in my personal

11 experience in life, is -- that's an average size.

12     Q.   Okay.  Just bear with me a minute.  I want to

13 show you -- have you reviewed the complaint in this

14 lawsuit?

15     A.   Hold on.  What did you say?

16     Q.   The complaint.  Have you reviewed the

17 complaint?  It's a document that states what the claims

18 are in the lawsuit.  Have you reviewed that?

19     A.   I'm aware --

20         MR. JONES:  Don't -- yeah, and don't talk about

21     stuff with your lawyers, but go ahead.  Other than

22

23 that --

24         BY MR. SLATER:

25     Q.   No, I'm not asking what anyone said about it,

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  I'm just -- have you looked at it?

2       A.   Not the full extent.  I'm only aware that it

3  was in reference to drones and low flying helicopters

4  over property and the animals here at the --

5       Q.   All right.  I'm sorry.  I didn't mean to cut

6  you off.  You can -- you can finish.

7       A.   No, that was it.

8            MR. SLATER:  Okay.  I want to pull up the

9       proposed Amended Complaint in this case.  Let me

10      just drag it over here.  One second.  And this will

11      be Defense Exhibit 7.

12           (EXHIBIT 7 MARKED FOR IDENTIFICATION)

13           BY MR. SLATER:

14      Q.   Okay.  Let me know when you can see my screen.

15      A.   I can see your screen.

16      Q.   Okay, great.  All right then.  So have you

17  looked at this document before?

18      A.   No.

19      Q.   Okay.  I want to direct you to Paragraph 15 on

20  Page 3.  It says -- and this is the Miami Seaquarium

21  that the -- MS Leisure's Complaint.  "The Seaquarium

22  itself keeps a drone on the premises, and has frequently

23  used drones to fill promotional content for the park and

24  conducts land mapping of the surrounding marina."  Do

25  you see that?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

907599 Sullivan, Andrew 02-09-2024       Page 96

```
 1      A.   Yes.

 2      Q.   Would the Seaquarium filming content on the

 3 property have an effect on the animals?

 4      A.   It's dependent on how close they are in

 5 proximity and distance from our animal populations.

 6      Q.   Okay.  I want to show you a video.

 7           MR. SLATER:  We'll mark this as Defense Exhibit

 8 8.

 9           (EXHIBIT 8 MARKED FOR IDENTIFICATION)

10           BY MR. SLATER:

11      Q.   And this is an Instagram video, and I can

12 represent to you -- let me actually pull it up on

13 Instagram first, and then we'll show you the video that

14 I have that we downloaded.  Okay.  Bear with me.  Okay.

15 I'm going to show you an Instagram Reel.  Can -- let me

16 know when you can see my screen.

17      A.   I can see your screen.

18      Q.   All right.  And this is at instagram.com/reel/

19 -- oh, goodness.  CI4QGH -- oh, I didn't realize case

20 sensitivity matters.  So CI4QGHhbXtd/.  Let me actually

21 see if that -- okay.  Okay.  Can you see it now?

22      A.   Yes.

23      Q.   And it's -- do you see here, it's

24 miamiseaquarium_?  Do you know if that's the Miami

25 Seaquarium's Instagram account?
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1       A.   I don't know what Miami Seaquarium's Instagram

2   account is.

3       Q.   Okay.  Well, let me see.  No, not logged in.

4   Okay.  Well, let's look at it, and let me know if this

5   looks like it's the Miami Seaquarium property, the

6   video.  Does that look like it's a video taken at this

7   Seaquarium?

8       A.   Yes, it does.

9       Q.   Okay.  Let me see if -- okay.  And I just went

10  to instagram.com/miamiseaquarium_/, and you -- well, you

11  see here, it says "Miami Seaquarium".

12      A.   Yes.

13      Q.   Okay.  And then there's a link here to other

14  Miami Seaquarium links, like the website.  Do you see

15  that?

16      A.   Uh-huh.

17      Q.   And is this the logo here for the Miami

18  Seaquarium?  The orange with the --

19      A.   I'm familiar with it being in blue, but --

20      Q.   Okay.  And we can see it in blue here below

21  that?

22      A.   Yeah.  Yes.

23      Q.   Okay.  Okay.  Let us -- I'm going to show you

24  that video, that -- what the kids call the reel that we

25  just watched.  We downloaded it, and it's going to be

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

007559 Sedition Andrews 02-09-2024        Page 98

1    Defense Exhibit 8 and -- all right.

2            I want to -- it's a minute and 12 seconds.

3    Let's watch it together, and then I want to talk about

4    it.  Okay.  Okay.  Let's go back to specific instances

5    in this video.  Let's see if I can -- I'm going to turn

6    the sound off so you don't catch me dancing throughout.

7    Okay.  I want to start with the initial footage here.

8    Okay.  You see the drone coming up?

9        A.   Uh-huh.

10       Q.   Is that -- is that around -- here, I'm at

11   second -- 4 seconds in.  Do you know if that's around

12   the height you were referring to when you saw some of

13   the other drones?

14       A.   Yes.

15       Q.   Okay.  Okay.  And then here, I'm just -- it

16   looks like the drone is at 18 seconds.  You can see --

17   can you see this sort of -- I don't know what we'd call

18   it.  This sort of, like, concrete bank?

19       A.   Yes.

20       Q.   Do you see there's like a -- do you see a

21   shadow?

22       A.   A shadow.

23       Q.   Shadow of a drone?

24       A.   Yes.

25       Q.   Okay.  Can you see how it's -- how it's right



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Jos759 Sedition, Andrew 02-09-2023          Page 99

```
 1   there?  Okay.  Do you know how high up you think this
 2   drone is right now?
 3        A.   I can't --
 4        Q.   (audio cuts out.)
 5        A.   I can't say based on shadow and -- and even
 6   camera.  Is it -- is -- well, I don't even know the
 7   camera.  Does it have a telescope lens, like that in
 8   comparison to what I've seen before?  I'm not a drone
 9   expert in what cameras are on there, so it's hard for me
10   to say the height and distance and so forth.
11        Q.   Have you ever flown a drone before?
12        A.   No, actually I have not.
13        Q.   Okay.  Have you ever observed someone flying a
14   drone, observed them operating?
15        A.   I have -- I have observed someone operating
16   them, yes.
17        Q.   Okay.  When you were observing someone
18   operating the drone, were you able to tell based on
19   their remote control system, how high the drone was or
20   anything like that?
21        A.   I never looked at their -- either from what I
22   understand, their control panel or their phone connected
23   to the controller to see what they saw.
24        Q.   Okay.
25        A.   Again, I am not a drone fanatic.  I see people
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1  flying them, but I don't sit and observe what they're

2  doing and neither do any of my friends have drones.  So

3  I'm not an expert on the proximity of the camera,

4  quality of the -- the stuff.

5      Q.  Okay.

6      A.  If this is a scope lens, I wouldn't know how

7  close they are to the animals.  You know, is it a --

8  yeah, so it's hard for me to really judge distance,

9  height, closeness.  I mean -- and even by the shadow,

10 I'm not sure what kind of drone this is.  So yeah, I

11 wish I could --

12     Q.  Well let's -- let me ask you a question.

13 Let's assume that this is ten feet above the ground,

14 just for sake of a hypothetical.

15     A.  Yes.

16     Q.  Would that -- would a drone flying ten feet

17 from these flamingos have a -- an effect on them?

18     A.  It could, yes.

19     Q.  All right.  And then let's keep watching.

20 Okay.  Here, we're at the -- I guess -- I don't know if

21 this is some sort of cove with the rays.

22     A.  Uh-huh.

23     Q.  Do you see that at second 28?  Okay.  And we

24 see the drone is at -- around there.  We're not looking

25 down, right?  We're looking straight at the animals.  Do

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  you see that?

2      A.   We are looking down on the animals.  At --

3  right there, we're above them, looking down.

4      Q.   Okay.  Okay.  Would a drone flying like this

5  have any effect on those animals?

6      A.   It depends on how long it hovers over the

7  animals.  With these animals being under water, they

8  probably wouldn't hear it.  It looks like -- I'm not

9  sure if it's over the -- if it's over the walkway in

10 this photo, depending on the -- again, the camera and

11 lens or if it's actually over the water.

12         These are stingrays.  So if it's over the

13 water, like I said, I can't tell if it's directly over

14 the water or not, but them being underwater, they most

15 likely wouldn't necessarily hear a small drone.  And

16 again, the -- the time the drone would spend over their

17 facilities is also dependent on how much it could affect

18 their behavior aversely.

19     Q.   Okay.  So it's possible in this video that

20 we're watching here around timestamp 29 seconds, that

21 whatever this drone was doing, would have no effect on

22 any of those animals, right?

23         MR. JONES:  Form.  Go ahead.

24         THE WITNESS:  I would have to observe the

25    animals with that drone myself to make such a

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      statement.

2            BY MR. SLATER:

3      Q.   Okay.  And you said that they're underwater,

4  so it's possible they -- they're not hearing the drone?

5      A.   Yes.

6      Q.   Okay.

7      A.   It's possible they're hearing an average

8  drone. If it's a quiet one that -- you know, or a -- one

9  that makes that little buzzing sound, it's a possibility

10  they wouldn't hear it underwater.

