UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

Case No. 1:23-cv-22834-KMM-LFL

### DECLARATION OF B. CHRIS CARRAWAY

I, B. Chris Carraway, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am an attorney of record in this case for Defendant Philip Demers.

2. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3. The purpose of this declaration is to annex discovery responses and documents to Defendant's Motion for Summary Judgment.

4. Attached as Exhibit 1 hereto is a true and correct copy of Defendant's Response to Plaintiff MS Leisure Company's First Set of Interrogatories, which was served on January 10, 2024.

5. Attached as Exhibit 2 hereto is a true and correct copy of Plaintiff's Response to Defendant's Interrogatories, which was served on October 27, 2023.

6. Attached as Exhibit 3 hereto is a true and correct copy of Declaration of Francois Favart, which Defendant refers to as "Favart Decl." in his motion for summary judgment and accompanying statement of facts. The declaration was filed previously with the Court.

7. Attached as Exhibit 4 hereto is a true and correct copy of Declaration of Bryan Kasch,

which Defendant refers to as "Kasch Decl." in his motion for summary judgment and accompanying statement of facts, and which was produced to Plaintiff on January 16, 2024.

8. Attached as Exhibit 5 hereto is a true and correct copy of Declaration of Daniel Depew, which Defendant refers to as "Depew Decl." in his motion for summary judgment and accompanying statement of facts, and which was produced to Plaintiff on January 16, 2024.

9. Attached as Composite Exhibit 6 hereto is a true and correct copy of Exhibit 1 from Plaintiff's state-court Complaint and documents produced by Plaintiff as Bates No. 01-09, which Defendant refers to as "Demers' Social Media Posts" in his motion for summary judgment and accompanying statement of facts.

10. Attached as Composite Exhibit 7 hereto is a true and correct copy of documents produced by Plaintiff as Bates Nos. 10-34, which Defendant refers to as "Aerial Armor Alert E-Mails" in his motion for summary judgment and accompanying statement of facts.

11. Attached as Composite Exhibit 8 hereto is a true and correct copy of Defense Exhibit 6 from the deposition of Andrew Scullion as Plaintiff's corporate designee, which Defendant refers to as "Aerial Armor Alert Maps" in his motion for summary judgment and accompanying statement of facts.

12. Attached as Exhibit 9 hereto is a true and correct copy of documents produced by Plaintiff as Bates Nos. 35-38, which Defendant refers to as "May 27, 2023 Miami Dade Police Report" in his motion for summary judgment and accompanying statement of facts.

13. Attached as Exhibit 10 hereto is a true and correct copy of a video produced by Defendant as Bates No. Demers-45, which Defendant refers to as "July 14, 2023 Livestream" in his motion for summary judgment and accompanying statement of facts.

14. Attached as Exhibit 11 hereto is a true and correct copy of a video produced by Defendant

as Bates Demers-41, also Defense Exhibit 23 from the deposition of Jamie Mayorga as Plaintiff's corporate designee, which Defendant refers to as "May 26, 2023 Video" in his motion for summary judgment and accompanying statement of facts.

15. Attached as Exhibit 12 hereto is a true and correct copy of Defense Exhibit 8 from the deposition of Andrew Scullion as Plaintiff's corporate designee, which Defendant refers to as "Seaquarium Drone Video" in his motion for summary judgment and accompanying statement of facts.

16. Attached as Composite Exhibit 13 hereto is a true and correct copy of documents produced by Plaintiff as Bates Nos. 3654 and 9163.

17. Attached as Exhibit 14 hereto is a true and correct copy of a document produced by Plaintiff as Bates No. 21344 and used as Defense Exhibit 10 in the deposition of Andrew Scullion as Plaintiff's corporate designee.

18. Attached as Composite Exhibit 15 hereto is a true and correct copy of documents produced by Plaintiff as Bates Nos. 27324-27 and 29376-77.

19. Attached as Composite Exhibit 16 is a true and correct copy of documents produced by Defendant as Bates Nos. Demers-01-08, which Defendant refers to as "Instagram Messages" in his motion for summary judgment and accompanying statement of facts.

20. Attached as Exhibit 17 is a true and correct copy of Plaintiff's Initial Disclosures pursuant to Fed. R. Civ. P. Rule 26(a)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 26, 2024.

_____
B. Chris Carraway