UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

## DECLARATION OF BRYAN KASCH

I, Bryan Kasch, declare as follows:

1. My name is Bryan Kasch. I am over 18 years old, and I have personal knowledge of the facts set forth in this declaration.

2. I have been a licensed helicopter pilot since 2009.

3. I was a contract pilot for Heli Air Miami from July 2022 to December 2023.

4. As a contract pilot for Heli Air Miami, I piloted helicopter tours in the greater Miami Area.

5. During all my flights, I follow FAA regulations concerning appropriate altitudes for helicopters, as published in FAR Part 91.119, which states in paragraph (c) that over other than congested areas, an aircraft may be operated at 500 feet above the surface. And in paragraph (d)(1) it states that if the operation is conducted without hazard to persons or property on the surface, helicopters may be operated at less than the minimums prescribed in paragraph (c), provided each person operating the helicopter complies with any routes or altitudes specifically prescribed for helicopters by the FAA.

6. As a personal policy, I do not fly below an altitude of 500 feet on tours except during landing and takeoff.

7. I will make exceptions to this policy based on conditions and safety - such as if it is necessary to avoid other aircraft, birds, or any other objects that would pose a hazard or threat to my travel, or as otherwise instructed by ATC (air traffic control).

8. On July 14, 2023, I piloted a helicopter tour for Mr. Philip Demers.

9. That helicopter flight started from our facility, located at Miami Executive Airport, 12800 SW 145th Ave, Miami, FL 33186, and went out to the Miami Seaquarium, and returned to our facility.

10. I have reviewed the livestream video located at https://www.instagram.com/tv/CusOrKkIugf/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA%3D%3D and can confirm this is a fair and accurate video of the July 14, 2023 helicopter flight with Mr. Demers.

11. Based on my own recollection and review of the livestream video, I did not fly below an altitude of 500 feet except for takeoff and landing.

12. Approximately 14 minutes and 14 seconds into the video, I observed the altimeter showing an altitude of approximately 500 feet, as circled in the image below:



13. I am familiar with numerous other daily helicopter and airplane tours, aerial advertisement airplanes, charter airplanes and helicopters, as well as law enforcement, first responder, and medical helicopters, that all routinely fly over the Miami Seaquarium.

14. I have personally observed helicopters land and take off from what I believe to be the Miami Seaquarium's property where the pin is on the below screenshot:



15. This same landing site is also listed in an aviation flight planning application I use called ForeFlight, as indicated in the below image, and can also be found on other sources, including official FAA publications.



I declare under penalty of perjury that the foregoing is true and correct.

Executed on January  14 , 2024 at Miami, Florida.

*Bryan M. Kasch*
Bryan Kasch

4