UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

    Plaintiff,

PHILIP DEMERS,

    Defendant.

### DECLARATION OF DANIEL DEPEW

I, Daniel Depew, declare as follows:

1. My name is Daniel Depew. I am over 18 years old, and I have personal knowledge of the facts set forth in this declaration.

2. On May 26, 2023, I purchased an admission ticket for the Miami Seaquarium with cash.

3. On that same date, I gave that ticket to Philip Demers.

4. Mr. Demers used that ticket to enter the Miami Seaquarium.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 1/14, 2024 at Kingsland, Georgia

Daniel Depew

CS CamScanner