# Composite Exhibit 1





 **walrus_whisperer**   • *Follow*   
Hazy • Deep Blue

 **walrus_whisperer**    This video was taken on May 4th, 2023 above the Miami Seaquarium by @whatcameradoyouhave. Lolita, their last surviving orca has been captive since 1970 and without an orca companion since 1980. That's 53 years in captivity and 43 years in solitary confinement. And it's clearly taking it's toll. Please follow @UrgentSeas to learn more.

2w

**walrus_whisperer**    We are hosting a

                            

**4,020 likes**

MAY 5

 Add a comment...                          Post





https://twitter.com/ohayitscpa/with_replies



https://twitter.com/walruswhisperer/status/1673522351260958723



https://twitter.com/walruswhisperer/status/1654430218483036160





https://twitter.com/walruswhisperer/status/1679959991195664386



https://twitter.com/walruswhisperer/status/1681993723478003716



000008

https://twitter.com/walruswhisperer/status/1643365798445031431

