| | |
|---|---|
| **From:** | Aerial Armor Alert |
| **To:** | matthew@jones-adams.com; steven@jones-adams.com; c.moghadam@jones-adams.com; nicholas.thomson@dedrone.com |
| **Subject:** | Aerial Armor Drone Alert Zone: HQ Alert Zone - 1/2 Mile Radius |
| **Date:** | Tuesday, October 17, 2023 3:31:35 PM |
| **Importance:** | High |

# Drone Alert



## Drone Flight In Progress

| | |
|---|---|
| **Drone ID:** | F45TB21CC1BE076B |
| **Drone Type:** | Mavic 3 |
| **Alert Zone:** | HQ Alert Zone - 1/2 Mile Radius |
| **Current Location:** | (25.732055970918800,-80.160880727881505) |
| **Home Location:** | (25.731792410333099,-80.162095398407104) |
| **Pilot Location:** | (25.731861165268501,-80.162135505452795) |

Link to Homepoint Map

Link to Drone Map

Link to Pilot Map



**From:** Aerial Armor Alert
**To:** matthew@jones-adams.com; steven@jones-adams.com; c.moghadam@jones-adams.com; nicholas.thomson@dedrone.com
**Subject:** Aerial Armor Drone Alert Zone: HQ Alert Zone - 1/2 Mile Radius
**Date:** Tuesday, October 17, 2023 6:35:47 PM
**Importance:** High

# Drone Alert



### Drone Flight In Progress

| | |
|---|---|
| **Drone ID:** | 3NZCHAA0034XRF |
| **Drone Type:** | Mavic Mini 2 |
| **Alert Zone:** | HQ Alert Zone - 1/2 Mile Radius |
| **Current Location:** | (25.732749249851000,-80.170764249847494) |
| **Home Location:** | (25.731689277929998,-80.162049561783505) |
| **Pilot Location:** | (25.731683548351999,-80.162066750517397) |

Link to Homepoint Map

Link to Drone Map

Link to Pilot Map



**From:**    Aerial Armor Alert
**To:**    matthew@jones-adams.com; steven@jones-adams.com; c.moghadam@jones-adams.com; nicholas.thomson@dedrone.com
**Subject:**    Aerial Armor Drone Alert Zone: HQ Alert Zone - 1/2 Mile Radius
**Date:**    Sunday, October 15, 2023 6:46:42 PM
**Importance:**    High

# Drone Alert



## Drone Flight In Progress

**Drone ID:** 37Q3K8L00BV26H
**Drone Type:** FPV
**Alert Zone:** HQ Alert Zone - 1/2 Mile Radius
**Current Location:** (25.736794331884600,-80.166839488950799)
**Home Location:** (25.736788602306600,-80.166833759372906)
**Pilot Location:**

Link to Homepoint Map

Link to Drone Map



**From:** Aerial Armor Alert
**To:** matthew@jones-adams.com; steven@jones-adams.com; c.moghadam@jones-adams.com; nicholas.thomson@dedrone.com
**Subject:** Aerial Armor Drone Alert Zone: HQ Alert Zone - 1/2 Mile Radius
**Date:** Sunday, October 15, 2023 6:37:00 PM
**Importance:** High

# Drone Alert



## Drone Flight In Progress

**Drone ID:** F6Z9C238V0034WWH
**Drone Type:** NewDrone_93
**Alert Zone:** HQ Alert Zone - 1/2 Mile Radius
**Current Location:** (25.740512827975000,-80.168117184834003)
**Home Location:** (25.740558664598598,-80.168180210191395)
**Pilot Location:** (25.740484180085200,-80.168077077788297)

Link to Homepoint Map

Link to Drone Map

Link to Pilot Map



| | |
|---|---|
| **From:** | Aerial Armor Alert |
| **To:** | matthew@jones-adams.com; steven@jones-adams.com; c.moghadam@jones-adams.com; nicholas.thomson@dedrone.com |
| **Subject:** | Aerial Armor Drone Alert Zone: HQ Alert Zone - 1/2 Mile Radius |
| **Date:** | Sunday, October 15, 2023 3:40:48 PM |
| **Importance:** | High |

# Drone Alert



### Drone Flight In Progress

| | |
|---|---|
| **Drone ID:** | 3NZCHAA0034XRF |
| **Drone Type:** | Mavic Mini 2 |
| **Alert Zone:** | HQ Alert Zone - 1/2 Mile Radius |
| **Current Location:** | (25.731677818774099,-80.160932294082997) |
| **Home Location:** | (25.732302342770701,-80.161167206778998) |
| **Pilot Location:** | (25.732353908972300,-80.161161477201105) |

Link to Homepoint Map

Link to Drone Map

Link to Pilot Map



000014

**From:** Aerial Armor Alert
**To:** matthew@jones-adams.com; steven@jones-adams.com; c.moghadam@jones-adams.com; nicholas.thomson@dedrone.com
**Subject:** Aerial Armor Drone Alert Zone: HQ Alert Zone - 1/2 Mile Radius
**Date:** Wednesday, October 11, 2023 5:04:19 PM
**Importance:** High

