


<mark>Case 1:23-cv-22834-KMM Document 51-8 Entered on FLSD Docket 02/28/2024 Page 2 of 8</mark>











