# OFFENSE-INCIDENT REPORT
## MIAMI-DADE POLICE DEPARTMENT

| Agency Of Occurence | Date Written | | Agency Report Number |
|---|---|---|---|
| 030 | 05/27/2023 | | PD230527177341 |

## REPORT SUMMARY (ORIGINAL)

☐ L.E. Exempt   ☐ D.V.   ☐ Poss. Mental Health Disorder   ☐ Gang Related   ☐ Juv. in Report   ☐ Juv. Warn/Dismiss   ☐ Marsy's Law   ☐ Tourist

| Victims: 0 | Offenders: 0 | Stolen Vehicles: 0 | Offenses: 1 | Properties: 1 | SARS: NO | Drive By: NO |
|---|---|---|---|---|---|---|

## INCIDENT (4400 RICKENBACKER CSWY)

| Original Reported Date | Title or Classification | Time Dispatched | Time Arrived | Time Completed |
|---|---|---|---|---|
| SAT, 05/27/2023 11:41 | INFORMATION | 05/27/2023 11:41 | 05/27/2023 11:41 | 05/27/2023 12:30 |

| Incident From | Incident To | District |
|---|---|---|
| SAT, 05/27/2023 11:30 | SAT, 05/27/2023 12:00 | POLICE OPERATIONS |

| Incident Location | City | Zip | Grid | Area |
|---|---|---|---|---|
| 4400 RICKENBACKER CSWY | MIAMIMIAMI | 33149 | 1553 | 2 |

| Business Name/Area Identifier | Forced Entry | Occupancy | Cargo Theft |
|---|---|---|---|
| MIAMI SEAQUARIUM | N/A | N/A | NO |

## OFFENSES

### 777.7777(7777) MDPD MISC STATUTE

| Description | Statute | Subsection | Ordinance | |
|---|---|---|---|---|
| MDPD MISCELLANEOUS STATUTE | 777.7777(7777) | 7777 | | ☐ D.V. |

| | Type | Action | FDLE/FIBRS | Location Type | Method of Entry | # Prem. Entered |
|---|---|---|---|---|---|---|
| 1st | OTHER | N/A | 0099 | OTHER | N/A | 0 |

| Suspected of Using | Criminal Activity | Bias/Motivation |
|---|---|---|
| NOT APPLICABLE | NONE/UNKNOWN | NONE (NO BIAS) |

## VICTIM/WITNESS

### 2 - REPORTING PERSON-MAYORGA, JAMIE D.

| 1 | V/W Code | Offenses Indicator |
|---|---|---|
| | REPORTING PERSON | 777.7777(7777) |

| Name (Last, First, Middle or Business) | Synopsis of Involvement/Activity | Victim Type |
|---|---|---|
| MAYORGA, JAMIE D. | AT WORK | ADULT |

| Address | City, State Zip   Country |
|---|---|
| 11005 SW 88TH ST   Suite/Apt: C109 | MIAMI, FLORIDA  33176   US |

| Race | Sex | Date of Birth | Age | Juvenile | Hispanic | Ethnicity |
|---|---|---|---|---|---|---|
| WHITE | MALE | UNKNOWN | UNKNOWN | ☐ | YES | OTHER |

| Residence Type | Residence Status | Extent of Injury | Will victim prefer charges? |
|---|---|---|---|
| COUNTY | FULL YEAR | | |

| Web Site | Email Address |
|---|---|
| | |

### Phone Numbers

| Type | Phone Number | Extension | Best time to call |
|---|---|---|---|
| CELL | 786-495-3912 | | |

