Exhibit 12

to

Carraway Declaration

(to be filed conventionally)