|               |                                                                       |
|---------------|-----------------------------------------------------------------------|
| **From:**     | CHARLES VINICK on behalf of CHARLES VINICK <cvinick@mac.com>          |
| **To:**       | Travis Burke; Patrick Pearson                                         |
| **Cc:**       | Pritam Singh                                                          |
| **Subject:**  | Just FYI - Phil Demers planned protest                                |
| **Date:**     | Wednesday, April 26, 2023 3:09:34 AM                                  |
| **Attachments:** | image001.png                                                      |

could draw in Ric O'Barry ….



03654

| | |
|---|---|
| **From:** | Jamie Mayorga on behalf of Jamie Mayorga <jmayorga@msq.cc> |
| **To:** | Danay Voiles; Charles Gaudio |
| **Subject:** | Upcoming protest - July 15 |
| **Date:** | Sunday, July 9, 2023 2:05:34 PM |
| **Attachments:** | MSQ Site Logo.png |

Good afternoon Team,

We have an upcoming protest next weekend July 15 organised by UrgentSeas & Phil Dermer which he's the co-founder of UrgentSeas.

This protest is alarming as they are stating two protests happening at 11am & 2pm outside of our main gates.

In addition Phil Dermer will be in town on July 14 based on his gofund me page.

See attached screenshots.



IMG_1954.jpeg

IMG_1955.jpeg

IMG_1956.jpeg

IMG_1957.jpeg

### Jamie Mayorga

**Director of Safety & Security**



4400 Rickenbacker Causeway

Miami, Florida 33149

O: 305-361-5705 Ext. 534