**From:** Fly In Helicopters on behalf of Fly In Helicopters <flyinhelicopters@gmail.com>
**To:** Danay Voiles; Jessica Gonzalez; Judy Acosta; Valeria Albor; ascullion@msq.cc; egonzalez@msq.cc
**Subject:** Helicopter noise
**Date:** Sunday, November 19, 2023 3:56:41 PM
**Attachments:** IMG_0.MOV

Jessica,

I'm sending some helicopter videos with noise levels.

Please note the distances that I have included.

Your landing area to your closest animal is 400 feet.


Start up at 60 feet

21344