| | |
|---|---|
| **From:** | Travis Burke on behalf of Travis Burke <tburke@thedolphinco.com> |
| **To:** | Jamie Mayorga |
| **Cc:** | Patrick Pearson |
| **Subject:** | Fwd: FYI - Drone Video / FAA Regs |
| **Date:** | Wednesday, April 26, 2023 4:23:19 AM |

Good afternoon Jamie,

A colleague of ours shared the following, any chance we can pass along to the FAA please?

Hola Gents (Please share w/ Patrick):

This is a video that a friend of mine in California shared with me this morning. Apparently, this guy has way too much time on his hands, and what he is doing is illegal.

There is already precedent for FAA to create buffer zones over Public and Amusement Parks where people or animals could be at risk. Example, it's illegal to fly drones over Disney, Universal and other parks. When in a restricted 'buffer zone' the drone controller fails to activate and cannot communicate (or launch) the drone. Maybe worth a call to FAA... additionally, you could cite veterinary animal health and welfare concerns for protected, threatened and endangered species that are in your care under NMFS Federal licensure, MMPA, etc.

Check out this resource where it clearly States:

1 - **Florida Legislature Makes Drone Laws** / Call your Dade County legislators. I am certain they would help stop this harassment.

2 - _HB 1027 // 2017_ This law pre-empts local regulation of UAS so that only the **Florida Legislature can make laws concerning the use of drones in the state, but allows local governments to enact drone ordinances related to nuisances, voyeurism, harassment, reckless endangerment, property damage, or other illegal acts. This law also prohibits the operation of drones over or near critical infrastructure in most instances, as well as prohibiting the possession or operation of a weaponized UAS.**

3 - SB 766 // 2015  **This law prohibits the use of a drone to capture an image of privately owned property or the owner, tenant, or occupant of such property without consent if a reasonable expectation of privacy exists**.

4 - City of Miami—Municipal Law // 2016 - **This city ordinance prohibits the use of drones over or within a half-mile radius of sporting events or large-venue events, including but not limited to Bayfront Park, Marlins**

27324

**Ballpark, Miami Marine Stadium, Calle Ocho Festival, and any other public parks or facilities during special events.** This city ordinance also prohibits drones from being equipped with any type of detachable cargo or carrying any type of weapon, and establishes a requirement that a city permit is required for certain "drone-related activities."

Here is the full document on flying drones in FL -Drone Laws in Florida (2022) - UAV Coach



Drone Laws in Florida (2022) - UAV Coach

I hope you find this information helpful... Happy Friday!

Best

VeganWess on TikTok



VeganWess on TikTok

The Dolphin Company continues to procrastinate & refuses to give statements to update the public on Lolitas cond...

27325



**VeganWess on TikTok**

27326

> The Dolphin Company continues to procrastinate & refuses to give statements to update the public on Lolitas cond...

Potential drone operator name: Wess Hucker
https://www.facebook.com/watch/?v=623378169456543

Wess Hucker's facebook page: https://www.facebook.com/wess.hucker.7

| | |
|---|---|
| **From:** | Jamie Mayorga on behalf of Jamie Mayorga <jmayorga@msq.cc> |
| **To:** | Edwin Gonzalez |
| **Cc:** | Danay Voiles |
| **Subject:** | Re: Upcoming Protest - September 2 |
| **Date:** | Friday, August 25, 2023 3:15:40 PM |
| **Attachments:** | MSQ Site Logo.png |

Edwin,

See attached Security Briefing.



Security Briefing - 8/25/23

On Fri, Aug 25, 2023 at 12:15 PM Edwin Gonzalez <egonzalez@msq.cc> wrote:
> Hi Team,
> Please shae the security concerns from Miami Dade County and Home Land Security.
> TY



> ---------- Forwarded message ---------
> From: **Jamie Mayorga** <jmayorga@msq.cc>
> Date: Mon, Aug 21, 2023 at 7:02 AM
> Subject: Upcoming Protest - September 2
> To: Edwin Gonzalez <egonzalez@msq.cc>, Danay Voiles <dvoiles@msq.cc>, Charles Gaudio <cgaudio@msq.cc>
>
>
> Good morning Team,
>
> Just FYI Phil Demers seems to be organizing a protest September 2 - 11am - 2pm.
>
> See attached screenshot of the protest scheduled on Instagram.
>
> I will be working on coordinating logistics with MDPD & Guardian as well.
>
> 
> Screenshot 2023-08-21 at 6.53.38 AM.JPEG
>
> If you have any questions or concerns please let me know.

29376

Thanks,

**Jamie Mayorga**

**Director of Safety & Security**



4400 Rickenbacker Causeway

Miami, Florida 33149

O: 305-361-5705 Ext. 534

29377