

**DEMERS-01**



DEMERS-02



DEMERS-03



DEMERS-04



DEMERS-05



DEMERS-06



**DEMERS-07**

12:25
91
whatcamerado...
MAY 6 AT 5:04 PM
Great vids dude. Widespread attention. Powerful. Appreciate your sharing with us. Grateful.
happy to help!! thanks for the kind words
I'm down to fly my drone anytime you need things documented! widespread attention is the key 🙏 🔥 💯