UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

       Plaintiff,

v.

PHILIP DEMERS,

       Defendant.

## PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26

Plaintiff, MS Leisure Company ("MS Leisure"), by and through undersigned counsel, hereby files its initial disclosures pursuant to Federal Rule of Civil Procedure 26, and in support states as follows:

A. **Rule 26(a)(1)(A):** *The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support his or her claims or defenses, unless the use would be solely for impeachment:*

| Name of Individual | Contact Information | Subject Matter of Discoverable Information |
| --- | --- | --- |
| Corporate Representatives and/or Custodians of Records of MS Leisure Company | c/o Jones & Adams, P.A. | Discoverable information pertaining to Plaintiff's Claims for Trespass, Private Nuisance, and Violation of Florida Statute 934.50(3)(b). |
| Edwin Gonzalez | c/o Jones & Adams, P.A | Discoverable information pertaining to Plaintiff's Claims for Trespass, Private Nuisance, and Violation of Florida Statute 934.50(3)(b). |
| Jamie Mayorga | c/o Jones & Adams, P.A | Discoverable information pertaining to Plaintiff's Claims for Trespass, |

| Name of Individual | Contact Information | Subject Matter of Discoverable Information |
|---|---|---|
| | | Private Nuisance, and Violation of Florida Statute 934.50(3)(b). |
| Charles Gaudio | c/o Jones & Adams, P.A | Discoverable information pertaining to Plaintiff's Claims for Trespass, Private Nuisance, and Violation of Florida Statute 934.50(3)(b). |

**B.  Rule 26(a)(1)(A)(ii):** *A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:*

Without the benefit of full discovery, Plaintiff has the following documents in his possession, custody, or control that support its claims:

1.  Documents provided to Defendant in response to his First Request for Production, Bates Stamps 000001—000046. These documents include:

    a.  Social Media Posts published by the Defendant;

    b.  Drone Flight Alerts dated October 8th, 2023 - October 17th, 2023;

    c.  Offense Incident Report generated by the Miami-Dade Police Department on May 27th, 2023.

2.  Additionally, Plaintiff attaches Four (4) Exhibits to its Rule 26 Disclosures which Plaintiff will utilize in support of its claims:

    a.  **Exhibit 1 –** Defendant's June 10th, 2023, X (Twitter) Post from his personal social media account;

    b.  **Exhibit 2 –** Defendant's July 29th, 2023, X (Twitter) Post from his personal social media account;

    c.  **Exhibit 3 –** Defendant's September 26th, 2023, X (Twitter) Post from his personal social media account;

      d.  **Exhibit 4 –** Defendant's October 26th, 2023, X (Twitter) Post from his personal

social media account.

Plaintiff reserves the right to supplement these Disclosures and Exhibits as needed as the case

and discovery progress. Additionally, Plaintiff will produce under separate cover documents

pursuant to Defendant's Counsels' December 7th, 2023, Meet and Confer Letter.

    *C.*  **Rule 26(a)(1)(A)(iii):** *A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:*

In regard to Plaintiff's Defamation claim, and in light of the unexpected passing of Lolita

(also known as Tokitae), Plaintiff is unable at this time to accurately calculate the damages

sustained by Defendant's defamatory statements. With regard to the damages arising out of

Plaintiff's Claims for Trespass, Private Nuisance, and Violation of Florida Statute 934.50(3)(b)

Plaintiff is making all reasonable efforts to effectively ascertain the damages sustained and will

inform the Court of those damages once known.

    *D.*  *For inspection and copying as under Rule 34, any insurance agreement under which an insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:*

None known at this time.

Date: December 21, 2023

Respectfully submitted,
**JONES & ADAMS, P.A.**
*Attorney for Plaintiff*
999 Ponce de Leon Blvd., Suite 925
Coral Gables, FL 33134
Tel: (305) 270-8858
Fax: (305) 270-6778
matthew@jones-adams.com

3

By:    */s/ Matthew L. Jones*
        Matthew L. Jones, Esq
        Florida Bar No.: 909335

# EXHIBIT 1



**Phil Demers** ✓
@walruswhisperer

@eduardoalbor You employees work for me now and so do your lawyers. Congrats. You're mine now. Don't you drop the lawsuit now coward. You can't afford my bill :) Expect me soon. Bitch.

**14:50 · 06/10/23 desde Earth · 25 visualizaciones**

**1 Me gusta**



# EXHIBIT 2



# EXHIBIT 3



← **Post**

**Phil Demers** ✔
@walruswhisperer

In the 18 months that you owned the Miami Seaquarium, 3 dolphins had to be located due to your decrepit conditions, Luna the dolphin and Lolita the orca have died. You've proven yourselves incapable of taking proper care of animals. We will bankrupt your evil empire right out of Miami. Pritam and Charles have blood on their hands too. Shame on everyone involved in this torture. Awful subhumans.

5:03 AM · Sep 26, 2023 · **2,334** Views

💬 4          🔁 10          ♡ 95          🔖 1          ⬆

Post your reply                                          Reply

**CitizenoftheWorld** @CitizenoftheWo4 · Sep 26
They all have names and addresses don't forget

💬          🔁          ♡ 1          �archvision 359          🔖 ⬆

Show more replies

# EXHIBIT 4



**10:50**
◀ WhatsApp

←            **Post**

**Phil Demers** ✔
**@walruswhisperer**

@eduardoalbor Keep backpedaling and playing games. Your lawsuit against me will be your demise. We've only just begun. For a lawyer, you're pretty stupid.

**Traducir post**

**10:50 · 26/10/23 desde Earth**