UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

## DECLARATION OF PHILIP DEMERS

I, Philip Demers, declare as follows:

1. My name is Philip Demers. I am over 18 years old, and I have personal knowledge of the facts set forth in this declaration.

2. I am a former professional marine mammal trainer and animal-rights activist based in Ontario, Canada.

3. I have vocally criticized the Miami Seaquarium for its negligent care of animals, as cited by numerous USDA complaints. I have organized lawful and peaceful protests outside of the Miami Seaquarium.

4. I have a large social media presence with over 165,000 followers across Instagram and X (formerly Twitter). Others routinely send me unsolicited news, footage, and photos related to issues of marine mammal captivity.

5. I have received footage others have taken over the Miami Seaquarium and posted their footage on social media.

6. I have never flown a drone. I have never flown a drone over the Miami Seaquarium.

7. I have never instructed anyone to fly a drone over the Miami Seaquarium.

8. On March 4, 2023, I posted footage from over the Miami Seaquarium taken by someone else on February 25, 2023. I did not take this footage or ask anyone to fly a drone in relation to this footage. I received the footage unsolicited.

9. On April 4, 2023, I posted a photo of the whale Tokitae taken on April 2, 2023. I did not take this picture or ask anyone to take this picture. I received the footage unsolicited.

10. On May 5, 2023, I posted drone footage over the Miami Seaquarium taken by an Instagram user with the username @whatcameradoyouhave. I believe that individual to be named Eli.

11. I was in South Korea on May 4, 2023 and did not take the footage.

12. I did not ask Eli / @whatcameradoyouhave to fly a drone over the Miami Seaquarium.

13. On May 27, 2023, I did not fly a drone over the Miami Seaquarium. I did not instruct anyone, including Shaun Dean, to fly a drone over the Miami Seaquarium.

14. On June 26, 2023, I posted footage from over the Miami Seaquarium. I did not take this footage or ask anyone to fly a drone in relation to this footage. I received the footage unsolicited.

15. I have reviewed Plaintiff's allegations related to drone flights detected by an Aerial Armor Alert System.

16. I have no knowledge of or involvement with any of these drone flights. I did not pilot these drone flights or instruct anyone to fly a drone near or over the Miami Seaquarium on those dates.

17. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2024 at Niagara Falls, Canada.

_____
Philip Demers

2