| | |
|---|---|
| **From:** | Jamie Mayorga on behalf of Jamie Mayorga <jmayorga@msq.cc> |
| **To:** | Danay Voiles |
| **Cc:** | Charles Gaudio |
| **Subject:** | Re: Activist - Phillp Dermer |
| **Date:** | Tuesday, June 6, 2023 1:06:18 PM |
| **Attachments:** | MSQ Site Logo.png |

Hi Danay,

Just wanted to provide an update on Philip.

I spoke with the detective of Homeland Security and he informed them they have significant information on him and they will be monitoring his activities.

He informs me the FBI is the current lead investigator on this case however if Philip does arrive at our park we are to call the detective asap as they would like to do some undercover work to film his actions while onsite or outfront.

Danay are you available tomorrow to meet by chance to go over the details of measures to heighten our security ?

On Thu, Jun 1, 2023 at 5:39 PM Danay Voiles <dvoiles@msq.cc> wrote:
> Thank you for the follow up Jamie. Let me know when it is good for you and Chip.
>
> I would be happy to meet with you then distribute the information to Edwin and Lorenzo as needed-if they are unable to attend.
>
> Thank you.
>
> On Thu, Jun 1, 2023 at 4:20 PM Jamie Mayorga <jmayorga@msq.cc> wrote:
>> Good afternoon all,
>>
>> I wanted to share with you some updates on Phillip Dermer, the activist that came to the park last week.
>>
>> In light of his presence at our park and social media posting of videos of him stating to cause destruction to property, causing harm to others, encouraging others to do the same and stating he is not afraid in getting in trouble with the law Miami Dade Police, Homeland Security & the FBI are in the loop of his videos that he posted.
>>
>> I was just informed a few moments ago The Department of Homeland Security has assigned a detective to this case and will be following up on the matter.
>>
>> At this time he has not been issued a trespass warning by Miami Dade Police and still could enter our park if he is not stopped at the gate.

16232

In light of this person and the influence he has out in social media I believe we should meet to discuss proactive measures in heighting our security in the park.

Please let me know when we could meet in person or virtually as well.

**Jamie Mayorga**

**Director of Safety & Security**



4400 Rickenbacker Causeway

Miami, Florida 33149

O: 305-361-5705 Ext. 534

16233