UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MS Leisure Company,

     Plaintiff(s),

vs.                                                                                CASE NO: 1:23-CV-22834-KMM

Philip Demers,

     Defendant(s),
_____/

### REPORT OF MEDIATOR

     The undersigned, Miles A. McGrane, Esq., Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to this Honorable Court that a mediation conference in this cause was held on: 02/29/2024. The results of the Mediation Conference are as follows:

- ☐ An agreement was reached.
- ☐ A **confidential** settlement agreement was reached.
- ☒ No agreement was reached.
- ☐ The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.
- ☐ The parties have agreed to continue negotiating with the assistance of the mediator.
- ☐ If no further Report of Mediator is filed on or before _____, the Court shall presume that no agreement has been reached.
- ☐ Other:

                                                                                 Respectfully Submitted:

                                                                                 */s/ Miles A. McGrane III*
                                                                                 Miles A. McGrane, Esq.,
                                                                                 Florida Bar Number: 201146
                                                                                 John W. Salmon, Esq.
                                                                                 Florida Bar Number: 271756
                                                                                 John@sd-adr.com, service@sd-adr.com
                                                                                 Salmon & Dulberg Dispute Resolution
                                                                                 1395 Brickell Avenue, Suite 800, Miami, Florida 33131
                                                                                 Telephone: (305) 371-5490

Copies furnished to: All Counsel of Record