UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

### NOTIFICATION OF NINETY DAYS EXPIRING

Plaintiff, MS LEISURE COMPANY ("MS Leisure"), by and through undersigned counsel, in accordance with Federal Rule of Civil Procedure and Local Rule 7.1(b)(4) of the United States District Court for the Southern District of Florida, hereby files this Notification of Ninety Days Expiring, and in support thereof states as follows:

### PROCEDURAL HISTORY

1. MS Leisure's Motion for Leave to Amend Complaint to Join Necessary Party and Remand Case was filed on October 23, 2023. [DE #22].

2. Defendant, Philip Demers' ("Demers"), Response in Opposition to MS Leisure's Motion for Leave to Amend Complaint to Join Necessary Party and Remand Case was filed on November 11th, 2023. [DE #27].

3. MS Leisure's Reply in Further Support of its Motion for Leave to Amend Complaint to Join Necessary Party and Remand Case was filed on December 7th, 2023. [DE #32].

4. MS Leisure's Motion for Leave to Amend Complaint to Join Necessary Party and Remand Case has been pending for more than Ninety (90) days.

## MEMORANDUM OF LAW

Local Rule 7.1(b)(4) of the United States District Court for the Southern District of Florida states the following with respect to:

(A) any motion or other matter which has been pending and fully briefed with no hearing set thereon for a period of ninety (90) days… shall serve on all parties and any affected non-parties within fourteen (14) days thereafter a "Notification of Ninety Days Expiring" which shall contain the following information:

(i) the title and docket entry number of the subject motion or other application, along with the dates of service and filing;

(ii) the title and docket number of any and all responses or opposing memoranda, along with the dates of service and filing, or if no such papers have been filed, the date on which such papers were due;

(iii) the title and docket entry number of any reply memoranda, or any other papers filed in connection with the motion or other matter, as well as the dates of service and filing; and

(iv) the date of any hearing held on the motion or other matter.

No hearing has been scheduled or held on MS Leisure's Motion for Leave. As of March 6th, 2024, Plaintiff's Motion has now been pending before the Court for more than Ninety (90) days.

**WHEREFORE**, MS LEISURE COMPANY, respectfully requests that the Court consider the pending Motion and grant Plaintiff's Motion for Leave to Amend Complaint to Join Necessary Party and Remand Case, and for any such further relief as this Court deems just and proper.

Date: March 11th, 2024,

                                        Respectfully submitted,

**JONES & ADAMS, P.A.**
*Attorney for Plaintiff*
999 Ponce de Leon Blvd., Suite 925
Coral Gables, FL 33134
Tel: (305) 270-8858
Fax: (305) 270-6778
matthew@jones-adams.com

By:    */s/ Matthew L. Jones*
        Matthew L. Jones, Esq.
        Florida Bar No.: 909335

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 11th, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        /s/ Matthew L. Jones