Exhibit 1

To

Plaintiff's Response to Defendant's Statement of Undisputed Facts and Plaintiff's Statement of Additional Material Facts

(to be filed conventionally)