UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA

Case No. 1:23-cv-22834-KMM-LFL

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

## DECLARATION OF EDWIN GONZALEZ

1. My name is Edwin Gonzalez, and I am the Executive Director of the Miami Seaquarium ("MSQ") located at 4400, Rickenbacker Cswy, Miami, FL 33149.

2. I am over the age of eighteen (18) and am otherwise competent to give testimony.

3. The information contained in this Declaration is based on my personal knowledge and recollection.

4. MSQ is a marine animal park where guests and visitors come to enjoy sea life exhibits and learn about wildlife and marine animal care and conservation.

5. MSQ hosts hundreds of customers daily, ranging from academic field trips to learn about animal care and conservation to customers who come to enjoy our animal exhibits and live demonstrations.

6. The daily operation of MSQ involves coordinating over two hundred employees and several hundred animals in MSQ's care.

7. Coordinating the daily operations of MSQ involves extensive planning and communication.

8. If communication between myself and the employees, including the animal trainers of the MSQ, is disrupted it creates an inherent risk of harm for not only MSQ employees but the customers and animals in our care.

9. In early 2023, my staff at MSQ and myself were made aware of several social media posts that were published on multiple social media platforms.

10. These social media posts were published on accounts registered to Defendant, Philip Demers.

11. Defendant's social media posts contained several videos procured by unauthorized drone flights (otherwise known as unmanned aerial vehicles) conducted above and within MSQ's property and airspace.

12. The published videos show private and restricted areas of MSQ's property.

13. These areas were not open to the public or MSQ's customers and showed private interactions between MSQ employees and the animals in MSQ's care.

14. The employees videotaped in these areas have an expectation that their actions in these areas are not viewable by the public.

15. In May of 2023, MSQ was made aware that the Defendant, Philip Demers, was organizing a protest outside of MSQ.

16. Security for MSQ was heightened leading up to the protest as we were made aware of several violent statements the Defendant had previously made in coordinating protests outside MarineLand Canada.

17. MarineLand Canada is a marine animal park similar in operations to MSQ.

18. The protest was held on May 27th, 2023.

19. During the protest on May 27th, 2023, a drone was identified flying above and within MSQ property.

20. I witnessed the drone flying dangerously close to the facility and clearly flying very low over significant portions of the property.

21. I would approximate based on my view of the drone that its flight was within 100 feet of the property.

22. I also heard the incessant buzzing of the drone's propellers as it hovered and traversed the property.

23. I also received several complaints from both employees and customers present at the time, that the drone was disturbing the customer's experience and enjoyment of the park as well as the ability of employees to properly communicate with each other and the animals in their care.

24. The Miami-Dade Police were notified of the unauthorized drone flight and were dispatched to the MSQ.

25. Once Miami-Dade Police arrived they were able to track the operator of the drone and identified the operator as Shaun T. Dean.

26. Mr. Dean was forced to immediately cease his unauthorized drone flight and an incident report was generated.

27. It was identified that Mr. Dean's drone was equipped with video and surveillance devices which would allow him to take videos of MSQ as he flew his drone dangerously low to MSQ's customers, employees, and animals.

37. However, any authorized drone or helicopter flights conducted above or within MSQ airspace is scheduled and coordinated with the entirety of the park to ensure that they are conducted at reasonable and safe times, as well as coordinated with our animal care specialists to ensure that no flight creates sudden stimuli to the animals in our care that would put the animals, customers, or employees in harms way.

38. The unexpected, unauthorized, and unscheduled flights of drones and helicopters as described in this declaration severely diminished MSQ's and my capacity to communicate between employees, animals, and customers properly and safely.

39. **I declare under penalty of perjury that the foregoing is true and correct.**

Executed on March 13, 2024

_____
EDWIN GONZALEZ