https://twitter.com/walruswhisperer/status/1679959991195664386

