UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

Case No. 1:23-cv-22834-KMM-LFL

## SUPPLEMENTAL DECLARATION OF PHILIP DEMERS

I, Philip Demers, declare as follows:

1. My name is Philip Demers. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

2. I am a former marine mammal trainer, an animal-rights activist, and the defendant in this current lawsuit.

3. The first time I ever interacted with the Instagram user "@Whatcameradoyouhave" was when he messaged me on May 5, 2023 offering footage he took of Lolita.

4. This message was unsolicited.

5. This was the first message I ever had with @Whatcameradoyouhave – as evidence by the below screenshot which is a true and accurate copy of the beginning of my Instagram messages with that user.



6. Before this message, I had never had any prior interaction with @WhatCameradoyouhave.

7. I did not ask @Whatcameradoyouhave to fly a drone over the Miami Seaquarium.

8. On July 14, 2024, I made a video discussing a helicopter tour I was taking around the Miami Seaquarium.

9. When I said the Miami Seaquarium sued me "for flying drones over and publishing those videos" I was describing the allegations alleged against me in the lawsuit, not admitting to

1

that conduct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: March 18, 2024 at Niagara Falls, Canada

_____
Philip Demers