UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MS LEISURE COMPANY,

    Plaintiff,

v.

PHILIP DEMERS,

    Defendant.

Case No. 1:23-cv-22834-KMM-LFL

**Joint Motion to File Video Exhibits Conventionally**

The parties previously indicated in the exhibit cover slips that certain videos in support of their summary judgment papers would be filed conventionally. Those records are:

- ECF Nos. 51-10, -11, and -12, which are exhibits 10, 11, and 12 to the Declaration of B. Christopher Carraway [ECF No. 51] in support of Mr. Demers' motion for summary judgment [ECF No. 54];

- ECF No. 64-1 and -3, which are exhibits to Plaintiff's Response to Mr. Demers' Statement of Facts [ECF No. 64] in support of Plaintiff's response to Mr. Demers' motion for summary judgment [ECF No. 63].

After filing, the parties respectively mailed USB drives with those videos to the Clerk on the basis the records could not be filed under CM/ECF Administrative Procedure Section 5. Although Form A to the CM/ECF Procedures provides that a Court order is not necessary for documents that cannot be reduced to electronic format, despite not being able to file the videos through CM/ECF, they are in electronic format. Accordingly, because the parties in the first instance did not ask the Court for permission to file those videos conventionally, they respectfully

request that the Court issue an order permitting the conventional filing of those videos so that they may be filed with the Clerk for consideration with the parties' summary judgment papers.

WHEREFORE, the parties respectfully request that the Court issue an order permitting them to file the above-referenced docket entries conventionally with the Clerk.

Dated: March 21, 2024.

| | |
|---|---|
| **Matthew L. Jones, Esq.**<br>Matthew L. Jones (FBN 909335)<br>Jones & Adams, P.A.<br>999 Ponce de Leon Blvd., # 925<br>Coral Gables, Florida 33134<br>Telephone: (305) 270-8858<br>Facsimile: (305) 270-6778<br><br>*Attorneys for Plaintiff* | **James M. Slater**<br>James M. Slater (FBN 111779)<br>Slater Legal PLLC<br>113 S. Monroe Street<br>Tallahassee, FL 32301<br>Tel.: (305) 523-9023<br>james@slater.legal<br><br>Joshua Tarjan (FBN 107092)<br>The Tarjan Law Firm P.A.<br>12372 SW 82 Avenue<br>Pinecrest, FL 33156<br>Tel. (305) 423-8747<br>josh@tarjanlawfirm.com<br><br>Benjamin Christopher Carraway*<br>The Animal Activist Legal Defense Project<br>2255 E. Evans Avenue<br>Denver, CO 80210<br>Tel. (423) 797-6084<br>ccarraway@law.du.edu<br>*Admitted *pro hac vice*<br><br>*Attorneys for Defendant* |

### Certificate of Compliance with CM/ECF Administrative Procedure 3J(3)

I hereby certify that, pursuant to CM/ECF Administrative Procedure 3J(3), counsel for Plaintiff consented to the filing of this joint motion and authorized the undersigned in writing to sign for Plaintiff's counsel.

                                                                            **James M. Slater**
                                                                            James M. Slater