UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305)523-5100

Date: March 26, 2024




THE ORIGINAL FILED IN THE
OFFICE OF THE CLERK AND COMPTROLLER
MIAMI-DADE COUNTY
APR 0 1 2024
MIAMI-DADE COUNTY
CIRCUIT & COUNTY COURTS

FILED BY MC D.C.
APR - 9 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Attn: Civil Correspondence Clerk
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

RE: District Court Case No.: 1:23-cv-22834-KMM

State Court Case No.: 2023-017214-CA-01

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

Clerk's Acknowledgment of Receipt
The undersigned hereby acknowledges receipt of the

District Court's certified copy of the Order of Remand.

By: ADRIANNE PALACIOUS
Deputy Clerk

On: APR 0 1 2024

Angela E. Noble, Clerk of Court

By /s/ Ketly Pierre
Deputy Clerk

Juan Fernandez-Barquin
Clerk of the Court and Comptroller
Miami-Dade County
Civil Court Division
73 W. Flagler St. #138
Miami, Fl. 33130

PRESORTED
FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 33331 $ 000.50
02 4W
0000379559 APR 03 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE, ROOM 8N09
MIAMI, FLORIDA 33128-7716