11      Q.   Okay.  And marine mammals also spend time

12  underwater, right?

13      A.   They do.  Well, depending on the marine

14  mammal. Cetaceans spend both time above and -- above --

15  above and below the water.  Sea lions spend an exuberant

16  amount of time on land.

17      Q.   Okay.  But for Cetaceans, for example, in

18  order to determine whether they were above or under

19  water, when a drone was flying in their vicinity, you'd

20  have to -- could we agree that you would -- that the

21  best way to measure that would be what -- measure

22  whether there's a harm is by observing where they are,

23  whether they're above or underwater?

24      A.   Above and underwater but there's also the

25  visual.  It's also a visual with -- with -- with

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  dolphins and sea lions.  It's also visual as far as how

2  the visual stimulus would affect them, as well as the

3  auditory.

4      Q.   Okay.  And again, I guess if no one's observed

5  whether they've been looking at a drone or whether they

6  were above water, would you have any way of knowing what

7  the harm is?

8          MR. JONES:  Form.

9          THE WITNESS:  We -- if -- if they were below

10      the water and we were observing them, we could -- we

11      could tell based on the behavior they displayed,

12      whether it was a stimulus that caused anxiety to

13      them and stressors to them compared to it not being

14      in the environment.

15          BY MR. SLATER:

16      Q.   Has anyone -- and I think I understand from

17  our earlier conversation, no one, to your knowledge, has

18  recorded anything indicating that any of the animals

19  have had anxiety due to a drone flight; is that right?

20      A.   Specifically at Miami Seaquarium, I would have

21  to go back into the records and look.  Specifically with

22  Miami Seaquarium, as far as my personal experience, I've

23  seen it.

24      Q.   Okay.  Wait, you said it -- as far as your

25  personal experience, you've seen it?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1      A.   From other facilities?  Yes.  We've had --

2      Q.   Okay.  Some other facilities --

3      A.   -- facilities --

4      Q.   But not at the Miami Seaquarium?

5      A.   Not to my knowledge of me personally seeing it

6   myself, and I would have to double check records and so

7   forth to see how -- what -- what they've stated as far

8   as problems with the animals would be off session or on

9   session.

10     Q.   And let me be clear here.  Today you're

11  testifying not in your individual capacity, sir, but as

12  a representative of the company.  So my question isn't

13  whether you sitting here today as an individual, have

14  specifically identified any of those harms, it's whether

15  the company has.  And so has the company identified any

16  harms to these animals based on drone flights?

17     A.   No.

18     Q.   Okay.  Let me -- let's talk about -- and I

19  think you also said that you were going to talk about

20  harms to -- I'm sorry -- impact to people as well; is

21  that right?