# Drone Alert



## Drone Flight In Progress

| | |
|---|---|
| **Drone ID:** | F4XF72381M06P2VE |
| **Drone Type:** | Mini 3 Pro |
| **Alert Zone:** | HQ Alert Zone - 1/2 Mile Radius |
| **Current Location:** | (25.738473098224301,-80.165670655048800) |
| **Home Location:** | (25.738387154554999,-80.166037348037605) |
| **Pilot Location:** | (25.738392884132999,-80.166008700147898) |

Link to Homepoint Map

Link to Drone Map

Link to Pilot Map



| | |
|---|---|
| **From:** | Aerial Armor Alert |
| **To:** | matthew@jones-adams.com; steven@jones-adams.com; c.moghadam@jones-adams.com; nicholas.thomson@dedrone.com |
| **Subject:** | Aerial Armor Drone Alert Zone: HQ Alert Zone - 1/2 Mile Radius |
| **Date:** | Monday, October 9, 2023 6:46:23 PM |
| **Importance:** | High |

# Drone Alert



## Drone Flight In Progress

| | |
|---|---|
| **Drone ID:** | F45T7228J00EV0CL |
| **Drone Type:** | Mavic 3 |
| **Alert Zone:** | HQ Alert Zone - 1/2 Mile Radius |
| **Current Location:** | (25.733259182288599,-80.158777972773294) |
| **Home Location:** | (25.734164455604901,-80.158692029104103) |
| **Pilot Location:** | (25.734210292228500,-80.158720676993795) |

Link to Homepoint Map

Link to Drone Map

Link to Pilot Map



**From:**      Aerial Armor Alert
**To:**        matthew@jones-adams.com; steven@jones-adams.com; c.moghadam@jones-adams.com;
               nicholas.thomson@dedrone.com
**Subject:**   Aerial Armor Drone Alert Zone: HQ Alert Zone - 1/2 Mile Radius
**Date:**      Sunday, October 8, 2023 11:51:34 AM
**Importance:** High

# Drone Alert



### Drone Flight In Progress

**Drone ID:**        163CG9QR0A279X
**Drone Type:**      Mavic 2
**Alert Zone:**      HQ Alert Zone - 1/2 Mile Radius
**Current
Location:**          (25.738009002410301,-80.171096565368600)
**Home
Location:**          (25.736582337500401,-80.166598846676905)
**Pilot
Location:**

Link to
Homepoint
Map

Link to Drone
Map



| | |
|---|---|
| **From:** | Aerial Armor Alert |
| **To:** | matthew@jones-adams.com; steven@jones-adams.com; c.moghadam@jones-adams.com; nicholas.thomson@dedrone.com |
| **Subject:** | Aerial Armor Drone Alert Zone: HQ Alert Zone - 1/2 Mile Radius |
| **Date:** | Saturday, October 7, 2023 7:08:17 PM |
| **Importance:** | High |

# Drone Alert



## Drone Flight In Progress

| | |
|---|---|
| **Drone ID:** | F6N8C236200302VB |
| **Drone Type:** | Air 3 |
| **Alert Zone:** | HQ Alert Zone - 1/2 Mile Radius |
| **Current Location:** | (25.730543362339699,-80.158840998130799) |
| **Home Location:** | (25.718001316204301,-80.151736321471205) |
| **Pilot Location:** | (25.731064753933300,-80.159419685503906) |

Link to Homepoint Map

Link to Drone Map

Link to Pilot Map



**From:** Aerial Armor Alert
**To:** matthew@jones-adams.com; steven@jones-adams.com; c.moghadam@jones-adams.com; nicholas.thomson@dedrone.com
**Subject:** Aerial Armor Drone Alert Zone: HQ Alert Zone - 1/2 Mile Radius
**Date:** Saturday, October 7, 2023 6:08:45 PM
**Importance:** High

# Drone Alert



## Drone Flight In Progress

| | |
|---|---|
| **Drone ID:** | 5FSCJB700118YT |
| **Drone Type:** | Mavic Mini 2 |
| **Alert Zone:** | HQ Alert Zone - 1/2 Mile Radius |
| **Current Location:** | (25.738925734882500,-80.169996486401999) |
| **Home Location:** | (25.737178213607301,-80.167383798856207) |
| **Pilot Location:** | (25.737132376983698,-80.167378069278200) |

Link to Homepoint Map

Link to Drone Map

Link to Pilot Map



000019

| From: | Aerial Armor Alert |
|---|---|
| To: | matthew@jones-adams.com; steven@jones-adams.com; c.moghadam@jones-adams.com; nicholas.thomson@dedrone.com |
| Subject: | Aerial Armor Drone Alert Zone: HQ Alert Zone - 1/2 Mile Radius |
| Date: | Friday, October 6, 2023 7:05:34 PM |
| Importance: | High |