### 1 - OTHER-DEAN, SHAUN T.

| 2 | V/W Code | Offenses Indicator |
|---|---|---|
| | OTHER | 777.7777(7777) |

| Name (Last, First, Middle or Business) | Synopsis of Involvement/Activity | Victim Type |
|---|---|---|
| DEAN, SHAUN T. | OTHER ACTIVITY | ADULT |

| Address | City, State Zip   Country |
|---|---|
| 8350 N SOCRUM LOOP RD | LAKELAND, FLORIDA  33908   US |

| Race | Sex | Date of Birth | Age | Juvenile | Hispanic | Ethnicity |
|---|---|---|---|---|---|---|
| WHITE | MALE | 11/19/1982 | 40 | ☐ | NO | ANGLO |

| Residence Type | Residence Status | Extent of Injury | Will victim prefer charges? |
|---|---|---|---|
| COUNTY | FULL YEAR | | |

| Web Site | Email Address |
|---|---|
| | |

| Agency Of Occurence | Date Written | **OFFENSE-INCIDENT REPORT** | Agency Report Number |
|---|---|---|---|
| **030** | **05/27/2023** | **MIAMI-DADE POLICE DEPARTMENT** | **PD230527177341** |

## PROPERTIES

### 1 - PROPERTY-AIRCRAFT/DRONE

| **1** | Person Code<br>Other - DEAN, SHAUN | Property Type<br>AIRCRAFT PARTS/ ACCESSORIES | Status<br>OTHER |
|---|---|---|---|

| Quantity<br>1.000 | Name<br>AIRCRAFT/DRONE | Brand<br>DJI | Model Name/Number<br>AIR2 N/A |
|---|---|---|---|

| Damage<br>N/A | Serial Number<br>N/A | Owner Applied Number<br>N/A | Date Recovered | Value Recovered | Value<br>$250.00 |
|---|---|---|---|---|---|

| Description<br>GRAY IN COLOR WITH GRAY CONTROL STATION (CS) | FCIC/NCIC<br>N/A |
|---|---|

### PROPERTY SUMMARY

| Total<br>1 | | Total Value Recovered<br>$0.00 | Tolal Stolen Value<br>$0.00 |
|---|---|---|---|

## OFFICERS

### Unit: P113

| **1** | Agency Code<br>030 | Badge<br>5007 | Title<br>POLICE OFFICER | Name<br>RODRIGUEZ, E. | Loc Code<br>09162 | Role<br>REPORTING OFFICER |
|---|---|---|---|---|---|---|

### Supporting Officer(s)

| **2** | Agency Code<br>030 | Badge<br>5637 | Title<br>POLICE SERGEANT | Name<br>ROBINSON, S. D. | Loc Code<br>09161 | Role<br>REVIEWING SUPERVISOR |
|---|---|---|---|---|---|---|

## ADMINISTRATION

| Clearance Type<br>NO FURTHER ACTION | Clearance Date<br>06/13/2023 00:00 | Exception Type<br>CIVIL OR NON-CRIMINAL CASE | Juvenile/Adult<br>ADULT |
|---|---|---|---|

| Case Status<br>CLOSED | Assignment Type | Referred By | Additional Forms |
|---|---|---|---|

| Reporting Agency<br>MIAMI-DADE | AOA Agency | Other AOA | AOA Related Case |
|---|---|---|---|

| Original Case Number | |
|---|---|

| Agency Of Occurence | Date Written | OFFENSE-INCIDENT REPORT MIAMI-DADE POLICE DEPARTMENT | Agency Report Number |
|---|---|---|---|
| **030** | **05/27/2023** | | **PD230527177341** |

## NARRATIVES

| Written By: mdpd\U305007 | NARRATIVE | Date and Time: 5/27/2023 12:02:41 PM |
|---|---|---|

WHILE ON ROUTINE PATROL, THIS UNIT WAS ADVISED THAT THERE WAS AN UNIDENTIFIED DRONE FLYING OVER THE MIAMI SEAQUARIUM AIRSPACE.
UPON ARRIVAL, THIS UNIT MADE CONTACT WITH MIAMI SEAQUARIUM SECURITY LEAD OFFICER MR. JAMIE MAYORGA, WHO ADVISED THAT HE WITNESSED AN UNKNOWN WHITE MALE OPERATING AN UNKNOWN DRONE OVER THE MIAMI SEAQUARIUM AIRSPACE. MR. MAYORGA PROVIDED THIS UNIT WITH A PHYSICAL DESCRIPTION OF THE UNKNOWN WHITE MALE DRONE OPERATOR.