22     A.   The potential harm toward people, yes.

23     Q.   Okay.  I'm more interested now in knowing any

24  actual harm that these drones have caused any of the

25  people that have been to the Seaquarium.  Have -- has
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Scarlton, Andrew 02-09-2024                    Page 105

```
 1   the company documented anyone's complaints about harm

 2   they suffered from a drone flight at the Seaquarium?

 3       A.   No.

 4       Q.   And when I say that, I'm not just speaking

 5   about customers.  Employees, as well.  Has any customer

 6   complained?

 7       A.   No.

 8       Q.   Any employee complaints?

 9       A.   Not -- not to my knowledge, no.

10            THE WITNESS:  Could -- could I ask a question?

11       Is that possible?

12            MR. JONES:  No.

13            MR. SLATER:  No.

14            MR. JONES:  This is the rules just allow Mr.

15       Slater ask questions, but if you need clarification

16       on any question that he asks, you can ask Mr. Slater

17       to clarify it.  Like, if you're unsure about one of

18       his questions or if you think it's attorney client

19       issues, you can answer whatever question is pending

20       and then you and I can take a break and talk.

21       That's what we're here to do.

22            THE WITNESS:  Okay.  Sounds good.

23            MR. JONES:  All right.

24         BY MR. SLATER:

25       Q.   I just want to -- I think we had talked over
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

507599 Sedition Andrew 02 09 2024                    Page 106

1  each other when we were talking about document --

2  documented complaints, because I was talking about both

3  employees and customers.  So I just want to be clear for

4  the record.  It's my understanding from what you just

5  testified to, that no customer has complained about any

6  harms from a drone flight.  Is that what you said, sir?

7      A.   Not to my knowledge.

8      Q.   Okay.  What about an employee?  Has any

9  employee complained about any harms caused by drones?

10     A.   Physical harm or annoyance?  Annoyance, yes.

11 Physical harm, no.

12     Q.   Okay.  Annoyance.  What does that mean?

13     A.   Annoyed that a drone is flying overhead.

14     Q.   Okay.  Has anyone filed a complaint, or an

15 incident report, or any kind of documentation like that;

16 do you know?

17     A.   Not to my --

18     Q.   Okay.  What date did -- what is the name of

19 any of these employees who have complained about

20 annoyances?

21     A.   I don't record dates and -- and employees

22 based on annoyances.

23     Q.   Okay.  And is this every drone or what are we

24 talking about?  Is there a specific drone that was

25 causing annoyance or is this anytime there's a drone?



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1        A.    It's not every and any drone because I don't

2   believe I would be so well versed on knowing -- many of

3   those drone things that you even just witnessed are not

4   -- you know, times I might be here, I'm just referencing

5   that I have had employees -- employees state, they were

6   annoyed for whatever reason that a drone's flying over

7   the park.

8        Q.    Okay.

9        A.    Do I record annoyance I have?  No.  Do I

10  record the dates of every annoyance?  It would take a

11  3000-foot library to record that as a manager.

12       Q.    What do you mean by that?

13       A.    I mean that I -- I get -- I hear a lot of

14  statements, both personal and professionally, about

15  annoyances here and there.  But if we're talking

16  specifically, if an annoyance is a harm, then yes, I've

17  heard people mention that they're annoyed that a drone's

18  flying overhead.

19       Q.    Okay.  But sitting here today, you can't tell

20  me the names of those employees?

21       A.    No, not off the top of my head.

22       Q.    And I -- not off the top of your head, but I

23  also understand that it's not written down anywhere that

24  these folks complain of an annoyance; is that right?

25       A.    No, but I can always look in my reports to see



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1  where it might be mentioned.  If --

2      Q.   What notes are you referring to?

3      A.   What's that?

4      Q.   You said you would have to look at your notes?

5      A.   I would -- I could easily go to see if they

6  were recorded.  I can't mention off the top of my head

7  if they are.

8      Q.   Has anyone searched those notes to see if

9  you've recorded anything about annoyance or complaint?

10     A.   I have not searched for them, if that's what

11 you're asking.

12     Q.   Okay.  Was anyone -- has anyone asked you to

13 search for them?

14     A.   No.

15     Q.   Okay.  Did anyone tell you what the annoyance

16 was?  Was it the sight of a drone?  Was it hearing a

17 drone?  Is there something specific that you remember?

18     A.   No, just that they were annoyed.  I would

19 assume --

20     Q.   Okay.

21     A.   -- most likely due to concerns of -- for the

22 animals.

23     Q.   Okay.  So were they -- were -- was it annoying

24 them, or was there -- were these concerns about the

25 animal welfare, or do you not know?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

1      A.   I do not know.

2      Q.   Okay.  And you mentioned, I think you said it

3  would take you, what, 3000 -- I think -- did you say

4  3000 pages to fill up all the annoyances that you --

5  that folks complain about?  Is that -- am I accurately

6  stating what you said?

7      A.   Yeah.  I -- I hear a lot of complaints in my

8  job from everything, as I'm sure you do.

9      Q.   Okay.  Like what?

10      A.   Oh, that they're tired that their pizza was

11  burnt.  I mean, you're asking about all the annoyances I

12  hear from my employees?

13      Q.   Okay.  I'm just trying to get a sense of, you

14  know, how -- you know, what an annoyance is, right?  Is

15  it something serious, not serious?  To me, pizza being

16  cold or burnt is trivial.

17      A.   Well, you're asking me about -- telling you

18  the annoyances that I have to hear daily in my job.

19      Q.   Well, I understand that.  And I'm just trying

20  to get a sense of, you know, what -- where they sort of

21  land on a scale of, you know, trivial to serious.  And

22  so it sounds like -- it sounds like we're talking about

23  a lot of trivial.  Is that what you're saying, that

24  these are a lot of trivial things you're hearing?

25      A.   I -- we're talking about annoyances.  That's



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  the topic.  Now, we want to rate how annoying?  I don't

2  bring an annoyance meter out with me when I talk to the

3  staff.  But if we're talking about annoyances, I'm

4  telling you, I hear a -- a lot of annoyances in my job

5  running the animal programs here at Miami Seaquarium. In

6  terms of drones specifically since that's the topic,

7  yes.  And it's annoyance -- it -- statements of

8  annoyance by my staff have been given, I would assume

9  then because they are trainers, it's in reference to the

10  animals and their concerns for the animals on -- that a

11  drone is in the park.  For what --

12      Q.   But no one's told you that, right?

13      A.   What's that?

14      Q.   But no one's told you specifically, that's why

15  they -- were going -- coming to you with the drone

16  issues?

17      A.   Well, me being the director of animal

18  management and them stating that, I can assume it's

19  because of their concern for the animals and drones on

20  property.

21      Q.   And I'm just trying -- have you ever asked

22  anyone if that's what they were concerned about?

23      A.   No.  It's more of an assumption that if one of

24  my trainers are telling me they're annoyed by a drone,

25  it would be of such capacity.  But I don't think every

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1  time -- or I don't -- how should I word this?  I don't

 2  recall specifically saying, "Are you specifically

 3  annoyed because of the health and welfare of the

 4  animals," off the top of my head.

 5      Q.  Let's -- and just one last point here, you

 6  know, for -- there are some annoyances, though, that you

 7  would record and document.  Is that is that a fair

 8  statement?

 9      A.  Yes.

10      Q.  Okay.

11          MR. SLATER:  Can we take a -- let's take a

12      five-minute break, and we're not going to be too

13      much longer after that, but I just need to take a

14      quick comfort break.

15          MR. JONES:  Thank you very much.

16          THE REPORTER:  All right.  Give me one moment.

17           (OFF THE RECORD)

18          THE REPORTER:  On record.

19          MR. SLATER:  All right.

20           BY MR. SLATER:

21      Q.  Mr. Scullion, we're back on the record.  Are

22  you ready to proceed?

23      A.  Yes, sir.

24      Q.  Okay, great.  I want to turn now to one of the

25  topics or issues you've been designated on is not just
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  the impact of drones, but the impact of helicopters?

2       A.   Yes.

3       Q.   Have you ever personally observed a helicopter

4  fly in the vicinity of the Miami Seaquarium?

5       A.   Yes.

6       Q.   Okay.  When?

7       A.   There's a few occasions that I've seen the

8  helicopter in proximity on MSQ property, primarily a few

9  times in the meadows, or what they call the field, in

10  the very corner and then a few low-flying helicopters

11  over my nine-month tour so far.

12      Q.   Okay.  Let me just pull up what we'll mark as

13  Defense Exhibit 9.

14           (EXHIBIT 9 MARKED FOR IDENTIFICATION)

15           BY MR. SLATER:

16      Q.   This is a map of this Seaquarium that I pulled

17  from your website.  Okay.  Can you see my screen, sir?

18      A.   Yes.

19      Q.   Okay.  And this is Defense Exhibit 9.  And you

20  can see -- I have a screen shot.  You can see the URL is

21  miamiseaquarium.com/things-to-do/park-map/.  Have you

22  seen this map before?

23      A.   Yes.

24      Q.   Okay.  And I tried to save it so it doesn't

25  have this big click on map to zoom in, but I couldn't do

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

30(b)(6) Scarfield Andrew 02-09-2024                     Page 112

 1  that.  So you -- you'll have to bear with that, but I

 2  want to go back to what you were talking about in terms

 3  of where you saw the helicopters.  Can you help me --

 4  can you help show me on this map the -- where you've

 5  seen them?

 6      A.   I see helicopters, primarily most often when

 7  they're around the facility, come in over Event Field

 8  West.

 9      Q.   Okay.  And let me do this: Let me see if I can

10  annotate this.  Bear with me.  Adobe changed its --

11  there.  All right.  I am going to draw a -- an X in red.

12  So we're saying Event Field West.  Let me actually do

13  this a little bit differently.  Let me draw a circle in

14  yellow.  Okay.  So here, you see where I've drawn that

15  circle -- the yellow circle?

16      A.   Yes.

17      Q.   Okay.  All right.  So that's Event Field West.

18  Where else have you seen helicopters?

19      A.   Those are the most common places I have seen a

20  helicopter on property, and I say the most common

21  places.  However, I have seen helicopters flying over

22  the actual facilities in my time here.

23      Q.   Okay.  Where have you seen helicopters flying

24  over?  What parts of the facility?

25      A.   In general, I have seen low-flying helicopters

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1 at least once or twice flying very low over a lot of the

2 facility.  Specifically, like, as far as, like, directly

3 over one specific spot?  No.  Usually, helicopters come

4 over and glide over, just like helicopters do.  They fly

5 over, and sometimes hover, and sometimes go slow over a

6 area of -- of distance.

7          But there have been an occasional times where

8 we've had low flying helicopters come over the entire --

9 I can't say entire because they're a 30-foot by 15-foot

10 entity, but come over direct aspects of Miami Seaquarium

11 not isolated to the ocean and Field West.

12     Q.   Okay.  And we might -- could you give me a

13 ballpark on how many we're talking about; how many

14 helicopters?

15     A.   If you're talking about low-flying under 300

16 feet, I would say maybe three or four times.

17     Q.   Okay.  300 feet three or four times.  Do you

18 know who was flying those helicopters?

19     A.   I do not know exactly who is flying those

20 helicopters.  Most of the time, we assume it's a news

21 helicopter or something of that sort, but I don't know

22 the make and models of helicopters and who owns.

23     Q.   Okay.  So you said three or four that you

24 think are under 300 feet.  What about helicopters over

25 that height?  How many do you think you've seen?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        Toll Free 855-MYDEPOS

1    A.   Over 300, 400 feet?

2    Q.   Yeah.

3    A.   I don't know.  Multiple.  Again, what we

4  assume would be -- I mean, we would only assume if

5  they're coming over us directly would be a news or high-

6  interest chopper on what we're doing, I mean, especially

7  during the times we had Lolita here and such.

8    Q.   Okay.  And when you say, "high-interest

9  chopper," what does that mean?

10   A.   It means, like, someone that's interested in

11  filming what's going on here at Miami Seaquarium. That's

12  an assumption.  I don't know who owns the helicopters or

13  -- or what they're doing, but, you know, it's the

14  assumption that if they're circling Miami Seaquarium or,

15  you know, hovering over a killer whale stadium, we can

16  assume that they're interested in what's going on here.

17   Q.   To your knowledge, is any --

18   A.   (audio cuts out) -- oh, I'm sorry.

19  Helicopters are -- are, you know, an occasional -- I

20  mean, we -- I don't know.  I don't know who owns the

21  helicopters.

22   Q.   Okay.  And then to your knowledge, has MS

23  Leisure company ever sued any of these companies or

24  individuals for flying these helicopters over the

25  Seaquarium?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

507599 Scarfiton Andrew 02-09-2024                    Page 672

1      A.    That's not -- I -- I wouldn't know that

2   information.

3      Q.    Okay.  Okay.  Has anyone at the Seaquarium

4   talked to you about these -- and I'm not talking about

5   your lawyers, talked to you about these helicopters?

6      A.    We look up, and we see them.  I mean --

7      Q.    Okay.

8      A.    (audio cuts out.)

9      Q.    And have you discussed them at all?

10     A.    We can refer them as -- under the topic we've

11  gone, as I have heard several statements of annoyance on

12  such helicopters doing so.

13     Q.    Okay.  Okay.  So, like, the annoyance we were

14  talking about with the drones?

15     A.    Exactly.

16     Q.    Okay.  And would you have written down any of

17  those statements?

18     A.    No, I would not.

19     Q.    Okay.  Would you write down incidents that

20  were more than an annoyance anywhere?

21         MR. JONES:  Form.

22         THE WITNESS:  Would I write down if something

23     more than annoyance?  In the framework that if I

24     felt it was, one, something we can control and, two,

25     detrimental and, again, under our influence to

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1      control as far as in the future things that could

 2      impact the animals of the park, I would write down.

 3      But helicopters and stuff like that, are -- are

 4      outside of my control, and thus they probably

 5      weren't specifically written down on what we can do

 6      about it internally as marine mammal specialists

 7      looking over the animals.

 8          BY MR. SLATER:

 9      Q.   Okay.  What -- do you remember what dates

10  those three or four flying helicopters were flying over

11  the Seaquarium?

12      A.   Specifically those three or four in

13  particular?

14      Q.   Yes.

15      A.   The specified dates?  The only one that is

16  would be the one in July that was extremely low-flying.

17      Q.   All right.  What date was that?

18      A.   Between -- I think it was the 13th or 14th,

19  15th of July.

20      Q.   Okay.  Were you were present for that?

21      A.   What's that?

22      Q.   Were you present for that helicopter flight?

23      A.   Yes, I was present for that helicopter flight.

24      Q.   Okay.  And you saw it?  You saw it in the air?

25      A.   Yes.  I was present and saw it.
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Okay.  Okay.  What can you tell me about that

2    helicopter flight?

3    A.   Well, it was a low -- a very low-flying

4    helicopter.  And, again, primarily the annoyances of

5    some of my staff members about its low flying.

6    Q.   Anything specific that you remember?

7         THE WITNESS:  Oh, sorry.  My low battery light

8         came on.  I lost image.

9         Other than it was low-flying, and a heavy

10        annoyance, and that annoyance in particular, again,

11        I would assume for the concern of the sound and its

12        flight over the park, and my assumption that it was

13        in concern for the animal's behavior and impact on

14        their behavior and our operational capabilities

15        working the animals with such things going on,

16        again, visual and audio stimuli.

17        BY MR. SLATER:

18   Q.   You -- I want to go through what you've just

19   said sort of piece-by-piece.  First, you said it was

20   low-flying.  How high do you think it was flying?

21   A.   Under 300 feet.

22   Q.   And how do you know that?

23   A.   It's a guesstimate of -- low flying, I would

24   say anything that I believe is, again, lower than what I

25   might see normally.  And I am not a -- I -- I don't have



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  a measuring stick to know exactly how high it was, but

 2  we don't do shows when there's abnormally low flights of

 3  helicopters over because of it being an abnormality and

 4  the proximity to the ground and the extent of, again,

 5  how we can hear it and see it.  Do I know that it was

 6  exactly under 300 feet?  No, but I know that it was

 7  lower than we normally would see a helicopter in the

 8  air.

 9       Q.   Okay.  But I think you said that you've seen a

10  couple helicopters in the 300 to 400-foot range, right?

11       A.   Yeah.  And I would assume they were most

12  likely news helicopters from their appearance.

13       Q.   And you've given me some sort of figures as to

14  how high you think these helicopters are, and you've

15  talked about sort of -- that they're lower than normal.

16  What's normal?  What are we talking about; what's that

17  height?

18            MR. JONES:  Form.

19            THE WITNESS:  Visually, again, I'm not an

20       expert in the height with things flying above my

21       head, but if it's a very small dot to a very large

22       object in my peripheral range, I can judge that it's

23       lower flying than what I normally see helicopters

24       flying over and around our facility.

25            THE WITNESS:  Hello?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          MR. SLATER:  I can hear you.

2           BY MR. SLATER:

3     Q.   Could it -- could the normal flights be in the

4  500-foot range, or are we talking higher or lower than

5  that?  What are we talking about here?

6     A.   I -- I would -- I would guesstimate higher

7  than 500 feet.  I've only flown in a helicopter a single

8  time in my life, so I don't even know how high we were

9  then. So I'm not prone to being exact in my estimated

10 measurements of heights from the ground to a helicopter

11 of unknown exact size and proportions.

12    Q.   So understood.  And I've also never been in a

13 helicopter and probably wouldn't know how high I was,

14 even if I was looking at the altimeter.  But is it

15 possible that the July 2023 helicopter flight was over

16 500 feet?

17          MR. JONES:  Form.

18          THE WITNESS:  It is possible.  Yes.

19           BY MR. SLATER:

20    Q.   Okay.  And I think you said that there was --

21 folks were talking about this.  This is, like, an

22 annoyance that -- you know, similar to the other

23 annoyances.  Do you know if anyone wrote down any

24 information about this July helicopter flight?

25    A.   In my notes or things that I am aware of, I

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

307599 Scанlon Andrew 02 09 2024          Page 121

 1  have not seen it written down when it pertains to the

 2  marine mammals.  I have not.

 3      Q.   Okay.  Is there anything else you can tell me

 4  about that helicopter flight from -- and I think -- and

 5  we're talking about in July.  We're talking -- I think

 6  you said July 13 through 15, one of those days; is that

 7  right?

 8      A.   Probably mid-July.  Yeah.

 9      Q.   Okay.  Is there anything else you recall about

10  that helicopter flight, other than what you've already

11  told me?

12      A.   No.

13      Q.   Okay.  And sitting here today, you don't know

14  if there's any documents anyone has written about that

15  helicopter flight?

16      A.   Sitting here today, no.

17      Q.   Okay.  I want to pull back up the map that we

18  were just looking at.  One second.  Actually, let me

19  pull up --

20          MR. SLATER:  We will mark this as Defense

21      Exhibit 10.

22              (EXHIBIT 10 MARKED FOR IDENTIFICATION)

23              BY MR. SLATER:

24      Q.   This is an e-mail dated November 19, 2023,

25  Bates stamp 21344.  Do you see that at the bottom?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.    (No verbal response.)

2      Q.    Okay.  And this is produced to us by your

3  counsel, and the title is, "Helicopter Noise."  And it's

4  from a company called Flying Helicopters, and it is two

5  series of folks including, it looks like, you.

6            Is that your -- you here, ascullion@msq.cc?

7      A.    Let's see.  Yes.

8      Q.    Okay.  And it's from Flying Helicopters.  Who

9  is that?

10     A.    It -- I'm guessing that's the name of a

11 company.

12     Q.    Okay.  And it says "Jessica," and it looks

13 like that's Jessica Gonzalez.  Who is Jessica Gonzalez?

14     A.    Jessica Gonzalez is a sales and marketing

15 representative, I believe.

16     Q.    Okay.  And is she employed with the

17 Seaquarium?

18     A.    Yes.

19     Q.    Okay.  And she says -- this -- or whoever's

20 writing to Jessica says, "I'm sending you some

21 helicopter videos with noise levels.  Please note the

22 distances that I've included.  Your landing area to your

23 closest animal is 400 feet."  Do you see that?

24     A.    Yes.

25     Q.    Okay.  The Miami Seaquarium -- the -- does



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

507599 Scanlon, Andrew 02-09-2024                Page 123