# Drone Alert



## Drone Flight In Progress

| | |
|---|---|
| **Drone ID:** | 3NZCJ33004AWNR |
| **Drone Type:** | Mavic Mini 2 |
| **Alert Zone:** | HQ Alert Zone - 1/2 Mile Radius |
| **Current Location:** | (25.734737413400101,-80.168827652499900) |
| **Home Location:** | (25.736937571333399,-80.166879595996505) |
| **Pilot Location:** | (25.736943300911300,-80.166885325574398) |

Link to Homepoint Map

Link to Drone Map

Link to Pilot Map



000020

**From:** Aerial Armor Alert
**To:** matthew@jones-adams.com; steven@jones-adams.com; c.moghadam@jones-adams.com; nicholas.thomson@dedrone.com
**Subject:** Aerial Armor Drone Alert Zone: HQ Alert Zone - 1/2 Mile Radius
**Date:** Friday, October 6, 2023 9:40:03 AM
**Importance:** High

# Drone Alert



### Drone Flight In Progress

**Drone ID:** F4XFA232DML865CS
**Drone Type:** Mini 3 Pro
**Alert Zone:** HQ Alert Zone - 1/2 Mile Radius
**Current Location:** (25.739492963099600,-80.162187071654401)
**Home Location:** (25.735144213434602,-80.158273769913606)
**Pilot Location:** (25.735253075415699,-80.158199285400201)

Link to Homepoint Map

Link to Drone Map

Link to Pilot Map



**From:** Aerial Armor Alert
**To:** matthew@jones-adams.com; steven@jones-adams.com; c.moghadam@jones-adams.com; nicholas.thomson@dedrone.com
**Subject:** Aerial Armor Drone Alert ZoneUpdate: HQ Alert Zone - 1/2 Mile Radius
**Date:** Wednesday, October 11, 2023 5:39:43 PM
**Attachments:** 58278723_LD_458032986.png
**Importance:** High

# Drone Alert Update

## Drone Flight In Progress

| | |
|---|---|
| **Drone ID:** | F4XF72381M06P2VE |
| **Drone Type:** | Mini 3 Pro |
| **Alert Zone:** | HQ Alert Zone - 1/2 Mile Radius |
| **Current Location:** | (25.738301210885801,-80.165945674790393) |
| **Home Location:** | (25.738387154554999,-80.166031618459698) |
| **Pilot Location:** | (25.738398613710899,-80.166060266349405) |

Link to Homepoint Map

Link to Drone Map

Link to Pilot Map

[FlightPathImage]



**From:** Aerial Armor Report
**To:** matthew@jones-adams.com; steven@jones-adams.com; r.moghadam@jones-adams.com; nicholas.thomson@idedrone.com
**Subject:** Weekly Alert Zone Summary
**Date:** Monday, October 16, 2023 3:09:38 AM

## Weekly Alert Zone Summary

### Alert Zone
## HQ Alert Zone - 1/2 Mile Radius

### Time Period
## October 09, 2023 - October 16, 2023

| Total Flights | Unique Drones IDs | Max Altitude (ft) |
|:---:|:---:|:---:|
| **6** | **5** | **432** |

| Total Flights Above 400 ft | Unique drone IDs above 400ft | Total Night Flights (8PM to 4AM) |
|:---:|:---:|:---:|
| **1** | **1** | **0** |



| Drone Type | Count |
|---|---|
| Mini 3 Pro | 2 |
| Mavic 3 | 1 |
| Mavic Mini 2 | 1 |
| DJI FPV | 1 |



000024





000026

**From:** Aerial Armor Report
**To:** matthew@jones-adams.com; steven@jones-adams.com; c.mcghadam@jones-adams.com; nicholas.thomson@dedrone.com
**Subject:** Weekly Alert Zone Summary
**Date:** Sunday, October 8, 2023 8:49:24 AM

## Weekly Alert Zone Summary

**Alert Zone**
## HQ Alert Zone - 1/2 Mile Radius

**Time Period**
## October 01, 2023 - October 08, 2023

| Total Flights | Unique Drones IDs | Max Altitude (ft) |
|---|---|---|
| 4 | 4 | 493 |

| Total Flights Above 400 ft | Unique drone IDs above 400ft | Total Night Flights (8PM to 4AM) |
|---|---|---|
| 1 | 1 | 0 |

| Drone Type | Count |
|---|---|
| Mavic Mini 2 | 2 |
| Mini 3 Pro | 1 |







**From:** Aerial Armor Report
**To:** matthew@jones-adams.com; steven@jones-adams.com; c.moghadam@jones-adams.com; nicholas.thomson@lidedrone.com
**Subject:** Weekly Alert Zone Summary
**Date:** Sunday, October 1, 2023 8:43:52 PM

# Weekly Alert Zone Summary

### Alert Zone
## HQ Alert Zone - 1/2 Mile Radius

### Time Period
## September 24, 2023 - October 01, 2023

| Total Flights | Unique Drones IDs | Max Altitude (ft) |
|---|---|---|
| 1 | 1 | 405 |

| Total Flights Above 400 ft | Unique drone IDs above 400ft | Total Night Flights (8PM to 4AM) |
|---|---|---|
| 1 | 1 | 0 |

| Drone Type | Count |
|---|---|
| Mavic Mini 2 | 1 |

000031





000033