DURING AN AREA CANVASS, THIS UNIT LOCATED AN UNKNOWN WHITE MALE MATCHING THE PROVIDED DESCRIPTION.
UPON CONTACT, THE UNKNOWN WHITE MALE DRONE OPERATOR IDENTIFIED HIMSELF AS MR. SHAUN TERRY DEAN.
A ROUTINE RECORDS CHECK OF MR. DEAN REVEALED THAT HE WAS IN GOOD STANDING WITH THE LAW, AND HAD NO OUTSTANDING ORDERS OR WARRANTS.
MR. DEAN WILLINGLY AND VOLUNTARILY SUBMITTED HIS DRONE, RELATED EQUIPMENT, AND ALL DOCUMENTATION FOR INSPECTION.
INSPECTION OF THE ABOVE LISTED PROPERTY REVEALED NO VIOLATIONS, AS MR. DEAN'S DRONE WAS PROPERLY REGISTERED, SERIAL # WAS DISPLAYED ON THE DRONE/AIRCRAFT AND MR. DEAN'S FLIGHT CERTIFICATE WAS VALIDATED AND UP TO DATE. MR. DEAN ADVISED THIS UNIT THAT HE WAS ONLY FLYING HIS DRONE FOR HOBBY USE, AND NOT COMMERCIAL USE. MR. DEAN ADVISED HE WAS FLYING THE DRONE OVER THE SEAQUARIUM, THE SEAQUARIUM PARKING LOT, AND OVER THE ROADWAY ON RICKENBACKER CSWY, ADJACENT TO THE MIAMI SEAQUARIUM.

THIS UNIT ADVISED MR. DEAN OF THE FEDERAL AVIATION ADMINISTRATION'S STATUTES FOR SAFE DRONE OPERATION, AS WELL AS THE DANGERS OF SUSTAINED DRONE FLIGHT OVER PASSERBY AND MOVING VEHICLES, AND DANGER OF PROPERTY DAMAGE AND INJURY TO OTHERS. THIS UNIT ALSO ADVISED MR. DEAN THAT THE MIAMI SEAQUARIUM IS PRIVATE PROPERTY AND DRONE OPERATION OVER THE SEAQUARIUM AIRSPACE IS PROHIBITED. IN ADDITION, THERE WAS A TEMPORARY FLIGHT RESTRICTION PLACED OVER THE AIRSPACE IN THE SURROUNDING AREA FOR THE UPCOMING AIRSHOW. MR. DEAN SAFELY LANDED HIS DRONE AND LEFT THE SCENE WITHOUT FURTHER INCIDENT.

CASE CARD ISSUED TO MIAMI SEAQUARIUM PERSONNEL.
FIELD INTERVIEW ENTERED INTO THE POLICE REPORTING SYSTEM FOR THE PURPOSES OF THIS REPORT.
PICTURES ATTACHED TO THIS REPORT FOR DOCUMENTATION PURPOSES.
BWC UTILIZED.

## ATTACHMENTS (IMAGE)

| IMAGE 1 OF 4 | IMAGE 2 OF 4 |
|---|---|

| Version: 32.02.09-2  Revised 7/29/2015 | | Officer: 030-5007  RODRIGUEZ, E. | Page 3 of 4 |
|---|---|---|---|

000037

| Agency Of Occurence | Date Written | OFFENSE-INCIDENT REPORT | Agency Report Number |
|---|---|---|---|
| **030** | **05/27/2023** | **MIAMI-DADE POLICE DEPARTMENT** | **PD230527177341** |





DRONE OPERATOR MR DEAN DRONE & SERIAL NUMBER

DRONE OPERATOR MR DEAN CONTROL STATION

**IMAGE 3 OF 4**

**IMAGE 4 OF 4**





DRONE OPERATOR MR DEAN

DRONE OPERATOR MR DEAN PILOT CERTIFICATE

000038