```
 1  Miami Seaquarium have a helipad?

 2       A.   Not to my knowledge.  That's outside of my

 3  realm of expertise, as far as my concerns with the

 4  Seaquarium.

 5       Q.   Okay.  Have you ever seen a helicopter land at

 6  the Miami Seaquarium?

 7       A.   I have seen one landed at the -- at the

 8  aquarium.  Yes.

 9       Q.   Okay.  Who would be the best person to speak

10  to at the Miami Seaquarium, with respect to whether it

11  has a helipad?

12       A.   Probably, I mean, Edwin.

13       Q.   Edwin Gonzalez?

14       A.   Yes.

15       Q.   Okay.  Where -- can you show me on this map,

16  and then we're back on Defense Exhibit 9, where you've

17  seen that helicopter land?

18       A.   In the meadows or in -- I'm sorry.  It's

19  called -- sorry.  I'm -- it's the one where you have

20  that circle.

21       Q.   Okay.  The Event Field West?

22       A.   Yes.

23       Q.   Number 15 on the map?

24       A.   Yes.

25       Q.   Okay.  Okay.  And that e-mail we just looked
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   at said that the landing area was 400 feet from the
 2   animals, did you see -- do you remember seeing that?
 3        A.   I saw it said -- I believe it said the --
 4   something about 400 feet.  Yes.
 5        Q.   Okay.  Okay.  So I -- would a helicopter
 6   landing 400 feet in your experience -- a helicopter
 7   landing 400 feet from one of your animals in Seaquarium
 8   have any effect on them?
 9             MR. JONES:  Form.
10             THE WITNESS:  May I answer?
11              BY MR. SLATER:
12        Q.   Of course.
13             MR. JONES:  Absolutely.
14             THE WITNESS:  My -- my limited knowledge of
15        exposure to helicopters would be dependent on how
16        much noise the helicopter would make, which I would
17        only assume from my limited knowledge of personal
18        experience would be the size, make, and model of the
19        helicopter on whether or not -- whether or not it
20        would have an impact on the animals.  In -- in
21        reference to Field West, it's our sea lion
22        enclosure, and our sea lions are not -- would not be
23        able to see the helicopters that I have seen coming
24        in from the ocean that would land there. And thus,
25        my only concern as a marine mammal specialist would
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    then be the amount of noise they would cause to come

2    in and which to possibly cause stressors to those

3    animals.  And just like, again, many helicopters

4    that I've witnessed depending on their size, model,

5    you know, and -- and such, is they're all -- I mean,

6    many of them have different noise levels, I would

7    say, you know, military helicopters compared to

8    small helicopters compared to large helicopters, so

9    for me to be able to answer what type of noise that

10   helicopter would cause coming in, I would really

11   have to observe that to see how much noise that

12   makes coming into that field.

13        BY MR. SLATER:

14    Q.   And the -- based on based on your -- and it

15   sounds like your -- and I don't want to put words in

16   your mouth, certainly.  I -- I'm just trying to

17   understand what you just said.

18        Are you saying that you just don't have enough

19   experience with helicopters to give me an idea of how it

20   would harm --

21    A.   I --

22    Q.   -- the animals?

23    A.   I am stating I would --

24        MR. JONES:  Form.  Wait.  I just want to object

25    to the form.  But go ahead and answer.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              THE WITNESS:  I -- that's not what I'm saying.

 2      I'll clarify --

 3              BY MR. SLATER:

 4      Q.   Okay.

 5      A.   -- what I'm saying.  You're asking me, if a

 6  helicopter coming in to that field, do I feel it would

 7  cause a stressor to that animal?  What I would then ask

 8  you is how much noise does that make?  What is the

 9  flight path into that field?  Is it over the park?  Is

10  it over the animal areas?  Is it coming in from the

11  ocean?  What type of helicopter?  Is it a military

12  helicopter, like a Huey, which is very, very loud

13  compared to a small two-man helicopters that are a lot

14  quieter?  Are they coming in low over the ocean to land,

15  or are they coming in directly over and then hovering

16  directly above the Sea Lion Stadium and hovering down?

17  All of those impacts the sound and the distance and --

18  and -- and amount of, you know, audible sound decibels

19  that could affect the animals.

20              So I would need more specifics in which to

21  answer the question of, "Does a helicopter coming in and

22  landing in that West Field affect the animals?"  I need

23  more data than just in general a helicopter and saying,

24  you know -- it's just like saying, you know, does a car

25  do this?  Well, some cars are a lot louder than others.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        Toll Free 855-MYDEPOS

507599 Geoffrion Andrew 02-09-2024                    Page 127

```
 1   I -- I would need more data to answer that question,
 2   logically.
 3        Q.   Okay.  Well, let's do this: You said that you
 4   saw a helicopter land at the Event Field West; is that
 5   right?
 6        A.   I -- I stated I seen a helicopter in that
 7   field.
 8        Q.   Okay.  So you saw one there, but it wasn't
 9   operating.  Is that what you're saying?
10        A.   I've seen one on the ground there.  I didn't
11   see it come in and take off.
12        Q.   Okay.  Were the props on while it was on the
13   ground?
14        A.   When I saw it, no.
15        Q.   Okay.  Did you hear it at any point while you
16   were on the property?
17        A.   While I was on the property, I don't recall
18   hearing it come in or taking off, but please note that
19   my office and where I spent some of my time is at the
20   very exact opposite of the facility by Flipper Stadium,
21   Dolphin -- Dolphin Harbor.
22        Q.   Okay.  And I think you said you didn't hear it
23   take off or land, but did you just hear it at any point?
24        A.   The -- the specific times that I've seen a
25   helicopter landed in the West Field, no.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

507599 Scanlon Andrew 02-09-2024          Page 128

1    Q.   You didn't hear it?

2    A.   No.  When I noticed it, it was off and not on.

3    Q.   Okay.  And have you ever observed a helicopter

4 land there?  I just want to make sure I'm not missing

5 something.

6    A.   I have -- I cannot recall specifically seeing

7 someone coming in and landing.

8    Q.   Right.

9    A.   However, I can infer if one was there, it did

10 come in there and land and then take off, since it

11 wasn't there the next day or that afternoon.

12    Q.   I don't think I understood what you just said.

13 Are you saying the helicopter you saw there wasn't there

14 later in that day?

15    A.   I am saying I could -- if I saw one there, I

16 can only infer that it did fly in and fly out at some

17 period of time.

18    Q.   Okay.  But you don't know what the flight path

19 was?  Is that what you're saying?

20    A.   No.  I don't know the exact flight path.

21    Q.   Okay.  I want to talk about the helicopter on

22 July -- in mid -- mid-July.  You talked about a -- I

23 think you gave, like, two examples of types of

24 helicopters, these military Hueys, I think you said,

25 and, like, a smaller, sort of two-person helicopters.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

507599 Gearralton Andrew 02-09-2024      Page 129

1   What -- do you know what kind of helicopter was flying

2   in mid-July over the Seaquarium or near the Seaquarium?

3       A.   I know it wasn't in reference to a Black Hawk,

4   or a Huey, or double prop military plane, or a

5   helicopter.  No.  It was not a -- a very, very large

6   sound or a very, very large style, helicopter like that.

7   No.

8       Q.   Okay.

9       A.   It was, in my limited knowledge of

10  helicopters, a civilian craft.

11      Q.   Okay.  Do you have any -- were there any --

12  did you make any records with relation to -- sorry.

13          MR. SLATER:  My dog is -- just give me one

14      second.  My dog is growling.  I need to see what's

15      up. One second.  Sorry, folks.

16          MR. JONES:  All right.

17          MR. SLATER:  We can stay on the record.

18          MR. JONES:  Okay.

19           BY MR. SLATER:

20      Q.   When you were -- in this mid-July -- during

21  this mid-July helicopter flight, were you in your

22  office?

23      A.   I was kind of walking around the park.  I was

24  at Dolphin Harbor and/or my office in that time.

25          MR. SLATER:  One -- I'm sorry, folks.  We just

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1        need to go off the record for a second.  I got to

 2        let these dogs out.  I'll be -- I'll -- pardon me.

 3        We just need to go off.

 4             THE REPORTER:  All right.  Give me one second.

 5              (OFF THE RECORD)

 6             THE REPORTER:  On record.

 7             MR. SLATER:  Okay.  All right.  Sorry about

 8        that.  Sorry about that, folks.

 9              BY MR. SLATER:

10        Q.   All right.  I want to -- I'm going to pull

11   back up the map, Defense Exhibit 9.  Okay.  Can you show

12   me on this map where you were when that helicopter was

13   flying?

14        A.   So look between Dolphin Harbor and Flipper.

15        Q.   Okay.  I see there's a -- sort of a path here.

16        A.   I was over in Harbor area, which is where the

17   pool is with that white tent.

18        Q.   Okay.

19        A.   In that area.  Yes.

20        Q.   Okay.  Let's do this: I'm going to -- oh, bear

21   with me.  I think my -- okay.  So you were over in that

22   area.  Sorry.  My Adobe is giving me some issues, so ==

23   okay.  I drew sort of a pink line.  Let me see if I can

24   fix that.  Okay.  Were you in an office?  Were you

25   outside?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.    No.  This is when I was outside.  My office is

2  over near Flipper, which is right beside that area.

3      Q.    Okay.  And were you -- and I'm just going to

4  -- let me just draw here a circle.  Let's just get a

5  sense. So am I -- like, you were, like, in this water

6  area, like, on the path here next to it?

7      A.    Well, it shows the water area, but there's a

8  lot of land surrounding that area.

9      Q.    Okay.

10      A.    It's not an exact map of the facility.

11      Q.    Okay.  Okay.  So is this sort of that area

12  where I've highlighted --

13      A.    Yes.

14      Q.    -- in this circle?  Okay.

15      A.    Yep.

16      Q.    Okay.  All right.  So you were there, and you

17  were outside.  And then where was the helicopter flying?

18      A.    I would say in the direction toward the -- the

19  park, so I have water on the backside of me.  Well,

20  actually, the backside of me isn't water.  It's actually

21  the -- the Mazda -- the University of Miami's Laboratory

22  of Marine Biology setup over there, so in the other

23  direction --

24      Q.    Okay.

25      A.    -- is the park area.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

507599 Scarf... Andrew 02-09-2024                Page 132

1     Q.   Did the helicopter fly over the Seaquarium?

2     A.   I mean, looking from that angle, it appeared

3  like it was over the aquarium.

4     Q.   But do you know for certain whether it was?

5     A.   I mean, from my proximity, no.  But it -- it

6  appeared to be over the aquarium.

7     Q.   Okay.  Was this helicopter louder than some of

8  the other, I think you said, news or high-interest

9  choppers?  Was it any louder than those?

10    A.   The lower they get and the more over areas

11 they are, the louder they become, just like -- I mean,

12 yes. I don't know.

13    Q.   What are you basing that on?

14    A.   And the more hovering directly over areas is,

15 the louder they get is from my --

16    Q.   What are you -- yeah.  What are you basing

17 that on?

18    A.   Just my personal experience in living on

19 Earth.

20    Q.   Okay.  But you don't -- sitting here today

21 don't know if the helicopter in mid-July was any lower

22 than those other news helicopters or any of those other

23 "low-flying" helicopters?

24         MR. JONES:  Form.

25         BY MR. SLATER:

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

507599 Scanlon, Andrew 02-09-2024                                    Page 133

1          Q.   You can answer.

2          A.   The -- the other low-flying helicopters in my

3    experience here was during -- while we still had the

4    whales, and they would be higher up than that helicopter

5    was, more or less.  I assumed that they were news

6    helicopters because they usually have that camera in the

7    front or on the side of the thing, or it says, you know,

8    "News channel," on the side of it, or it's a black

9    helicopter with a funny-looking thing on the front that

10   I have learned from experience is usually a camera of

11   some sorts.  So the majority of lower-flying helicopters

12   are where those, what I categorize, most likely news

13   helicopters that were interested in what was going on

14   with the Lolita because they were usually over the

15   University of Miami area and appearing to be focusing on

16   more of the whale stadium compared to, you know, coming

17   directly over the entire park and stuff like that.  So

18   those are the ones that I would reference as that

19   typical lower-flying ones than, let's say, you know,

20   once at much higher altitudes.

21         Q.   Okay.  But you -- sitting here today, you

22   don't know that the helicopter mid-July was any lower

23   than 500 feet right?

24              MR. JONES:  Form.  Asked and answered.

25              THE WITNESS:  I --

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

507599 Scarfitti Andrew 02-09-2024                                    Page 134

```
 1              MR. JONES:  Go ahead and answer again.

 2              THE WITNESS:  I can't dictate whether exactly

 3      it was or not.

 4              BY MR. SLATER:

 5      Q.   Is it possible that flight never went below

 6   500 feet?

 7      A.   It's possible.

 8              MR. JONES:  Form.

 9              BY MR. SLATER:

10      Q.   What do you recall about the helicopter?

11      A.   I don't recall much.  I -- I recall seeing it.

12   I recall, again, annoyance about it.  I recall, again,

13   other people in my staff mentioning the annoyance of it,

14   and that's really all we can do because it's outside the

15   power of our influence to change that.

16      Q.   What color was the helicopter?

17      A.   I can't recall off the top of my head.

18      Q.   Okay.

19      A.   My focus --

20      Q.   Do you recall see --

21      A.   (audio cuts out) -- my --

22      Q.   Do you recall seeing anyone in there, in the

23   helicopter?

24              MR. JONES:  Hold on.  He was still answering,

25      but let him get his answer out.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1           THE WITNESS:  To finish my answer, as far as

 2      shape, color, exact spot that it's hovering over us,

 3      it was noticeable.  It was there.  It was auditory

 4      and visually apparent.  And it was, again, the

 5      statement of, "Why the heck is this helicopter over

 6      a facility so low?"  And then it was moving on with

 7      the day because I can't control a helicopter in the

 8      sky.

 9           BY MR. SLATER:

10      Q.   Okay --

11      A.   I'm focused (audio cuts out) -- and actions of

12 the animals and making sure everything is running okay.

13 And things outside my power of influence, I can't really

14 change, so it's not something that I'm running over to

15 try to brusque away with my hands as if it was something

16 like a tree trimmer making noise.  I could ask them to

17 shut it off.  I can't request helicopters to leave our

18 zones, so I -- I don't hunt it down and ask for its tail

19 number and such, if you get my meaning.

20      Q.   Sure.  I want to talk about that tree trimmer

21 for -- you brought that up earlier today.  Did that have

22 any effect on the animals, the tree trimming?

23      A.   Yes.

24      Q.   Okay.  How did you observe that effect?

25      A.   We were doing a session with animals.  They
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

30759 Scanlon Andrew 02-09-2024                    Page 136

```
 1  started tree trimming that made a lot of noise.  Onyx in

 2  particular, one of our dolphins, broke from station and

 3  was speed swimming around the pool while we were trying

 4  to do something with another animal.

 5        And we saw that it was directly involved with

 6  the new sound of a tree trimmer about 300 feet from

 7  Flipper Stadium.  And so we stopped the session, went

 8  over and asked them to stop doing the tree trimming

 9  because it's affecting the animal's behavior.

10     Q.   Okay.  Did anything like that occur in mid-

11  July when the helicopter was in the air?

12     A.   Luckily, no sessions -- active sessions were

13  going on in which I had to make sure that it wasn't

14  going to disrupt or cause problems with guests in the

15  water and so forth.

16     Q.   Okay.  So there wasn't any -- no active

17  sessions?  There were no shows, is that what that means?

18     A.   During the -- well, I was only at Harbor at

19  the time, and we weren't doing an active program at that

20  time for me to be concerned that guests in the

21  interaction could be affected by stressors on a dolphin

22  that could cause aggression or breaking of stations and

23  so forth, if animals get stressed.  So it wasn't

24  something that made me highly concerned because I had no

25  guests in the water when that took place.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   Q.   Okay.  What about any other areas of the park?
2   Like the Flipper Stadium, was there show going on then?
3   A.   I don't know the exact time, and I wasn't at
4   Flipper to note whether there was or not.
5   Q.   Did anyone report any impacts to the animals
6   from the helicopter flight in July?
7   A.   If I -- I don't recall any of the end of day
8   reports stating specifically the helicopter stuff.
9   Q.   Okay.  Would there have been an end-of-day
10  report for the days in mid-July?
11  A.   It's -- I would think that they were already
12  implemented by then when I came.  It was something I
13  implemented within the first month of me being here, so
14  I would -- I would pretty much be certain there were
15  end-of-day reports for every day.
16  Q.   Okay.  Do you remember the end-of-day report
17  for the day where the helicopter was in the air in mid-
18  July?
19  A.   I don't specifically remember that end-of-day
20  report on July whatever stating anything with the
21  helicopter off the top of my head.  No.
22  Q.   Okay.  Okay.  Can you -- well, I want to go
23  back to the helicopter.  Do you recall whether you were
24  able to make out any of the faces of anyone in the
25  helicopter?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1    A.   No.

2    Q.   Okay.  Do you recall how many people were in

3 the helicopter?

4    A.   No.

5    Q.   Do you recall whether any of the doors were

6 open to the helicopter while it was in flight?

7    A.   No.

8    Q.   Okay.  Were you able to read the helicopter's

9 -- I'm trying to think of the right word, but the tag,

10 the -- sort of the call sign on the helicopter?

11   A.   No.

12   Q.   The FAA number?

13   A.   That's not something I would look for.

14   Q.   Okay.  How -- do you recall how long the

15 flight -- how long you observed the July helicopter

16 flight?

17   A.   No.

18   Q.   Okay.  Do you recall the direction the

19 helicopter was going in?

20   A.   In where my reference and standpoint is, being

21 in the back of Harbor, no, I can't recall, exactly.

22   Q.   Okay.  And I -- and when -- I want to go back

23 to the how long the flight was.  I understand you may

24 not specifically know, but any idea of -- you know, was

25 it minutes; was it seconds?  Just so I can get a sense

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  of --

2     A.   I would say my attention and annoyance from it

3  was probably -- and my attention to that issue was

4  probably a minute or so.

5     Q.   Okay.  What about those other flights -- the

6  other three or four flights that you described low-

7  flying?  How long -- do you recall how long any of those

8  flew in the area near the Seaquarium?

9     A.   No.  A lot of these times, it's reference of

10  acknowledgement and then getting back to work to care

11  for the animals.

12     Q.   Okay.  Is that what you did in July?

13     A.   Yes.

14     Q.   Okay.  I want to turn back to the impact on

15  the animals.  We talked about drones, and we talked

16  about this specific helicopter flight.

17          But for any of these other helicopter flights,

18  was there any noted impact on any of the animals?

19     A.   Not while they were in active session, if

20  they're flying over them with active sessions.  Again,

21  the other noted times that I can recall in my memory

22  were usually, again, what I just assumed were news

23  helicopters of some sort.

24          And again, it was noting they were there and

25  then getting back to whatever we were doing as far as



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

507599 Scanlon Andrew 02-09-2024                    Page 140

1   whatever activities we were doing to care for the

2   animals or prep to care for the animals or other aspects

3   of our day.  It was not something that I then focused

4   and hounded on because there was nothing I could do

5   about them.

6        Q.   Okay.  I want to ask you about Dr. Comolli.

7   Have you talked to her about any of the harms or impacts

8   on the animals from drones, or helicopter flights, or

9   anything like that?

10       A.   No.

11       Q.   Okay.  Do you know if she's written any --

12  documented any effects on the animals for drones, or

13  helicopters, or anything like that?

14       A.   Not to my knowledge.

15       Q.   Have you talked to any other veterinarians at

16  the Seaquarium or who've -- I understand that some of

17  them are not Seaquarium employees.  They're Dolphin

18  Company employees or contracted.

19            Have you talked to any of those folks about

20  any of the impact on drones or helicopters on the

21  animals?

22       A.   I have not talked to them about direct impacts

23  on them with Dr. Comolli or contracting veterinarians

24  here.

25       Q.   Okay.  Have you talked to anyone?  I -- we

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  started with Dr. Comolli.  We talked about any vets.

2        What about anyone, besides the Seaquarium's

3  lawyers?  Have you talked to anyone about the -- any

4  impacts on the animals caused by drones or helicopters?

5      A.   I have -- I have -- I could say I -- although

6  I can't mention the exact dates and the extent of the

7  conversations, but we have talked about the potential of

8  drones and helicopters affecting the animals.

9      Q.   Okay.  But not any observed effects on the

10  animals?

11      A.   No, but at the same time, we are more

12  concerned about proactive approaches to maintain the

13  safety and health of our animals, not reactive ones,

14  so --

15      Q.   Okay.

16      A.   -- no, we haven't talked about, in a reactive

17  way, of what they will do.  We talk mostly on proactive

18  ways to prevent problems with our animals for external

19  stimuli affecting them.

20      Q.   And what have you talked about in this

21  instance?

22      A.   In the general memory of -- again, not

23  relating to specific dates and times, I can be certain

24  I've had conversations on the potential effects of

25  these, if they were low-flying or coming in with --

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  close in -- in the fact that we don't want it to happen.

2     Q.   And what steps have you taken to be proactive

3  in terms of what you're doing for the animals?

4     A.   Well, I can't control external drones and

5  helicopter paths, but I know that I would not permit

6  Miami Seaquarium's drone to just go up over my dolphin

7  pools without us being aware and having strict

8  parameters in which to do so, if they even requested, or

9  an evaluation on what we would need to do, if that was a

10 request.

11     Q.   Has anyone at this Seaquarium asked you

12 whether it was okay to fly a drone on the property?

13     A.   Miami Seaquarium, no one has asked me to do

14 that over any of the Marine mammal areas since I've been

15 here.  No.

16     Q.   Okay.  Have you done any research on the

17 effect of drones or helicopters on marine mammals?

18     A.   Me personally, I have not.

19     Q.   Okay.  Do you know if anyone employed with the

20 Seaquarium has done so?

21     A.   Anyone employed with the Seaquarium, I would

22 not -- that would not be knowledge I would have.

23     Q.   Okay.  Have you looked up any -- and I just

24 want to be clear here.  You know, research can be pretty

25 broad, right, Google, things like that.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1              But have you looked up any -- looked for any

 2    scientific papers or anything like that on these

 3    effects?

 4        A.    I have not looked up scientific papers

 5    relating to drones over marine mammals in captivity.

 6        Q.    Okay.  And we talked about harms -- some of

 7    the harms to the animals that the USDA had noted in

 8    2022.

 9              Have you talked to any USDA inspectors about

10    potential harms to animals from drones or helicopters?

11        A.    That has not been a topic of discussion I've

12    had with USDA inspectors.

13        Q.    Okay.  Have you talked to USDA inspectors

14    about other harms that the animals face at the Miami

15    Seaquarium?

16              MR. JONES:  Form.  Scope.

17              You can go ahead and answer.

18              THE WITNESS:  I talked with USDA about whatever

19         concerns and questions they have relating to the

20         Marine mammals when they're here.

21              BY MR. SLATER:

22        Q.    Okay.  What have those questions and concerns

23    been?

24              MR. JONES:  Same objections.  You can answer,

25         sir.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1           THE WITNESS:  In general, how is their

 2      facility?  How is their diet?  I mean, whenever they

 3      come to inspect, I have a -- several questions that

 4      they might ask me all relating to -- yes, their --

 5      their facilities, their diets, their training, the

 6      experience of my staff.

 7           BY MR. SLATER:

 8      Q.   Okay.  Has the USDA -- have you talked to the

 9 USDA about any -- in 2022, we looked, and there were

10 some issues with feeding, aggression, things like that.

11 Have you talked to the USDA about any of those issues?

12           MR. JONES:  Same objections.

13           THE WITNESS:  In reference to the 2022, again,

14      I wasn't present for that.

15           As far as if they come and ask as far as, you

16      know, the diets of the animals, the training of the

17      animals, the aggression of the animals, yes, they

18      ask me about that when they inspect.

19           BY MR. SLATER:

20      Q.   Okay.  Have they -- do the animals -- do some

21 of these animals still experience aggression like they

22 did in 2022?

23           MR. JONES:  Same objections.

24           THE WITNESS:  I'm not sure --

25           BY MR. SLATER:
```



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   You can answer.

2    A.   -- what -- I am not sure what the general

3    aggressions they encountered, other than what I read on

4    that paper.  But as I stated earlier in this deposition,

5    that in the last nine or ten months, the aggression the

6    animals have shown or precursors to such things has

7    dramatically decreased to virtually nothing, as far as

8    -- again, the perception that -- that document has

9    stated.

10   Q.   Let me pull up what we've marked as Defense

11   Exhibit 11.

12          (EXHIBIT 11 MARKED FOR IDENTIFICATION)

13          BY MR. SLATER:

14   Q.   This is a letter from Miami-Dade County Mayor

15   Daniella Levine Cava to the Dolphin Company and MS

16   Leisure Company dated January 21, 2024.  Have you seen

17   this letter before, sir?

18   A.   Yes, I have.

19   Q.   Okay.  And I -- I'm interested in the second

20   paragraph that states that, "The" -- "Miami-Dade

21   County's infrequent communication with the USDA, which

22   has documented and brought to our attention multiple and

23   repeated instances of animal welfare violations. Despite

24   these infractions, the lessee has failed to properly

25   rectify these matters, culminating in the issuance of a



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  notice of intent to confiscate four animals by the

2  USDA."  Do you see that?

3       A.   I -- yes.

4       Q.   Okay.  Could you tell me what these multiple

5  and repeated instances of animal welfare violations that

6  the USDA noted were?

7       A.   The --

8            MR. JONES: Form.  Form.  Scope.  Go ahead and

9       answer, if you can.

10           THE WITNESS:  The specific ones they're

11      mentioning here, the specific violations --

12           BY MR. SLATER:

13      Q.   Yes.

14      A.   -- that they're referring to, I can't off the

15  top of my head know exactly which specifications they're

16  referring to, but there were some that were repeated in

17  the form of veterinary staff coverage, some repairs that

18  were not rectified, and things of that nature.

19      Q.   Were there any -- so we -- you mentioned

20  structural issues.  You mentioned coverage for

21  veterinarians.  Were there anything else?  Any other

22  instances that you know of that the USDA could be

23  referring to in this letter?

24      A.   There's a variety of instances.  That's what

25  I'm asking for specifics of what this -- even this

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    letter is saying, is which specific ones.

2         Q.   Okay.  Well, let me ask this: What instances

3    of animal welfare violations do you know that the USDA

4    has documented since you've been at the Miami

5    Seaquarium?

6         A.   They've -- they've -- they've documented a

7    wide variety of instances relating to sightings against,

8    again, staff coverage, veterinary staff equipment,

9    general care goes -- mainly from what their personal

10   statements were from the USDA of me directly talking to

11   them last week.

12              And I will state this, exactly what the USDA

13   stated to me last week in reference of their recent

14   sightings, including what this letter is, directly from

15   the USDA stated last week, that they're not questioning

16   the care by the animal care staff on how we treat the

17   animals, but making sure that the company is giving us

18   the resources in which to develop and move the facility

19   forward, word-for-word by the USDA in reference to what

20   they were citing in the past, you know, inspections.

21        Q.   What about -- okay.  And I -- I'm just trying

22   to distill what you said.  And so it sounds like you're

23   saying that it's not what you folks are doing, it's what

24   the company has been providing.  Is that a fair

25   distillation of what you said?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          MR. JONES:  Form.

2              BY MR. SLATER:

3      Q.   You can answer.

4      A.   It's -- it's their -- from their verbal

5  discussions, that is documented in video form.  It's

6  their concern that -- and their desire to make sure that

7  the Dolphin Company is giving us the resources in which

8  to care for the animals at the desirable levels.  Yes.

9      Q.   Okay.  Has the company been giving you those

10  resources?

11         MR. JONES:  Form.  Scope.  Same objections.  Go

12     ahead and answer, if you can.

13         THE WITNESS:  I believe they have been giving

14     me those resources.

15             BY MR. SLATER:

16     Q.   Okay.  I want to talk about this notice of

17  intent to confiscate four animals.  But before I do

18  that, let's actually just jump into that.  What four

19  animals is this referring to?

20         MR. JONES:  Same objections.

21         THE WITNESS:  They were -- were referring to a

22     dolphin named Bimini, a dolphin named Aries, a sea

23     lion named Bud, and a bird, I believe, named Broomy.

24             BY MR. SLATER:

25     Q.   Okay.  Okay.  What was the issue with Bimini?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1        A.   Bimini --

2             MR. JONES:  Same objections.

3             THE WITNESS:  Bimini from years ago, had some

4        respiratory infections that has affected her

5        respiratory system from before.  Again, I was here.

6        And they were concerned in the fact that the

7        veterinarian had on record that they wanted to do

8        another CT scan on her to see how things were going,

9        and that was yet to be given to Bimini in their

10       visits in January.

11            BY MR. SLATER:

12        Q.   Okay.  What were the issues with Aries?

13            MR. JONES:  Same objection.

14            THE WITNESS:  Aries --

15            MR. JONES:  Same objections.  Go ahead and

16       answer.

17            THE WITNESS:  Aries, they felt, looked skinny.

18       However, that was how they viewed it.  However, I

19       have a scaled weight of her -- or him, at the -- at

20       pretty much the same weight he was the year prior

21       when it wasn't an issue.

22            So their perception of their visual on him was

23       he looked too skinny, however, I have weekly weights

24       on him that showed when they had that concern, he

25       was fairly close to the weight he was a year prior
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      and gaining.

2            BY MR. SLATER:

3      Q.   Okay.  Bud?

4      A.   Bud, he had a kidney infection.  We -- or the

5  veterinarians believe he had a kidney infection that

6  they were treating, and he relapsed and was still in

7  treatment.  And I believe the USDA was concerned because

8  the vet was desiring a CT scan that she and the company

9  had yet to schedule for him.

10     Q.   Okay.  Has that been scheduled?

11           MR. JONES:  Same objections.

12           Go ahead and answer.

13           THE WITNESS:  That is the vet department in

14     which to schedule and decree what to do, not mine.

15     So at this time --

16           BY MR. SLATER:

17     Q.   Do you know --

18     A.   -- I am not aware --

19     Q.   Do you know if it's been scheduled?

20     A.   -- if it's been scheduled.

21     Q.   You don't know whether it's been scheduled?

22     A.   No, I do not.

23     Q.   Okay.  And then I think -- I wrote down

24  "bird," and I don't know if that was the name or the

25  type of animal we were talking about --

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.   It's a --

 2        Q.   -- for the last one.

 3        A.   -- the fourth was a bird.

 4        Q.   Was a bird.  Okay.  Okay.  It's not -- doesn't

 5   have a name?

 6        A.   I believe his name is Broomy.

 7        Q.   Broomy.  Okay.  Okay.  And what was the issue

 8   with Broomy?

 9             MR. JONES:  Same objections.

10             THE WITNESS:  They felt he had some higher-

11        than-normal behavioral distress.

12             BY MR. SLATER:

13        Q.   Okay.

14        A.   Like, anxiety.

15        Q.   Okay.  Do they know what caused it?

16        A.   Well, a week later, USDA came back and said

17   they didn't see the behavioral issue, so their opinion

18   dramatically changed after a week.

19        Q.   Okay.  Do you work with the birds at all or

20   just with the marine mammals?

21        A.   I work -- I work -- I -- one of -- I am

22   leading the animal care team.  Yes.

23        Q.   Okay.  That means you are leading the animal

24   care team for all animals.  Is that what you mean by

25   yes?
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

```
 1        A.   I am -- I am their manager to -- of oversight,

 2   yes.

 3        Q.   Okay.  And do you report directly to the

 4   veterinarians?

 5        A.   I report to the veterinarians.  Yes.

 6        Q.   Okay.  Okay.  I want to show you Defense

 7   Exhibit 12.

 8             (EXHIBIT 12 MARKED FOR IDENTIFICATION)

 9             BY MR. SLATER:

10        Q.   This is an e-mail that was produced to us

11   Bates stamp 4819 through 4820, dated April 25, 2023.  Do

12   you see this?

13        A.   Yes.

14        Q.   Okay.  Do you know who Patterson Veterinary

15   is?

16        A.   I do not.

17        Q.   Okay.  I'm just seeing here -- who is Olivia

18   Szymanski?

19        A.   I do not know Olivia Szymanski.

20        Q.   Okay.  Okay.  But I see here some other folks

21   like Ms. Camolli.  Dr. Camolli is copied here.  It says

22   -- have you ever reviewed this e-mail?

23        A.   No.

24        Q.   Okay.  It says, "Hi, Aspen," and it says

25   Olivia Szymanski is a vet tech.  Do you see that in her
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  signature block?

2       A.   Yes.

3       Q.   Okay.  She's no longer at the Seaquarium?

4       A.   April 6th was before I was present at Miami

5  Seaquarium.

6       Q.   Okay.  And she writes to this Patterson

7  Veterinary company saying, "I was just informed by Greg

8  that our account is frozen and our most recent order is

9  on hold.  Could you please send us which invoices must

10 be paid in order to release the hold?"  Do you see that?

11      A.   I do.

12      Q.   Okay.  And I -- you've told me you haven't

13 read this before and you don't know some of these folks,

14 but it -- my reading of this is that -- my understanding

15 is this is a veterinary company that provides medication

16 to the Seaquarium.  Is that your understanding?

17      A.    I don't know this company, and I'm not a

18 veterinarian, and I don't order drugs, so I wouldn't

19 know.

20      Q.   Okay.  To your knowledge, has there ever been

21 any delay in providing medication or treatment to any of

22 the animals at the Seaquarium since you've been there?

23           MR. JONES:  Same objections.

24           THE WITNESS:  To my knowledge, I am directed by

25      the veterinarian in which to give or not, and I do

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

507599 Geamito, Andrew 02-09-2024      Page 154

```
 1      what the veterinarian has told to me.  So if the

 2      veterinarian tells me they want to do a procedure or

 3      something, then I do what she asks me to do.  As far

 4      as ordering medications, that's outside the realm of

 5      my position.

 6           BY MR. SLATER:

 7      Q.  Have you spoken to any of the veterinary staff

 8  about -- and we talked about the things that the USDA

 9  had told you about.  Have you talked to any of the

10  veterinary staff about these issues with the animals?

11           MR. JONES:  Same objections.

12           THE WITNESS:  Yeah.  I talk to the

13      veterinarians about issues with my animals.

14           BY MR. SLATER:

15      Q.  Okay.  About any of the issues that the USDA

16  raised?

17      A.  Yes.

18           MR. JONES:  Same objections.

19           THE WITNESS:  And I work closely with the --

20      with the veterinarian.  Yes, we talk about the

21      issues and USDA's perception they have about this.

22           BY MR. SLATER:

23      Q.  And you say perception, is that -- am I

24  understanding you disagree with what the USDA said?

25      A.  I would say I disagree with some of their
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1   perceptions.  Absolutely.

2       Q.   Okay.

3           MR. SLATER:  Okay.  I don't have anything

4       further, Matt.

5           MR. JONES:  All right.  He's going to read to

6       the extent it's ordered.

7           Are you going to order?

8           MR. SLATER:  I will, yes.

9           MR. JONES:  Very good.

10          THE REPORTER:  Okay.  Give me a second.

11          MR. SLATER:  And then, Madam Court Reporter,

12      how many exhibits were marked?  Is it 11, 12?

13          MR. JONES:  12.

14          THE REPORTER:  Well, there's 12, but with --

15          MR. JONES:  I have composites, so it's 20

16      documents.

17          MR. SLATER:  I would only ask -- and this --

18      sometimes, Madam Court Reporter, if this is a

19      logistical challenge, you let us know.  But when we

20      get the transcript, we need the exhibits attached to

21      it or along with it.  Maybe not attached, but in the

22      same e-mail.

23          THE REPORTER:  Okay.  Yeah.  That's -- that --

24          MR. SLATER:  I know it's convenient.

25          THE REPORTER:  -- could be done.  The specifics

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1        -- okay.

 2             MR. SLATER:  I get it.  I get it.  But it's --

 3        but it just saves so much time later on because

 4        otherwise, we're just trading --

 5             THE REPORTER:  Yep.

 6             MR. SLATER:  -- e-mails back and forth.

 7             THE REPORTER:  Okay.  That's fine.

 8        So you said you were going to order the

 9        transcript, Mr. Slater.  Did you want that regular

10        turnaround time, electronic?

11             MR. SLATER:  Sure.

12             THE REPORTER:  Okay.  And did you --

13             MR. JONES:  Copy --

14             THE REPORTER:  -- want a copy, Mr. Jones?

15             MR. JONES:  Absolutely.

16             THE REPORTER:  Okay.  The same way?

17             MR. JONES:  Uh-huh.  Yep.

18             THE REPORTER:  All righty.  Let me get us off

19        the record.

20             (DEPOSITION CONCLUDED AT 4:47 P.M. ET)

21

22

23

24

25
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                        CERTIFICATE OF OATH

 2

 3

 4

 5

 6        I, the undersigned, certify that the witness in the

 7   foregoing transcript personally appeared before me and

 8   was duly sworn.

 9

10   Identification:  Produced Identification

11

12

13

14

15        _____

16        VANYA TORRES

17        Court Reporter, Notary Public

18        Commission Expires: 11/28/2026

19        Commission No. # HH 335496

20

21

22

23

24

25
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                    C E R T I F I C A T E

 2

 3

 4

 5

 6        I, VANYA TORRES, Court Reporter and Notary Public,

 7  do hereby certify that I was authorized to and did

 8  report the foregoing proceeding, and that said

 9  transcript is a true record of the said proceeding.

10

11        I FURTHER CERTIFY that I am not of counsel for,

12  related to, or employed by any of the parties or

13  attorneys involved herein, nor am I financially

14  interested in said action.

15

16  Submitted on: February 15, 2024.

17

18

19

20

21  _____

22        VANYA TORRES

23             Court Reporter, Notary Public

24

25
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                           ERRATA

 2

 3  PAGE     LINE                  CHANGE     REASON

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16  I have read the entire transcript of my deposition taken

17  in the captioned matter or the same has been read to me.

18  I request that the following changes be entered upon the

19  record for the reasons indicated. I have signed my name

20  to the Errata Sheet and authorize you to attach the

21  changes to the original transcript.

22

23

24  _____      _____

25  Date                     NAME
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

**MILESTONE ‖ REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

February 15, 2024

**Matthew Jones, Esquire**
Jones & Adams, P.A.
999 Ponce de Leon Boulevard
Suite 925
Coral Gables, FL 33134

RE:   Deposition of **Andrew Scullion** taken on **2/5/2024**
        MS LEISURE COMPANY v. PHILIP DEMERS

Dear Mr. **Jones**,

### IMPORTANT NOTICE FOR DEPOSITION TRANSCRIPT READ AND SIGN

It is suggested that the review of this transcript be completed within 30 days of your receipt of this letter,
as considered reasonable under Federal Rules*.

  x     **Attorney - Copy of Transcript Enclosed:**  Signature of the Deponent is required.  Please have the deponent make any corrections/changes necessary on the Errata Sheet ONLY, sign name on the form where indicated.  Please return ONLY the original signed Errata Sheet to our offices within 30 days from the date of this memorandum.  If you have any questions, please call our offices.

___     **Attorney - No Copy Ordered:**  Since you did not request a copy of the transcript, it will be necessary for the Deponent to call our offices to arrange for an appointment to read and sign the transcript of the Deposition within 30 days of this memorandum.

___     **Deponent:**   At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, attached please find a copy of the transcript and Errata Sheet.  Please read the transcript, make any corrections necessary on the Errata Sheet ONLY, sign the bottom of the Errata Sheet, and return it within 30 days from the date of this memorandum.  Please call our offices if you have any questions.

___     **Deponent:**   At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, it is necessary for you to come to our offices to read and sign same.  Please call Milestone Reporting Company to arrange for an appointment at your earliest convenience.

___     The attached executed copies of the Errata Sheet(s) are sent to you for your files.  If you have any questions, please call our offices.

Thank you for your attention to this matter.

No. 307539

cc: James Slater, Esquire

Waiver:
I, Andrew Scullion**,** hereby waive the reading and signing of my deposition transcript.

_____                    _____

Deponent Signature                                                                        Date

*Federal Civil Procedure Rule 30 (e) / Florida Civil Procedure Role 1.310 (e)